# Part 3 of 3

Exhibit M



PETA017390

Sent from my iPhone

1

PETA017391