UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22692-UU

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.,

    Plaintiff,

v.

MIAMI SEAQUARIUM, *et al.*,

    Defendants.

_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. Pursuant to D.E. 44, the parties informed the Court that they would conduct mediation on February 26, 2016. To date, no mediation report has been filed. Accordingly, it is

ORDERED and ADJUDGED that Plaintiff shall show cause in writing no later than **Friday, March 4, 2016** why this case should not be dismissed for failure to Report of Mediation. In the alternative, Plaintiff may file a Report of Mediation by that time. **Plaintiff is advised that failure to comply with this Order will result in the dismissal of this case without further notice**.

DONE AND ORDERED in Chambers, Miami, Florida, this \_1st\_ day of March, 2016.

                                             */s/ Ursula Ungaro*
                                             UNITED STATES DISTRICT JUDGE

cc: counsel of record.