# Exhibit B

## to

## Plaintiffs' Motion to Exclude Improper Opinion Testimony by Clinton Thad Lacinak

PETA vs MIAMI SEAQURAIUM                                    Confidential
CLINTON THAD LACINAK on 02/15/2016

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                      MIAMI DIVISION

 3          CASE NO.: 15-CV-22692-UNGARO/OTAZO-REYES

 4
    PEOPLE FOR THE ETHICAL TREATMENT
 5  OF ANIMALS, INC., ANIMAL LEGAL
    DEFENSE FUND, HOWARD GARRETT,
 6  and ORCA NETWORK,

 7
             Plaintiffs,
 8
    -vs-
 9
    MIAMI SEAQUARIUM and FESTIVAL
10  FUN PARKS, LLC, d/b/a
    PALACE ENTERTAINMENT,
11
             Defendants.
12  _____/

13               **CONFIDENTIAL**

14               DEPOSITION OF
            CLINTON THAD LACINAK
15

16        Taken on Behalf of the PLAINTIFF'S

17
         DATE TAKEN:    February 15, 2016
18
         TIME:          9:54 a.m. - 4:32 p.m.
19
         PLACE:         Greenberg, Traurig
20                       333 Southeast 2nd Avenue,
                         Suite 4400
21                       Miami, Florida  33131

22

23        Examination of the witness taken before:

24            Julia Y. Alfonso, RPR, FPR
              Florida Professional Reporter
25
```

```
 1                    A-P-P-E-A-R-A-N-C-E-S

 2

 3     On behalf of the Plaintiffs:

 4          PAUL J. SCHWIEP, ESQUIRE
            COFFEY, BURLINGTON
 5          2601 South Bayshore Drive, PH
            Miami, Florida  33133
 6

 7     On behalf of the Defendants:

 8          JENNIFER B. MOORE, ESQUIRE
            GREENBERG, TRAURIG, P.A.
 9          3333 Piedmont Road NE,
            Suite 2500
10          Atlanta, Georgia 30305

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  I  N  D  E  X

 2
    DEPOSITION OF CLINTON THAD LACINAK
 3                       Direct    Cross    Redirect   Recross

 4
    By MR. SCHWIEP             4                   216
 5
    By MS. MOORE                     213
 6

 7            HIGHLY CONFIDENTIAL PORTION

 8
    BY MR. SCHWIEP
 9
    Page 57, Lines 4 - 23
10

11

12            PLAINTIFF'S EXHIBITS INDEX

13  No.            Description                    Page No.

14  Exhibit 172    Clinton Thad Lacinak's Report     11
    Exhibit 173    Rebuttal Report                  124
15  Exhibit 174    Email with Recording Attachment  155
    Exhibit 175    Email with MSQ0009694 Attachment 155
16  Exhibit 176    Email "Lolita docs, 7 of X"      155
    Exhibit 177    Animal Behavior Records          157
17                 MSQ0001640-MSQ0001655
    Exhibit 178    Expert Report of John Hargrove   195
18  Exhibit 179    Expert Report of Maddalena Bearzi, Ph.D 199
    Exhibit 180    Letter from James Lister - Dec. 31, 2015 207
19

20       (All exhibits were retained by Mr. Schwiep.)

21

22

23

24

25
```

```
1              THE COURT REPORTER:  Raise your right hand,

2        please.

3              Do you swear to tell the truth, the whole

4        truth, and nothing but the truth, so help you God?

5              THE WITNESS:  Yes.

6  THEREUPON,

7                    CLINTON THAD LACINAK

8  Was called as a witness, and having been first duly sworn or

9  affirmed, was examined and testified as follows:

10                   DIRECT EXAMINATION

11 BY MR. SCHWIEP:

12       Q    Would you please state your name for the

13 record.

14       A    Clinton Thad Lacinak.  And that's a Junior.

15       Q    Mr. Lacinak, my name is Paul Schwiep.  I serve

16 as counsel for the plaintiffs in this matter.  I'd like

17 you to understand that you're here today testifying in

18 this case.  You've been sworn in.  Your answers will be

19 given under penalty of perjury just as if you were

20 testifying in a courtroom.  Do you understand that?

21       A    Yes, sir.

22       Q    Please recall that because the court reporter

23 is taking down a verbatim transcript of everything

24 that's said, your responses need to be verbal.  In other

25 words, she can't take it down if you nod your head or
```

1    say uh-hum or something like that, okay?

2         A    I understand.

3         Q    If at any time you don't understand something

4    that I've asked you, I would request that you please let

5    me know that.  If you answer a question that I've asked,

6    I'll assume you've understood it; is that fair?

7         A    That's fair.

8         Q    There may be times that you're sort of

9    prepared to answer the question before I've completed

10   it.  However, because the court reporter cannot take

11   down a transcript if we're talking at the same time, I

12   would ask that you wait until I finish my question

13   before you provide me with your response, okay?

14        A    Okay.  All right.

15        Q    If at some time you need to take a break or

16   anything like that, let me know.  We will accommodate

17   that request, okay?

18        A    Okay.

19        Q    Are you taking any medications today that

20   might impair your ability to provide accurate testimony?

21        A    No, sir.

22        Q    Have you had occasion, Mr. Lacinak, to be

23   deposed prior to today's deposition?

24        A    I was in a deposition.  I don't know the exact

25   date.  It was on a case where I had an investment and it

 1   was a class action suit against the company that took

 2   our money, and that was about 10 years ago.

 3        **Q    What was the title, the caption, of that case,**

 4   **if you recall?**

 5        A    I don't know.

 6        **Q    Were you a party in that case?**

 7        A    Yes, I was a party.  We had about 90 investors

 8   that had invested in a company in Costa Rica and it was

 9   through an Ameriprise agent.  And we got taken for our

10   money, so we sued.  And I did a deposition towards that.

11        **Q    What was the name of the defendant in that**

12   **case, that is, the party that was sued in that case?**

13        A    I'm trying to think.  Mateo -- I can't

14   remember his last name.  He lived in Costa Rica.  I can

15   get that information for you if you need it, but I don't

16   recall the name.

17        **Q    If at any point during a break you have an**

18   **opportunity to recall the name of the defendant in that**

19   **case, I would like it.**

20        A    Okay.  I don't think I will remember the last

21   name.  It was an Italian name that I just don't

22   remember.

23        **Q    What was the nature of the investment?**

24        A    We invested in hotels, property, some condo

25   resorts that he supposedly bought with our money, and

 1    then we found out that later that he was just living

 2    high on the hog with it.  He put down payments, but he

 3    didn't actually buy the properties.

 4         **Q     And what was --**

 5         A     That's as close as I know what he did with the

 6    money.

 7         **Q     What was the forum or the venue in which that**

 8    **case was litigated?**

 9         A     What do you mean?  I don't know what you mean

10    by that.

11         **Q     Where was the case venued?  Where was it**

12    **brought?**

13         A     It was brought in Orlando, I think, because

14    that's where most of the investors came from, from the

15    Orlando area.  Orlando, Florida.

16         **Q     Was it in federal court or state court, if you**

17    **recall?**

18         A     I don't know.

19         **Q     Did it go to trial?**

20         A     No.

21         **Q     Do you still have a copy of the transcript of**

22    **your deposition in that matter?**

23         A     No, I do not.  I don't think I ever received

24    one.

25         **Q     Who represented you in that case?**

```
 1        A    It wasn't me.  It was a group of us, a large

 2   group.  I was just one of the people involved.  I can

 3   get you that information.  I just don't have it right

 4   now.  I can call somebody and get that.

 5             MS. MOORE:  You don't need to offer to do

 6        that.

 7             MR. SCHWIEP:  Well, Counsel, I'd request that

 8        information.  The transcript could provide relevant

 9        evidence --

10             MS. MOORE:  Okay.  You can direct the request

11        to me.

12             MR. SCHWIEP:  Let me finish.  The transcript

13        could provide relevant evidence in terms of

14        impeachment evidence, so I would like to get it.

15             MS. MOORE:  Okay.  You're here to talk about

16        what you know and remember today.

17             And I have written down your request.

18   BY MR. SCHWIEP:

19        Q    Did the investment in that case include an

20   aquatic park?

21        A    No.

22        Q    Have you ever had occasion to testify in

23   court?  And I include in the definition of court any

24   administrative body.

25        A    Not to my recollection, no.
```

1    Q    You're aware there was an OSHA proceeding that

2  was brought against SeaWorld?

3    A    Yes.

4    Q    Did you testify in that matter, whether in

5  deposition or in court?

6    A    No.

7    Q    Did you provide an affidavit in that case?

8    A    No.

9    Q    Do you recall, sir, providing sworn testimony

10  in written form, whether by affidavit, declarations or a

11  sworn interrogatory answer, in any matter pertaining to

12  an aquatic park?

13    A    Not that I can recall.

14        MS. MOORE:  Other than the one in this case?

15        MR. SCHWIEP:  Excuse me?

16        MS. MOORE:  Other than the one he did in this

17    case?

18        MR. SCHWIEP:  Yeah.

19  BY MR. SCHWIEP:

20    Q    Have you signed an affidavit or declaration in

21  this case?

22    A    I don't understand the question.

23    Q    Have you signed a document whereby you swore

24  under penalty of perjury to the truth of the statements

25  that are made by you in this case?

 1        A    I really don't remember if I have or not.  I

 2    may have.  I don't remember.

 3             MR. SCHWIEP:  The reason I ask, Counsel, is

 4         the report that we have is not provided under

 5         penalty of perjury.  If there's some other

 6         affidavit or declaration, I would like to get a

 7         copy of it in this case.

 8             MS. MOORE:  Let's go off the record one

 9         second.

10             (Whereupon, Ms. Moore and the witness exited

11    the conference room.)

12             MR. SCHWIEP:  I think we should put on the

13         record that counsel is conferring with her

14         client -- or her witness, rather.

15             (Whereupon, there was a brief recess from

16    10:02 a.m. to 10:03 a.m.)

17             MR. SCHWIEP:  We're ready?

18             MS. MOORE:  Yes, we are.

19             MR. SCHWIEP:  Okay.

20             MS. MOORE:  I just think the word

21         "declaration" was a word unfamiliar to him so...

22             MR. SCHWIEP:  Let me see if I can restate --

23             MS. MOORE:  But let me check one thing before

24         we --

25             MR. SCHWIEP:  Okay.

```
 1    BY MR. SCHWIEP:

 2         Q     While you're checking, just let me ask -- and

 3    I'm trying to pronounce your name correctly.  It's

 4    Lacinak?

 5         A     Lacinak.

 6         Q     Mr. Lacinak, do you recall whether you

 7    provided sworn testimony in this case, by which I mean,

 8    an affidavit, a declaration or something else where you

 9    signed something under penalty of perjury attesting to

10    the truth of the statements you've made?  Do you recall?

11         A     Yes.

12         Q     And that was your report?

13         A     It was the report, yes.

14         Q     Okay.  So let's --

15         A     I think.

16         Q     Let's look at that document.  And I'll mark

17    that as the next exhibit which is Exhibit 172.

18               (Whereupon, Plaintiff's Exhibit 172 was marked

19    for identification.)

20    BY MR. SCHWIEP:

21         Q     I'm showing you now a document that is dated

22    February 6, 2015.

23               MS. MOORE:  Do you have a copy for me?

24               MR. SCHWIEP:  Yes.

25    BY MR. SCHWIEP:
```

1    Q    This was provided to counsel for the

2    plaintiffs by one of the lawyers for the defendant in

3    this case, Mr. Lister, and it appears to be about a

4    seven-page letter from you to Mr. Lister along with some

5    attachments.  Do you see that document?

6    A    Yes.

7    Q    This is the report that you were referring to?

8    A    Yes.

9    Q    Just so that we're clear about it, this report

10   wasn't provided under penalty of perjury, that is, you

11   don't swear anywhere in here that these statements are

12   made under penalty of perjury with relation to either an

13   affidavit that's notarized by a notary public or a

14   declaration under 28 U.S.C. Section 1736, the

15   declaration statute, right?

16   A    If you say so.  I -- you know, I just don't

17   understand all this legal mumbo jumbo that you're giving

18   me here.  So if you just want to say did I sign this

19   document, yes, I did.

20   Q    Right.  It's not mumbo jumbo, sir.  Affidavits

21   are signed under penalty of perjury as are

22   declarations --

23   A    I understand.

24   Q    -- and this one isn't, is it?

25   A    No, it is not.

PETA vs MIAMI SEAQURAIUM
CLINTON THAD LACINAK on 02/15/2016

Confidential
Page 13

1    Q    Have you ever had occasion to provide expert

2    testimony in a lawsuit before?

3        A    Not that I recall, no.  Other than in that one

4    I told you about where it was -- and that was not expert

5    testimony.  That was just a deposition.

6        Q    That's the question that I'm asking,

7    Mr. Lacinak, is whether you have been retained to

8    testify in court as an expert whereby you provide

9    opinions based on your observations apart from having

10   lived through an event as you did in the case involving

11   the investment.  And I gather your answer is, no, you

12   have not prior to this engagement been retained to

13   provide opinions as an expert based on observations that

14   you've made of written or other materials, correct?

15       A    Correct.

16       Q    What work did you do, Mr. Lacinak, to prepare

17   for this deposition?

18       A    I read the materials listed that were given to

19   me.  I also was at the Seaquarium for about seven hours

20   on January 20, 2016, and I observed the stadium and

21   Lolita and the dolphin in the pool with her.

22       Q    And that observation occurred during the

23   inspection, which you referred to in your report, on

24   January 20, 2016, right?

25       A    Yes.

1   Q    You said you read materials.  On page seven of

2   your report in the final paragraph you identify 11

3   different documents that you reviewed in connection with

4   preparing your report.

5   A    Yes.

6   Q    Are those the materials that you're telling me

7   that you reviewed to form your opinions in this case?

8   A    Yes.

9   Q    Anything else?

10  A    The two documents that I read last night from

11  Visser.  I don't know.

12          THE WITNESS:  I'd have to ask you what they

13      were.

14  BY MR. SCHWIEP:

15  Q    You can't ask your counsel for help.  This

16  isn't a tag team.

17          What are the documents?

18  A    I don't remember.  I can show you the

19  documents.

20          MS. MOORE:  I think he's asking what did you

21      review to prepare this report.

22          MR. SCHWIEP:  No --

23          THE WITNESS:  Oh, for this?  No, this is --

24          MR. SCHWIEP:  -- that wasn't -- that was my

25      question, but then I asked are there any materials,

```
 1          other materials, that he reviewed in connection

 2          with preparing to testify today.

 3                  MS. MOORE:   I see.

 4     BY MR. SCHWIEP:

 5          Q     And I gather there's two additional documents?

 6          A     Yes, I looked at two additional documents.   I

 7     can show them to you.

 8          Q     What were they, if you recall, if you don't

 9     recall the exact title?

10          A     It was one that was written by Ingrid Visser.

11          Q     You looked at Dr. Visser's report.   What else?

12          A     And I'm trying to think of the other one.

13          Q     Was it another expert report?

14          A     No.   It was the animal records.   I reviewed

15     all the animal records.   I was thinking that was here,

16     but now I remember it was not.   It was after this.

17          Q     When did you review all of the animal records?

18     You're talking about the Animal Behavior Records?

19          A     Yes.

20          Q     When did you review those?

21          A     Mainly -- let's see.   What was -- the 13th was

22     Friday?

23          Q     No, that was Saturday.

24          A     That was Saturday.   Okay.   I reviewed all

25     those records on the 12th then and some yesterday.
```

PETA vs MIAMI SEAQURAIUM
CLINTON THAD LACINAK on 02/15/2016

1      Q      **Yesterday was February 14th, right?**

2      A      Yes.

3      Q      **The review that you conducted of the Animal**

4   **Behavioral Records on February 12th, where did that**

5   **occur?**

6      A      In Tampa, Florida in a hotel room.

7      Q      **Who sent them to you, if someone sent them to**

8   **you?**

9      A      They came from the law offices that I'm

10  working with.

11     Q      **Did Mr. Jim Lister send you Animal Behavior**

12  **Records for you to review on or about February 12th in a**

13  **hotel room in Tampa?**

14     A      I think they got there the night before.  I

15  did not review them until the day after.

16     Q      **You still have those, what you were sent to**

17  **review on the 12th?**

18     A      I don't have them in my possession, no.

19     Q      **Where are they?**

20     A      Here.

21     Q      **You mean here in the conference room?**

22     A      Yes, they're right there (indicating).

23     Q      **Okay.  You're pointing to a Bankers Box on the**

24  **conference room table?**

25     A      Yes.

1      Q    Okay.  I'm going to want a chance to look

2   through those and see what they are.

3            When were you sent those documents?

4      A    On the 11th.

5      Q    And what were they exactly?

6      A    The animal records for around 15 years.

7      Q    Now, you hadn't reviewed those at the time

8   that you prepared your February 6, 2016, report that's

9   marked as Exhibit 172 because you didn't receive them

10  until February 11, right?

11     A    I received some examples of records before

12  that --

13     Q    Yeah.

14     A    -- before this report.  I received some

15  examples, but I did not receive the 15 years until the

16  11th.

17     Q    You recall what examples you received?

18     A    I don't recall exactly the examples, but it

19  was some of the records, but it wasn't very many.  It

20  was maybe, if I recall, a month's worth.  I really

21  didn't look at them that extensively.  I just looked to

22  see what type of record form they used.  That's what I

23  mainly looked at.

24     Q    How much time did you spend reviewing the

25  examples that were given to you in advance of your

1    preparing your February 6 report?

2        A    I don't recall exactly the amount of time I

3    looked at them, I can tell you that.

4        Q    Why did you look at them?

5        A    Because I wanted to see what type of records

6    they used.

7        Q    And what do you mean by that, "what type of

8    records they used"?

9        A    I wanted to see how they recorded what they

10   did with the whale on a daily basis.

11       Q    What were you looking for in terms of what

12   they recorded in terms of Lolita?

13       A    How they write down their shows and their

14   training sessions.

15       Q    Anything else you were looking for when you

16   looked at the examples that you were sent prior to

17   preparing the February 6 report?

18       A    Well, I was looking to see what types of

19   sessions they might do and how they recorded them.

20       Q    The Bankers Box that's sitting over here on

21   this conference room table, is that the exact box you

22   were delivered to a hotel room in Tampa on or about

23   February 11?

24       A    Yes.

25       Q    How much time did you spend reviewing the

1    **Animal Behavior Records in that box?**

2         A    Total time, about seven hours.

3         **Q    And when did that occur?**

4         A    To the best of my recollection about five and

5    a half hours on the 12th.  Actually, it was -- I take

6    that back.  I'm getting my days mixed up.  I received it

7    and then I went home from Tampa on that Saturday

8    morning.  I'm sorry.  I actually spent five and a half

9    hours on Saturday when I got back from Tampa working on

10   those and then another hour and a half yesterday before

11   I started here.

12        **Q    Okay.  So Saturday was the 13th?**

13        A    Yes.

14        **Q    And then yesterday was the 14th?**

15        A    I messed up.  I was thinking today was

16   Saturday.

17        **Q    When you said the 12th, you meant the 13th?**

18        A    Yes.

19        **Q    And what were you looking for when you looked**

20   **through those Animal Behavior Records on Saturday the**

21   **13th and then some on Sunday, February 14th, which is**

22   **yesterday?**

23        A    Can you be more specific?  I don't understand

24   the question.

25        **Q    Yes.  So what types of information were you**

1   looking for when you looked through the documents on the

2   13th and 14th?

3        A    I was looking for examples of some of the

4   things that John Hargrove and -- I'm trying to think of

5   her name.  I'm not great with names.  Not Visser, the

6   other --

7        Q    Bearzi?

8        A    Bearzi.

9        Q    Or maybe I'm mispronouncing it.

10       A    Yes.

11       Q    Okay.

12       A    Those two, what they were stating in their

13   statements.  And I was looking for examples of what they

14   were talking about.

15       Q    Did you take any notes?

16       A    No.

17       Q    Did you --

18       A    I read a lot of things and looked at them.

19       Q    Did you create any spreadsheets?

20       A    No, sir.

21       Q    Did anyone else look at them other than you?

22       A    No.

23       Q    Okay.  So going back to the list of 11 things

24   that you put in your February 6th report.  Now we have

25   the 12th, the box of Animal Behavior Records for 15

PETA vs MIAMI SEAQURAIUM
CLINTON THAD LACINAK on 02/15/2016

Confidential
Page 21

```
 1   years, right --

 2        A     Yes.

 3        Q     -- that you've looked at?

 4        A     Yes.

 5        Q     You hadn't looked at it when you prepared this

 6   report, obviously?

 7        A     Right.

 8        Q     Do you wish you would have?

 9        A     Yes, I would have.  If I had time, I -- you

10   know, as far as the time issue, I had limited time.  I

11   work a full-time job as well as doing this.

12        Q     Did you ask for them?

13        A     No, I did not.

14              MS. MOORE:  I'm sorry.  I didn't hear the

15        question.  What was the answer?

16              MR. SCHWIEP:  "Did you ask for them?"  "No, I

17        did not."

18              THE WITNESS:  I asked for them once I saw what

19        they wrote, but that was after this.

20   BY MR. SCHWIEP:

21        Q     Any other documents that you've looked at

22   prior to showing up to provide your testimony in this

23   case this morning?

24        A     No.

25        Q     Okay.  And who all have you talked to about
```

```
 1   this case?

 2            MS. MOORE:  Objection, overbroad.

 3            THE WITNESS:  I didn't --

 4            MS. MOORE:  And also caution you not to

 5       divulge privileged communication.

 6            MR. SCHWIEP:  Well, I object to that.  I mean,

 7       he's an expert in the case.  If you told him

 8       something, I'm entitled to know that.

 9            THE WITNESS:  If she told me something?

10   BY MR. SCHWIEP:

11       Q    Yes.  In other words, you're providing your

12   opinion in this case --

13       A    Yes.

14       Q    -- as expert.  Anything that you saw or heard

15   in connection with formulating the opinion that you're

16   preparing to provide, I think I'm entitled to that.  But

17   let's go through it.

18            With whom have you had discussions in

19   connection with getting ready to testify in this case?

20       A    Other than the lawyers, I haven't really

21   discussed it with anybody.

22       Q    And what lawyers have you talked to?

23       A    Jim Lister, Jennifer.

24       Q    And it's Jennifer Moore who's here today?

25       A    Jennifer Moore, yeah.  Mark Salky.  And the
```

```
 1   best of my recollection, that is all I really talked to.

 2        Q    Did you have any conversations with Robert

 3   Rose about this case?

 4        A    I talked to Robert at the -- on January 20th

 5   when I went to the inspection or whatever you want to

 6   call that.

 7        Q    And we'll call it the inspection.

 8        A    Okay.

 9        Q    How long did you talk to Robert at the

10   inspection?

11        A    I talked to him when I arrived.  I talked to

12   him on and off throughout the time that I was there.

13        Q    Okay.  So let's just back up a bit.  How did

14   you come to be retained in this case?

15        A    I'm trying to think the first time.  It was

16   probably Robert Rose that asked if I would be willing to

17   be a witness.  I don't recall the date.

18        Q    And how did he come to ask you whether you

19   were willing to be a witness in this case?

20        A    Basically straightforward just asked me to be

21   on a case where PETA was filing a lawsuit against them.

22        Q    Did he call you?  Did he e-mail you?

23        A    I don't know whether it was an e-mail or a

24   call.  It may have been -- it wasn't an e-mail.  I'm

25   pretty sure he called me.
```

1    Q    He called you on your cell phone?

2    A    Yes.

3    Q    And you all knew each other before he called

4    your cell phone asking you whether you were willing to

5    be a witness in this case, right?

6    A    Yes.  But I haven't -- I did not speak with

7    him before that for a long, long time.

8    Q    And what did he say?

9    A    To the best of my recollection he said what I

10   already told you, that there's going to be a lawsuit

11   that PETA was filing and he asked if I would be willing

12   to be an expert witness for Miami Seaquarium about

13   Lolita.

14   Q    And what about Lolita did he ask you to

15   provide expert witness testimony about?

16   A    We really didn't discuss exactly what it was,

17   but I assumed he wanted my expertise for what I do and

18   that's animal behavior.

19   Q    Did he say that he wanted you to testify as an

20   expert regarding animal behavior?

21   A    I don't recall if that was the exact

22   terminology or not.

23   Q    You are an animal behaviorist, right?

24   A    I consider myself an animal behaviorist, yes,

25   sir.

1    Q    So then what happened?  You said yes,

2    presumably?

3    A    Yes.

4    Q    How long did you talk, by the way?

5    A    Not very long.  I don't know the exact minutes

6    that we talked --

7    Q    Okay.  You said --

8    A    -- because there were some other pleasantries

9    of -- we may have even said something about I haven't

10   been down to Miami for a while.  I mean, we talked about

11   a couple other things, if I recall.

12   Q    And you agreed.  And then what happened?

13   A    And then I either received an e-mail from Jim

14   Lister and I started talking with Jim.

15   Q    Did Jim provide you any information about the

16   kind of conditions in which Lolita is at the Seaquarium?

17        MS. MOORE:  Okay.  Let me be clear, my

18        understanding is that you can talk about factual

19        data, but not legal strategy or theory.

20        MR. SCHWIEP:  I kind of generally agree with

21        that.

22   BY MR. SCHWIEP:

23   Q    If he talked to you about his legal strategy,

24   I don't want to know that, but any kind of facts, data,

25   things he asked you to assume, anything that he gave you

```
 1    to help you form your opinion, not the legal strategy or

 2    facts or information he gave you to help you.

 3         A    Other than the materials that we got into

 4    later, no.

 5         Q    What did he ask you to do?

 6         A    Well --

 7              MS. MOORE:  Well, again --

 8              THE WITNESS:  Again, I don't know --

 9              MS. MOORE:  -- I think you can ask him about

10         factual data provided that he used or relied upon

11         in his report.  But what an attorney asked an

12         expert that we've engaged, to do, I think that

13         oversteps where you're allowed to go.

14    BY MR. SCHWIEP:

15         Q    Did he provide you with any facts?

16         A    That's pretty broad.  I don't know what you

17    mean by "any facts."

18         Q    If he said, Here's our legal strategy in this

19    case, that's strategy.

20         A    No, he never said that.

21         Q    If he gave you facts about here's when the

22    tank was built -- I'm just giving you examples because

23    you've asked -- here's the size, here's how old she is,

24    any information about Lolita or the Seaquarium.

25              MS. MOORE:  And, again, I believe the rule is
```

1    if he relied upon it to form his opinions, you're

2    entitled to that.

3            MR. SCHWIEP:  I don't think that's quite it.

4    If he considered it, I'm entitled to know.

5            THE WITNESS:  Other than the materials that we

6    got into later.  I mean, it was just, Will you be

7    an expert witness.  And, again, like I said, you

8    know, I did not -- if I would have known I was

9    going to be questioned about the exact date and

10   everything else, I would have written them down.

11   But I was working at the time.  I have a consulting

12   business and I'm staying pretty busy.

13 BY MR. SCHWIEP:

14   **Q    The e-mail that he sent you, you still have**

15 **that?**

16   A    Yes.  Probably.

17           MS. MOORE:  We provided those to you last

18   night.

19           MR. SCHWIEP:  There were some that were

20   provided.

21 BY MR. SCHWIEP:

22   **Q    Do you recall about when this was?  I don't**

23 **need the exact date, but about when it was, if you can**

24 **give a fair approximation.**

25   A    In January.  And the only thing I recall that

1    we talked about was would I be available for some dates,

2    you know, for -- because this might be time-consuming

3    and would I be available for certain dates.  And the

4    dates weren't set in stone yet on any of them.

5        **Q    Did you guys talk about compensation?**

6        A    No compensation, just the only thing that was

7    discussed, and it wasn't discussed in the first talk

8    that I recall -- the only thing was that I was told that

9    my time would be compensated.

10       **Q    Lister told you that?**

11       A    Yes.

12       **Q    That didn't come up during the conversation**

13   **with Rose?**

14       A    No.

15       **Q    So who else have you talked to asking for**

16   **names, if any you recall, other than the ones you've**

17   **identified, Lister, Moore and Salky and Rose, in**

18   **connection with getting ready to testify this morning?**

19       A    Nobody else that I can recall.  Well, I talked

20   with a couple of the trainers on the day I was there on

21   the 20th, couple of trainers besides Robert.

22       **Q    You spoke with Heather Keenan?**

23       A    Yes.

24       **Q    Did you speak with Marni Wood?**

25       A    Yes, briefly with Marni.

PETA vs MIAMI SEAQURAIUM
CLINTON THAD LACINAK on 02/15/2016

Confidential
Page 29

```
 1      Q    Did you speak with Nicole Fernandez?

 2      A    Not that I recall.

 3      Q    Did you speak with Ariel Cook?

 4      A    Not that I recall.

 5      Q    Did you speak with Maya Rodriguez?

 6      A    Briefly when -- I actually was introduced to

 7   her briefly after they did the blood draw on Lolita.

 8      Q    What did she say to you or you say to her?

 9      A    It was pleasantries.  Hi, how are you, and

10   that was it.  Other than that, I didn't speak to her

11   about anything.

12      Q    Maya Rodriguez didn't provide you with any

13   facts or information about Lolita?

14      A    No.

15      Q    Did Heather Keenan provide you with any facts,

16   data or other information about Lolita's health or

17   condition?

18      A    Not about her health or condition.  She may

19   have said she feels that she's healthy, and I think I

20   may have said she looks good to her.  But, in general,

21   it was more about -- we spoke about how cold it was that

22   morning and a few other things.

23      Q    Do you recall her saying anything about

24   Lolita's health, condition or anything else about the

25   circumstances of her at the Seaquarium, Heather Keenan
```

1    that is?

2        A    I thought I answered that, but --

3        Q    **You did.  I just want to make sure I had my**

4    **arms around everything you can recall about that**

5    **conversation.**

6        A    Like I said, we did not get into any specifics

7    about Lolita to my recollection.

8        Q    **And with regard to Marni Wood, did you get**

9    **into any specifics or generalities about Lolita's health**

10   **or condition with Ms. Wood?**

11       A    None at all.  I only spoke to her briefly and,

12   again, it was more pleasantries.

13       Q    **Anything else about Lolita's health,**

14   **condition, her circumstances at the Seaquarium that you**

15   **learned from anyone else who worked with her at the**

16   **Seaquarium, either on January 20th or at any other time?**

17       A    No.  Other than the documentation and my

18   observations, no.

19       Q    **Were you given any information, facts or data**

20   **about Lolita from either or any of Lister, Moore or**

21   **Salky?**

22       A    Other than the information that they gave me,

23   not that I recall.

24       Q    **You're talking about the e-mails you got from**

25   **Lister?**

```
 1        A     No.  I'm talking about these documents that

 2   they sent me and some of them were in e-mails.

 3        Q     And so for the record, the witness is

 4   referring to items 1 through 11 on page seven of Exhibit

 5   172.

 6        A     And the animal records that I reviewed in the

 7   last few days.

 8        Q     Right.  Records you looked at on Saturday, the

 9   13th, and yesterday the 14th?

10        A     Right.

11        Q     Did they say anything to you about Lolita?

12             MS. MOORE:  Objection.  Again, I think you can

13        ask about facts provided, but strategy or relevance

14        or significance of facts, I think that's invading

15        the privilege.

16   BY MR. SCHWIEP:

17        Q     Let me just kind of rephrase the question.

18   We'll start with, they didn't tell you anything about

19   the legal strategy, did they?

20        A     I -- the only --

21        Q     That's just a yes or no question.

22        A     I guess no.  I don't know what -- it's so

23   broad.  I mean, we talked about what the case was and it

24   was PETA, you know, so they had to tell me --

25             MS. MOORE:  Don't get into --
```

```
 1            THE WITNESS:  Yeah.

 2            MS. MOORE:  -- what we discussed.

 3            THE WITNESS:  No, I'm not.  I'm not saying

 4      that.  I'm just saying that you have to be -- I

 5      don't know.  I don't know what else to say.  It was

 6      about PETA suing about Lolita, and that was --

 7   BY MR. SCHWIEP:

 8      Q    So what were you tasked with doing?  What was

 9   your assignment?

10      A    They said that they -- they explained that I,

11   as an expert witness, would have to do this letter and I

12   was told that there would be letters from the plaintiffs

13   also.  And that I would be expert witness for my

14   experience with killer whales and training animals.

15      Q    So what area were you asked to provide expert

16   opinions about?

17      A    What I just said, my experience with killer

18   whales and training animals.

19      Q    So what was the area that they asked you to

20   provide an opinion about?

21            MS. MOORE:  Asked and answered a third time.

22   BY MR. SCHWIEP:

23      Q    Well, you say --

24      A    I can't be any more clear than that.  I am an

25   expert in killer whales in captivity and their animal
```

1  behavior training.

2      **Q     Yeah.  And let me just talk about that a**

3  **minute.**

4      A     I have more experience than anybody in the

5  world doing it with the largest collection of killer

6  whales in the world.

7      **Q     Okay.  So let's just understand "doing it."**

8  **Your expertise is in conditioning animals to behave in**

9  **certain ways, right?**

10          MS. MOORE:  Objection, overbroad.

11          THE WITNESS:  That's a broad statement.

12  BY MR. SCHWIEP:

13      **Q     So you say, "I have more experience in doing**

14  **it than anybody in the world."  Doing what?**

15      A     Training animals.  Training killer whales and

16  dolphins.

17      **Q     Training animals to do what?**

18      A     Training animals in captivity and training

19  animals to do shows and to live comfortably in the

20  marine environments that we provide.

21      **Q     So your expertise is in training animals to**

22  **behave in certain ways; is that fair?**

23      A     You can't make an animal do anything it

24  doesn't want to do.  I am an expert in training animals

25  with positive reinforcement schedules.

1    Q    Fair enough.

2    A    That is a system where you ask the animal to

3    do something; when they do it, you reward it.  All

4    behavior is modifiable, all behavior changes.

5    Q    So what is an animal behaviorist?  How would

6    you describe that?

7    A    An animal behaviorist is somebody that studies

8    how animals live with each other and react to different

9    stimuli.

10   Q    And as an animal trainer, your expertise -- I

11   think I wrote this down correctly -- is in training

12   animals in captivity through positive reinforcement; is

13   that fair?

14   A    That's a really broad statement, but, yes,

15   that's fair.  That's what I do.  Not everybody trains

16   that way.

17   Q    Okay.  I'm trying to find out where your area

18   of expertise is.  And where you, if I understand

19   correctly, Mr. Lacinak, developed an area of expertise

20   is in a program or regime of positive reinforcement to

21   train animals to behave in desired ways; is that fair?

22   A    I guess.  I guess that's fair.

23   Q    Well, I'm not asking you to guess.

24   A    It just feels -- it feels...

25   Q    I don't mean to --

```
 1              MS. MOORE:  Let him finish.

 2   BY MR. SCHWIEP:

 3        Q    -- you know, slighted or -- you know, I'm not

 4   suggesting that.  I'm just trying to understand.  That's

 5   really your niche and where you've developed a real

 6   reputation is in a positive reinforcement program that

 7   is and has successfully been used to train animals to

 8   behave in ways that you desire; is that fair?

 9        A    That's not all of it, but, yes, that's fair.

10        Q    So what am I leaving out?

11        A    Well, it just can't be explained in a couple

12   of words.  That's what I would say.  I mean --

13        Q    Okay.  So explain it in as many words as you

14   need.

15        A    I can explain it this way:  I have worked with

16   more and trained with more killer whales and killer

17   whale trainers than anybody in the world in conditioning

18   animals and training animals and enriching animals'

19   lives with more killer whales and with more trainers

20   than anyone in the world.  I have also, as it states in

21   my report or in my letter, that my experience was also

22   developed while I was at SeaWorld.

23              I started as an apprentice trainer and moved

24   up all the way up to vice president and corporate

25   curator in all the parks, including the Busch Gardens
```

1   Parks, just as it states.  And I, along with several

2   other individuals at SeaWorld, developed a lot of the

3   husbandry, voluntary husbandry techniques that are used

4   with animals, not only with marine mammals in a positive

5   system, but with zoological institutions around the

6   world now.

7        **Q    Anything else?**

8        A    I think that will suffice.

9        **Q    So what is the area of expertise which you**

10   **will be bringing to bear to provide an expert opinion in**

11   **this case?**

12       A    The same thing.  I will look at, and I have

13   looked at, Lolita's behavior and I will base my opinion

14   on my experience with killer whales.

15       **Q    You have a company called Precision Behavior,**

16   **correct?**

17       A    Yes.

18       **Q    What is the business of Precision Behavior?**

19       A    We consult at zoos and aquariums around the

20   world about animal behavior management.  We also provide

21   a service where we can go into a zoo or aquarium and

22   retrain their entire staff on positive reinforcement

23   techniques.  We also sometimes help them hire the right

24   people and hire the right managers to run their

25   facilities.

1    Q    So that last piece, that's kind of a placement

2    tool?

3    A    It's not a placement tool.  We go in and most

4    of the time what happens is we work with a facility.

5    Once we look at their staff and we look at their needs,

6    then we can suggest what else we think would help them.

7    Q    I did have occasion to look at your website

8    which says about you that you had a quote "35-year

9    career at Busch Entertainment Corporation as vice

10   president and corporate curator of animal training where

11   he" -- referring to you -- "directed animal training,"

12   period, close quote.  Is that accurate?

13   A    (Nodding.)

14   Q    You have to respond out loud.

15   A    Yes.  Sorry.

16   Q    And as the corporate curator of animal

17   training who directed animal training, would it be fair

18   to say that your 35-year career was focused on using

19   positive reinforcement techniques and teaching those

20   techniques to trainers in order to condition animals,

21   including killer whales, to behave as desired?

22        MS. MOORE:  Object to the form of the

23        question.

24        THE WITNESS:  That and in addition to training

25        the animals and teaching the animals to live

```
 1        comfortably in the habitat that we provided them

 2        with.  And that is done through enrichment, it's

 3        done through the positive training techniques, it's

 4        done through the relationships that the trainers

 5        build with each other and every animal.

 6   BY MR. SCHWIEP:

 7        Q     You developed show and training protocols for

 8   SeaWorld related to killer whales, correct?

 9        A     Yes.

10        Q     You're not an expert on the behavior of orca

11   in the wild, are you?

12        A     I'm not an expert, but I have been to the

13   wild --

14        Q     You had occasion to --

15        A     -- several times.

16        Q     -- observe orca in the wild?

17        A     Yes, sir.

18        Q     You've kayaked with them; is that correct?

19        A     Yes.

20        Q     You're not a marine biologist?

21        A     No, sir.

22        Q     You're not a marine scientist?

23        A     No, sir.

24        Q     You're not an expert in cetacean behavior in

25   the wild, are you?
```

```
 1         A    I have some knowledge of it.  I'm not -- I

 2    wouldn't consider myself an expert.

 3         Q    You're not an expert on cetacean biology?

 4              MS. MOORE:  What do you mean by "cetacean

 5         biology"?

 6              THE WITNESS:  I don't know what you mean by

 7         that.

 8    BY MR. SCHWIEP:

 9         Q    Well, then you wouldn't be an expert in it,

10    would you?

11              MS. MOORE:  Well, depends on how you define

12         it.

13              THE WITNESS:  Yeah.  There's a lot of

14         components to that.  On the behavior of the

15         animals, yes, I consider myself an expert on

16         reading their behavior and in wherever they are.

17    BY MR. SCHWIEP:

18         Q    You're not an expert in reading the behavior

19    of cetaceans in the wild, are you?

20         A    Because of my expertise with reading their

21    behavior in captivity, yes, there are certain things, I

22    think, that run across.  So, yes, I could say that I

23    could give you lots of insight into what they're doing

24    by observing their behavior in the wild.

25         Q    You haven't conducted any academic research
```

```
1    with regard to cetacean behavior in the wild, have you?

2        A    No.

3        Q    You don't have any degrees that relate to

4    cetaceans in the wild, do you?

5        A    No.

6        Q    You're not an expert regarding Pacific

7    white-sided dolphins in the wild, are you?

8        A    No.

9        Q    If we call those lags, just to make it short,

10   you understand what --

11       A    That's fine.  That's fine.

12       Q    You're not a veterinarian?

13       A    No.

14       Q    You're not an expert with respect to the

15   Endangered Species Act, are you?

16       A    No.

17       Q    Have you ever offered an opinion before in an

18   Endangered Species Act case?

19       A    No.

20       Q    Have you had occasion to study the definition

21   of "take" under the Endangered Species Act?

22       A    Briefly.

23       Q    When?

24       A    On this case.  I've looked at some paperwork

25   on how it's described.
```

1    Q    Have you had occasion to form an opinion

2  regarding what "take" or "harass" under the Endangered

3  Species Act means in terms of a captive orca?

4         MS. MOORE:  Objection to the extent it calls

5     for a legal conclusion.

6         MR. SCHWIEP:  Well, if he's not going to offer

7     any legal conclusions on that, fine.  We can move

8     on.

9         MS. MOORE:  He's not an attorney.  He doesn't

10    study the Endangered Species Act.  He has his

11    opinions about orca in a zoological setting, but

12    he --

13 BY MR. SCHWIEP:

14    Q    All right.  Okay.  I mean, you know -- here's

15  my question.  Are you going to offer an opinion,

16  Mr. Lacinak, regarding whether or not the conditions of

17  Lolita constitute a take or harassment under the ESA?

18    A    I'm going to offer an opinion on what I

19  believe her behavior indicates as far as her well-being.

20    Q    And so you won't be reaching the -- offer an

21  opinion regarding the ultimate issue with respect to

22  whether that behavior amounts to harassment or take

23  under the ESA?

24    A    If I feel under -- in my opinion I will -- I

25  may offer an opinion on what my understanding of the

1    word "harassment" is and "take," yes.

2        Q    So you know that there's a judge that will

3    decide what opinions you can offer.  Do you have an

4    opinion about that today?

5        A    Opinion about what?

6        Q    Yeah, that being --

7        A    About the judge deciding?  No.

8        Q    Do you have an opinion today, Mr. Lacinak,

9    regarding whether the circumstances of Lolita's

10   captivity at the Seaquarium amount to a take or

11   harassment as those terms are defined under the ESA?

12           MS. MOORE:  He has opinions that are in his

13       report and supplemental report.

14           THE WITNESS:  Yes.

15   BY MR. SCHWIEP:

16       Q    It's just a yes or no question.

17           MS. MOORE:  To the extent that you're asking

18       Mr. Lacinak, who is an animal behavior expert, to

19       draw legal conclusions, I don't think that's what

20       he's here to do.

21   BY MR. SCHWIEP:

22       Q    Do you agree with what your lawyer just said,

23   you're not going to offer legal opinions?

24       A    No, I'm not going to offer a legal opinion, so

25   I guess I agree.

1    **Q    By the way, have you had occasion to sign a**

2    **written retention agreement for this matter?**

3         A    A written retention?

4         **Q    Yes.  You're hereby retained to serve as an**

5    **expert in this case.  Here are the terms of your**

6    **agreement.**

7         A    I think I signed something like that.  I can't

8    tell you for sure because I signed a few things, but I

9    don't remember them exactly.  I can't give you the dates

10   and all that.  I mean, we would have to look into that.

11        **Q    But there's something in writing that says how**

12   **much you'll be paid and what you're being asked to do;**

13   **is that right?**

14        A    The only thing as far as -- I already answered

15   that question on the compensation.  I'm being paid for

16   my expenses and a daily -- I mean, a rate for my time,

17   which, by the way, is a lot less than my normal rate.

18        **Q    Okay.  And is that spelled out in some letter?**

19        A    I don't recall if it was spelled out or not.

20        **Q    So when you said you think you signed**

21   **something --**

22        A    Yeah, I think, maybe, but I don't know if that

23   part was spelled out.

24        **Q    So what do you think you signed?**

25        A    I signed that I was signing on as an expert

```
 1   witness.

 2        Q    How much have you been paid to date for your

 3   work in this case?

 4        A    Nothing so far because I haven't billed

 5   anything yet.

 6        Q    Are you keeping track of your time and your

 7   billings?

 8        A    Yes.  I was told to.

 9        Q    So you were retained in January.  Do you

10   invoice monthly?

11        A    For this case.  I normally will invoice when

12   I'm done with a project.  That's what we normally do.

13   We invoice after the time that we are there, but it

14   depends on the contract.  I've also done contracts where

15   we've been paid some of the contract in advance,

16   especially if it's overseas.

17        Q    What is the rate of compensation that you're

18   being paid in this case?

19        A    As I understand, it was $100 an hour and

20   expenses, travel-related expenses.

21        Q    And you offer that that's less than the normal

22   rate.  What is the normal rate?

23        A    It depends on what I'm doing, but normally my

24   rate would be closer to $150 an hour if I was going to

25   break down my time per hour.  We offer discounts,
```

PETA vs MIAMI SEAQURAIUM                                        Confidential
CLINTON THAD LACINAK on 02/15/2016                             Page 45

```
 1   depending on how long somebody hires us or -- so it
 2   really depends on the contract and what we have to do,
 3   how involved it is.
 4        Q     With whom did you negotiate the rate that
 5   you're being paid in this case?
 6        A     I basically only talked to Jim Lister about
 7   that.
 8        Q     Did he ask you for a discounted rate?
 9        A     No, sir.
10        Q     Did you offer it?
11        A     I didn't say it was discounted.  He asked me
12   what I would -- if I would give him a number that I felt
13   was fair.  At the time, I have to tell you, I didn't
14   know how involved it was going to be, so I gave him that
15   number.  He told me he felt that was fair.
16        Q     Other than the visit to the Seaquarium on
17   January 20th for the inspection, did you have occasion
18   to visit the Seaquarium at another time in connection
19   with providing an opinion in this matter?
20        A     No.
21        Q     Had you had occasion to visit the Seaquarium
22   at any time before January 2016?
23        A     I visited the Seaquarium many years ago.  It
24   might have been at -- it had to be over 25 years ago,
25   before this.
```

```
 1        Q    Did anything you learned or observe on that

 2   visit in 25 or more years ago --

 3        A    Oh, wait a minute.  Okay.  There was an

 4   occasion I might have visited it during an IMATA

 5   conference, a conference that was in Miami maybe eight

 6   or nine years ago.  I can't recall.  I can't recall.  I

 7   don't even remember anything about visiting at that

 8   time.

 9             THE COURT REPORTER:  I'm sorry.  What was the

10        name of the conference?

11             THE WITNESS:  It was the International Marine

12        Animal Trainer's conference that was in Miami, and

13        it was years ago.

14   BY MR. SCHWIEP:

15        Q    And that goes by the acronym IMATA?

16   I-M-A-T-A, full caps.

17        A    Yes.  Before that, it was a lot -- you know,

18   many, many years ago before that.

19        Q    Anything about those visits, the one you might

20   have engaged in 25 years ago or during the IMATA

21   conference, that forms the basis for the opinion that

22   you're providing in this case --

23        A    No.

24        Q    -- or I should say, informs the opinion?

25        A    No.
```

1    Q    And if I asked you this question before, I

2    apologize.  What was the specific assignment you were

3    given?

4         MS. MOORE:  Objection, asked and answered five

5         times now.

6    BY MR. SCHWIEP:

7    Q    What was the specific -- when she objects

8    you're usually expected to answer, unless she instructs

9    you not to.

10   A    I do feel like I've answered that question.

11   It's for my behavioral killer whale expertise.

12   Q    Did they ask you to provide any opinion

13   regarding the adequacy or inadequacy of Lolita's tank

14   size?

15   A    Yes.  Yes.

16   Q    Did Mr. Lister mention that?

17   A    Yes.

18   Q    And what did he say about it?

19        MS. MOORE:  Objection to the extent that it's

20        anything other than conveying factual data.

21        THE WITNESS:  Yeah, that -- that's right.  In

22        one of the documents the pool is described and that

23        was it.

24   BY MR. SCHWIEP:

25   Q    What did Mr. Lister say about the tank size?

```
 1       A    That that was an issue for PETA.

 2       Q    You understood that the plaintiffs in this

 3   case were contending the tank size was inadequate?

 4       A    Yes.

 5       Q    Mr. Lister told you that?

 6       A    Well, I also read that in one of the initial

 7   reports that that was -- it's very obvious in that

 8   that's a concern of theirs.

 9       Q    Were you asked to provide any opinions

10   regarding the keeping of Lolita as a solitary orca

11   without any companion and the impact of that on her?

12            MS. MOORE:  Objection, mischaracterizes her

13       current condition.

14   BY MR. SCHWIEP:

15       Q    I'll restate the question.

16            Were you asked to provide any opinions about

17   the impact, if any, on Lolita of being housed without

18   orca companions?

19       A    I commented that in my initial letter.

20       Q    Yeah.

21            When you were asked or tasked with providing

22   opinions in this case, Mr. Lacinak, were you asked to

23   provide any opinions regarding the impact, if any, on

24   Lolita of being housed without another orca companion?

25       A    In the overall case, I guess I can say yes.
```

1    Q    And were you told, as you apparently were

2  about tank size, that the plaintiffs were contending it

3  had an adverse impact on Lolita to house her without an

4  orca companion?

5    A    Yes.  And I'm also very aware that PETA feels

6  that way before this case also.

7    Q    Were you tasked with providing any opinions

8  about whether the amount of shade that was provided to

9  her was adequate?

10   A    Yes.  I commented that in my letter also.

11   Q    Were you asked to consider any additional

12  opinions that didn't work their way into your February 6

13  letter marked as Exhibit 172?

14        MS. MOORE:  Objection, vague.  Objection to

15     the extent that it does call for potentially

16     privileged information.

17        MR. SCHWIEP:  Well, it wouldn't.

18  BY MR. SCHWIEP:

19   Q    I mean, I'm just saying, did they say, I would

20  like you to give opinions on items one, two, three,

21  four, five, but you only addressed one through four in

22  your report.  Five, you weren't able to make an opinion

23  or provide one or they didn't want it as it turned out?

24        MS. MOORE:  Objection, compound question.

25        THE WITNESS:  No.

PETA vs MIAMI SEAQURAIUM
CLINTON THAD LACINAK on 02/15/2016
Confidential
Page 50

1    BY MR. SCHWIEP:

2        Q    What's your current address?

3        A    1615 Coquina, C-O-Q-U-I-N-A, Drive, Merritt

4    Island, Florida 32952.

5        Q    And starting with your kind of most of recent

6    educational experience, where did you go to school, last

7    go to school?

8        A    Seminole Junior College.

9        Q    And where is that?

10       A    That's by Lake Mary close to Orlando.

11       Q    When did you attend there?

12       A    Graduated from high school in '70, so '71,

13   maybe some courses in '72 that I recall.  I never

14   graduated or got any type of degree.  I was going to

15   school at the time and then I found out that SeaWorld

16   was opening up and took a job there.

17       Q    How old were you when you took the job at

18   SeaWorld?

19       A    I was hired in early 1973 when I was 20 years

20   old.  Actually, it was late 1973 because it was October

21   of 1973.

22       Q    Prior to going to work at the Seaquarium (sic)

23   in 1973, did you have any work experience that related

24   to marine mammals?

25       A    The only work experience that I would say that

PETA vs MIAMI SEAQURAIUM
CLINTON THAD LACINAK on 02/15/2016

Confidential
Page 51

1   was required was that you be a diver, and I was an

2   expert diver by the time I was 18.  I had cave diving

3   experience and lots of diving experience.

4        Q    Do you still hold a diving certificate?

5        A    Yes.

6        Q    Did you have any experience in working with

7   marine mammals prior to going to work for the Seaquarium

8   in 1973?

9        A    No.

10       Q    At the present time do you hold any

11  certificates or licenses other than a driver's license?

12       A    I have a concealed weapons permit for Florida.

13  That's it.  But I'm not carrying now.

14       Q    Have you had occasion to obtain any

15  certifications pertaining to marine mammals?

16       A    Not official certifications, no.

17       Q    And how long were you at SeaWorld?

18       A    From 1973 to January of 2008.

19       Q    And why did you leave SeaWorld in January of

20  2008?

21       A    I had been there a long time and I decided to

22  retire from SeaWorld and look into other ventures.

23       Q    How old were you at the time you retired?

24       A    55.  I retired when I met the eligibility

25  requirements for retirement with the company at that

```
 1   time.
 2        Q    And what was your title when you left?
 3        A    I was corporate vice president of animal
 4   training and enrichment.
 5        Q    And then what did you do?
 6        A    Actually, I was VP corporate curator of animal
 7   training.  That's the actual title --
 8        Q    Okay.  I appreciate that.
 9             So then what did you --
10        A    -- just to be clear.
11        Q    -- do after you left in January 2008?
12        A    I went to work for a company called -- I'm
13   trying think of their name now.  I lost it.
14             Ocean Embassy.
15        Q    And how long were you at Ocean Embassy?
16        A    Less than a year.
17        Q    And describe the circumstances of your
18   severing your relationship with Ocean Embassy.
19        A    I left basically because they lost all their
20   funding for projects.  It was during the downturn of the
21   economy and...
22        Q    Were you asked to leave Ocean Embassy?
23        A    No.
24        Q    Were you asked to leave SeaWorld?
25        A    No.
```

PETA vs MIAMI SEAQURAIUM
CLINTON THAD LACINAK on 02/15/2016

Confidential
Page 53

1    Q    While you were at SeaWorld, did you have

2   occasion to work with cetaceans directly?

3    A    Yes.

4    Q    Did there come a point in time when you ceased

5   to work with orcas directly?

6    A    No.  I did not work with them on a daily

7   basis, but I always worked with them even to the day

8   that I left.

9    Q    Is it correct that your last water work with

10  an orca was sometime in the '80s?

11   A    No.

12   Q    When was your last water work with an orca?

13   A    When I was 55 I did a show right before I

14  left.

15   Q    It would have been 2008?

16   A    Yes.

17   Q    And before that when --

18   A    Actually, it would be 2007 because I retired

19  January of 2008.

20   Q    Okay.  And before that, what was the last time

21  you had done water work with an orca?

22   A    I don't recall, but it wasn't that long.

23   Q    Okay.  And then after you left Ocean Embassy

24  in or about 2009 -- is that right?

25   A    Uh-hum.

1    Q    -- what did you?

2    A    I started my consulting business, Precision

3    Behavior.

4    Q    And have you worked consistently with

5    Precision Behavior since 2009 to present?

6    A    Yes.

7    Q    Have you had any other employment during the

8    that period?

9    A    No.

10    Q    What is the business of Precision Behavior?

11    A    I thought we described that earlier.  We

12    consult at zoos and aquariums and for some companies on

13    management, positive relationship building and

14    management.  I've got two aspects to the company.

15    Q    How many clients does Precision Behavior

16    currently have?

17    A    Right now we have seven, current.

18    Q    Are those seven all marine parks?

19    A    No.

20    Q    Are any of them marine parks?

21    A    There are four aquariums.  And I'm planning on

22    signing a contract with another one, a marine park.

23    Q    And so that would be five?

24    A    That would be five aquariums.

25    Q    Yeah.  And then the other two or three?

1      A     Zoos.

2      Q     **And what are the marine parks that Precision**

3  **Behavior works for?**

4      A     Three aquariums in North Carolina, State-run

5  aquariums.

6      Q     **What are they called?**

7      A     They're State run.  They're State-operated

8  aquariums.  And then Tampa Aquarium.

9      Q     **Are there three in North Carolina?**

10     A     Yes.

11     Q     **Okay.  And the zoos that you work with, which**

12  **zoos are those?**

13     A     I don't know if I want to mention the zoos

14  because of confidentiality.

15     Q     **Well, this whole transcript, you may have**

16  **overheard your counsel designate everything about it**

17  **confidential before we started, so it will be**

18  **confidential.**

19     A     Well, I'm confused on that then.

20           MR. SCHWIEP:  Okay.  So let's do this --

21           THE WITNESS:  If it comes out in a court of

22     law --

23           MR. SCHWIEP:  -- I could use -- take a break

24     now anyways.  So you guys confer.  Let me know what

25     you're going to do.  I've got to return a call real

1      quickly and I'll be back.

2          MS. MOORE:  Okay.  Are you just wanting names?

3          MR. SCHWIEP:  Yeah.

4          MS. MOORE:  You're not going to get into the

5      scope of what he's doing with them?

6          MR. SCHWIEP:  No.  That's where I'm going

7      next.  It will be kind of the nature of the

8      retention.

9          (Whereupon, there was a brief recess from

10     11:14 a.m. to 11:27 a.m.)

11     BY MR. SCHWIEP:

12     **Q    So, Mr. Lacinak, the last question was about**

13     **the zoos that you are working for, that is, Precision**

14     **Behavior is working for.**

15     A    Yeah.  The one I -- I just want this -- I

16     needed to have it explained to me.

17         MS. MOORE:  Let me jump in.  We're going to

18     mark any questions about his engagements with zoos

19     highly confidential.

20         MR. SCHWIEP:  Does that include only

21     attorneys, Counsel?

22         MS. MOORE:  Attorneys eyes only.

23         MR. SCHWIEP:  Limited only to attorneys?

24         MS. MOORE:  Yes.  That is what -- I thought

25     that's what the highly confidential was.

```
 1            (Whereupon, the following testimony will be

 2    marked as highly confidential:)

 3    BY MR. SCHWIEP:

 4        Q    Okay.

 5        A    Yeah.  The Miami Zoo.

 6        Q    Are there others?

 7        A    There have been others.  I don't have

 8    contracts with them now.

 9        Q    Okay.  Do the aquariums in North Carolina have

10    orcas?

11        A    No.

12        Q    The Tampa Aquarium, does it have an orca?

13        A    No.

14        Q    And Zoo Miami, obviously there's no orcas

15    there?

16        A    No, sir.

17            (Whereupon, there was an off-the-record

18    discussion.)

19            MS. MOORE:  Are we done with that topic?

20            MR. SCHWIEP:  Yes, we are done with that

21        topic.

22            MS. MOORE:  Okay.  We can go back to just

23        confidential.

24            (Whereupon, the highly confidential testimony

25    concluded.)
```

1    BY MR. SCHWIEP:

2         Q    Have you had occasion -- you told me that

3    you've seen orca in the wild.  Have you had occasion to

4    engage in any study of orca behavior in the wild?

5         A    No.

6         Q    And when you saw orca in the wild, when was

7    that?

8         A    I don't have the exact years, but I saw them

9    in the Puget Sound area, J, K and L pods.  I observed

10   them for four days.  I don't remember the date but it

11   was -- we were filming footage for a show at SeaWorld.

12   It was in the '90s.

13        Q    And over those four days, how many days were

14   you able to see orca in the wild?

15        A    All four days.  It was highly unusual.

16        Q    How were you able to identify the pods?

17        A    Because -- one of the researchers up there

18   that works with them, through him.

19        Q    Who is that, if you recall?

20        A    I'm trying to think of his name now.  I can't

21   think of his name.  If I think of it, I can give it to

22   you later.

23        Q    Okay.  How long were you able to view the

24   orcas?

25        A    We saw them every day for four days.

1    Q    About how long a day?  I should say per day.

2    A    Per day, probably a couple hours.  We followed

3    them.  I actually kayaked with them also.  I was in a

4    kayak with them.

5    Q    It was a kayak that was lowered from a boat;

6    is that what happened?

7    A    Yes.

8    Q    And on how many of the four days were you able

9    to kayak?

10   A    Just the one day.

11   Q    So the remaining three days you were on the

12   boat?

13   A    Yes.

14   Q    Any other occasion in which you've been able

15   to observe orca in the wild?

16   A    Yes.  I went to Patagonia and observed the

17   killer whales, two killer whales in Patagonia.  We were

18   shooting footage for SeaWorld also on that, and it was

19   at the sea lion beaches where they attack the seals, the

20   sea lions, the baby sea lions in that one area in

21   Patagonia, Peninsula Valdes.

22   Q    And when was that?

23   A    In the '90s also.  I don't recall the dates.

24   Q    Was that shooting for the same video?

25   A    No, it was a different one.

1    Q    And how many days were you out on the

2    Patagonia trip?

3        A    We were there probably on the site -- it was

4    very remote and very difficult to get to.  We had to

5    travel to get there.  But we were, if I recall

6    correctly, there for about six days.

7        Q    And on how many of those days were you able to

8    observe orca?

9        A    It was not every day, but probably three or

10   four days that we saw the orca show up.

11       Q    And where were you when you saw them?

12       A    We had permits to get right up close to the

13   beach and we, actually, to not disturb the animals that

14   were there, the seals, and cause a disruption, we had to

15   kind of very slowly sneak in with our cameras.  And we

16   sat right on the beach literally probably 50 yards from

17   where the animals would come up and grab seals.  I was

18   there with a film crew.

19       Q    So you were observing orca --

20       A    Observing their hunting technique.

21       Q    I was going to say, orca hunting sea lions on

22   the beach?

23       A    Uh-hum.

24       Q    Any other behaviors that you were able to

25   observe on the Patagonia trip?

```
 1        A     Well, just the techniques that the whales

 2   used.

 3        Q     The hunting techniques?

 4        A     Uh-hum.

 5        Q     That's a yes?

 6        A     That's a yes.  Yes.  Sorry.

 7        Q     And on the Puget Sound trip, what behaviors

 8   were you able to observe?

 9        A     Lots of different behavior.  We saw breeding

10   because the two pods -- two of the pods came together.

11   Lots of other activity.  Chasing.  We observed them

12   feeding on salmon.  Actually saw the fish flying out of

13   the water as they were chasing them.  And from my point

14   of view and what I know about killer whales, we saw lots

15   of things that would indicate breeding:  Lots of

16   chasing, lots of mingling, lots of rolling around and

17   lots of feeding.

18        Q     On either occasion, Patagonia or Puget Sound,

19   did you observe orca in the wild with lags?

20        A     No.

21        Q     Now, you've seen many captive orca other than

22   Lolita, correct?

23        A     Yes.

24        Q     The SeaWorld facility in Orlando, you worked

25   there from the time that it opened?
```

```
 1        A    Yes.   But I also oversaw the other parks once

 2   I was made corporate curator in 1992.   I oversaw all the

 3   parks.

 4        Q    And how many parks were there?

 5             MS. MOORE:  If you two could not talk over

 6        each other.

 7             MR. SCHWIEP:   Sorry.

 8   BY MR. SCHWIEP:

 9        Q    How many parks were there?

10        A    We had four, but the Ohio park was shut down.

11        Q    So Orlando, San Antonio and San Diego?

12        A    Yes.

13        Q    And there was a park in Cleveland that was

14   sold, I think --

15        A    Yes.

16        Q    -- and then later shut down; is that right?

17        A    Yes.  I also took over the Busch Gardens Park,

18   the two Busch Gardens Parks, the behavior departments

19   for the two Busch Gardens Parks in 1996.

20        Q    That's in Tampa?

21        A    Yes.

22        Q    Were there killer whales at the Busch Gardens

23   Park?

24        A    No.

25        Q    But there were killer whales at SeaWorld
```

```
 1    Orlando, SeaWorld San Antonio, SeaWorld San Diego?

 2         A    Yes.

 3         Q    Were there killer whales in Cleveland?

 4         A    Yes.

 5         Q    The killer whale pool at SeaWorld Orlando,

 6    that's a 36-foot-deep pool?

 7         A    Yes.

 8         Q    190 feet long by 90 feet wide?

 9         A    Approximately, yes.

10         Q    And then if I understand correctly, there are

11    additional tanks behind the show pool 70 feet in length

12    and 25 feet in depth.  Does that sound about right?

13         A    About right.

14         Q    And during the period of time you worked or

15    oversaw the SeaWorld Orlando killer whale pool, how many

16    killer whales were housed there?

17         A    It depends.  It was anywhere from six to nine.

18         Q    And never one?

19         A    Not in that pool, no.

20              Now, the animals were housed in individual

21    pools sometimes depending on their behavior and what was

22    going on and how well they were socializing with each

23    other.

24         Q    SeaWorld Orlando, during the entirety of your

25    relationship with it, always housed more than one orca,
```

1   right?

2        A    If I recall correctly there was a brief period

3   of time back in the '70s where we only had one.  But

4   that was a very brief period of time.

5        Q    Like how brief?

6        A    A few months.

7        Q    And when in the '70s was that?

8        A    Early '70s.  Probably more like mid '70s, I

9   should say.

10       Q    So other than the few-month period in the mid

11  '70s, SeaWorld Orlando, during the entirety of the time

12  you were connected with it, always housed more than one

13  orca?

14       A    Yes.  There was another brief period of time

15  in 1985 where there was only one orca in one pool while

16  we were getting the other pool open and started the new

17  killer whale facility.

18       Q    So SeaWorld had more than one orca, but you

19  had them in a separate pool?

20       A    Yes.

21       Q    And SeaWorld San Antonio, if I understand

22  correctly, that killer whale pool is about 40 feet deep,

23  220 feet long and 150 feet wide?

24       A    It's not quite 40 feet deep.  It's probably

25  closer to 38 in one area of the pool.

1      Q      And then there are side pools that are about

2   25 feet deep?

3      A      No.  They're 18 feet deep.  They're not 25.

4      Q      And are they about 115 feet long and 69 feet

5   wide, that is, the side pools?

6      A      Approximately, yes.

7      Q      SeaWorld San Antonio, since it's held orcas,

8   has also held more than one?

9      A      Yes.

10     Q      And if I understand correctly, it had orcas

11  since about 1988 when it was built?

12     A      Yes.

13     Q      What are the dimensions of SeaWorld San

14  Antonio -- I'm sorry.  San Diego pool?

15     A      They're close to the SeaWorld facility in

16  Orlando.

17     Q      So around 36 feet deep --

18     A      Yes.

19     Q      -- 190 feet long and 90 feet wide?

20     A      Yes.

21     Q      And that's the show pool?

22     A      That's the show pool.  And then there's two

23  side pools directly behind it and then there's an

24  additional pool that goes out from the back.  Well,

25  there's also a -- what we describe as a medical pool

1   with the lifting floor in between those.

2       **Q    And there is a separate underwater viewing**

3   **area for the killer whales?**

4       A    There's glass all across the front pool.  And

5   then, yes, in the back pool, the very back pool that has

6   a channel to it and it has more of naturalistic rockwork

7   around it, in that pool there is a large underwater

8   viewing area.  There's also one at SeaWorld Orlando.

9   There isn't one in SeaWorld San Antonio, the underwater

10  viewing I mean, other than the glass in the front pool.

11      **Q    And at SeaWorld San Diego as at SeaWorld San**

12  **Antonio, SeaWorld always housed more than one orca?**

13      A    Yes.

14      **Q    And the SeaWorld Cleveland facility, do you**

15  **recall the years it operated?**

16      A    It opened in 1969, if I'm not mistaken, or it

17  may have been 1970, and it went till the '90s sometime,

18  but I don't recall the date that we closed it.

19      **Q    Do you recall the dimensions of the killer**

20  **whale pool at the Cleveland facility?**

21      A    Much smaller.  I don't recall the exact

22  dimensions.  I know the pool was around 22- and 24 feet

23  deep, the front pool, and there were two side pools at

24  one time.  And then there was a pool added behind that

25  years later in the '80s.

1    Q    And the pool that was added behind that in the

2  '80s, was that a medical pool?

3    A    No.  It was a habitat.  It was the larger

4  pool.

5    Q    Was it the show pool?

6    A    No, it was not the show pool.  The show pool

7  still remained in the front, which was under, you know,

8  the stadium seating.  The stadium seating was there.

9    Q    So the pool was added in the back in the '80s.

10  Do you recall about the size of that pool?

11    A    It was approximately 15 to 18 feet deep.  And

12  it was sort of octagonical -- octagonical-shaped but it

13  was more -- probably 80 feet, maybe.  Maybe a little bit

14  more.  I don't recall the exact dimensions of it.

15    Q    And how many orca were housed at the Cleveland

16  facility?

17    A    It depended on the year.  There may have been

18  a time where there was just one.  I don't recall the

19  date.  But most of the time there were two.  And I think

20  on one occasion we had three animals there.

21    Q    Had three?

22    A    Yes.  On one occasion I recall that we may

23  have had three there.  After 35 years the years start to

24  come together.

25    Q    So in your recollection for most of the time

1    the Cleveland facility operated in about 1970 through

2    the '90s, there was more than one orca there?

3         A    Well, yes.  Yes and no.  The facility was a

4    seasonal park early on and it was -- we moved the

5    animals up there and moved them back every -- moved them

6    up there in the spring and moved them back in the fall.

7    And that stopped once we built that extra pool in the

8    back.  And then the animals were kept there year round

9    until they closed and until they were sold.

10        Q    At the SeaWorld Orlando facility, did SeaWorld

11   Orlando house lags with the orcas?

12        A    There was a time that they were together in

13   Orlando at one time, yes, when we did a multispecies

14   show.

15        Q    When was that?

16        A    I don't recall the exact years, but it was

17   late '70s, early '80s.

18        Q    For how long did that multispecies show go on?

19        A    Well, we had lags at one time.  We also had

20   also truncatus Tursiops, bottlenose dolphins.  Sorry.

21        Q    The SeaWorld Orlando discontinued its

22   multispecies show some time in the early '80s?

23        A    Yes.

24        Q    And why was that?

25        A    Because we decided to build the new stadium,

1    the new killer whale stadium and housed the killer

2    whales in a different facility and make that the dolphin

3    facility, the existing one.  That's kind of a short

4    answer for what happened.

5        Q    During the time that SeaWorld Orlando was

6    conducting a multispecies show in the late '70s and

7    early '80s, were the lags or bottlenose dolphins that

8    were used in the show housed in the same tank

9    continuously with the orcas?

10       A    None of the animals were housed continuously

11   together.

12       Q    In other words, you'd bring the lags or

13   bottlenose dolphins for the show and then remove them

14   after the show?

15       A    Sometimes.  And then sometimes in between

16   shows they would be together, but not all the time.

17       Q    When you say "none of the animals were housed

18   together continuously," the orcas were in the same pool

19   continuously, correct?

20       A    Not continuously, no.  All the animals at any

21   time when we're working with them can be gated or

22   separated away from each other, depending on the social

23   dynamics at the time.

24       Q    Would it be right to think of it as the orcas

25   were generally in the same pool together unless you

1    needed to separate them because for social reasons they

2    needed to be separated?

3              MS. MOORE:  Objection, overbroad.

4              THE WITNESS:  Yeah, I think I answered that.

5         We would separate them when we thought they needed

6         to be separated or when they would even separate

7         themselves sometimes between -- and then we might

8         close the gate between them.

9    BY MR. SCHWIEP:

10        Q    Would you separate them overnight?

11        A    Sometimes.

12        Q    What was the degree of frequency with which

13   they would be separated?

14        A    It depended on --

15             MS. MOORE:  Objection, overbroad.

16             MR. SCHWIEP:  You mean because of time frame?

17             MS. MOORE:  Yes.  He worked there for 35

18        years.

19   BY MR. SCHWIEP:

20        Q    Okay.

21        A    Yeah.  And it depends on the dynamics at the

22   time, the social dynamics of the animals.  That's always

23   what was looked at.

24        Q    They were always together for the show, right?

25        A    Not always.  It depends --

PETA vs MIAMI SEAQURAIUM                                    Confidential
CLINTON THAD LACINAK on 02/15/2016                          Page 71

1      Q      Typically.

2      A      -- on the social dynamic.  We would like to

3   have them together for the show, but a lot of times we

4   did not because of a lot of different reasons.

5      Q      The goal was to have them together for the

6   show, right?

7             MS. MOORE:  Objection.

8   BY MR. SCHWIEP:

9      Q      I'm talking about SeaWorld Orlando, the killer

10  whale show, while you were there.

11     A      Which stadium are we talking about?  When it

12  was multispecies or when it was killer whales --

13     Q      Killer whales.

14     A      -- by themselves?

15            Killer whales by themselves at the new

16  stadium?

17     Q      Yeah.

18     A      Where the other species of animals weren't

19  there?

20     Q      Right.

21     A      No, we did not always do the shows with all

22  the whales.  It depended on the show.  And we constantly

23  changed up the dynamics of the show and who did the

24  show.

25     Q      Do you recall telling trainers at SeaWorld

```
 1    Orlando that once a trainer has had a major aggressive
 2    incident, their stock in the company goes up?
 3         A    Never.
 4         Q    Since the early '80s onward, if I understand
 5    your testimony, SeaWorld Orlando did not house orcas and
 6    lags together, right?
 7         A    Would you repeat that again.
 8         Q    Yeah.  Since the early 1980s SeaWorld Orlando
 9    did not house orcas and lags together?
10         A    No.
11         Q    And at SeaWorld San Antonio did SeaWorld house
12    lags and orcas together?
13         A    No.
14         Q    In SeaWorld San Diego, did SeaWorld house
15    orcas and lags together?
16         A    Where?  SeaWorld San Diego?
17         Q    Uh-hum.
18         A    No.  Not once the stadium, the new stadium was
19    built.
20         Q    And that was when?
21         A    That was 1984, if I remember correctly.
22         Q    And at SeaWorld's Cleveland facility, SeaWorld
23    didn't house orcas together with lags, did it?
24         A    Yeah, they did.  They did shows together.
25         Q    Pardon?
```

1       A    They did shows at one time with lags.

2       Q    Okay.  So let's kind of break it down.  Were

3   they always housed -- were orcas always housed with lags

4   at Cleveland?

5       A    No.

6            MS. MOORE:  Objection, overbroad.

7   BY MR. SCHWIEP:

8       Q    So there was a point in time where Cleveland,

9   you did a multispecies show like you did in Orlando?

10      A    Yes.

11      Q    And when you did the multispecies shows you

12  would bring lags in for that show?

13      A    Yes, for the most part.

14      Q    And then there were some times they would

15  actually be left in the pool for an extended period,

16  that is, the lags in the orca pool?

17           MS. MOORE:  Objection.

18           THE WITNESS:  Sometimes.

19           MS. MOORE:  Give me a second to object, if you

20      could.

21           THE WITNESS:  Okay.  Sorry.

22           MS. MOORE:  Objection, overbroad.

23  BY MR. SCHWIEP:

24      Q    Generally at Cleveland, SeaWorld didn't just

25  house the lags indefinitely with orcas, right?

```
 1        A     Repeat the question.  I'm not -- I'm trying to

 2   figure out --

 3        Q     I'm just trying to make sure I have my arms

 4   around it.  I gather that at Cleveland as at Orlando

 5   there was a time when you did a multispecies show, lags

 6   would come in, do the show with the orca, but they

 7   weren't housed continuously in the same tank during the

 8   that period of time, that is, the orcas and the lags?

 9        A     Well, by continuously, what do you mean?  Like

10   for a day?

11        Q     I mean, 24/7, 365.

12        A     No, not 24/7, 365 they were not.  But there

13   were occasions where they were in the same pool

14   together.  There were many, many occasions where they

15   were in the same pool together.

16        Q     Well, they were doing a show together.

17        A     Not just in shows, training sessions as well

18   as in between shows at training sessions.

19        Q     Do you have an opinion about whether lags and

20   orcas live together in the wild?

21        A     They swim in the same waters.  That's the only

22   opinion I have.

23        Q     They don't breed together, obviously, right?

24        A     Not that I know of.

25        Q     They don't forage together?
```

PETA vs MIAMI SEAQURAIUM                                    Confidential
CLINTON THAD LACINAK on 02/15/2016                              Page 75

```
 1        A     Don't know that.

 2        Q     In your experience with SeaWorld, SeaWorld did

 3   not house orcas on a regular basis in tanks as small as

 4   Lolita's, right?

 5        A     In the beginning when I first started with

 6   SeaWorld the pools were much, much smaller than what

 7   they are housed in now.

 8        Q     They were small?

 9        A     There were pools --

10              MS. MOORE:  I was letting you finish.  Go

11        ahead, finish.

12              THE WITNESS:  There were pools that they were

13        housed in that were smaller than what Lolita lives

14        in now.

15   BY MR. SCHWIEP:

16        Q     The show pool wasn't as small as Lolita's?

17        A     The show pool was not.

18        Q     And over the course of your career at

19   SeaWorld, you don't have experience with an orca that's

20   spent 36 years without another orca companion, right?

21        A     No, not 36 years.

22        Q     Well, or any number of years.  If I understand

23   your testimony they might have been separated from time

24   to time and there might have been short periods of time

25   when there was only one orca, but by and large you
```

```
 1   always had more than one at SeaWorld?

 2           MS. MOORE:  Objection, overbroad.

 3           THE WITNESS:  Yeah, that's a broad statement.

 4      At SeaWorld, but we were involved with other

 5      facilities that had single whales living by

 6      themselves for years.

 7   BY MR. SCHWIEP:

 8      Q    Yeah, we'll get there.  I'm asking about

 9   SeaWorld.

10      A    Okay.

11      Q    Right?

12      A    Okay.

13      Q    Okay.  What are the opinions that you intend

14   to provide in this matter?

15           MS. MOORE:  Objection, overbroad.

16           MR. SCHWIEP:  He's an expert.

17           MS. MOORE:  Would you like to ask him about

18      his report?

19           MR. SCHWIEP:  I'm going to ask him.

20   BY MR. SCHWIEP:

21      Q    What opinions -- we're going to talk about the

22   report, but what opinions, if any, have you had occasion

23   to form in this matter, Mr. Lacinak?

24      A    I have some opinions on the pool size.  I have

25   opinions on whether or not there needs to be shade.  I
```

PETA vs MIAMI SEAQURAIUM
CLINTON THAD LACINAK on 02/15/2016

Confidential
Page 77

1  have opinions on her behavior, on Lolita's behavior.  I

2  have opinions on some of the conclusions on the

3  recordkeeping as well as some others.  I mean, I think

4  you can look at my letter to see what my opinions are

5  and...

6      **Q    So any other opinions that you've formulated**

7  **and that you're prepared to provide to me today other**

8  **than what you've identified, which I wrote pool size,**

9  **shade, Lolita's behavior and recordkeeping?**

10          MS. MOORE:  And the opinions in the

11      supplemental report?

12          THE WITNESS:  Yeah, and all the opinions in

13      the supplemental report on enrichment, gating.

14  BY MR. SCHWIEP:

15      **Q    You mentioned shading.  Now you've added**

16  **enrichment.**

17      A    Gating, her age.

18      **Q    Okay.  You have an opinion on her age?**

19      A    Uh-hum.  Her body and skin condition, her

20  dorsal fin, whether or not there's any stereotypic

21  behavior.

22      **Q    Okay.  You've been flipping through your**

23  **report, which is right in front of you.  Any other**

24  **opinions?  I've got nine:  Pool size, shading, Lolita's**

25  **behavior, recordkeeping, enrichment, age, body and skin**

1    condition, dorsal fin, and whether there's stereotypic

2    behavior.

3         A    Her exercise, her shows, her trainings, the

4    qualification and the quality of the trainers.  Anything

5    and everything that relates to her behavior and how she

6    reacts to certain stimuli.

7         Q    Anything else?

8         A    There are probably some other things that I

9    can't think of right at the moment.

10        Q    If anything else occurs to you, please let me

11   know.

12        A    Well, the thing is is that I would like to

13   refer to my two -- the initial letter and then to the

14   comments that I made in the additional...

15        Q    I've put your opinion letter, the February 6

16   letter, in front of you.  If you want to refer to it at

17   any time, please feel free to do so.

18             With regard to pool size, what opinions are

19   you prepared to offer the court in this matter?

20        A    As compared to what?  I'm not sure I

21   understand what you're asking.

22        Q    Yeah.  Well, you're an expert in this case.

23   That means, you know, experts can give their opinions

24   about things.  You've been designated as an expert.  I'm

25   not conceding that you're an expert on pool size, but

1   you said you have an opinion on pool size.  What is it?

2       A    My opinion is is that it meets all the

3   regulations that are in place now in the U.S.  It meets

4   all the regulations and guidelines.

5       Q    Now, anything else?

6       A    My opinion is that with the age of this

7   animal, her being the oldest -- basically the oldest

8   killer whale in any captive situation and the amount of

9   years that she has lived by herself and alone, other

10  than the two companion animals that she has right now

11  and as well as some other companions that she's had,

12  that it could be detrimental for her to be moved to

13  another facility, whether it be an ocean pen or another

14  pool, because she is so accustomed to that facility,

15  that habitat.

16      Q    So when you say it could be detrimental to

17  her, that means it might be detrimental to her.  That's

18  your opinion?

19      A    In my opinion there is a high probability that

20  it could be detrimental to her in my experience.

21      Q    Would you say that to a reasonable degree of

22  scientific certainty, moving her from her current tank

23  will be detrimental to her?

24      A    It depends on what you mean by "scientific."

25      Q    Yeah.  That means it's based on a

1   peer-reviewed study.

2        A    Obviously there's been no peer-reviewed study

3   of that.

4        Q    Well, not of Lolita, but there might have been

5   about other orcas.  I was giving you the list.  Peer

6   review study, any test or analysis, evaluations that

7   have been done, your own academic background and

8   training on this topic that would provide a scientific

9   basis for saying -- and that's my question, if you're

10  prepared to testify that to a reasonable degree of

11  scientific certainty moving Lolita would be detrimental

12  to her?

13       A    I'm prepared to say that in my opinion moving

14  her would be or could be detrimental to her.

15       Q    So you're say could be.  I understand.  It

16  could not be too, right?

17       A    Well, obviously when I say it could be, could

18  means it could or it couldn't.

19       Q    Do you have any opinion about the pool size

20  other than that it meets regulations, that it could be

21  detrimental to her given how she's accustomed to it to

22  moving her?

23       A    Other than that she is very -- seems

24  comfortable in that facility.  And, you know, I will say

25  that it is not necessarily the size of the facilities

1   that I had worked with at SeaWorld.  I mean, that's

2   obvious.  But considering this animal has been alone for

3   the amount of time that she has lived alone without

4   other killer whales and in this size facility, in my

5   opinion it could be detrimental to move her to another

6   facility.  That is my statement on the pool size other

7   than it is, what I said earlier, that it does meet the

8   regulations.  And I base that on other animals that have

9   lived by themselves for a period of time, other killer

10  whales, that we at SeaWorld moved to our facilities and

11  it had, in my opinion, a detrimental effect on those

12  animals.  That's one of the bases.

13      **Q    If I understand your earlier testimony, at**

14  **SeaWorld there wasn't ever an orca held alone for the**

15  **amount of time that Lolita has been alone?**

16      A    No.

17      **Q    Or anything like it, right?**

18      A    No.  There was in other facilities that we

19  acquired the animals from.

20      **Q    Okay.  So tell me about that.**

21      A    We acquired a killer whale from Windsor Safari

22  Park.  I don't know the exact year, but she had lived

23  alone in that pool for many years and we moved her to

24  Orlando, Florida.

25      **Q    When was that?**

1       A    I don't recall the exact dates.  It was in --

2   probably early '90s, late '80s.

3       **Q    What was the name of that killer whale?**

4       A    Winnie.  W-I-N-N-I-E.  She was in Windsor

5   Safari Park.

6       **Q    How old was Winnie when you got her?**

7       A    I don't recall the age.  She was a subadult.

8   She was of sexual maturity when we collected her, I know

9   that.  So she was maybe 7 or 8 years old, maybe a little

10  older than that.

11      **Q    And where was she from?  I mean, I know you**

12  **got her from Windsor Safari Park, but had she been bred**

13  **in that park?**

14      A    No.

15      **Q    Did she come from the wild?**

16      A    No, she was collected.

17      **Q    And where was she collected?**

18      A    I don't recall.

19      **Q    And so what happened when you brought Winnie,**

20  **who had lived alone at Windsor Safari Park, to your**

21  **SeaWorld --**

22      A    Orlando --

23      **Q    -- killer whale tank in Orlando?**

24      A    She did not ever, from the time we got her,

25  get along with the other killer whales.  She was a

1    loner.  She ended up spending more time by herself.

2    Even though she was in with the other killer whales, she

3    would separate herself from the other whales.  Never

4    seemed to adjust to the social dynamics of that pool

5    with the whales that were there.

6         Q    If you told me this, I didn't hear it.  Where

7    was she captured?

8         A    I didn't tell you because I said I didn't

9    recall.

10        Q    Okay.  You don't know.

11             So what happened to Winnie?

12        A    Well, she lived there in SeaWorld Orlando.  We

13   also moved her to SeaWorld San Antonio at one point.

14   And again, I don't recall the dates of that.  Almost

15   positive it was in the '90s, early '90s that we moved

16   her there, might have been mid '90s.  And she also

17   pretty much kept up with the same social dynamics

18   problems.  She never really got along with the other

19   whales.  And by "got along," I meant that she never

20   assimilated into the group dynamics as well as we

21   expected.  She had trouble with that.

22        Q    And what ultimately happened to Winnie?

23        A    Winnie passed away from -- and I don't recall

24   exactly what it was that she passed away from.  I know

25   it was -- I don't recall exactly what caused --

1    Q    **Where did Winnie die?**

2    A    -- her to pass away.

3         In San Antonio.

4    Q    **About when?**

5    A    In the '90s sometime.  I don't exactly recall

6    the date.

7    Q    **So some kind of medical condition?**

8    A    Yes.  That's all I know about it, though.

9    Q    **Do you know when Winnie was brought to**

10   **SeaWorld Orlando if the other whales in the killer whale**

11   **pool were from the same pod that Winnie was taken**

12   **captive from?**

13   A    I don't know.

14   Q    **And I guess the same question, when she got to**

15   **San Antonio, were the whales there from the same pod**

16   **that she was taken from?**

17   A    Don't recall.  I don't know that.

18   Q    **Would it be fair to say that you can't offer**

19   **an opinion about how Lolita might perform if**

20   **reintroduced to her own pod?**

21        MS. MOORE:  Objection, calls for speculation.

22        MR. SCHWIEP:  It's kind of my point.

23        THE WITNESS:  Well, all I can say is is that

24        it's been my experience with killer whales that

25        even when a female killer whale is reintroduced to

```
 1          an animal that she gave birth to, they don't always
 2          get along after a period of time of separation.  We
 3          have had that happen several times.
 4    BY MR. SCHWIEP:
 5          Q    You're not prepared to opine that Lolita would
 6    not get along with the pod that she was captured from if
 7    she was reintroduced to that pod, are you?
 8          A    On my behavioral experience in working with
 9    killer whales, it is my opinion that she would have
10    great difficulty being accepted back into a wild pod of
11    killer whales even if you could find, you know, animals
12    that she was related to.
13          Q    And what's the basis for that opinion?
14          A    Because of all the years of experience in
15    watching the social dynamics and how killer whales
16    interact with each other.
17          Q    Okay.  But do you have any experience with
18    regard to the reintroduction of a whale to a pod that
19    she was taken from?
20          A    I have some experience in reintroducing two
21    different killer whales back to their siblings, back to
22    their young that they had been separated with and them
23    not getting along once they're reintroduced.
24          Q    Was that in the wild?
25          A    No, that was at SeaWorld.  To put it briefly,
```

 1    we moved a female killer whale to another pool to San

 2    Antonio and then we moved that whale back after several

 3    years.  I don't remember the exact amount of time.  And

 4    the female that gave birth to that animal never got

 5    along with her baby, and it wasn't a baby at the time.

 6    It was an adult also.  They never got along after that.

 7         **Q     How long were they separated?**

 8         A     Like I said, several years.  I don't remember

 9    the exact number of years.

10         **Q     And you've seen that happen two times?**

11         A     Yeah, that has happened -- I don't recall the

12    names of the animals.  We had lots of killer whales --

13    where once the female gives birth to another animal,

14    then the other animals don't necessarily get along with

15    the -- and fit into the social group as well as they

16    once did.

17         **Q     Have you had any experience with the**

18    **reintroduction of a killer whale that had been separated**

19    **from his or her mother where the child killer whale was**

20    **accepted by the mother?**

21         A     Well, we never -- we really didn't separate

22    them until they were older, you know, at least three

23    years old usually before they would be separated for any

24    length of time.  And in the occasions that we did that,

25    when we reintroduced them at a later date, those two

1    instances that I was talking about was where we had

2    trouble.  Most of the time we did not move the animals

3    until they were older and then they've stayed separated.

4    And, again, that was all according to the SeaWorld's

5    breeding program and what animals, from a genetic

6    standpoint, we wanted to be together so that the

7    genetics of the animals worked out for the breeding

8    program.

9        **Q    Does that mean that the -- I guess calves is**

10   **the right word -- that the calves would be regularly**

11   **separated from their mothers at some point after three**

12   **years?**

13       A    Not regularly.

14           MS. MOORE:  Objection.

15           THE WITNESS:  No.

16   BY MR. SCHWIEP:

17       **Q    Was that SeaWorld's practice to separate them?**

18       A    No, it wasn't a practice.  I already stated

19   that it depended on the genetics, and the genetics and

20   the goals of the breeding program.

21       **Q    Okay.  You said you also had some opinions**

22   **about shade.  What opinions have you been able to form,**

23   **Mr. Lacinak, regarding shading for Lolita?**

24       A    Several opinions.  One of them is based on the

25   shade that we have at our facilities at SeaWorld, at

1   SeaWorld Florida and SeaWorld San Antonio.  In those two

2   parks we do have shade structures over some of the

3   pools.  Not all of them, but some of them.  SeaWorld San

4   Antonio has the most shade over the pools because of the

5   intense heat.  And in my opinion it was more for

6   blocking the sun from the water, because we chill the

7   water at the killer whale stadiums.  And putting shade

8   over the structures in those two facilities, in San

9   Antonio and in Florida, is to conserve energy, because

10  it costs a lot of money to chill that water, a lot of

11  electricity.  That was a major reason that shade was

12  put, in my opinion, in those two structures.

13          In SeaWorld San Diego there is no shade other

14  than some that may be given from the show structure in

15  the front pool and things like that.  So at certain

16  times there might be shade.  But there was no shade

17  structures, permanent shade structures, over any of the

18  pools in San Diego ever and I don't recall ever having

19  seen a problem from that.  The reason that they don't

20  need the shade there is because they also chill the

21  pools, but the weather in San Diego, as you know, is

22  much cooler year round.

23      Q    Okay.  So what's your opinion about shading?

24      A    That it is not necessary unless, as I stated

25  in my report, unless the animal is feeling -- has some

```
 1    type of illness and it's sitting at the surface without

 2    diving under and without sinking or going underwater.

 3    And occasionally we have put up some temporary

 4    structures over an animal that has some kind of problem,

 5    health issue.

 6         Q     And why is that?

 7         A     Because if they have a health issue and they

 8    don't sink underwater, then their skin can dry out and

 9    it could cause a sunburn at that time or a dryness of

10    the skin and cracking if you did not do that.

11         Q     So when you say shading is not necessary, you

12    would apply that to any killer whale facility?

13               MS. MOORE:  Objection, overbroad.

14    BY MR. SCHWIEP:

15         Q     That's what I wrote down.  You said shading is

16    not necessary unless the animal has an illness.

17         A     Has an illness or if there's a -- yeah, that

18    would basically be it.  That's really the only time that

19    in my opinion shade would be needed, unless the pool

20    water was too warm.  But it's my understanding that the

21    pool water is comparable at Miami Seaquarium with the

22    temperatures that we keep at SeaWorld.

23         Q     So no shade is needed at a killer whale pool,

24    if I understand your testimony, unless you need it to be

25    able to maintain an appropriate water temperature or if
```

1    the animal has an illness, in which case a temporary

2    structure is adequate?

3         A    Yeah.  The other issue with any type of

4    structure overhead is that it can collect dust and lots

5    of things.  And from working with the SeaWorld

6    veterinarians, I know that they were concerned about the

7    shade structures and any kind of mold spores or bacteria

8    from bird feces or anything like that that could

9    possibly collect on those structures.  So if you were

10   going to put a structure, you would have to design it in

11   a way that there would not be any possibility of that

12   entering the animal's facility.

13        Q    And what's the basis for your opinion on

14   shading?  That would be your experience at SeaWorld?

15        A    Yes.

16        Q    Anything else?

17        A    I think that's enough.  I was there 35 years.

18        Q    With regard to recordkeeping, you mentioned

19   that is an area where you developed some opinions in

20   this matter.  What's your opinion regarding

21   recordkeeping?

22        A    Recordkeeping is something that is -- can be

23   different in every facility.  How the animals are rated,

24   whether that's on a scale of one to five or one to

25   three.  There are some facilities that only rate on a

 1    scale of one to three, others one to five.  I have even

 2    seen facilities rate them on one to ten.  But, again,

 3    that's up to the facility and the trainers.

 4            The main thing about the recordkeeping is to

 5    make sure that the training staff keeps things in a

 6    consistent form and that they can keep records on what

 7    they consider the information they need to do a good job

 8    behaviorally with the animals.  So, again, comparing the

 9    recordkeeping with one facility to another, although

10    there are some similarities and can be, there is also

11    some -- can be a lot of differences also.  Everything

12    from what you describe and what language you use to

13    describe, it can be different.

14        Q    So what opinions do you have about the

15    Seaquarium's recordkeeping?

16        A    I have an opinion that their recordkeeping is

17    adequate and is similar to what we did while we were at

18    SeaWorld, which makes sense.  Robert Rose worked for

19    SeaWorld at one time and now he's in charge of that

20    facility.

21            Can we take a potty break?  I drank too much

22    Coke.

23            MR. SCHWIEP:  Sure.

24            (Whereupon, there was a lunch recess from

25    12:27 p.m. to 1:04 p.m.)

PETA vs MIAMI SEAQURAIUM
CLINTON THAD LACINAK on 02/15/2016

Confidential
Page 92

```
 1    BY MR. SCHWIEP:

 2        Q    You were testifying before we broke for

 3    lunch -- thank you for lunch, by the way -- about the

 4    recordkeeping at the Seaquarium.  Are there records that

 5    are maintained by the Seaquarium with regards to Lolita

 6    similar to the types of records that were maintained by

 7    SeaWorld while you were the VP in charge of animal

 8    training for its killer whales?

 9        A    They're similar, but not the exact same.  And

10    what I was alluding to earlier is that as far as the

11    rating system, that is something that is done

12    differently in each facility according to the facility

13    as well as according to the animal that you're rating

14    and how the person in charge and what the information

15    that that person wants to glean out of the records.

16        Q    Did you maintain --

17        A    So --

18        Q    I'm sorry.  Go ahead.

19        A    So it's not all the same.  You can't compare.

20    It's like you can't compare the two directly

21    necessarily.

22        Q    Okay.  They're not identical?

23        A    No.  You can't compare the same -- even if

24    it's one through five, you can't compare the same rating

25    across the board with the killer whales at SeaWorld
```

1    compared with Lolita, the Killer Whale.

2         **Q    Is there any rating standard?**

3         A    No.  Not to my knowledge there aren't.

4         **Q    Well, that's what I was going to ask.**

5         A    Yeah.

6         **Q    You're a member -- maybe I asked you this**

7    **before -- of, you mentioned, IMATA?**

8         A    Yes.

9         **Q    And what is IMATA?**

10        A    IMATA is the International Marine Animal

11   Trainers Association.  It's trainers from around the

12   world that meet every year and share best practices.

13        **Q    Has IMATA developed a protocol for animal**

14   **behavior rating?**

15        A    They have a protocol for some of the

16   information that you want to collect.  They do not

17   dictate how or what the recordkeeping should be exactly

18   for what you collect.

19        **Q    You mentioned some facilities as the**

20   **Seaquarium use a one to five rating, some one to three,**

21   **some one to ten.  Does IMATA have a particular system**

22   **that it either has recommended its members utilize or**

23   **otherwise adopted as the IMATA protocol?**

24        A    Like I said, they don't get into the exact

25   ratings and what you imply by the ratings.  They

1    recommend keeping records and doing those things, but

2    they don't get into the specifics of it to my knowledge.

3         Q    And if I understand what you're telling me,

4    even assuming two different facilities use a one to five

5    rating system, in your experience the way in which

6    animal behaviors are rated may not be the same, so you

7    couldn't equate the numbers anyways?

8         A    No, and it was constantly changing.  As I

9    stated in this right here, this supplemental, it depends

10   on a lot of things.  But the other thing is that even

11   when I was VP at SeaWorld and for all of the facilities

12   there, I had to constantly go around.  When I was made

13   the corporate curator in 1992, from that point forward

14   it was a constant going to the different facilities and

15   making sure that the trainers in this facility were

16   rating and ranking things the same as we did with the

17   whales in Florida as we did with the whales in San

18   Antonio, San Diego, Ohio when it was opened, and so on

19   and so forth.  So, again, it's something that you have

20   to -- there's a lot of subjectivity to it.

21          There were even times when trainers would feel

22   that if they rated an animal below an average -- below

23   average, that it would reflect on them.  And that would

24   be looked at by management and things like that.  But

25   that kind of thing happens all the time.  So that's why

1   you -- it is rather subjective.

2       **Q      Have you had -- well, you told me you didn't**

3   **really talk to Heather Keenan about substance, you**

4   **didn't talk to Marni Wood.  Have you talked to any other**

5   **Seaquarium trainers about the way they rate Lolita's**

6   **behavior?**

7       A     I don't recall talking to them about it.  I

8   can tell by the way they -- I can tell by looking at the

9   records and how they are.  And I think that from what I

10  saw of the records and the limited amount of time that I

11  was able to look at them, I saw some real consistency in

12  how they rated.

13          You know, the other thing about recordkeeping,

14  it doesn't necessarily mean when an animal gets

15  something below an average, like let's say a 1 or a 2,

16  that doesn't necessarily reflect that the animal is

17  feeling bad or is -- it can reflect that, but it doesn't

18  necessarily reflect that there's a physical or some

19  other problem with the animal.  It's just that the

20  animal did not do what it was asked to do in the right

21  amount of time, or it can be that it just refused to do

22  what it was asked to do and then the rating comes down.

23          So it doesn't reflect necessarily the health

24  of the animal or that there's a problem with the animal.

25  It could be a problem with how the trainer asked it.

1   Trainers, just like anybody, just like all people, have

2   good days and bad days.  They may, you know, rank things

3   a little bit differently depending on how they feel.

4        **Q    So is that subjectively -- I think that was**

5   **your word -- and variableness among trainers something**

6   **that you've seen over the course of your career in terms**

7   **of how different trainers decide to rate animal**

8   **behavior?**

9        A    Yeah.  And you have to constantly -- I had to

10  at SeaWorld.  And I know this is something that has to

11  constantly be talked about as well as described to

12  people and taught to people so that you get more

13  consistency in how -- because the ratings are for the

14  trainers.

15        When you rate the animals, it's for the

16  trainers to get a gauge on how the animal is doing.

17  It's not really necessarily for anybody else.  I mean,

18  as far as you can with some animals, you can take a look

19  at the ratings and sometimes it is indicative of is

20  there another problem, but sometimes it doesn't

21  necessarily have to be.

22        **Q    You've seen the Seaquarium's Animal Training**

23  **Manual?**

24        A    I glanced at it.  I did not read it word for

25  word, no.

1    Q    Do you remember its key for how a behavior

2  rating score should be determined?

3    A    Yeah, I saw the key.

4    Q    Okay.  And would that kind of written

5  description of how a trainer should rate animal behavior

6  in your mind effectively dictate to the trainers how the

7  score should be determined?

8         MS. MOORE:  Objection, vague.

9  BY MR. SCHWIEP:

10   Q    In other words, I think I heard what you were

11 saying earlier, and that is, look, different trainers

12 may do it differently.  There's some subjectivity there.

13 There may be issues in terms of their own consistency on

14 how they score an animal.  And I think I heard you say

15 that's something that you have to kind of train the

16 trainers about?

17   A    Yes, especially new trainers.  More

18 experienced trainers don't quite need the training as

19 much and you don't have to worry about it as much

20 usually with experienced trainers because they are not,

21 you know, in a situation where they're going to be

22 worried about whether or not necessarily that it's going

23 to make them look bad if they rate an animal lower and

24 somebody else gets to rate the animal higher.

25   Q    That's true even if you have a written

1    standard for how to rate?

2         A    Absolutely.

3         Q    Should Animal Behavior Records record when an

4    animal is raked, for instance, by another animal?

5              MS. MOORE:   Objection.

6              THE WITNESS:   Well, it depends on the

7         facility.   If they deem that and if they want to

8         keep a record of that, then I guess they can.

9    BY MR. SCHWIEP:

10        Q    So in your experience -- you're an expert in

11   this area you've said -- should rakes be recorded?

12        A    I can't give you a yes or no.   I can give you

13   it depends.   It depends on if that is the only way that

14   the animals are -- that it is recorded.   It depends on

15   the management and if they decide that the trainer

16   should put down any rake on the animal.   So, again, I

17   can't answer that yes or no.

18        Q    So you, as a matter of best practices, would

19   not require or suggest to your clients to record all

20   raking, it would just depend on the client's

21   preferences?

22        A    Well, it would depend upon if there were other

23   ways or other things being used to get the information

24   to the veterinarian.   It would depend on what the

25   veterinarian had set up.   You know, at SeaWorld, if the

```
 1   animals had any type of problem or whatever, they

 2   were -- you know, the veterinarians were told

 3   immediately about it.  And I assume, and I don't know

 4   exactly what the procedure is for Lolita, but I assume

 5   that that's being done also.

 6        Q    Have you had occasion to review -- I'm sorry.

 7   We both do the same thing so I'm to blame as well.  I

 8   kind of trail my answers off at the end sometimes -- I

 9   mean, my questions off at the end sometimes.

10        A    I understand.

11        Q    Were you finished with your answer?

12        A    Yeah.  I guess so.

13        Q    Have you had occasion to review

14   Dr. Rodriguez's deposition transcript in this case?

15        A    No.  I don't feel like I need to look at that

16   because I am -- as far as the animal's health is

17   concerned, I'm not a veterinarian.  That doesn't stop me

18   from giving an opinion on what she looks like.  But I'm

19   not a veterinarian, so I'm not going to get into that.

20   I don't think a trainer that doesn't have the expertise

21   or the training in that field should necessarily comment

22   on that.

23        Q    And you when you say "what she looks like,"

24   you mean Lolita, not Dr. Rodriguez?

25        A    Yes.
```

1    **Q     Should the training staff bring to the**

2    **veterinarian rakes that the animal has suffered?**

3           MS. MOORE:  Object to the form of the

4           question.

5           THE WITNESS:  Well, rakes are something that I

6           can definitely say that we might mention to the

7           veterinarian if the rakes, we felt, were really

8           something that maybe there was some bleeding

9           involved or anything like that.  But if it was

10          just -- it was a rake on the skin with no bleeding,

11          then, no.  I would say that at SeaWorld and in my

12          experience you wouldn't necessarily have to report

13          that.  It would depend on the severity of the rake

14          or the length or detrimental --

15   BY MR. SCHWIEP:

16          **Q     Should the Animal Behavioral Records --**

17          A     -- how detrimental or severe the rake might

18   be.

19          **Q     Okay.  If Lolita were gated -- you were able**

20   **to tell that Lolita's tank has gates and they can**

21   **separate it into Pool A and Pool B, right?**

22          A     Yeah.

23          **Q     If she were gated either in A or B, should the**

24   **Animal Behavioral Records note that?**

25          MS. MOORE:  Object to the form of the

 1          question.  Vague.

 2               THE WITNESS:  I would answer that by saying it

 3          depends how long the animal was gated for.

 4     BY MR. SCHWIEP:

 5          Q     **Overnight.**

 6          A     We usually kept records of an overnight.  We

 7     didn't always, but -- and by that I mean, at one point

 8     in time we did not keep any records on where the animals

 9     were gated or when they were gated.  I can't tell you

10     the exact time, but if there was anything that we wanted

11     to watch on the animal, then we did start -- we did at

12     one time start putting down where the animals were

13     located overnight and what pools they were located.

14          **Q     In your opinion -- and I think you've said you**

15     **consider yourself an expert with regard to**

16     **recordkeeping -- when it comes to animal training,**

17     **should the Seaquarium record in its Animal Behavior**

18     **Records when Lolita is gated overnight?**

19          A     Well, I never said I was an expert on keeping

20     records.  What I said was I was and I am an expert in

21     the behavior of killer whales and dolphins and I've got

22     35 years of experience doing this, which I think should

23     allow me to give my opinion on what I feel somebody

24     does.  So could you repeat the question?

25          **Q     Yeah.  So I appreciate the answer.  You don't**

1   **consider yourself an expert in terms of recordkeeping**

2   **when it comes to training an animal, that is, what**

3   **records should be kept from an animal training kind of**

4   **best practices point of view?**

5         A     I do from a best practices standpoint --

6               (Thereupon, there was a telephonic

7   interruption.)

8   BY MR. SCHWIEP:

9         **Q     You were saying from a best practices point of**

10  **view.**

11        A     Well, from my point of view, records are

12  important to keep for the animals and so that the

13  trainers know what happens on a daily basis so that when

14  they go on their days off or when they come back from

15  lunch and somebody has done something with the animal,

16  they can quickly glance at the record and see where the

17  animals are and what has happened.

18              Now, that doesn't preclude the people talking

19  to each other and getting filled in on it, but it is

20  something that they keep so that they can keep a

21  long-term look at the animal in what they at their

22  facility find to be important.  And there are certain

23  things that -- like the food amounts, you know, the

24  amount of food that the animal gets, the numbers of

25  sessions and so on and so forth and, in general, the

1    rating.

2         I would say that the rating of the animal is

3    something that maybe over a long term you might be able

4    to look at and find some patterns or whatever.  But

5    usually what you would want to do is look at the records

6    and then decide, you know, her -- let's say her show

7    ratings are below average for three or four times in a

8    row.  Then you might want to -- and that's why you keep

9    those so that you can see if there's any patterns.  And

10   if there is, maybe you can determine what you can do to

11   make it better or to improve on what the animals is

12   doing at that time.

13   **Q    Should chasing be recorded?**

14        MS. MOORE:  Objection, overbroad.

15        THE WITNESS:  Yeah, that's a broad question.

16   Chasing in what way?  I mean --

17   BY MR. SCHWIEP:

18   **Q    Yeah.  The lags are chasing Lolita or Lolita**

19   **is chasing the lags, should that be recorded?**

20        MS. MOORE:  Objection, overbroad.

21        THE WITNESS:  It can be recorded.  Again, it

22        depends on what they find with those animals.  And

23        in the case of this facility where you have two

24        different species living together, then they

25        obviously have a reason why they are recording

```
 1        that.
 2  BY MR. SCHWIEP:
 3        Q     Should head bobbing be recorded --
 4              MS. MOORE:  Objection to the form.
 5  BY MR. SCHWIEP:
 6        Q     -- when an orca head bobs?
 7        A     It's the same answer to that.  Head bobbing,
 8  jaw popping, any of those things are very normal --
 9        Q     Jaw popping was next on my list.
10        A     -- are very normal and very commonplace with
11  cetaceans of all kinds, whether you're talking about a
12  small dolphin like the lags which, you know, are the 2-
13  to 300 pound range, all the way up the largest of
14  dolphin which is the killer whale.  And she weighs --
15  Lolita weighs, I think, over 8,000 pounds.
16              So, again, those are behaviors that are
17  unique.  And you cannot compare jaw popping with one
18  killer whale necessarily with jaw popping of another
19  killer whale.  It's the same you can't do with the
20  dolphin, because the animals can and will do it at
21  different times.
22              In my experience I have seen many instances of
23  killer whales jaw popping.  They do it to each other and
24  sometimes quite frequently, as do dolphin, and they will
25  also do it to another species.  And in my report, and
```

1   you can read it, it says and I put down, some of the

2   reasons why I think animals do that and what it means.

3   It can mean different things for different animals.

4           There is an animal that I work with right now

5   that we consult that does jaw popping.  It's mainly for

6   attention.  The animal swims around.  When it sees a

7   trainer, it starts the jaw popping to get the trainers

8   to look at it because the trainers made a mistake and

9   started giving it attention by going over and looking at

10  it, like, what's he doing.  And now the animal's learned

11  to jaw pop to get the trainers to come over.  So that's

12  all in what is conditioned.

13  **Q    Okay.  So, I mean, it's really just kind of a**

14  **yes or no question.  And I gather your answer is really**

15  **it depends on whether jaw popping or head bobbing should**

16  **have been recorded in the Animal Behavioral Records that**

17  **the Seaquarium keeps for Lolita; is that fair?**

18      A    Again, it depends on the animal.

19  **Q    I'm asking about -- that's why I asked my**

20  **question in terms of Seaquarium and Lolita.**

21      A    Yeah.  I have never -- I did not talk to the

22  trainers about the jaw popping or the head bobbing and

23  what, you know, what they consider those behaviors with

24  her.  But in general, in general speaking and in my

25  experience with working with these animals, head bobbing

1   and jaw popping can mean different things with different

2   animals.  Sometimes it can be a precursor for aggression

3   and other times it can be nothing more than I want the

4   attention of the trainer or it can be -- when you're

5   working with several animals in the same pool, it can be

6   that the animals do it because they want the other

7   animal to back off or stay away because they want the

8   sole attention of the trainer.

9       Q    With regard to stereotypic behaviors, you said

10  you had some opinions about that.

11      A    Yes.

12      Q    First, why don't you provide your definition

13  of what that phrase means, "stereotypic behavior."

14      A    Stereotypic behavior is when an animal does

15  something or gets into a routine in its habitat where it

16  goes into a behavior that is repeated over and over

17  again in a very consistent pattern.  For instance, an

18  animal that would sit at the surface of the water and

19  make one sound and not move any at all, it could be

20  something -- but the key to that would be that the

21  animal does it to the point where even if there were

22  other stimuli in the facility, they don't react to it.

23  They stay in that sort of pattern even though there are

24  other stimuli.  They might sit there.

25              For instance, I've worked with polar bears

```
1    that have had some stereotypic behavior.  And some
2    people will say that when polar bears walk around the
3    exhibit, that that can be stereotypic.  Whereas with
4    polar bears, stereotypic behavior -- I don't consider
5    walking in a pattern around the pool necessarily
6    stereotypic unless the animal is oblivious to everything
7    else that is going on.
8            The other thing I will say is that if an
9    animal does a behavior where it takes two steps forward,
10   then two steps back, then two steps forward and two
11   steps back, or if it swims in a pattern, swims up to the
12   wall and then backs up or it swims up to the wall and
13   then backs up, it continues that very precise pattern,
14   those may be considered stereotypic.  But if an animal
15   just swims around the pool -- it can be anything.  If an
16   animal walks around a facility, it doesn't necessarily
17   mean that the animal is in a stereotypic behavior.
18       Q    What would you consider a stereotypic behavior
19   for orca?
20       A    Like I said, if the animals were to engage in
21   a behavior that was very repetitive, exactly the same
22   way every single time for long periods of time, then I
23   might consider that a stereotypic behavior.  Sometimes
24   animals do a behavior -- and this is why when you give
25   enrichment to animals, you do not give enrichment unless
```

1    the animals are exhibiting the type of behavior that you

2    want.

3           In other words, if you're sitting and

4    watching, let's say it's killer whale or dolphins or

5    anything, and the animals are engaging in unwanted

6    behavior, whatever that might, if you give them

7    enrichment at that time or bring attention to it, you

8    might reinforce that exact behavior and then the animals

9    may start to think, if this happens a couple of times in

10   a row -- a funny thing happens when I engage in this

11   type of behavior, that's when I get attention.  That's

12   when I get enrichment.  So you have to be careful how

13   you go about that.  And sometimes trainers have trained

14   behaviors in animals that they don't want.  But that

15   still does not designate it as a stereotypic behavior.

16       **Q    So what would you consider, that you've seen**

17   **in your experience, stereotypic behavior engaged in by**

18   **killer whale?**

19       A    I haven't seen that much with killer whales

20   from the standpoint -- the times that I've seen animals,

21   any animals, get into a situation where you would call

22   it stereotypic is when animals have very predictable

23   schedules.  In other words, everything happens the same

24   way every single time and every single session and every

25   single day.  Zoos sometimes have that issue because at

 1  zoos the animals go out on exhibit at a certain time and

 2  come off an exhibit at a certain time.  And now zoos are

 3  learning to do things the way marine mammal trainers do

 4  with marine mammals, to make sure that they don't do

 5  that anymore.

 6       **Q    Really, I'm going to let you answer.  I'm not**

 7  **going to cut you off.  But we're going to be here a lot**

 8  **longer than an hour.  I just asked what are the types of**

 9  **stereotypic behavior you've seen killer whales engage**

10  **in.  And I gather your answer is you haven't seen very**

11  **much that you would consider stereotypic from killer**

12  **whales?**

13       A    No, I haven't.  At SeaWorld we did not have,

14  in my opinion, stereotypic behavior with our killer

15  whales.

16       **Q    You said you read Dr. Visser's report?**

17       A    Yes.

18       **Q    She describes what she calls logging.**

19  **Lolita's staying for prolong periods of time in front of**

20  **the outflow jet in the pool.  You wouldn't consider that**

21  **stereotypic behavior?**

22       A    No, because the animals utilize that jet for

23  different reasons, in my opinion.  There's the inflows

24  where the water is coming into the pool.  It will be at

25  its coldest state at that time, because they are

```
 1   chilled, and that probably feels good.

 2           The other thing is is that they're coming out

 3   pressured.  The water is pressured.  And the animals

 4   love to rub on things because they slough their skin

 5   constantly and because they do this constantly,

 6   sometimes their skin itches.  That's how we found out to

 7   use tactile with animals was because of their skin.

 8           So I believe that it's very normal and I've

 9   seen other killer whales do this.  And some do it and

10   some don't.  It depends on the animal.

11       Q    The amount of time that Lolita spends in front

12   of -- I'm not sure whether it's an -- think of it as an

13   outflow or inflow jet.  It's where the water is coming

14   into the pool.

15       A    It's an inflow.

16       Q    Inflow.

17       A    And that is --

18       Q    You don't consider it unusual?

19       A    No.  I've seen this in other dolphins and

20   killer whales.

21       Q    And when chlorine is added to the pool, it

22   would come straight in through that inflow, wouldn't it?

23       A    Well, chlorine is added in different ways.  I

24   have not checked their system, so I don't know exactly

25   how it's injected in their system.
```

 1    Q    Typically it comes in -- it's added somewhere

 2    else so it comes in through the inflow valve, right?

 3    A    Yes.  But it's not ever done in the

 4    concentrated form all at once.  At least in SeaWorld it

 5    wasn't.  I can't speak for this facility.  I did not

 6    talk to them about their water quality or about their --

 7    and to make a broad statement about that is, in my

 8    opinion, something that nobody should do because they

 9    don't know what the system is.

10    Q    Yeah.

11    A    Just to say that the system is a chlorine

12    system, it can be twisted to make it sound bad or good,

13    depending on who's saying it.

14    Q    Yeah.  Well, I don't know what you mean by

15    that.  It is a chlorine system.  I know that because

16    I've seen the records.  And if chlorine were coming in

17    from that inflow valve, that wouldn't be good for the

18    animal, would it?

19    A    Well --

20         MS. MOORE:  Objection to the form of the

21    question.

22         THE WITNESS:  Yeah, that's a question in my

23    opinion that -- that's like asking me if you squirt

24    me in the eye with chlorine is it going to hurt.

25    Yes, it's going to hurt.  If it's a diluted form is

1    it going to hurt?  Not as much or not at all.  So I

2    don't --

3  BY MR. SCHWIEP:

4    **Q    By the way, Mr. Lacinak, would you agree that**

5  **a killer whale can suffer injury other than physical**

6  **injury?**

7    **I'll ask it another way.**

8    A    I don't know what that means.

9    **Q    I mean, you're an animal trainer.  Can you**

10 **injure an animal psychologically?**

11    MS. MOORE:  Any animal?

12 BY MR. SCHWIEP:

13    **Q    Killer whales.  Marine mammals.**

14    A    Well --

15    MS. MOORE:  Which one is it?

16    THE WITNESS:  Again, that is a very subjective

17    question.  It's also a very loaded question, so I

18    don't know how to answer that.  I mean, you --

19 BY MR. SCHWIEP:

20    **Q    Okay.  So let me -- I'll ask it --**

21    A    You would have to be more specific about what

22 you mean.

23    **Q    Well, what I mean is, you know, you're the**

24 **expert.  Can you injure a killer whale other than**

25 **physically, that is, can they suffer psychological**

1   injury?

2          MS. MOORE:  Objection, outside the scope of

3      this.

4          THE WITNESS:  I can't answer that question,

5      and I don't know who can.

6   BY MR. SCHWIEP:

7      Q    Okay.  So you have no basis to form an opinion

8   about whether or not an animal is suffering some sort of

9   harm other than a physical harm; is that fair?

10     A    No, that's not quite fair.

11     Q    Well, then you go ahead.

12     A    In my opinion as a behaviorist in looking at

13  animals' behavior, we have to do certain things on

14  assumption.  And what I feel with animals -- once they

15  are in captivity, that is different than the wild.  I'll

16  give you that.  It is not the same.  So it is up to

17  people that take care of animals to try and make the

18  environment at their end the best that they can for the

19  animal.  But that depends on the animal and how long the

20  animal has been at that facility and it also depends on

21  the people taking care of that animal.  So there are a

22  lot of variables.  So that's a very difficult question

23  to answer unless -- you know, in a few sentences.

24     Q    Is there any injury you can inflict on an

25  animal that's other than a physical injury?

1    A    Well, obviously when a killer whale loses its

2    calf, let's say -- let's say it has a calf and the calf

3    dies, which by the way, over 50 percent of first-time

4    calves for cetaceans die in the wild.  Actually, the

5    number is much higher from everything I have read and

6    the research that's been done -- yes, then the animal

7    might, because of its maternal instinct and because of

8    survival techniques that have been inbred genetically

9    with these animals, then yes, there seems to be a

10    reaction to that.  So yes, from that standpoint.

11    **Q    So the animal could suffer even though it**

12    **hasn't suffered a physical injury?**

13    A    Again, I don't know what you mean by

14    suffering.  You mean, are you --

15    **Q    So what do you mean?  I thought you said the**

16    **animal is suffering.**

17    A    I think you're trying to twist my words and

18    trying to make it difficult for me to answer this.

19    **Q    I'm not trying to twist your words, sir --**

20    A    I answered it the best I can.

21    **Q    -- but I am -- the point of this deposition is**

22    **to find out kind of the parameters of your opinions and**

23    **your expertise, and that's what I'm trying to do.**

24    A    I understand that.  And I guess I'm saying

25    then I can't give you a good answer for that.

1    Q    You said you've had occasion to form opinions

2  regarding enrichment.  What opinions have you formed

3  regarding Lolita's enrichment?

4    A    That's too broad.  If you could kind of focus

5  the question, I'd be glad to answer it.  Other than

6  that, you can read what I wrote about enrichment in the

7  supplemental one right here.

8    Q    Do you have any opinions regarding the

9  enrichment provided to the Lolita?

10   A    Yeah, I have some opinions.

11   Q    What is your opinion?

12   A    Okay.  There was a lot of talk about the

13  number of items that the animal has for enrichment.  And

14  one thing that everybody has to understand is that for

15  killer whales, to give them lots of items is very

16  difficult because of the size of the animals.

17         Now, enrichment for Lolita -- the best form of

18  enrichment that in my opinion any animal can get that is

19  in a captive environment of any kind is the training

20  session and the type of training that the animal is

21  given.  With cetaceans and with Lolita and the dolphins

22  at Miami Seaquarium, they're in a positive reinforcement

23  system.  To me, that is the most enriching thing that

24  those animals have is that they are worked by trainers

25  that love them, that take care of them, and that develop

 1    close bonds and relationships with those animals.  That

 2    is the most stimulating form of enrichment at Miami

 3    Seaquarium, in my opinion, as well as it was at

 4    SeaWorld.  That was the most important thing that we

 5    give these animals is the relationship that they have

 6    with each other.

 7              Now, as far as enrichment items that are given

 8    to them, when you give enrichment to killer whales you

 9    have to be careful about what you give because you have

10    to first make sure that the animal doesn't utilize it in

11    a way that could be detrimental to it or to other

12    animals or even to the staff that's giving it to them.

13    For instance, if you give them something large, a killer

14    whale that weighs 8,000 pounds can bang that around and

15    knock it out of the pool.  It can hit somebody and hurt

16    somebody.  So that would limit you to the types of toys

17    and enrichment that you can give the animal.

18              There was some criticism about the -- two

19    things that were given to Lolita.  One being a large

20    square of neoprene material, the same that is used with

21    wetsuits.  In fact, in the two comments that I read in

22    the two different -- not depositions.  I don't know what

23    you call it, letters, there was comments that they

24    wouldn't give the wet suit because it is wet -- they

25    were saying it was a wetsuit that was given to Lolita,

 1   and it wasn't a wetsuit.

 2        It was a square piece that didn't look like

 3   anything like the shape of a wetsuit body.  It was a

 4   square piece of neoprene.  So there's a big difference.

 5   And the animals are smart enough to be able to tell

 6   that.  Because they were trying to connect that you

 7   shouldn't give a wetsuit to this animal because trainers

 8   wear wetsuits and then she might play with a person.

 9   And by the way, there is absolutely no evidence that

10   she's ever done that with a person as far as I have been

11   told and as far as everything that I've heard about

12   Lolita.

13        It is also not unusual, in fact, it is very

14   common with a lot of animals that they have favorite

15   toys.  They will choose one thing over everything else

16   every time.  That is very common with dogs.  It's very

17   common.  And we've seen it with dolphins and I've seen

18   it with killer whales.  And it seems to be true from

19   what I have observed as well as what I was told about

20   Lolita with that square of neoprene.

21        **Q    So it's your opinion that she is provided with**

22   **adequate enrichment?**

23        A    I think it's adequate.  Can anybody do better?

24   Yes.  We can always do better in every facility we have.

25   And we're constantly learning every day.  But is it

1    adequate?  Like I said before, the number of shows, the

2    number of training sessions, the relationship sessions,

3    the enrichment that is given to her, in my opinion, is

4    adequate and is something that we in the industry are

5    constantly trying to improve as I'm sure they're doing

6    there also.

7    **Q    Now, I meant to ask you this about the**

8    **stereotypic behavior and I just forgot.  Did you observe**

9    **Lolita engage in any stereotypic behavior?**

10    A    I think it would take a lot longer than any of

11    the time that I was there or that anybody else was there

12    to determine that.  In fact, I think it would take

13    months of observing the animal to be able to figure that

14    out.

15    **Q    So you saw what you saw, but whether it's**

16    **stereotypic behavior for her, you'd need to have spent**

17    **more time --**

18    A    It did not look --

19    **Q    You have to let me finish -- you would need to**

20    **have spent more time with her?**

21    A    I would have --

22    **Q    Is that what you're saying?**

23    A    Anybody will tell you that they would have to

24    spend more time observing the animal to be able to

25    categorically say that it's stereotypic or not

1  stereotypic.

2       Q    To return to enrichment, would you say that

3  using novel objects in enrichment is a key to the

4  effectiveness of an enrichment program?

5            MS. MOORE:  Objection, overbroad.

6            THE WITNESS:  Well, I can answer one thing

7       about that.  It's impossible to use necessarily

8       novel objects a lot with killer whales because of

9       their size and because of how powerful these

10      animals are.  It's very difficult to come up with

11      toys that those animals can't destroy and possibly

12      cause harm to either themselves or another animal

13      or the trainers.  That's been my experience with my

14      35 years of working with these large animals.  You

15      have the same thing when it comes to elephants or

16      any other large animals in captive situations.

17  BY MR. SCHWIEP:

18      Q    Does that mean the answer to my question is

19  yes or no or yes, but it's really --

20      A    Depends.

21      Q    Hold on -- you're just really hamstrung when

22  you're dealing with killer whales?

23      A    You're hamstrung with any animals, but

24  especially with larger animals because the toys can

25  become very dangerous if the animal uses them wrong or

1  if whatever the item is breaks or if whatever the items

2  is, pieces come off of it.  So there's hundreds of

3  things that can go wrong with items.

4      **Q   Would you agree that it's important to vary**

5  **objects used in enrichment?**

6      A   If you can, that variability is -- but

7  variability can be done with fewer objects too.  It's

8  just on how long you allow the animal to keep it.  If

9  you keep an enrichment item in a facility for long

10  periods of time, it loses its value.  You have to

11  maintain the value of the toy by depriving it also.

12  That's true of any item.  That's true of food.  That's

13  true of anything with any animal.

14          Everything is based on satiation and

15  deprivation.  An animal is not hungry all the time.

16  After they eat, they are full.  They don't want food.

17  So food is not going to be reinforcing at that time,

18  other things will.  The same can be true of anything.

19  Tactile, if you give tactile all the time to an animal,

20  they will become satiated on it.  If you give them toys

21  and you leave them in there all the time, they will

22  become nothing but furniture in the room.

23      **Q   Is, in your opinion, varying the object or**

24  **varying the time more important to have effective**

25  **enrichment?**

1    A    Varying the time and sometimes varying the

2  object.  But, again, it depends on the species, depends

3  on the animal, depends on the individual animal.

4    **Q    What enrichment for Lolita were you able to**

5  **observe?**

6    A    Like I said, the main enrichment that I saw

7  was the relationships with the trainers and them working

8  with her and rubbing her down and doing the things that

9  she does and they do with her in the training sessions

10  and in shows, even in husbandry sessions.  The sessions

11  are the important part of enrichment, and I observed

12  those.  So that would be important.

13        Second thing I observed was the neoprene

14  square that was given to her.  And I also observed them

15  using the pressurized hose, spraying water on her.

16    **Q    You said you had opinions about her age.  I'm**

17  **not sure what you meant by that.**

18    A    Well, a lot of what I look at with her is she

19  is an animal that is 51 years old as best anybody can

20  estimate on her, which is very old, and she is the

21  oldest killer whale in any facility in the world right

22  now.  And because of her age and because she has gotten

23  used to the facility she's in and the trainers that she

24  has and the things -- the routines that -- all the

25  normal things that happen every day, her age, I think,

 1   is something that needs to be taken into consideration

 2   before you would ever move her or put another killer

 3   whale or put her in a pool or in a facility with another

 4   killer whale because it could be very -- in my opinion

 5   it could be detrimental from my experience of 35 years

 6   working with killer whales.

 7       **Q    Okay.  I appreciate that.  You mentioned that**

 8   **before our lunch break.**

 9           **With regard to dorsal fin, do you have an**

10   **opinion?**

11       A    My opinion is this -- as I wrote in the

12   report, my opinion is I don't know what they're talking

13   about when they say her dorsal fin is collapsed.  I have

14   seen collapsed dorsal fins in killer whales.  It is not

15   a sign of captivity and stress.  It is in my opinion and

16   my experience with SeaWorld in doing transports that

17   collapsed dorsals happen when you are transporting the

18   animals, because the dorsal is out of the water for a

19   period of time, it gets warmer than the rest of the body

20   and it starts to lean over.

21           I have never seen a dorsal fin affect the

22   animal's health in any way, shape or form, whether it's

23   collapsed or whether it's straight up and down.  And

24   hers is a very impressive dorsal fin.  So I don't

25   understand at all -- as I said in my statement, I'm

PETA vs MIAMI SEAQURAIUM
CLINTON THAD LACINAK on 02/15/2016

1   baffled by her suggestion, Baerzi's suggestion, that it

2   is collapsed.

3        Q    Okay.  And then you said you had an opinion

4   about her exercise.

5        A    She gets her exercise in her training

6   sessions, in her shows, and in all of the work that they

7   do with her every day, whether it's husbandry or not.

8   The other thing that gets her exercise is being with

9   those Pacific white-sided dolphins.  She chases them

10  around and they chase her.  And I think that's a good

11  thing.  I don't think it's a bad thing.  I think some of

12  it is play.  There may be some of it where she gets

13  agitated.  There may be some where the lags get agitated

14  and they chase her.  But in my opinion -- we're talking

15  about a little 250-pound animal on average compared to

16  an 8000-pound killer whale.  And I don't think it is

17  detrimental in any way, shape or form.  She has had

18  those animals or similar animals in with her for 35

19  years and she's done pretty well with it.

20       Q    Then you said you had some opinions about her

21  body and skin condition.

22       A    Her body and skin condition, in my opinion, is

23  the best.  I have to tell you, when I saw her -- when I

24  walked into the stadium and I saw her and especially

25  when I saw her do the slide out on stage, her body, skin

PETA vs MIAMI SEAQURAIUM
CLINTON THAD LACINAK on 02/15/2016

Confidential
Page 124

```
 1   condition looks fantastic.  Also her teeth look

 2   fantastic.

 3        Q    Her what?

 4        A    Her teeth in general.  I've seen many

 5   different killer whales and in my opinion she has the

 6   best body condition of -- as good, if not better, than

 7   most killer whales that I've seen.

 8        Q    Did you --

 9        A    She's in great shape.

10        Q    Did you review her medical records?

11        A    No, I did not.  Like I said before, I'm not a

12   veterinarian, so I didn't think it was necessary.

13        Q    So you don't know what meds, if any, she's

14   been given and you don't think they're necessary for

15   your opinion, fair?

16        A    Yeah.  For the most part, yes.

17        Q    Okay.  You still have -- I notice when you're

18   answering some of the questions you've got an e-mail in

19   front of you.  Is that the rebuttal report that was

20   e-mailed?

21        A    Yeah, that I sent to --

22        Q    Okay.  I'll mark that as well so you have them

23   both in front of you.  I'm marking this Plaintiff's

24   Exhibit 173, an e-mail from you, Clinton Lacinak --

25        A    Lacinak.
```

1    Q    It's easier to say if I don't actually look at

2    it -- to Jennifer Moore from Sunday, February 14 at

3    7:23 p.m.  That was yesterday.  That it was forwarded to

4    me at 8:10 p.m.

5            (Whereupon, Plaintiff's 173 was marked for

6    identification.)

7    BY MR. SCHWIEP:

8    Q    Is that the rebuttal report that you were

9    referring to?

10   A    Yes.  Yes, it is.

11   Q    Was this report that's now been forwarded to

12   me, was it edited or revised between the time you sent

13   it to Ms. Moore and the time it was sent to me?

14   A    Oh, no.  No, it was not.

15   Q    So you sent it to her and it was forwarded to

16   me just as you wrote it?

17   A    Just as it was written, yes.

18   Q    So let's start with the February 6 report

19   that's marked as 172.  Okay.  If you'd start on page

20   three.

21   A    Okay.

22   Q    In terms of physical appearance, your opinions

23   regarding her physical appearance are limited to what

24   you had the opportunity to observe on January 20, 2016,

25   correct?

1    A    Yes.

2    Q    **And that if you look under Behavior, the first**

3    **full paragraph, the next to last sentence, you refer to**

4    **the time that she spends in front of the water inflow.**

5    **And then you say "most killer whales spend time in front**

6    **of water inflows."**

7         **You're talking about in captivity?**

8    A    Yes.

9    Q    **And then you did observe her vocalizing?**

10   A    Yes, from time to time.

11   Q    **When you say "not in any pattern that could be**

12   **deemed as stereotypic behavior," what does that mean?**

13   A    There wasn't the same exact sound emitted over

14   and over and over again with the animal in a certain

15   position for any length of time.  There were some noises

16   made, which she may make the same noise, but nobody

17   understands and knows what these noises means.

18   Q    **Would you say there was variation in her**

19   **vocalization --**

20   A    Sometimes.

21   Q    **-- during the time you observed her?**

22   A    I wasn't paying that much attention to her

23   vocalizations from the standpoint of how many different

24   sounds she made, but it --

25   Q    **The vast majority of the times you've had**

PETA vs MIAMI SEAQURAIUM
CLINTON THAD LACINAK on 02/15/2016

1    experience with killer whales, there were other killer

2    whales around, near, in the same pool as the killer

3    whale you were observing, right?

4        A    Yeah.  I'd say that that's probably true.

5        Q    So when --

6        A    Although I have been around singular killer

7    whales also.

8        Q    When Lolita is vocalizing, who is she

9    vocalizing with?

10       A    She might be vocalizing with the lags.

11       Q    Is that your expert opinion?

12       A    Yeah.  As far as vocalizations are concerned,

13   animals vocalize when they need to.

14       Q    Killer whales?

15       A    Yeah.  All animals will vocalize when they

16   need to communicate something.  If they don't need to do

17   it, then they won't do it.

18       Q    Do you have an opinion about whether killer

19   whales are able to communicate among their own pod?

20       A    Oh, there's definitely communication that goes

21   on.  A lot of it is probably in their body language with

22   each other and some of it is with their vocalization.

23       Q    Yeah.  I'm limiting my question to

24   vocalization.

25       A    Okay.

```
 1        Q    And is it your opinion that vocalization --

 2   that Lolita is able to communicate vocally with the lags

 3   in her tank?

 4        A    I wouldn't be able to answer that and I don't

 5   know anybody that could.  There's definitely

 6   communication going.  Whether it's through the

 7   vocalization or not, that would need to be studied.

 8        Q    If you look at page four at the top you say,

 9   "Lolita has lived in this pool since 1970."  You see

10   that?  That's the first sentence on top of page four.

11        A    Yes.

12        Q    Who told you that?

13        A    I assumed that because I -- I don't remember

14   who I asked.  It might have been Jim.

15        Q    Jim Lister?

16        A    Yeah.  Because I had asked was she in that

17   pool the whole time and that's where I came up with

18   that.  That's just what I assumed.  I didn't know when

19   exactly the pool was built that she was in.

20        Q    You think that's a fact you got from Jim

21   Lister?

22        A    I think so.

23        Q    Yeah.  Earlier when I was asking you about any

24   facts, data or information that Lister provided you, you

25   didn't mention that.  Is there anything else that you --
```

```
 1        A    No.

 2        Q    -- that he told you that you forgot to

 3  mention?

 4        A    Not that I can recall.

 5        Q    Then you say "although the pool may be

 6  considered small."  You'd agree her pool is small?

 7        A    For a killer whale and from my experience with

 8  SeaWorld, yes.

 9        Q    So what would be too small for a killer whale

10  in your opinion?

11        A    Well, that's kind of subjective.  I don't

12  know.  I don't know --

13        Q    Is there any --

14        A    -- what would be too small.

15        Q    -- pool that could be too small?

16        A    One where she couldn't swim.  And she

17  obviously could swim very well because I watched her

18  chase the lags around and play with the lags and do

19  things and go around the pool without any problem.  And

20  very fast I might add.  So if she wasn't able to build

21  up speed to do jumps and do the things that she does in

22  the shows and stuff, then I might consider that it would

23  be too small.  And, again, I already stated that I think

24  it is a small pool.

25             In my statement I am not saying that I don't
```

```
 1    think that -- that I think this is an ideal pool for

 2    this killer whale.  And I've never said that.  That's

 3    why I said it is small when you consider industry

 4    standards.  My opinion is based on how long she has

 5    lived in this facility and how long she has not been

 6    with killer whales.

 7         Q    You said ideal.  What would you consider

 8    ideal?

 9              MS. MOORE:  Object to the form of the

10         question.

11              THE WITNESS:  I don't know.  The size of the

12         pools where killer whales -- that SeaWorld has.

13         And, again, you have to understand, I love animals.

14         This is why I do this job.  This is why -- if we

15         could build, you know, utopias for all the animals,

16         I would love to see that.

17    BY MR. SCHWIEP:

18         Q    Yeah.  To be clear, I'm not suggesting for any

19    moment that you don't.  But, you know, you've said,

20    okay, this isn't too small.  Maybe it's not ideal.  I'm

21    just trying to find out, you know, if you can kind of

22    put some meat on those bones.

23         A    Yeah.  The basis of what I'm talking about

24    pool size is about how long that animal has lived in the

25    pool.  And to change that now, in my opinion and in my
```

1  35 years and in the experiences I've had with killer

2  whales, I think it could be detrimental to that animal's

3  health to move her to another facility.

4      **Q     Let me ask you, if you'll look at the next**

5  **paragraph down where the paragraph begins "plaintiff's**

6  **witness."  And then near the end of that paragraph you**

7  **say, "After that same show, Lolita and her two Pacific**

8  **white-sided dolphin" -- we've been calling lags --**

9  **"companions engaged in a very active playful romp where**

10 **Lolita chased the two dolphins around the pool for**

11 **several minutes."**

12      **Now, you would you agree that there are**

13 **circumstances where chasing can be sign of aggression?**

14      MS. MOORE:  For this animal or in general?

15 BY MR. SCHWIEP:

16     **Q     Yeah.  I'm talking about killer whales.**

17     A     Yes.  Well, it can be related to being

18 aggressive.

19     **Q     Can it be a sign of stress?**

20      MS. MOORE:  Any orca?  I want to make sure if

21     this is directed at Lolita or just --

22      MR. SCHWIEP:  Yeah.

23      THE WITNESS:  What are we talking about?  Are

24     we talking about the SeaWorld killer whale that I

25     have experience with or are you talking about

1        Lolita?  Are you talking killer whales in the wild

2        in general?

3   BY MR. SCHWIEP:

4        **Q     Does that make a difference?**

5        A     Yes.

6        **Q     Right.**

7        A     It makes a difference.

8        **Q     Right.  So you need to know that killer whale?**

9        A     Yes.

10       **Q     And you're telling me that Lolita chasing**

11  **these two dolphins was a playful romp based on what?**

12  **You don't know Lolita, sir, do you?**

13       A     Based on her mouth was closed.  She never

14  opened her mouth, that I saw.  She was not trying to

15  grab the dolphin.  She was swimming fast towards them.

16  And if she was being aggressive, I never saw any jaw

17  pops or anything that they are saying in their report

18  that they think jaw pops are mean -- definitely mean

19  aggression.  I never saw any of those things when they

20  were chasing.  And I saw it several times.  I saw it

21  after the show and I saw it at other times during that

22  day too.  As they mentioned, it was done eight times.  I

23  didn't see it eight times because I wasn't there in the

24  early morning when he saw it, I think, once or twice,

25  John Hargrove.

1    Q    I'm going to ask you to take a moment and look

2    at what's been marked as Exhibit 169.

3              MR. SCHWIEP:  Do you have that, Counsel, 169?

4              MS. MOORE:  I don't have one handy.

5              MR. SCHWIEP:  Actually, for things that have

6         already been marked, I'm only bringing one copy for

7         the witness and one copy for me, if it's already

8         been marked.

9              MS. MOORE:  I don't have 169.

10             MR. SCHWIEP:  You don't?

11             MS. MOORE:  I do not.

12   BY MR. SCHWIEP:

13   Q    Show that to Ms. Moore, please, first.

14             MS. MOORE:  Wait a minute.

15             MR. SCWHIEP:  You do have it.  Okay.

16             MS. MOORE:  It doesn't say it on the outside

17        of it, but it apparently was added.  Okay.

18   BY MR. SCHWIEP:

19   Q    If you notice, Mr. Lacinak, this is a November

20   14, 2013, e-mail from Heather Keenan to a number of

21   Seaquarium trainers.  Now, you know Heather Keenan knows

22   Lolita, which she calls Toki?

23   A    Yes.

24   Q    She says "Toki agitated with lags.  Liko

25   displacing her fluke, popped on her face, lots of fast

1    swimming after shows."

2           So if she thought that fast swimming after

3    shows could be a sign of Toki's agitation, you'd defer

4    to her, right, because she knows Toki?

5           A    Yeah.

6               MS. MOORE:   Object to the form.

7    BY MR. SCHWIEP:

8           Q    Did you --

9           A    I guess.  I mean, I don't understand.  So what

10   are you asking me?  I don't know what you're asking,

11   actually.

12          Q    Well, what I'm trying to understand is you

13   seem to me to be saying a few things.  One is, look, you

14   know, the fact that Lolita, Toki, is chasing these lags

15   around her tank could be sign of aggressiveness or not.

16   It just depends on the killer whale.  Is that fair?

17          A    It does depend on the killer whale, but it

18   also depends on the circumstances.  Have you ever seen

19   two dogs playing with each other and then they get

20   agitated with each other and they chase each other

21   around?  Is that necessarily what you would describe as

22   aggression or is it just part of the play?  So, again,

23   there is fine line between these things.  To be able to

24   say that it is aggression -- if the animal was biting

25   the other animal, then, yes, maybe you could say it was

1    aggression, but just chasing does not mean that the

2    animals are aggressing towards each other.

3         **Q     I understand that.  I'm just trying to kind of**

4    **understand the next step, which is, how do you decide**

5    **whether they are just roughhousing or somebody's about**

6    **to get hurt because somebody's angry?**

7         A     Well, the only thing I can go on is that there

8    hasn't been an incident where somebody's gotten hurt.

9    They played together.  They've been together for all

10   these years and they haven't had a lag get bitten.  And

11   this is -- we're talking about the top predator in the

12   ocean.  If the animal wanted to do it, it could do it

13   without hesitation and without at problem.

14        **Q     Okay.  So I appreciate that.**

15             **Do you know whether Lolita has raked the lags?**

16        A     I never saw anything in the records.  I have

17   not seen it --

18        **Q     Well, you haven't --**

19        A     -- I don't know.

20        **Q     -- you haven't looked at the lags behavioral**

21   **records?**

22        A     No, I have not.

23        **Q     Right.**

24        A     So I can't answer that question.  Frankly, I

25   would be surprised if she hasn't, I mean --

1     Q     And you do know that Liko was found dead in

2     the tank September 25, 2015?

3         A     I heard that, but I didn't know the date.  I

4     heard somebody had mentioned that.

5              MS. MOORE:  Let me have time to object,

6         please.

7              THE WITNESS:  Okay.  Sorry.

8              MS. MOORE:  Your question had an inaccurate

9         date in it.

10             MR. SCHWIEP:  August 25, 2015.

11             MS. MOORE:  You said September.

12             MR. SCHWIEP:  I don't believe so.  If I did --

13        oh, it's August 25.

14             MS. MOORE:  Okay.  Now, may I hear the

15        question back, please.

16             THE WITNESS:  Sorry.

17             MR. SCHWIEP:  You're just trying to make sure

18        the record's straight about it?  It was August 25,

19        2015.  We can agree about that.

20             MS. MOORE:  Okay.  But could I hear the rest

21        of the question.

22             And if you could please give me time to

23        object.

24             THE WITNESS:  I didn't hear you, so I was

25        looking at him.

```
 1              MR. SCHWIEP:  Well, it's not really an

 2         objection.  It's just trying to get the record

 3         straight, which I'm fine with.  But, I mean, it's

 4         not an objection.  The form was fine.  It's just

 5         the date was off.

 6              MS. MOORE:  I don't know.  I need to hear the

 7         question.

 8              MR. SCHWIEP:  Okay.

 9              (Whereupon, the previously recorded question

10    was read back.)

11              MR. SCHWIEP:  Yeah, should be August 25th.

12              MS. MOORE:  Okay.  So I will object.  The

13         factual predicate was inaccurate in the question.

14              MR. SCHWIEP:  Let me restate the question.

15    BY MR. SCHWIEP:

16         Q    You know Liko was found dead in Lolita's tank

17    August 25, 2015, right?

18         A    I didn't know the date and I didn't know that

19    until recently.

20         Q    And you know the cause of death was a subdural

21    hematoma?

22         A    Yes.  I think that's what was told to me.

23         Q    Yeah.  And what did you hear caused that?

24         A    I didn't.

25         Q    You'd agree if this whale wanted to she could
```

1    cause that in that lag?

2              MS. MOORE:  Objection, calls for speculation.

3              THE WITNESS:  I would have to look at

4         everything involved around that with the animal

5         because I would expect that there would be some

6         kind of other physical evidence.

7    BY MR. SCHWIEP:

8         Q    Have you ever heard of a lag dying because of

9    a change in velocity?

10        A    No.  Up until this time I had not heard.

11        Q    In your 35 years you've not heard of any

12   dolphin dying because of a change in velocity?

13        A    No, I have not heard that, but it doesn't mean

14   it hasn't happened, so I don't know.  Because I'm not

15   always and I wasn't always -- I worried about, you know,

16   the training in the animals, not the necropsies of

17   animals.

18        Q    Let me ask you to take a look at what's

19   previously been marked as Exhibit 124.  And this is an

20   e-mail dated May 7, 2015, from Courtney Laratonda at

21   Palace to a number of trainers there.  And if you'd look

22   at the last three or four lines of this e-mail under

23   Whale, see it says, "we need to be extremely aware of

24   where Toki is at all times and communicating when up

25   from sessions.  Chasing is happening after every

```
 1    session.  Also, Liko and Lii have decided to pick on her
 2    throughout the day.  So please be communicating during
 3    start and end of sessions."
 4           You see that?
 5    A    Yes.
 6    Q    So if this individual, who works with Lolita,
 7    thought that chasing was a sign of Toki being picked on,
 8    you'd defer to that person because they work with the
 9    whale regularly, right?
10           MS. MOORE:  Object to the line of questioning.
11           The witness -- you haven't even established if he
12           saw the e-mail.  Now you're asking him to speculate
13           what Courtney Laratonda might have meant when she
14           wrote the e-mail.
15           THE WITNESS:  Yes.  This is the first I've
16           ever seen it.
17           MR. SCHWIEP:  Well, you know, Counsel you can
18           object on form, but you don't have to tell him how
19           to answer.  He's a smart guy.
20    BY MR. SCHWIEP:
21    Q    This is the first you've ever seen it, but
22    you'd defer to her for what --
23    A    This is the first I've ever seen this one too,
24    so --
25    Q    Yeah.  Well, you know you're providing
```

```
 1   opinions about what chasing looks like --

 2        A    Yeah, but --

 3        Q    -- and -- just let me finish the question --

 4   and if the trainers that work with her express opinions

 5   about what is going on when chasing is occurring, my

 6   question is, you would defer to them based on what you

 7   told me earlier, right?

 8             MS. MOORE:  Objection, overbroad.

 9             THE WITNESS:  I would want more information

10        than just this because this does not give you the

11        information you need to make an opinion on this.

12   BY MR. SCHWIEP:

13        Q    Let me ask you to look at what's previously

14   been marked as 168.

15        A    I've never seen this one either.

16        Q    And this is an e-mail from Amy Spaulding to

17   Heather Keenan with a copy to Nicole Fernandez dated

18   November 29, 2014.  She says, "Hola, Toki has nine new

19   rakes on her most likely from Liko."

20             You hadn't seen this before?

21        A    No.

22        Q    Seaquarium didn't show it to you?

23        A    No.

24        Q    Nine new rakes from one lag, would that be a

25   concern to you?
```

1      A    They were on Toki, right?

2      **Q    Right.**

3      A    They were on the whale?

4      **Q    Right.**

5      A    Again, I would need more information about

6  this to make an opinion on it.  But it is not unusual

7  for animals to rake each other.  Dolphins do it to

8  dolphins.  Killer whales do it to killer whales.

9  Dolphin do it to killer whales.  I've seen dolphins do

10  it to other killer whales when we had our multispecies

11  groups together.  And, again, it doesn't say anything

12  about what kind of rakes they were or -- this says

13  there's eight of them.

14      **Q    And if I heard you correctly, SeaWorld**

15  **discontinued its multispecies show in the early '80s?**

16      A    Yeah.  Early '80s, I think, we said or it was

17  before -- they discontinued them after we moved the

18  killer whales to the new stadium in both stadiums.  We

19  did that in SeaWorld San Diego where we had a

20  multispecies show and we did that in SeaWorld Orlando.

21      **Q    And why did you discontinue them?**

22      A    Right before they moved to the new stadium.

23      **Q    But why?  Why did you discontinue the**

24  **multispecies show?**

25      A    Mainly because at that time we also changed

 1   the water temperature for killer whales.  When we moved

 2   to the new stadiums, we had super chillers on those and

 3   we lowered the water temperature to 54 to 56 degrees.

 4        **Q    It's too cold for bottlenose dolphins?**

 5        A    Absolutely too cold for bottlenose as well as

 6   some of the other species that we had in there.  It

 7   would have been okay for maybe beluga whales, but not

 8   for the other species.

 9        **Q    Did you not have the lags?**

10        A    We don't always.  We had some lags in San

11   Diego, but it was decided that we would have

12   multispecies without the killer whale, that the killer

13   whales would stand on their own at the new stadiums.

14        **Q    So if there were a day when your killer whale**

15   **had nine new rakes from one of the lags, based on your**

16   **experience, is that something to be concerned about --**

17        MS. MOORE:  Objection.

18   BY MR. SCHWIEP:

19        **Q    -- or is that just normal behavior?**

20        MS. MOORE:  Object to the form of the

21   question.

22        THE WITNESS:  Again, it's not necessarily

23   something to be concerned about or normal behavior.

24   It would be in the context of what was going on.

25   You would have to look at it.  So, again, I'm not

1          privy to everything that's happened before this or

2          afterwards so -- and it would depend on the

3          severity of the rakes.

4     BY MR. SCHWIEP:

5          **Q     If you go to your e-mail, rebuttal e-mail,**

6     **Exhibit 173.**

7          A     This one.  Okay.

8          **Q     You see on the fifth paragraph down where**

9     **you're talking about rake marks and chasing.  You have a**

10    **paragraph that begins "although plaintiff's expert."**

11    **You see that?**

12         A     "Plaintiff's expert suggests that Lolita

13    engages," is that it?

14         **Q     No.**

15         A     Which page?

16         **Q     Fifth paragraph down.**

17         A     On two?

18         **Q     On -- well, my pages --**

19         A     Page two?

20         **Q     No, my pages are the same as yours.  First**

21    **page.**

22         A     Oh, first page.  Okay.  Fifth paragraph.

23    Okay.  "Although plaintiff's experts make much of the

24    fact."

25         **Q     Yeah.  The third line in that paragraph right**

```
 1    in the middle of it, you write, "If she wanted to make

 2    them stop, she could."

 3         A    Yeah.

 4         Q    How could she?

 5         A    If the killer whale -- she could bite them in

 6    half if she wanted to.

 7         Q    Do you have --

 8         A    I mean, that's -- I mean, I think you already

 9    knew the answer to that --

10         Q    Well, I mean --

11         A    -- by what I mean.

12         Q    -- Liko showed up dead from a subdural

13    hematoma at the bottom of her tank.  Do you have an

14    opinion if that was an attempt by Lolita to have them

15    stop?

16              MS. MOORE:  Object to the form of the

17         question.

18              THE WITNESS:  I was not privy to the necropsy.

19         I don't know all the circumstances around it.  It

20         would depend on a lot of things, so I would not be

21         able to answer that.

22    BY MR. SCHWIEP:

23         Q    And you don't have a lot of experience with

24    lags being housed in the same tank with an orca for a

25    prolonged period of time; is that fair?
```

```
 1        A    I have with other species with killer whales

 2   for a long period of time.  Not necessarily lags, but I

 3   do have some experience but not for the amount of years

 4   that this killer whale has been in with lags.  Nobody

 5   does except for this facility.

 6        Q    In that regard, this facility is unique?

 7        A    For the amount of time that they've been in

 8   there, to the best of my knowledge.

 9             MS. MOORE:  When we reach a reasonable

10        stopping point, I'd like to use the facilities.

11             MR. SCHWIEP:  Yeah.

12             (Whereupon, there was a brief recess from 2:21

13   p.m. to 2:25 p.m.)

14   BY MR. SCHWIEP:

15        Q    In your experience -- I appreciate what you've

16   said about orcas and lags housed together.  You did have

17   periods where orcas were sharing a tank with other

18   cetaceans, bottlenose dolphin; is that right?

19        A    (Nodding.)

20        Q    Anything else?  Any other kind of --

21        A    Beluga.

22        Q    -- species?

23        A    Beluga whales.

24        Q    And any other?

25        A    Lags at times.
```

1    Q    So which of those -- so three, bottlenose

2    dolphins, lags and beluga whales.  Which of those three

3    have you had the most experience with sharing a tank

4    with an orca?

5    A    Probably bottlenose.

6    Q    And have you had occasions where an orca

7    injured a bottlenose dolphin?

8    A    No, not to my recollection.  They chased each

9    other, but I never -- no.

10   Q    Let me show you one other thing quickly.  This

11   is 166.  Plaintiff Exhibit 166, that is.  And this is an

12   e-mail from Valerie Warren to various individuals

13   including some of the trainers we have been talking

14   about Heather Keenan, Courtney Laratonda.  And where it

15   says redacted, that means the Seaquarium's lawyers have

16   removed information that doesn't relate to this case.

17   But you see in the beginning it says, "Toki came up with

18   a piece of Z-Spar in the morning.  So we dove

19   immediately."

20        You know what Z-Spar is, right?

21   A    I'm not sure.  What is Z-Spar?

22   Q    Okay.  Look at page five of your report.

23   A    Okay.

24   Q    About two thirds of the way down that page you

25   say, "PETA states that killer whales swim nearly 100

1    miles per day in the wild.  Some whales may travel that

2    distance in one day, but it is not the norm."

3              So what is your basis for that conclusion?

4       A    Just everything I've read about killer whales.

5    Killer whales only swim long distances like that hunting

6    for their prey, for their food.  If they have food

7    supply in one area, they will stay in that area for a

8    while.  So they follow food supplies.  That's what most

9    animals do, whether you're talking land animals or sea

10   animals.

11      Q    You would agree that hunting for food is a

12   normal activity that killer whales engage in in the

13   wild?

14      A    Yeah.  And they don't have to do that in

15   captivity.

16      Q    And they don't do it?

17      A    Yes.

18      Q    Then the next heading down "Companion Animals"

19   you say that -- the second sentence says that in your

20   experience, "many killer whales have trouble adapting

21   socially with other orcas after an initial separation."

22              What's the basis for that opinion?

23      A    What we talked about earlier.

24      Q    That's what I was going to ask.  So those two

25   situations where a calf was removed and then

1    reintroduced?

2        A    And it wasn't a calf.  They weren't calves

3    when they were removed.

4        Q    Yeah.  I don't know.

5            So you said you wouldn't remove them before

6    three years?

7        A    Yeah.  And, in fact, this first time she was

8    around four or five years old when she was moved to

9    another facility.  And then when she was brought back

10   in, that first one, to the Orlando facility, she never

11   got along with her mother from that point forward.

12       Q    So, you know -- and bear with me on

13   terminology.  She was four.  So would you think of her

14   as like an adolescent?

15       A    She was around -- I think she was five, like I

16   said.

17       Q    Okay.  So juvenile?

18       A    Well, it's not sexual maturity yet.  They

19   reach sexual maturity around the age of six we now know.

20       Q    So like prepubescent?  I mean, what's the

21   right terminology?

22       A    There isn't really any terminology.  You

23   wouldn't call it a calf because she's not nursing off of

24   her mother.

25       Q    Right.  She's a five-year-old orca?

1       A      Five-year-old female killer whale.

2       **Q      How long was she separated from mom?**

3       A      For a few years.  I don't know the exact

4    amount of time.  I don't remember.

5       **Q      What were the names of those whales, mom and**

6    **the daughter?**

7       A      It was Katina and Kalina, if I recollect

8    right.

9       **Q      Can you spell either of those?**

10      A      K-I-T-I-N-A or K-A-T-I-N-A and K-A-L-A-N-A

11   [sic].

12      **Q      So the daughter is Kalana?**

13      A      Kalina.

14      **Q      So it's K-A-L-I-N-A?**

15      A      (Nodding.)

16      **Q      When Kalina was reintroduced to her mother**

17   **after a few years of separation, your recollection is**

18   **Kalina and her mother did not get along, quote, unquote?**

19      A      It was my recollection as well as the

20   veterinarian's.

21      **Q      Did Kalina socialize with other orca after she**

22   **was reintroduced to the pool where her mom was present?**

23      A      Yes and no.  There's always issues when you

24   bring in a killer whale from another facility.

25   Sometimes it goes really well and sometimes it doesn't.

1    Q    And how did it go with Kalina, if you recall?

2    A    When she came back?

3    Q    Yeah.

4    A    It didn't go well, like I stated.  She did not

5    get along with the matriarch, the female that was her

6    mother who also had another calf at the time.  She went

7    on to get pregnant and then she had a calf of her own.

8    And they still didn't get along very well.  They put up

9    with each other, but they didn't bond like we had

10   expected.

11   Q    And then there was second incident?

12   A    Yeah.  I don't remember the names of the

13   whales, but we have had similar incidents in San Diego.

14   And I can't remember if it was -- what the whales were.

15   But we did have similar times where myself and the

16   veterinarians felt like the pairings didn't go the way

17   we had expected them because they were related.

18   Q    Was that before or after the experience with

19   Katina and Kalina?

20   A    That was after, as best I can remember.

21   Q    Have you had any other experiences where a

22   killer whale was separated from his or her mother and

23   then returned after a separation but then didn't get

24   along with the mother?

25   A    For short periods of time we would see stuff

```
 1    like this sometimes.

 2         Q    Do you agree or disagree that killer whales

 3    are social animals?

 4         A    No.  They're social animals, I agree.

 5         Q    Do you agree or disagree that killer whales

 6    are best kept with conspecific species?

 7         A    In normal circumstances I might agree with

 8    that, but in certain circumstances, as I've stated

 9    earlier, then I think it could be very detrimental to

10    that individual animal.

11         Q    So you have said that.  And you're talking

12    about because Lolita has been alone so long?

13         A    Absolutely.

14         Q    But if you're just talking about best or

15    preferred practices, in your experience as an animal

16    trainer, your preference would be for killer whales to

17    have access, be housed to a conspecific species --

18              MS. MOORE:  Object --

19    BY MR. SCHWIEP:

20         Q    -- their own kind?

21         A    Again, with the --

22              MS. MOORE:  Object -- yeah.  Object to the

23         form of the question.  Overbroad.  Outside the

24         scope of his opinions.

25              You can answer, if you can.
```

PETA vs MIAMI SEAQURAIUM                                          Confidential
CLINTON THAD LACINAK on 02/15/2016                                  Page 152

```
 1              THE WITNESS:  I can't really answer because it
 2         depends on the animal, the situation.
 3    BY MR. SCHWIEP:
 4         Q    You're not in a position to offer an opinion
 5    about whether it's best to house orcas with other orcas?
 6         A    Again, it depends on the animal and the
 7    situation, that's all I can say, because there could be
 8    times where I would say, yes, it would better.  There
 9    would be other times, like in this instance with Lolita,
10    that I would feel differently about it.  All I can go is
11    based on my experience.  That's all I have to go on.
12         Q    But you're right.  So let's get some things
13    straight.  You don't have any particular experience with
14    Lolita, right?  You were there for six hours on
15    January 20th of this year, fair?
16         A    Fair.
17         Q    And you also do know, because you've looked at
18    the records, that she's been on her own for 36 years,
19    right?
20              MS. MOORE:  Objection.
21              THE WITNESS:  Yes.  She's --
22    BY MR. SCHWIEP:
23         Q    So, you know, based on that --
24         A    Well, she has been without a killer whale.
25         Q    Right.  I'm sorry.  That's what I mean,
```

1    without another killer whale.

2          A    Without another killer whale.

3          Q    And based on that you're saying it could be

4    detrimental to her to introduce her to another killer

5    whale; is that your opinion?

6          A    Yes, strong opinion.

7          Q    Pardon me?

8          A    Strong opinion.

9          Q    But, you know, apart from the specifics of her

10   situation -- that's what I'm trying to get at.

11   Generally, given your experiences with killer whales --

12   you've said they are social animals -- is it better to

13   house them with their own type?

14         A    You're asking me to consider something that

15   has no backing on anything and I have no knowledge of

16   their past behavior, where they lived, who they have

17   lived with, what their ages are, so on and so forth.

18   There are so many variables that -- to make an opinion

19   like that it would be, you know, frivolous of me to give

20   you an answer for that.  I mean, I can't.  I can't give

21   the answer without more specifics.

22         Q    So, I mean, it is true at SeaWorld that's

23   generally what you did, you had other orcas with orcas

24   you kept, right?

25         A    Yes.

1    Q    And at SeaWorld, you were there for 35 years,

2    you tried to follow best practices, right?

3    A    We tried to do the things that we thought were

4    the right things.  They weren't always the right thing.

5    We found out a lot of things after we tried them.  And

6    just like moving that killer whale back with its mother,

7    we made mistakes.

8    Q    Did you ever conclude that having solitary

9    orcas is the best way of keeping orcas?

10        MS. MOORE:  Objection, overbroad.

11   BY MR. SCHWIEP:

12   Q    Because you sure didn't do it.

13        MS. MOORE:  Overbroad and speculation.

14        THE WITNESS:  Yeah, I mean --

15   BY MR. SCHWIEP:

16   Q    Do you know of any other orca in the United

17   States currently housed in a pool as small as Lolita's?

18   A    No.

19   Q    Do you know of any other orcas in the United

20   States currently housed without another orca?

21   A    No, not that I'm aware of.

22   Q    That's what I'm asking.

23   A    There might be some in --

24   Q    Do you know of any other orca --

25   A    -- other parts of the world.

1    Q    Do you know of any other orcas in the United

2    States that are currently housed with Pacific

3    white-sided dolphins?

4    A    Not to my knowledge.

5         MR. SCHWIEP:  I'm going to mark some e-mails

6    that I was forwarded as exhibits.

7         (Whereupon, Plaintiff's Exhibits 174, 175 and

8    176 were marked for identification.)

9    BY MR. SCHWIEP:

10   Q    Okay.  I'm showing you what we'll mark as 174.

11   Appears to be a Monday, January 4 e-mail from Jim Lister

12   to you.  I'll ask you, have you seen that before?

13        MR. SCHWIEP:  These are the e-mails, Counsel,

14        that I got yesterday, I think, or maybe Saturday.

15        THE WITNESS:  I was actually never able to

16        listen to that recording on my computer.

17   BY MR. SCHWIEP:

18   Q    Okay.  Well, so you did get the e-mail that

19   had a recording attached?

20   A    Yes.  I do vaguely remember the e-mail, but I

21   was never able to listen to them.

22        MS. MOORE:  Is there a copy for me?

23        MR. SCHWIEP:  I only have one of each of

24        these.

25        THE WITNESS:  Because it didn't play on my

PETA vs MIAMI SEAQURAIUM                                    Confidential
CLINTON THAD LACINAK on 02/15/2016                         Page 156

```
 1       computer.

 2            MR. SCHWIEP:  Here, these will be the next

 3       two.

 4            Jennifer, these were the ones that I think you

 5       e-mailed to me yesterday or Saturday.  I can't

 6       recall.  Do you recall?

 7            MS. MOORE:  I did forward e-mails to you.

 8  BY MR. SCHWIEP:

 9       Q    I don't know whether this will clear it up or

10  muddy it up.  Your February 6 report, Mr. Lacinak,

11  refers to, in item number four, several e-mails from

12  defendant's representatives providing clarifying

13  information at my request.  I asked for copies of those

14  e-mails and received a number from Ms. Moore over the

15  weekend.  I can't recall if it was Saturday or

16  yesterday.  We've been running around.  And so that's

17  what I'm doing is marking some of those.  Have you seen

18  that, 176?  Here it is.

19       A    Yes.  These are the ones that I looked at just

20  to get a general idea.

21       Q    Those are the --

22       A    This is the one where it was records and I

23  used that and I looked at those briefly to get an idea

24  of how they did their records.

25       Q    Okay.
```

1      A    I never really went through the records until

2    I looked at these books [sic] -- what did I say, the

3    13th?

4         Q    **The Bankers Box that's sitting on the**

5    **conference room table?**

6         A    Yes.  That was later.

7              (Whereupon, Plaintiff's Exhibit 177 was marked

8    for identification.)

9    BY MR. SCHWIEP:

10        Q    **Okay.  I'm going to hand you now 175, which**

11   **this one I do have another copy of, which I will**

12   **represent to you it's just I printed out the attachment,**

13   **the Animal Behavioral Records that were attached to that**

14   **e-mail that's marked as Exhibit 176 which says "I'm**

15   **sending you some Animal Behavioral Records."**

16        A    Okay.  These are the ones that are in there?

17        Q    **Yeah.**

18             MS. MOORE:  Wait a minute.  What did you mark

19        that as?

20             MR. SCHWIEP:  177.

21   BY MR. SCHWIEP:

22        Q    **And do you recall reviewing these Animal**

23   **Behavioral records -- which, for the record, are Bates**

24   **stamped MSQ160 through MSQ165 -- after they were**

25   **provided to you by Mr. Lister on or about January 6th?**

1    A    Yes.  Like I said, I glanced at them.  I did

2    not read them.  I did not read every one.  I looked at

3    them to get an idea of how they did their recordkeeping.

4    When I was given the full folders over there in that

5    box, there was also a, like a key to looking at some of

6    the records.  You know, abbreviations and things like

7    that.  And I did not have that with this group.  So it

8    would be hard for me to determine exactly what they were

9    saying.  For instance, even the thing ED, which means

10   eye drops --

11       **Q    Where are you?**

12       A    -- I was not aware what that stood for --

13       **Q    Got it.**

14       A    -- on this day that I got this.  So I looked

15   at it to just look at sessions and ratings and things

16   like that.  In fact, I wasn't sure.  I assumed that some

17   of the stuff was what it was and I assumed right because

18   I have seen similar records.

19       **Q    Okay.**

20       A    Again, I did not look at -- and this is all

21   I'll say about it is I did not look at what was written

22   and try to determine what they were saying in their

23   records.  I just looked at the forms.

24       **Q    Okay.  So let's see if I can untease or unpack**

25   **some of this.**

PETA vs MIAMI SEAQURAIUM                                    Confidential
CLINTON THAD LACINAK on 02/15/2016                         Page 159

```
 1        A    Okay.

 2        Q    You had 177 in front of you when you prepared

 3   the report that is dated February 6 that was e-mailed to

 4   you by Mr. Lister.  Did you rely on this information in

 5   terms of the opinions that are included in your report?

 6        A    From the standpoint of looking at the record

 7   and the ratings?

 8        Q    Uh-hum.

 9        A    I did.  And from the standpoint of the numbers

10   and diversity of the sessions, but not on what was

11   written --

12        Q    Okay.

13        A    -- that much.  I mean, I glanced at them, but

14   I did not --

15        Q    And thereafter on February 12 you were

16   delivered to a hotel in Tampa a box of Animal Behavior

17   Records which you looked at for about seven hours --

18        A    Yes.

19        Q    -- on Saturday, February 13 and Sunday,

20   February 14th?

21             Did looking at those records alter or change

22   any of the opinions that you expressed in your original

23   February 6 report?

24        A    It added to my opinions.  I can't say that it

25   changed what I said in the original.
```

1    Q    Well, I was going to get there.  But in terms

2    of whether or not you would reach any different

3    conclusions in your report based on the information in

4    that box?

5    A    Can you be more specific and then maybe I can

6    answer the question.

7    Q    No.  I'm going to ask it as broadly as

8    possible.  Is there any opinion that you expressed in

9    this report that you no longer have -- this report being

10   172 -- based on your review of the box of documents they

11   sent you?

12   A    Not that I can think of right now, no.

13   Q    Now, I think I heard you say that looking at

14   those documents, it did confirm some of the opinions

15   that you had expressed in this report.  Is that what you

16   said?

17   A    No.  I said I used some of the information

18   like on the -- I looked at the number of sessions and

19   the ratings.

20   Q    Yeah.  But you didn't use the information in

21   the box because you didn't have it?

22   A    Right.

23   Q    And then you looked at the box over this

24   weekend.  And that's what I'm trying to understand is

25   when you looked at the box worth of stuff that

```
 1    Mr. Lister sent you on February 11, did it change or

 2    augment any of the opinions that you reached expressly

 3    in your February 6 report?

 4         A    When I looked at the box, I had more

 5    information because it was all the years, but it

 6    didn't -- I wouldn't say that it would change what I

 7    would have written originally, no.

 8         Q    Okay.  That's where I'm going.

 9              So you now know, based on looking at

10    additional information, when you looked at what's marked

11    as Plaintiff's Exhibit 177 that ED refers to eye drops?

12         A    (Nodding.)

13         Q    And you see this whale is given eye drops

14    every day, sometimes multiple times a day.  Is that a

15    red flag to you?

16              MS. MOORE:  Object to the form of the

17         question.

18              THE WITNESS:  I didn't hear what you said.

19              MS. MOORE:  I said I'm objecting to the form

20         of the question.

21              THE WITNESS:  Okay.  Considering the animal's

22         age and my experience with killer whales, it would

23         not change any of my opinions.  I don't feel -- I

24         feel that it's probably a good thing that she's

25         getting the eye drops because her eyes are being
```

1          medicated if they're having an issue.  We did that

2          several times with many whales at SeaWorld in the

3          past.

4     BY MR. SCHWIEP:

5          Q    I'm just going to take some examples.  If you

6     look at the page that's Bates stamped MSQ1641, it's the

7     second page on this exhibit, you see on the bottom

8     right-hand side -- by the way, these have been

9     represented to me as being blue cards, that is, one week

10    snapshot front and back of what went on with the animal

11    that week.  Is that a terminology that's familiar to

12    you?

13         A    Blue card?

14         Q    Yeah.

15         A    (Shaking head.)

16         Q    You're shaking your head no?

17         A    No.

18         Q    But you could see how these work.  It's the

19    summary of the work.  And then on the bottom of the

20    second page, which is the flip side of the card, there's

21    sort of a summary in terms of total sessions, the types

22    of sessions, and then there's a section that says

23    "Medication," bottom right.  You see that?

24         A    Yes.

25         Q    These are not the way you kept the records at

1    SeaWorld?

2         A    Not exactly, no.

3         Q    Did SeaWorld track any information about an

4    animal's behavior that Seaquarium is not tracking?

5              MS. MOORE:  Object to the form of the

6         question.

7              Are you talking about just this document?

8              THE WITNESS:  Yeah.  Is it from --

9    BY MR. SCHWIEP:

10        Q    Yeah.  In other words -- and you've said

11   you've got some expertise in how to keep behavioral

12   records.  When you were at the Seaquarium [sic], when

13   you left, you guys you said followed your best practices

14   on animal behavior recordkeeping.  Did you all track

15   information in your behavioral record that the

16   Seaquarium is not tracking?

17             MS. MOORE:  Objection.

18   BY MR. SCHWIEP:

19        Q    That's my question.

20             MS. MOORE:  The question said "when you left

21        Seaquarium."

22             MR. SCHWIEP:  Okay.  That's a good point.

23   BY MR. SCHWIEP:

24        Q    When you left SeaWorld.  I'm sorry.  I'm not

25   making my question very clear.

```
 1        A    No, I think I understand.

 2        Q    Okay.  Good.  All right.  Yeah.

 3        A    I think I understand what you're saying.  And

 4   like I have said earlier, people keep different types of

 5   records.  In general, this is keeping the same

 6   information we did at SeaWorld.

 7        Q    That's my question.

 8        A    In general this is.  Did we keep other

 9   information from time to time?  Yes, on certain animals.

10   If certain animals that we felt like we wanted to have

11   more information on, we might on that particular animal

12   keep more information.  We also -- the types of sessions

13   we did we called it something different than what they

14   do.  But it's basically the same.  The types of sessions

15   are basically the same.  There might be some differences

16   in how they're termed, but they are basically the same.

17             We did not, as best I can recall, usually put

18   anything about the medications or summary for

19   medications for the week.  That was done by a veterinary

20   staff and it was a done in a separate record.  Even if

21   we gave the meds, it was prescribed by the vets, and all

22   we did was keep track of when they were given.

23        Q    Did you guys use this little checkerboard

24   system that you see on the left-hand side?

25        A    Not exactly like that, no, but we had a
```

1    similar checkerboard.

2         Q    Do you know what they're doing here?

3         A    Yes.  Now I do after I got the key and I

4    really looked at the records, yes.

5         Q    If you were retained by the Seaquarium or

6    another entity that used a similar record, what, if

7    anything, would you tell them they should be recording

8    that they're not?

9              MS. MOORE:  Object to the form of the

10             question.  Outside the scope of his opinions.

11             THE WITNESS:  Can you repeat it again?

12   BY MR. SCHWIEP:

13        Q    Yeah.  If the Seaquarium said, look, we'd like

14   you to kind of audit our procedures here in terms of our

15   Animal Behavioral Records, what, if anything, would you

16   tell them to record in their Animal Behavior Records

17   that they're not already recording?

18             MS. MOORE:  Objection to that question.  It's

19             outside the scope of his opinion anywhere in his --

20             MR. SCHWIEP:  That was number four on his

21             list, recordkeeping.

22             MS. MOORE:  And he clarified what he meant by

23             that.  It was not recordkeeping practices.  He's

24             not been retained to do an audit.

25             THE WITNESS:  And I would have to sit down

1        with the staff and with the management and figure

2        out what they're asking me to do before I could --

3   BY MR. SCHWIEP:

4        Q    Would you --

5        A    -- comment on that.

6        Q    -- want to know the duration of these

7   sessions?

8             MS. MOORE:  Objection, calls for speculation

9        about an engagement that he hasn't been asked to

10       do.

11            THE WITNESS:  Again, I do not want to -- I

12       just don't think I should speculate on what I would

13       do without more information.  Any time I work with

14       any facility, I would go in and work with them for

15       a time before I would suggest -- and see what

16       they're doing before I would suggest whether they

17       need to keep a record on it or not.  I can't really

18       form an opinion after seven hours of observation

19       and looking at the records.

20  BY MR. SCHWIEP:

21       Q    Should the Animal Behavior Records record

22  duration of the sessions?

23            MS. MOORE:  Same objection.

24            THE WITNESS:  I don't -- I'm not saying that

25       they couldn't and I'm not saying that they should.

```
 1           That depends on what information you're trying to
 2      gather and what they need to make judgments that
 3      they need to make on a daily basis.
 4  BY MR. SCHWIEP:
 5      Q    You said earlier, talking about the enrichment
 6  objects, you talked about, I think, the neoprene square.
 7  You see here -- if you just look at the first page on
 8  Tuesday, October 6, P4 wetsuit; you look at the next
 9  page on Sunday, October 11, P6 wetsuit; third page,
10  Tuesday, October 13, P3 wetsuit; P 5 wetsuit; if you
11  look at the next page on Friday, October 16, P3 wetsuit.
12  From the Seaquarium's point of view the object they're
13  using most for enrichment is a wetsuit.  Do you think
14  there's anything inappropriate about that?
15           MS. MOORE:  Object to the form of the
16      question.
17           THE WITNESS:  No.
18  BY MR. SCHWIEP:
19      Q    You think it's a good idea to use a wetsuit as
20  an enrichment device?
21      A    Number one, like I said, it's not a wetsuit.
22  It's neoprene material cut in a square.  It looks a lot
23  different than a wetsuit does.
24      Q    Did it come from a wetsuit?
25      A    Neoprene is used in making wetsuits.  But this
```

```
1   is a large square.  I don't know the dimensions, but
2   it's fairly large, a lot more material than you would
3   have in one wetsuit.  And it's not in the shape of a
4   human form of a wetsuit.  And I will state that it
5   depends on the animal.
6        Q    When you were at SeaWorld, there was a wetsuit
7   that a killer whale ripped off a trainer in the water,
8   correct?
9        A    Yes.
10       Q    And then the killer whale actually ingested
11  the wetsuit or some portion of it, correct?
12       A    Yes.
13       Q    And then regurgitated it?
14       A    Yes.
15       Q    Do you think conditioning a killer whale to
16  tug or pull on a wetsuit or any portion thereof is best
17  practices in terms of enrichment for a killer whale?
18            MS. MOORE:  Object to the form of the
19       question.
20            THE WITNESS:  I wouldn't even so go so far as
21       to be considering or talking about best practices.
22       What I will say is that it depends on the animal.
23       With that particular killer whale and when that
24       happened, that animal was a very young animal, if I
25       recall correctly.  The animal that grabbed the
```

1    wetsuit was around four or five years old at our

2    best estimate, the one that grabbed it.

3        The trainer also made a mistake at SeaWorld

4    and opened the gate and let a second killer whale

5    in once he had the wetsuit.  And that's when it was

6    a game of possession where the one whale wanted the

7    wetsuit from the other and they started tugging

8    back and forth on it.  And then in my opinion -- we

9    all talked about it as well as the other trainers

10   and it looked like the animals were being

11   possessive of that toy because it was something

12   novel and brand new.

13       In the case with Lolita and the wetsuit

14   material, this animal has never ingested any of the

15   material.  It is not in the shape of a wetsuit and,

16   in my opinion, from what I observed and from what

17   I've heard about, it is her favorite toy.  And we

18   had -- like we had discussed earlier, the animal

19   finds it very, very reinforcing and plays with it

20   every time it's given to her.

21       In this particular case with this particular

22   whale, I don't think there is anything in my

23   opinion that is wrong with giving her that toy.

24   And they have not had any issues with it.

25   BY MR. SCHWIEP:

1    Q    When you were describing the incident at

2    SeaWorld and the whales being possessive about the

3    wetsuit, a trainer was wearing the wetsuit at the time?

4    A    Yes, he was wearing it.  He walked by.  It was

5    a young male killer whale and the wetsuit was off of his

6    arms and on his waist but hanging down.  As he walked

7    by, the whale grabbed the wetsuit, and he slipped out of

8    it.

9    Q    He, the trainer, slipped out of it?

10    A    Yes.  And the whale ended up with it.

11    Q    What was the name of the whale?

12    A    I'm not sure but I think it was Kotar, but I

13    may be wrong on that.  But I know it was a male killer

14    whale.  I'm almost positive it was Kotar.

15    Q    And in your assessment the incident with, you

16    think it's Kotar, was the fault of the trainer letting a

17    second killer whale into the tank?

18    A    Yeah, after the fact.  It's easy to make those

19    decisions afterwards, but -- he obviously did it

20    thinking that maybe that whale would help this younger

21    whale bring the wetsuit back, and it did not work out.

22    Q    And if you look through the behavioral records

23    marked as Exhibit 177, the other enrichment device

24    that's used is a hose.  You can look through.  There's

25    plenty of examples of it, even on the first page.

```
 1   Tuesday, October 6, P6 hose.  All you have to do is --

 2   you know, you find the Ps.  They're pretty good about

 3   recording what they used.  Tuesday, October 15, P1 hose.

 4   And you can go through this entire exhibit and that's

 5   what you'll see.

 6            And any issue in your mind with using just two

 7   enrichment devices, a hose and a wetsuit for enrichment

 8   activities?

 9            MS. MOORE:  Objection.  Mischaracterizes his

10       prior testimony.

11            THE WITNESS:  We had talked about this

12       earlier --

13   BY MR. SCHWIEP:

14       Q    Yeah.  Variability.

15       A    -- and I said at that time it was very hard to

16   come up with enrichment devices for killer whales.  And

17   not only at SeaWorld, but anywhere you go, you're not

18   going to see a huge grouping of toys or enrichment

19   devices for killer whales at any facility, including

20   SeaWorld.  But with this particular animal, the way she

21   likes those two things, I think it's adequate and I

22   think it meets her needs.

23            And, again, I'll state that the biggest form

24   of enrichment is the relationship that the trainers have

25   with that whale, the relationship that that whale has
```

 1   with the trainers.  That is the animal's biggest form of

 2   stimulation.

 3        Q    Let me ask you to look at Exhibit 164.  And

 4   this is an e-mail from Marni Wood, who you said you met,

 5   to Heather Keenan, who you also met, dated December 17,

 6   2014.  She said, "I can't get the com thread to work on

 7   my computer."

 8             Did you guys use -- do you know what that

 9   means, the com thread?  Do you use something similar to

10   communicate as SeaWorld?

11             MS. MOORE:  Object to the form of the

12        question.

13             He hasn't been at SeaWorld in a long time.

14             THE WITNESS:  No.

15   BY MR. SCHWIEP:

16        Q    No.  I said did you use it at SeaWorld, com

17   thread?

18        A    Not to my knowledge, no.

19        Q    And then she says in the fourth line down,

20   "problems at Whale with the lags."  You see that?

21        A    Yes.

22        Q    "I think we should consider gating Toki again

23   to give her a break.  I know we're concerned about

24   drones, but Toki has new rakes and now Lii is terminated

25   in session and taken her out before we even have a

1    second break.  Poor killer."

2         If the trainers that work with Toki on a

3    regular basis believe that Toki needed to be separated

4    from the lags to quote, unquote "give her a break,"

5    again, you would defer to them in terms of understanding

6    whether Toki's interaction with the lags are playful or

7    stressful?

8         A    Again, this is a snapshot.  I guess I would

9    want to ask a lot more questions of what they were

10   seeing and why they were seeing it and what they exactly

11   meant by it.

12        Q    What about the rakes?  Now that Toki has new

13   rakes.  I mean, at what point, given your expertise,

14   would you say, you know, we need to separate these

15   animals because --

16        A    Again, this can be very, very subjective.

17        Q    Yeah.

18        A    And at no point on any of the records do I see

19   that they are deep rakes, bleeding rakes, detrimental

20   rakes.  They say they're rakes.  So rakes can be a lot

21   of different things.  If they're small teeth, rakes from

22   a lag that weighs 240 pounds compared to what a killer

23   whale would do to another killer whale and does in the

24   wild and in captivity and quite often, then it's a

25   different story.  Again, I would have to -- this is the

```
 1    first time I've ever seen this.  And I would need to

 2    investigate it further before I could give you a good

 3    answer.

 4         Q    Okay.  So you just have to help me understand.

 5    You're the expert.  There are some level of raking that

 6    lags housed with a killer whale could inflict that you

 7    would say is causing injury to the killer whale?

 8         A    Maybe I have never seen a killer whale -- a

 9    lag -- I've never seen a killer whale at a point where

10    it has so many rakes from a lag that I would necessarily

11    say that.  I don't know.

12         Q    Yeah.  I mean, you just --

13         A    And, again --

14         Q    -- you don't have --

15              MS. MOORE:  Let him --

16              THE WITNESS:  -- I think there's --

17    BY MR. SCHWIEP:

18         Q    -- a lot of experience with lags housed with

19    killer whales, right?

20              MS. MOORE:  Okay.  You cut the witness off.

21         Could he please finish his answer?

22    BY MR. SCHWIEP:

23         Q    Yeah.  I don't mean to cut you off.  Go ahead.

24         A    And, again, you're asking me to give you an

25    answer based on, you know, a paragraph from a trainer
```

1    that I don't know that well that I've met.  And I have

2    no idea of what she considers.

3         Again, you have to understand also, if you

4    would -- if you have a brand-new trainer and they see a

5    killer whale doing something with another killer whale

6    and it's the first time they've seen it or they are less

7    experienced when they see it, they might think one

8    thing, but then you have an experienced trainer that

9    works with them and says, That's nothing.  Don't worry

10   about it.

11        Again, it is up to the experience of the

12   animal, the situation -- I mean, the experience of the

13   trainer with those animals.  So, again, sometimes things

14   are said and written that maybe later on would be said

15   and written differently.  I do know that because I dealt

16   with that at SeaWorld all the time.

17   **Q    Well, Keenan's been there 20 years.  You know**

18   **that, right?**

19        A    Oh, yeah.  I know Keenan has.  And I think

20   Marni's been there for about seven years or more.

21   **Q    So they're experienced?**

22        A    (Nodding.)

23   **Q    Right?**

24        A    And, again, I'm not saying she's right or

25   wrong.  I don't have enough information to give you an

```
 1    answer that you're looking for.  It would be speculative

 2    on my part at the best.

 3         Q    If you answered this question -- I don't think

 4    I asked it exactly, but I didn't get the answer.  Is

 5    there an amount of raking that could be inflicted upon a

 6    solitary orca by lags that share her tank that you would

 7    say is injurious to the orca?

 8         A    Again, it's so speculative --

 9         MS. MOORE:  Asked and answered.

10         THE WITNESS:  -- I would have to see it.  You

11         know, to give you an example.  I saw a baby killer

12         whale -- and I say a baby because it was around

13         7 feet long at the most -- when I was in the

14         Pacific northwest that was raked up by its mother

15         and the other killer whales there.  And it was

16         getting rake marks inflicted as I was watching, as

17         we were filming, that it looked like it had a rake

18         on every part of its body.

19              Now, was that animal getting too many rakes

20         from its own mother and the whales that it was

21         with?  Is that animal going to succumb to those

22         bites, which are much worse than a lag can inflict.

23         Remember, the lag is 250 pounds, maybe a little

24         more, compared to an 8000-pound animal.  Again,

25         that's very speculative.
```

```
 1    BY MR. SCHWIEP:

 2         Q     Is there any amount of raking, sir, that you

 3    would think is excessive?

 4              MS. MOORE:  Objection, asked and answered

 5         three times.

 6              THE WITNESS:  I think I answered the question.

 7    BY MR. SCHWIEP:

 8         Q     The answer is you can't, you'd just be

 9    speculating?

10         A     Yes.

11         Q     Okay.  Sir, if you go back to your report,

12    173.

13         A     First one?

14         Q     No.  It's marked as Plaintiff's Exhibit 173.

15    That same paragraph we were looking at earlier where you

16    write, "If she wanted to make them stop, she could."

17    The next sentence says, "She doesn't because she appears

18    not to find these interactions to be an aversive

19    situation."

20              What do you mean by that "aversive situation"?

21         A     Well, what I meant was if the animal finds it

22    aversive or finds it that she doesn't like it, then she

23    could stop it quickly if she wanted to.

24         Q     If the trainers who work with her every day

25    and have for years decided that the raking is to a point
```

1    where they needed to quote, unquote give her a break,

2    then they would know better than you whether it's

3    aversive, right?

4        A    Well, they've made that decision obviously

5    because you gave me something where they made that

6    decision.  So you would have to ask them.  But let me

7    add something to this.  I have seen animals play to the

8    point where it gets really rough and they don't want to

9    stop and they can even separate themselves but they

10   won't.

11           In other words, they've got a place to go,

12   they can get away from that whale, but they decide to

13   stay out there.  And we have made the decision for them

14   where we go, you know, this is getting out of hand.

15   They're playing with each other really rough.  We're

16   going to separate them.  So we have made those decisions

17   before, and I'm assuming that's what they did in this

18   case.

19       Q    Let me ask you to look at what's been marked

20   as Plaintiff's Exhibit No. 154.  This is Visser's

21   report.  You told me earlier that you looked at it?

22       A    Yeah.  I read through it one time.

23       Q    Look at page 12 kind of the bottom third of

24   that page.  There's a paragraph that begins, "Regardless

25   of the motivation from mobbing."

PETA vs MIAMI SEAQURAIUM                                          Confidential
CLINTON THAD LACINAK on 02/15/2016                                Page 179

1          **Have you seen mobbing?**

2      A    I've never heard of that before until this

3  report.

4      **Q    In your opinion, is mobbing behavior something**

5  **that can occur among cetaceans?**

6      A    Like I said, I've never heard of it before.

7  We never would have called it mobbing.  If we saw

8  another animal chasing another one or raking another

9  one, we would not have called it mobbing.  I've never

10 heard of it before.  And the example she's using with

11 the humans in the workplace and bullying and -- I think

12 it's a stretch.

13     **Q    In other words, you don't think it actually**

14 **occurs?**

15     A    I'm not saying that she is wrong in saying

16 that it occurs.  It may occur and she may have observed

17 it, but I've never heard it described that way.  And

18 it's very difficult sometimes to compare different

19 situations and call it the same thing.

20     **Q    She notes in the middle of that paragraph at**

21 **Miami Seaquarium -- well, she says, "in nature in order**

22 **to avoid mobbing, potential predators can divert their**

23 **path of travel and/or desert the area.  At Miami**

24 **Seaquarium, Tokitae is deprived of both of these options**

25 **due to the extremely confined conditions."**

1          Do you disagree with that?

2      A    Well, what I'll say about that is that's where

3   the trainers and what they do with the animals and how

4   they take care of them.  And at SeaWorld we did the same

5   thing.  We would step in and make decisions sometimes to

6   separate the animals if we saw things.  In that one

7   e-mail that you showed me, that's what it looked like

8   they were doing.  They were making the decision to

9   separate them.  And that's another reason why we use

10  gating with the animals.  Sometimes if we saw the -- if

11  we saw animals that we assumed from their behavior that

12  maybe needed to have some time alone, we would separate

13  them.  Even if they sometimes would keep themselves in

14  the same pool, we would still separate them sometimes,

15  again, right or wrong.  And I think sometimes we were

16  probably right, but I know other times we were wrong in

17  doing so.

18      Q    Look at page two of your rebuttal report

19  that's marked as Plaintiff's Exhibit 173.  By the way,

20  when you prepared this, what I'm calling a rebuttal

21  report -- it's an e-mail dated February 14 which is

22  yesterday at 7:23 p.m. from you to Jennifer Moore -- you

23  had reviewed Visser's report, Hargrove's report,

24  Bearzi's report -- I may be mispronouncing her name.

25  B-E-A-R-Z-I -- and then the box that's over there on the

1   conference table, right?

2       A    Uh-hum.

3       Q    **Okay.**

4       A    Yes, that is.  Sorry.

5       Q    **If you go down page two at the bottom --**

6       A    Of my report?

7       Q    **Yeah.**

8       A    Okay.

9       Q    **"Lolita lives in a pool that has gates that**

10  **enable the trainers to separate the A Pool from the B**

11  **Pool."**

12          **Did you, in your assessment of the Animal**

13  **Behavioral Records that you got that you looked at on**

14  **Saturday and yesterday, have occasion to assess the**

15  **frequency with which the gates were closed and Lolita**

16  **was gated in one pool or the other?**

17      A    No, I did not.  In fact, as I state in here

18  that I would -- in my conclusion that my opinions are

19  stated on a limited time to look at these records,

20  because I didn't receive the plaintiff's letters.  And

21  then once I saw it, I decided to make this rebuttal or

22  second letter.  So I would need to look at them in more

23  detail to figure that out.

24      Q    **You write in the third sentence of that**

25  **paragraph "the only routine gating that occurs is when**

1    an outside company comes to clean the pool approximately

2    two times per week."

3              Do you know as you sit here today whether

4    gating occurs more frequently than the two times a week

5    when the cleaning company comes to scrub the pool?

6         A    No, I don't.  I assume that they do some

7    gating.  But, again, I haven't looked at the records or

8    talked to staff enough to know how often they gate.

9         Q    Do you have an opinion about how much gating

10   would be too much?

11        A    Again, it would be facility specific and

12   animal specific according to what's going on

13   behaviorally with the animals on how much gating would

14   be necessary or that you would want to do with the

15   animals.  Again, it depends on socially what's going on

16   and that would be the only way to determine it.  For me

17   any way.

18        Q    Is it a subjective assessment?

19        A    Absolutely.

20        Q    The heading just above that, "Stereotypical

21   Behaviors", you write in the third to last sentence, "It

22   is difficult to comprehend how plaintiff's experts can

23   draw broad conclusions about Lolita's overall

24   psychological health based on a six-hour visual

25   inspection and review of records."

1      Is it your opinion that a six-hour visual

2  inspection and review of the records would be

3  insufficient to permit any conclusions about

4  psychological health?

5      A    In my opinion it would.

6      Q    That's yours or theirs, right?

7      A    Well, I don't know what they're going to say.

8  I'm saying in my opinion it would be very difficult,

9  knowing what I know about animal behavior and how

10  behavior changes, even on a daily basis, in an hourly

11  basis, to come up with an opinion that the animal has

12  psychological problems in six hours of observation.

13      Q    Are you testifying that a six-hour visual

14  inspection and a record review are just not sufficient

15  to form an opinion about psychological health?

16      A    No, I'm not saying that at all.  I'm saying

17  that it would not be a final and absolute.  I'm saying

18  it gives you a snapshot.

19      Q    Still looking at page two.  The second

20  paragraph down from the top, the one that begins "in his

21  report."

22      A    Yes.

23      Q    By the way, you know John Hargrove?

24      A    Yes.

25      Q    Did he work for you?

1       A    Yes.

2       Q    **Do you have any opinion as to his credibility?**

3       A    While I knew him while he worked at SeaWorld,

4  there were some issues with him working there.  But in

5  general I did not have a problem with Mr. Hargrove while

6  he was at SeaWorld.  What I had a problem with, and I'll

7  just be very honest, is his interpretation of things in

8  the movie Blackfish and how he contributed to that.  But

9  other than that, I have no other opinion except that I

10 think that he was less than truthful when he left

11 SeaWorld about what happened at SeaWorld.

12      Q    **Is he someone who in your opinion is honest**

13 **and trustworthy?**

14           MS. MOORE:  Today?

15           THE WITNESS:  Yeah, today or --

16           MS. MOORE:  Today?  Ever?

17           MR. SCHWIEP:  Yeah.

18           MS. MOORE:  I think he just --

19           THE WITNESS:  Ever?  Like I said --

20 BY MR. SCHWIEP:

21      Q    **No, I mean now.**

22      A    -- I did not have a big problem with John that

23 I remember when he was at SeaWorld.

24      Q    **Yeah, but --**

25      A    But today, yes, I would have a problem with

```
1    that today after everything that has happened.  And he's

2    basically gone after SeaWorld and everything that I

3    worked for with animals in my entire life.  I would say

4    that he's less than honest, yes.

5         Q    If you look at that same paragraph about the

6    report, you're reacting to Hargrove and Bearzi's

7    opinions about the chasing.  And then you sort of

8    conclude at the end, "As noted in my official report, I

9    did not view this activity as a sign of aggression or

10   stress on Lolita's part."

11            So you all presumably watched the same thing

12   and have very differing interpretations of what you saw;

13   is that fair?

14        A    Yeah.  We differ in what we saw.

15        Q    Well, you saw the same thing.  You have

16   different interpretations of it?

17        A    Yes.

18        Q    And in terms of trying to decide whether what

19   was -- you saw chasing, right?

20        A    Yes.

21        Q    They did.  And in terms of trying to decide

22   whether that's aggression or reflection of stress, would

23   you agree that the trainers that work with her on a

24   day-to-day basis, their evaluation of whether the

25   chasing was playful or aggressive would be the one that
```

1    should control, that should dictate?

2         A    That should dictate?

3         Q    Yeah.  In other words --

4         A    I don't understand.  In other words --

5         Q    -- neither you nor Mr. Hargrove have a lot of

6    time with Lolita.  Trainers that do and have watched her

7    with these lags over a sustained period of time, what

8    they see, the way they interpret what they see to you

9    would be of more value than what you or Mr. Hargrove

10   interpret you're seeing?

11        A    I don't know if it's of more value with my

12   years of experience or not, but I would certainly take

13   it into consideration what they feel it is.  But I also

14   know that even the most experienced trainers can make

15   mistakes in how they look at things.  And I do that kind

16   of for a living.  I go places and people will say, This

17   animal does this because of this.  And then I watch it

18   for a while and I see something different.  And then we

19   work on what the problem is and try to solve it.

20        Q    Would you agree that whether head bobbing or

21   jaw popping is a sign of aggression is really something

22   that's best evaluated by the trainers?

23        A    Well, it's going to be evaluated by the

24   trainer.

25        Q    Best evaluated by the trainer?

1      A     Well, no.  It's going to be evaluated by the

2    trainers, but the trainers are not necessarily always

3    right, just as I'm not going to ever say that my

4    observations are always right or that John Hargrove's

5    observations are right or Visser's observations are

6    right 100 percent of the time.  But I can say from my

7    experience of it, although I feel I'm more right than

8    wrong in making those evaluations, it depends on the

9    experience, it depends on the animal.  And when you

10   start talking again about head bobs and head shakes and

11   with any behavior like that, it depends on the animal

12   and how much it has done it and what has happened after

13   the animal has exhibited that behavior.

14          If the animal is reinforced for doing that

15   behavior in some way -- like let's say the animal jumps

16   back or the person jumps back when the head bob happens

17   or let's say the person changes what it normally was

18   going to do with that animal, that is going to reinforce

19   the animal from making that movement and then you

20   have -- basically that animal has just trained that

21   person to do something and it will react differently the

22   next time that it is in that situation.

23      Q     So would you then agree that whether a head

24   bob is really a precursor to a sign of aggression,

25   that's best evaluated by the trainers working with the

1    animal?

2        A    Yes.  Yes.  Most of the time I would probably

3    say that could be right.

4        **Q    And the same is true with regard to chasing?**

5        A    But sometimes -- and, again, I'm not going to

6    say every time -- behavior -- the study of behavior and

7    behavioral psychology is a science like anything else.

8    There's a real science to it.  There are certain

9    absolutes when it comes to what types of schedules of

10   reinforcement work better than others.  This has been

11   proven over and over again in labs and in real life

12   situations.  But just like every science, biology, any

13   of the sciences, there are always outliers.  There are

14   always changes.  There are always differences, and it is

15   not absolute.  So there are no Golden Rules.

16           I will say this, most of the time the trainers

17   that work closely with the animals, if they are

18   experienced with that species, can make and will make

19   the right decision --

20       **Q    Okay.  So --**

21       A    -- but not always.

22       **Q    I mean, if you look at this rebuttal report,**

23   **the paragraph begins "the cetaceans that I have worked**

24   **with."  It's on page two.  You see that paragraph, page**

25   **two?**

1         A     Which paragraph?

2         Q     It's the third paragraph.

3         A     The third paragraph still.  Okay.

4         Q     And if you look at the -- I mean, it's about

5    the third to the last sentence you write, "I also

6    believe that an assessment of whether a head bob is, in

7    fact, a precursor to aggression in a particular animal

8    is best assessed by that animal's trainers."

9         A     Yes.

10        Q     That's your opinion, right?

11        A     Yes, according to the context.

12        Q     Yeah.  And then the last sentence in that

13   paragraph says, "Mr. Hargrove and Dr. Baerzi had none

14   when they drew broad conclusions in their reports based

15   upon review of records only and without speaking with

16   the trainers involved in the situation noted in the

17   written record."

18             That's exactly the situation you're in too,

19   right?  You've reviewed those records, but you haven't

20   interviewed the trainers about them, have you?

21        A     No.

22        Q     So you're drawing conclusions based on the

23   same information they are, right?

24        A     Some of the same information.  But I have a

25   lot more experience than either one of those individuals

```
 1   with captive animals.

 2        Q    Okay.  But it's the trainers that are best

 3   able to assess this, right?

 4        A    The trainers, if they have been trained

 5   properly to look at these things, yes.

 6        Q    Okay.  Go ahead.

 7        A    There's always going to be exceptions to the

 8   rule though.  Again, I'm not going to say it's absolute.

 9             MR. SCHWIEP:  I need to take a quick break.

10        I'll be right back.  Just very short.

11             (Whereupon, there was a brief recess from 3:36

12   p.m. to 3:44 p.m.)

13             (Whereupon, the previously recorded question

14   and answer were read back.)

15   BY MR. SCHWIEP:

16        Q    Okay.  If you look at the third page of this

17   rebuttal report.  In the second paragraph down you

18   write, "Plaintiff's expert mentioned that Lolita sits in

19   front of the water flow and rubs on them.  They infer

20   this is abnormal behavior.  It is not."

21             And you would agree with me it would be

22   abnormal behavior for orca in the wild, right?

23        A    Well, they don't have any inflows, but if

24   there were inflows there and the animal's ever

25   experienced them, I wouldn't rule out that they might
```

1    not do it because it feels good is what it looks like to

2    us.  So, I mean, if there were inflows, I mean, where

3    the water is spraying in the water and the whales had

4    access to it, I wouldn't rule out that they wouldn't do

5    it.  I don't know how I get --

6         **Q    When you say this is not abnormal behavior --**

7         A    It would be --

8         **Q    -- you're talking about orca in captivity,**

9    **right?**

10        A    Yeah.  For an orca in captivity it is not, in

11   my opinion, abnormal behavior.

12        **Q    Are you familiar with the killer whale named**

13   **Hugo?**

14        A    Hugo?  Can you remind me where he was?

15        **Q    Seaquarium.**

16        A    Seaquarium.  That was the male killer whale?

17        **Q    Yeah.**

18        A    Yeah.  And I know very little about Hugo.

19        **Q    You know anything about the circumstances of**

20   **Hugo's dying?**

21        A    No, I do not.

22        **Q    You were provided with the Animal Training**

23   **Manual that's used by Seaquarium.  It's attached to one**

24   **of the e-mails Mr. Lister sent you.**

25        A    Yes.  And I skimmed through it.  I did not

 1   read it from page to page.

 2       Q    I just want you to look at a couple of things.

 3   If you look at the -- I'm handing it to you now.  It's

 4   marked as Plaintiff's Exhibit 108.  If you look at page

 5   9790 --

 6           MS. MOORE:  One looks bigger than the other.

 7           MR. SCHWIEP:  Yeah, it does.  It's true.  I'm

 8       noticing the same thing.  I don't know.

 9           MS. MOORE:  And I gave him the one that has

10       the actual sticker on it.

11           MR. SCHWIEP:  Yeah.  I've got 98 --

12           MS. MOORE:  How far does this one go?

13           THE WITNESS:  Where are the pages, at the top?

14           MR. SCHWIEP:  Bottom.

15       Is yours double-sided?  Some of them might be

16       printed double-sided.  Is that it?

17           MS. MOORE:  Yeah.

18           THE WITNESS:  No, this is single side.

19           MS. MOORE:  Okay.  That's the difference.

20           MR. SCHWIEP:  9694 through 9834.  Is that what

21       you have, Jennifer?

22           MS. MOORE:  Yes.

23           THE WITNESS:  So what is it?

24   BY MR. SCHWIEP:

25       Q    You see the page numbers at the bottom.

1        A      Okay.

2        Q      It's starting with 9794.

3        A      Okay.

4        Q      And this is after the heading "Procedures,

5  Animal Reporting Protocol.  If at any time abnormal

6  behavior, physical changes or injuries are observed, the

7  most senior person in the area must be notified

8  immediately who will then notify trainer one," and then

9  it continues from there.  And then there's some specific

10 injuries, let's say, behaviors, that this animal

11 reporting protocol applies to.  Do you see that?

12       A      Uh-hum.

13       Q      Do you agree or disagree as a matter of animal

14 training practices that rake marks are something that

15 should be reported immediately to the head trainer?

16              MS. MOORE:  Objection, outside the scope of

17         his opinions.

18              THE WITNESS:  I agree with the training of the

19         people in observing when this happens because it is

20         something that you need to pay attention to, but,

21         again, I'm not -- I never have been associated with

22         this park until now doing this.

23 BY MR. SCHWIEP:

24       Q      Okay.  Look at page 9790.  You see there's a

25 heading that says "Warning Signs."  The second sentence

1  says, "The following is a list of aggressive precursors

2  that may indicate impending aggressions."

3       A    Yeah.

4       Q    Number one is head bobbing.  You agree or

5  disagree with that as --

6       A    Well, like I said earlier in my statements

7  that head bobbing can be a precursor to aggression, but

8  does not necessarily mean it is a precursor to

9  aggression, just as pinnipeds barking or like I had

10  said, a mouth open on any animal.

11           Mouth open on a killer whale does not mean

12  aggression.  They come up and swim up to you a lot and

13  open their mouths.  They use their mouths for all kinds

14  of things.  Ignoring signals does not necessarily mean

15  that it's aggression.

16       Q    Jaw popping?

17       A    Yeah, any of those.  They can and they can't.

18  Sometimes they are.  And on certain animals you will

19  note that.  And it can be that on certain animals.  On

20  others it doesn't mean the same thing.  These are

21  generalities.  And we did the same thing at SeaWorld.

22  We taught people what some of those signs can be, but it

23  doesn't necessarily mean that that's what they are.

24       Q    Did you have an Animal Training Manual like

25  this at SeaWorld?

```
1        A     Yes.

2        Q     You still have a copy of it?

3        A     No.

4        Q     Are head bobbing, jaw popping or fluke or pec

5    slapping aggressive precursors in your opinion?

6              MS. MOORE:  Objection, overbroad.

7              He just answered that question.

8              THE WITNESS:  Yeah, I feel like I just

9        answered it.  I mean, every one of these that are

10       listed here -- let me say that.  Every one that are

11       listed for the cetaceans and the pinnipeds can be

12       precursors to aggression in certain animals and

13       then in other animals they are not necessarily

14       going to be precursors to aggression.  There is no

15       absolute on any of those.

16             (Whereupon, Plaintiff's 178 was marked for

17   identification.)

18   BY MR. SCHWIEP:

19       Q     I'm going to show you what we'll mark as

20   Plaintiff's Exhibit 178.  And this is a copy of the

21   Hargrove report.  We were talking about Mr. Hargrove

22   earlier.  I had a few questions about your reaction to

23   some of this.  If you turn to page four, after the

24   heading "Site Inspection," the second paragraph says,

25   "Walking into Lolita's stadium I was shocked by the size
```

1   and shallow depth of her tank and the absolute absence

2   of any enrichment to her enclosure."

3            My first question for you is, did Seaquarium's

4   killer whale tank have any enrichment in the tank

5   itself?

6        A    When I was there?

7        Q    Yeah.

8        A    When I first walked in?

9        Q    When you left.

10       A    When I left the stadium?

11       Q    Yeah.

12       A    I don't recall if they had given her anything

13  or not.  That was after a show.  And they had just done

14  some things with her after the show and I don't recall.

15       Q    The fourth sentence says, "Lolita's tank at

16  Miami Seaquarium is without question the smallest and

17  most barren I have ever seen an orca forced to live in."

18            Have you seen orca forced to live in smaller

19  or more barren tanks in seaquariums?

20       A    I don't know.  I have not seen -- I've seen

21  smaller pools with killer whales in it, because we did

22  that at SeaWorld at one time.  We had killer whales in

23  small -- some smaller pools.  So the answer would be,

24  yes, I have seen some smaller before we built our bigger

25  stadiums.

1    And as far as barren, we never leave toys in

2    the pools with the animal overnight without supervision

3    at SeaWorld while I was there.  We were not -- we did

4    not do it because the animal could possibly throw them

5    out, hit somebody with the objects or whatever.  So I

6    don't know what he means by barren.  The pools at

7    SeaWorld, although they are larger than the Seaquarium

8    pool, don't have anything in them either except the pool

9    walls.

10    **Q    Look at page eight.  He notes in the second**

11    **paragraph, "As stated above, the Miami Seaquarium's**

12    **Animal Behavior Records reflect that Lolita is given eye**

13    **drops in both eyes nearly every day."**

14    **Was that a common practice, daily eye drops**

15    **for the killer whales, at SeaWorld?**

16    MS. MOORE:  Objection, overbroad.

17    THE WITNESS:  The only way I can answer that

18    is that it was occasionally done with some whales

19    that had eye issues.

20    BY MR. SCHWIEP:

21    **Q    And eye issues from what?**

22    A    Various things.  Sometimes we didn't know why

23    they had the eye issue.  Other times it may have

24    happened that the animal was rubbing.  And sometimes we

25    would come in in the morning and do the visual

1   inspection on the whales and find that they had an

2   abrasion or they were keeping their eyes shut.  So it

3   would depend on the animal.

4          The other thing, as I stated earlier, for an

5   animal of this age being the oldest killer whale in

6   captivity, I would not find that that would be unusual.

7   As the whales get older and just like any other animal,

8   their eyesight and their eyes start to have issues.

9       **Q    Look at page nine, the second full paragraph**

10  **from the bottom, the one that says "according to the**

11  **documents."**

12      A    Okay.

13      **Q    "The Pacific white-sided dolphins have bit**

14  **Lolita on her tongue more than 70 times, an injury I**

15  **have never seen on an orca."**

16          **Do you dispute the number of bites that**

17  **Mr. Hargrove is referring to?**

18      A    I did not count the number of times.  I don't

19  know.  I have not checked his math on those records.

20  But I can say this, in my experience I have never -- I

21  would question how it could have been the lags doing the

22  biting that often on her mouth.  All she would have to

23  do is close her mouth to stop them from doing it.  And

24  if she knew the animals were doing it, she's an

25  intelligent animal, she would not open her mouth and let

1    them do it.

2              I have seen many times with killer whales that

3    would have bite marks in their mouth and it was usually

4    caused by them biting their own tongue or the side of

5    their mouth.  That's not unusual.  Killer whales also

6    have very tough mouths.  They eat large fish.  When you

7    throw the fish in, it causes lots of injuries to the

8    tongue and the back of the throat.  Many times with many

9    whales I have seen that happen, especially when you're

10   feeding the animals fish like mackerel that have very

11   stiff spines and things like that.  So it would be hard

12   to answer that question.

13        Q    In other words, you can't definitely testify

14   that the bite marks that the trainers were recording

15   were because she bit her own tongue?

16        A    I can't do that, but I can't say that it was

17   from the lags either.  And I don't think anybody can.

18        Q    Let me just -- we've made a lot of progress.

19   I'm going to ask you some questions about Dr. Baerzi's

20   report, which you referred to in your e-mail.  We'll

21   mark it as Exhibit 179.

22              (Whereupon, Plaintiff's 179 was marked for

23   identification.)

24   BY MR. SCHWIEP:

25        Q    If you look at page 27 in the middle of the

```
 1    page -- well, about a third of the way down -- she says,

 2    "In 2015 Lolita was raked 52 times by PWSD," full caps.

 3    "In 2015 she showed signs of new rakes 35 weeks of the

 4    year."  And then she gives examples where the trainers

 5    recorded warning signs of aggression:  Tense towards

 6    lags, head bobs toward lags, anxious, tense towards

 7    lags, chasing lags.

 8            Do you dispute the accuracy of the factual

 9    information that's being recorded here by Dr. Baerzi?

10        A    I don't dispute what she's written down other

11    than I did not count them up and come up with the

12    percentages myself.  I haven't had time to get that in

13    depth with it.

14        Q    But you don't --

15        A    Like I said in my statement, I would like more

16    time to review all these things.

17        Q    As you sit here right now, you're not

18    contesting the facts of what she's saying, the number of

19    raking, the percentage of --

20        A    Well, I assume that she would not say it if it

21    wasn't something that she read.

22        Q    And is this number of -- this amount of

23    raking, 52 times in 2015, 35 weeks out of that year, is

24    that too much?

25        A    Again, I'll just go back to what I stated
```

1    earlier again and, that is, it depends on how severe or

2    how bad the rake marks were.  I'm not going to sit here

3    and say that if that animal was bleeding every time from

4    rake marks that it was given that I would totally ignore

5    it.  But if the rake marks were superficial, then I

6    might ignore those situations because the animal doesn't

7    even feel it.  And, again, I refer back to the size of

8    the lags being 250 pounds compared to an animal that

9    weighs over 8,000 pounds.  So I guess the answer is kind

10   of the same as I said before.

11        **Q    You told Good Morning America that Dawn**

12   **Brancheau's death was a consequence of her own mistake;**

13   **is that right?**

14        A    I told -- that was not the whole story.

15        **Q    Did you tell Good Morning America that her**

16   **mistake led to her death?**

17        A    I said that Dawn Brancheau, if she were alive

18   today, would tell you that she made a huge mistake.  And

19   I need to clarify, as I did that day and in the papers

20   several times, I was not at SeaWorld when Dawn got

21   killed by that killer whale.  I made that statement on

22   the rules that were in place when I left SeaWorld.  The

23   rules for working Tilikum, which I put in place, stated

24   that you were not to lie down in front of that

25   particular whale because he was not water work trained.

1   Number one, she was lying down in front of that

2   particular whale.  She allowed her ponytail to drift in

3   the water and the animal grabbed her ponytail and pulled

4   her in.

5          Any time we're working with animals, any time

6   trainers are working with animals, one of the first

7   things that most trainers learn is that you are

8   responsible for that animal's behavior, no one else.

9   You're the one training it.  You're the one working with

10  it.  And so I stand by that statement.

**11      Q    Was she, that is Dawn Brancheau, behaving in**

**12  ways that violated the SeaWorld policies at the time she**

**13  was killed?**

14      A    According to the policies that were in place

15  when I left in 2008.  The accident happened a year and a

16  half later.  So I don't know if they changed the policy,

17  meaning, SeaWorld, or if she did or if she broke the

18  rules.  I know that if -- if -- and what she did at that

19  time broke the policy that I had in place when I was in

20  charge of all the training for all the whales and the

21  animals at SeaWorld.  It broke three rules.  You were

22  supposed to have a senior trainer as a spotter.  There

23  was no senior trainer spotting her on that day.  She

24  laid down in front of the whales.  You were never

25  supposed to lay down in front of Tilikum.  She was

1   rubbing him on his head around his mouth area.  The

2   rules, when I was there, stated that the only place you

3   would give rubdowns to that particular whale was behind

4   the blowhole and back.  So there were three rules that

5   were broken.  And that's why I made the statement that

6   she made a mistake according to the rules that were in

7   place while I was there.

8        **Q    And if I understand correctly, SeaWorld**

9   **disagreed with your statement?**

10       A    SeaWorld never came out and said they

11  disagreed with me per se as a person.  What they said

12  was that -- if I recall correctly, what they said was

13  that they did not endorse anything anybody else has to

14  say that doesn't work for SeaWorld any longer.

15       **Q    You've seen the pictures, they're on the**

16  **Internet, of trainers laying down in front of Tilikum**

17  **many times before the day that Dawn Brancheau was**

18  **killed?**

19       A    Uh-hum.  I've seen some of them.  I haven't

20  seen many.

21       **Q    And all of those trainers were acting in**

22  **violation of rules you had in place when they were doing**

23  **that?**

24       A    Yes.

25            MS. MOORE:  Objection.  Relevance of this line

```
 1   of questioning.  Different animal, different

 2   facility, different company.

 3        THE WITNESS:  It is a different animal.

 4        MS. MOORE:  Different trainers.  Different,

 5   different, different.  Just about everything is

 6   different about your question and --

 7        THE WITNESS:  Yeah.  This has nothing to do --

 8        MS. MOORE:  -- they're wholly irrelevant to

 9   this case.

10        MR. SCHWIEP:  It's just -- you know,

11   impeachment is always relevant, impeachment

12   evidence.

13        MS. MOORE:  There's nothing impeachable about

14   your question.

15        MR. SCHWIEP:  Well, I mean, if you say

16   publicly something and the company that -- you

17   know, he's saying he's an expert because he worked

18   there for 35 years, but the company is disavowing

19   his statement, that has some value, I think, in

20   terms of credibility.

21        MS. MOORE:  And you're also characterizing

22   what you've read in the media.  Why don't you ask

23   about Lolita?

24        THE WITNESS:  The other thing I will say is

25   that you're characterizing something that was in a
```

1      movie.  And I call it a movie because it wasn't a

2      documentary because it did not show both sides.

3      They never asked me for my opinion in that

4      documentary.  They put a clip from a newscast in

5      there from me.  Never once did they try to ask me

6      in that documentary.

7   BY MR. SCHWIEP:

8      **Q    I haven't brought up the documentary.  You**

9   **have now three times.  I'm asking about statements you**

10  **made publicly.  I asked about the Good Morning America**

11  **interview and about SeaWorld's reactions to your**

12  **statements.**

13         **Okay.  I'd like to -- we have been talking**

14  **about the box that's on the conference room table.**

15         MR. SCHWIEP:  Counsel, can I look at that box?

16         MS. MOORE:  You may.

17         MR. SCHWIEP:  Okay.  So for the record, I'm

18      now putting on the conference room table two

19      binders.  One is -- and a cover letter and some

20      information.  The cover letter is a letter dated

21      February 10, 2016, from Mark Salky to you at the

22      Residence Inn in Tampa, overnight delivery.

23         So if it was sent on the 10th, you should have

24      received it on the 11th.  And then he says,

25      "Enclosed are the behavioral records for 2001 to

1      2004, 2006 and 2008 to 2015.  And then there's two

2      binders that appear to be labeled identically.

3              THE WITNESS:  Yeah.  They're different years,

4      but they are labeled the same.

5  BY MR. SCHWIEP:

6      **Q    Oh, I see.**

7      A    There are different years in here.

8      **Q    They are labeled the same, but they're**

9  **different years?**

10     A    Yes.

11     **Q    And these appear to be copies of what's**

12  **reflected on the label, that is, Animal Behavioral**

13  **Records for the period from '01 to '04, '06, and then**

14  **'08 to 2015.  Is that what was sent to you?**

15     A    Yes.  These two are the exact copies that were

16  sent to me.

17             MR. SCHWIEP:  I think 2005 finally turned up;

18     is that right?

19             MS. MOORE:  It did.

20             MR. SCHWIEP:  Has it been produced already

21     or...

22             MS. MOORE:  Yes, it has.

23             MR. SCHWIEP:  I'm trying to keep up with

24     depositions.

25             It has?

```
 1              MS. MOORE:  Yes.

 2              MR. SCHWIEP:  Jennifer, I think there's a week

 3       in June of 2015 that's been missing.  That's what

 4       I'm looking for, June 22 to June 28, 2015; is that

 5       right?  It doesn't appear to be in this binder

 6       either.

 7              Okay.  Let me look at my notes.  That may be

 8       all the questions I have.

 9              Off the record.

10              (Whereupon, there was an off-the-record

11   discussion.)

12              (Whereupon, Plaintiff's 180 was marked for

13   identification.)

14   BY MR. SCHWIEP:

15       Q    Okay.  Let's mark this as Plaintiff's

16   Exhibit 180, what appears to be a December 31, 2015,

17   letter from Jim Lister to you.

18              So does this refresh your recollection about

19   when you first talked to Mr. Lister about serving as an

20   expert in this case?

21       A    Yes.

22       Q    Sometime in December of 2015?

23       A    Yes.

24       Q    And before you talked to Mr. Lister you had

25   gotten that preliminary call you talked about from
```

1    Mr. Rose, right?

2         A    Yes, just asking me if I would be willing.

3         Q    And you knew Mr. Rose because -- how did you

4    know him?

5         A    Robert was actually a trainer at SeaWorld in

6    the '90s.  That's where he started his career in animal

7    training.  He started in Florida, moved to Texas and

8    worked there.

9         Q    You knew him when he was at SeaWorld in

10   Orlando and SeaWorld San Antonio?

11        A    Uh-hum.

12        Q    Had you kept up with him since he left

13   SeaWorld in about '95?

14        A    Not really.  I would see him -- I probably

15   have seen him less than three times since that time.  I

16   saw him at a conference in the Keys.  And I don't even

17   think I got to see him in the Miami conference, if I

18   remember right.

19        Q    In your February 6 report that's marked as

20   Plaintiff's Exhibit 172, you write that "Lolita thrives,

21   not just survives."  You recall that?

22        A    Where was this one, in which one?

23        Q    That's in the February 6 letter.

24        A    Yes.

25        Q    When you wrote that, would the veterinary

1    records in terms of the medications she's taking impact

2    your opinion about whether she's thriving rather than

3    just surviving?

4         A    I haven't looked at the veterinary records, so

5    I can't answer that.

6         Q    In your report 172 right near the end -- it's

7    the third paragraph from the end -- you say that in your

8    opinion her care "is in compliance with the generally

9    accepted husbandry care for killer whales."

10        A    I'm sorry.  Where is it, on page 6?

11        Q    Well, it starts on page six, "I have

12   considered" and then you say "in my opinion, based on my

13   experience, the care for Lolita" and then it carries

14   over to page 7, "including her facilities, training

15   personnel and training, is in compliance with the

16   generally accepted husbandry care for killer whales."

17        A    Yes.

18        Q    General accepted by whom?

19        A    Generally accepted by in a general term with

20   the industry and with all the facilities that I have

21   worked with and that are around the country.

22        Q    And if I understand correctly, you haven't

23   worked in a facility with a tank as small as Lolita's

24   tank, right?

25             MS. MOORE:  Objection, mischaracterizes his

```
 1        prior testimony.
 2   BY MR. SCHWIEP:
 3        Q     SeaWorld's tank was larger, right?
 4        MS. MOORE:  Objection --
 5        THE WITNESS:  SeaWorld's front pool was
 6   larger, but we did keep killer whales in smaller
 7   pools early on in the --
 8   BY MR. SCHWIEP:
 9        Q     You had a --
10        A     -- with the small --
11        Q     -- a pool behind the show pool you could put a
12   killer whale in?
13        A     Yes.  But we also had very small pools when
14   SeaWorld first opened up.
15        Q     When?
16        A     In 1968 San Diego the Shamu Pool was about
17   half the size.  The killer whale pool was about half the
18   size of the pool that Lolita's in right now.  That was
19   before I started at SeaWorld, but they -- when they were
20   first exhibited that's --
21        Q     And when you started there, the pool was
22   larger?
23        A     When I started at SeaWorld Orlando, yes.  It
24   is now the Dolphin Stadium right now in SeaWorld
25   Florida -- SeaWorld Orlando.
```

```
 1        Q     The old killer whale pool is now the dolphin
 2   pool.
 3        A     Yes.
 4        Q     And that old killer whale pool was never the
 5   killer whale pool that you worked with, right?
 6        A     The killer whale pool what now?
 7        Q     That old killer whale pool that's now used as
 8   the dolphin pool, when you went to work at SeaWorld, it
 9   was used as the dolphin pool, not the killer whale pool?
10        A     No, it was the killer whale pool.
11        Q     When was the new killer whale pool built?
12        A     1985.
13        Q     When you write "generally accepted husbandry
14   care," you're talking about today, right?
15        A     Well, all of the care for the animals has
16   greatly advanced over the years, and continues to.  If
17   it stays, you know, the same, then we're not doing what
18   we should be doing.  We should always be advancing
19   things, and we have.
20        Q     They've advanced everywhere except for the
21   Seaquarium, right?
22        A     No, that's not true.
23        Q     That pool hasn't gotten bigger since '55, has
24   it?
25        A     No, it has not.  But you're talking about just
```

```
 1    the pool.  The care of the animal has advanced.

 2        Q    And if I understand correctly, you don't have

 3    an opinion about what size tank would be too small?

 4             MS. MOORE:  Asked and answered.

 5             THE WITNESS:  I already answered that.

 6    BY MR. SCHWIEP:

 7        Q    The answer is no?

 8        A    No.  The answer I stated -- I think she can

 9    look it up.  I think I stated that I would have to look

10    at it, and too small would be if the animal couldn't

11    move around comfortably I think is what I stated.

12        Q    And you don't have any opinion about how many

13    rakes would be too many rakes?

14             MS. MOORE:  Asked and answered.

15             THE WITNESS:  Yeah, I've already answered that

16        question.  Again, it depends on the severity of the

17        rakes, and I stated that before.

18    BY MR. SCHWIEP:

19        Q    Do you intend to offer any opinion about the

20    cause of Liko's death?

21        A    I can't.  I don't have any opinion on his

22    death because I don't have -- I haven't seen anything

23    and I have not been asked to do anything with that.

24        Q    You're not going to offer any opinion about

25    whether Lolita did or didn't have anything to do with
```

1    Liko's death?

2         A    No, because I have no information.

3              MR. SCHWIEP:  So I conclude my questioning.  I

4         thank you very much for your time.  Have a safe

5         trip home.  You too, Jennifer.

6              MS. MOORE:  Actually, I have a question or

7         two.

8                        CROSS-EXAMINATION

9    BY MS. MOORE:

10        Q    Earlier you testified that you had not signed

11   a declaration or an affidavit in connection with this

12   proceeding.  I just want to make sure that your

13   testimony was accurate at that time.  Have you submitted

14   a declaration in this case in connection with the

15   inspection?

16        A    Yes, I have.  I just didn't understand the

17   language.  I am not very up on legalese so --

18        Q    Okay.

19        A    I understand that I did sign one.

20        Q    Okay.  And you talked about an experience that

21   you had with Winnie, an orca that lived somewhere

22   else --

23        A    Yes.

24        Q    -- that was moved to SeaWorld.

25             Did you have any experiences with any other

1    orca that lived either alone or with another marine

2    mammal that was moved to SeaWorld?

3         A    Yes, Gudrun, which is a whale from Harderwijk

4    who was with other killer whales at Harderwijk and then

5    the animal that was with her died.  And she was alone

6    for a few years at Harderwijk.  I don't have the exact

7    dates.  But then SeaWorld -- she was offered up to

8    SeaWorld and everybody was in agreeance that it would be

9    good to move her from that facility in Harderwijk to

10   Orlando.

11        We moved Gudrun to Orlando.  And it was sort

12   of the same situation that I explained with Winnie, only

13   I feel maybe even a little worse.  Gudrun never -- was

14   very, very -- I feel was very, very -- never seemed to

15   adjust to living with the other whales at SeaWorld.  In

16   fact, she had a hard time going from pool to pool.  I

17   remember when we tried to move her out into the front

18   pool at that stadium it took us months to try to train

19   her to go into the large front pool, because she had not

20   been in one, a large pool like that, since she had been

21   in captivity.

22        Q    Do you have any memory as to how old Gudrun

23   was when she was moved to SeaWorld?

24        A    Gudrun was approximately -- she was just --

25   she had just reached sexual maturity, so she was seven

1   or eight years old.

2      **Q     And other than Winnie and Gudrun, did you have**

3   **any other experiences trying to move orca that lived**

4   **either alone or with other marine mammals to SeaWorld?**

5      A    One and that was in Vancouver, Bjossa.  Bjossa

6   was a whale that had lived in Vancouver for many years.

7   I don't know the exact amount, but it was like, I think,

8   at least 20 years in a pool in the Vancouver Aquarium.

9   And she had had a male mate at one time too that had

10  also died and she had lived alone.  Actually, she had

11  lived alone for a while and then she lived with a

12  Pacific white-sided for a long period of time there.

13         I just realized that.  I forgot about her even

14  living with a lag for many years, but she did.  She

15  lived with a lag for many years.  And then it was

16  decided that that pool -- everybody agreed.  Let's move

17  Bjossa to San Diego.  They moved her to San Diego.  And

18  she did not do well.  As a matter of fact, she died

19  about -- I'm going to say it was less than a year, I may

20  be off a little bit, that she died when she was moved to

21  San Diego and moved to the -- in with the other killer

22  whale population there.

23     **Q     When you gave your opinion testimony earlier**

24  **about concerns about moving Toki or Lolita at this point**

25  **in her life, did these experiences --**

```
 1        A    Oh, absolutely.  I mean --

 2             MR. SCHWIEP:  Objection.

 3             THE WITNESS:  And I did forget to bring this

 4        up earlier about the other -- we somehow got on

 5        another subject.  But, yes, I have always planned

 6        on if I was asked that that is a major part of the

 7        decision that I have that it might not be good for

 8        her to be moved to another facility or with other

 9        killer whales.

10             MS. MOORE:  That's all I have.

11                       REDIRECT EXAMINATION

12   BY MR. SCHWIEP:

13        Q    What was the name of the first whale

14   mentioned?  Gurgen, something like that?

15        A    Gudrun.  G-U-D-R-I-N [sic].

16        Q    And the second one was what?

17        A    I just said it.  What did I say?

18        Q    I heard Theosa; something like that?

19        A    No, Bjossa.  It's Bjossa.  And that was at

20   Vancouver Aquarium.

21        Q    And where did Gudrun come from?

22        A    Gudrun was -- don't quote me on this because

23   I'm not sure.

24        Q    You're going to get quoted.

25        A    Well, I'm not -- no, I mean, I'm not sure.
```

1    **Q    Okay.**

2    A    But I think she was collected with the same

3    group of animals that Winnie was collected.

4    **Q    But where was Gudrun when SeaWorld acquired**

5    **her?**

6    A    Gudrun was in Harderwijk.

7    **Q    And Gudrun wasn't reintroduced to whales from**

8    **her own pod, was she?**

9    A    I don't know.  I don't know if these animals

10   were from the same group.

11   **Q    And neither was Bjossa, right?**

12   A    No, Bjossa was not.

13        MR. SCHWIEP:  Okay.  That's all I have.

14        THE WITNESS:  As far as I know, Bjossa was

15   not.  I could be wrong on that.

16        MS. MOORE:  And we said it off the record,

17   we'll say it on the record, that the witness

18   reserves his right to read and sign.

19        MR. SCHWIEP:  Yes.

20        (Thereupon, the deposition was concluded at

21   4:32 p.m.)

22        (Reading, signing and notice of filing were

23   not waived.)

24

25

```
 1                  CERTIFICATE OF REPORTER

 2

 3   THE STATE OF FLORIDA)
     COUNTY OF MIAMI-DADE)
 4

 5
          I, Julia Y. Alfonso, Registered Professional Reporter,
 6   Florida Professional Reporter, do hereby certify that I was
     authorized to and did stenographically report the foregoing
 7   deposition of CLINTON THAD LACINAK; that a review of the
     transcript was requested; and that the foregoing pages numbered
 8   from 1 to 217, inclusive, are a true and correct transcription of
     my stenographic notes of said deposition.
 9
          I FURTHER CERTIFY that I am not attorney or counsel of any
10   of the parties, nor am I a relative or employee of any attorney
     or counsel of party connected with the action, nor am I
11   financially interested in the action.

12        The foregoing certification of this transcript does not
     apply to any reproduction of the same by any means unless under
13   the direct control and/or direction of the certifying reporter.

14        DATED this 26th day of February, 2016.

15

16

17                     _____

18
                          Julia Y. Alfonso, RPR, FPR
19

20

21

22

23

24

25
```

1                    CERTIFICATE OF OATH

2

   THE STATE OF FLORIDA   )
3  COUNTY OF MIAMI-DADE    )

4
        I, JULIA Y. ALFONSO, Registered Professional Reporter,
5  Florida Professional Reporter, Notary Public, State of Florida,
   certify that witness, CLINTON THAD LACINAK, personally appeared
6  before me on this 15th day of February, 2016 and was duly sworn.

7

8       WITNESS my hand and official seal this 15th day of February,
   2016.
9

10  _____

11  Julia Y. Alfonso, RPR, FPR
    Notary Public-State of Florida
12  My Commission:  FF 098883
    My Commission Expires: May 28, 2018
13

14

15                      Personally known_____
                 OR Produced Identification_____
16             Type of Identification Produced_____

17

18

19

20

21

22

23

24

25

```
1              E R R A T A   S H E E T

2

3    IN RE:  PETA, et al vs. Miami Seaquarium, et al
     DEPOSITION OF:  Clinton Thad Lacinak TAKEN:  February 15, 2016
4
       DO NOT WRITE ON TRANSCRIPT  -  ENTER CHANGES HERE
5
     PAGE #    LINE #    CHANGE            REASON
6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   Please forward the original signed errata sheet to this office so
     that copies may be distributed to all parties
21
     Under penalty of perjury, I declare that I have read my
22   deposition and that it is true and correct subject to any changes
     in form or substance entered here.
23

24   DATE: _____ SIGNATURE OF DEPONENT:_____

25
```

1  February 26, 2016

2  JENNIFER B. MOORE
   GREENBERG, TRAURIG, P.A.
3  3333 Piedmont Road NE,
   Suite 2500
4  Atlanta, Georgia 30305

5  IN RE:  PETA, et al vs. Miami Seaquarium, et al

6  Dear Ms. Moore:

7  Enclosed please find the original errata page with your copy of
   the transcript so Clinton Thad Lacinak may read and sign their
8  transcript.  Please have him/her make whatever changes are
   necessary on the errata page and sign it.  Please make a copy of
9  the errata page and place it in your copy of the transcript.
   Please then forward the original errata page back to our office
10 at 1080 Woodcock Road, Suite 100, Orlando, Florida  32803.

11 If the errata page is not signed by the witness within 30 days
   after this letter has been furnished, we will then process the
12 transcript without a signed errata page.  If your client wishes
   to waive their right to read and sign, please have him/her sign
13 his/her name at the bottom of this letter and return it to our
   office.

14
   Your prompt attention to this matter is appreciated.
15
   Sincerely,
16

17
   Julia Y. Alfonso, RPR, FPR
18

19 I do hereby waive my right to read and sign:

20
   _____
21 CLINTON THAD LACINAK

22 cc via transcript:  PAUL J. SCHWIEP, Esq.
                       JENNIFER B. MOORE, Esq.
23
   file copy
24

25