# Exhibit B

## to

## Plaintiffs' Motion to Exclude Improper Opinion Testimony by Dr. Jeffrey L. Stott

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CERTIFIED COPY

Case No.: 15-cv-22692-Ungaro/Otazo-Reyes

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., ANIMAL LEGAL DEFENSE FUND, HOWARD GARRETT, and ORCA NETWORK,

Plaintiffs,

vs.

MIAMI SEAQUARIUM and FESTIVAL FUN PARKS, LLC, d/b/a PALACE ENTERTAINMENT,

Defendants.
_______________________________/

Deposition of

JEFFREY LYNN STOTT, PH.D.

Friday, February 12, 2016

Reported by Vickey L. Benson, RPR, CSR No. 8076

APPEARANCES

For the Plaintiffs:

ANIMAL LEGAL DEFENSE FUND
By: STEFANIE WILSON, Attorney at Law
MATTHEW LIEBMAN
170 East Cotati Ave.
Cotati, CA 94931
(707) 795-2533
swilson@aldf.org

For the Defendants:

BIRCH, HORTON, BITTNER & CHEROT, P.C.
By: JAMES H. LISTER, Attorney at Law
1156 Fifteenth Street, NW
Washington, D.C. 20005
(202) 862-8368
jlister@dc.bhb.com

--o0o--

I N D E X


| EXAMINATIONS | PAGE |
|---|---|
| BY MS. WILSON | 4 |
| BY MR. LISTER | 176 |


--oOo--

E X H I B I T S


| PLAINTIFFS' | | PAGE |
|---|---|---|
| 1 | Dr. Stott's written report, along with supporting materials (22 pages) | 56 |
| 2 | Immunology Profile dated December '04, 2013 (1 page) | 133 |
| 3 | Immunology Profile dated December 17, 2013 (1 page) | 137 |


--o0o--

BE IT REMEMBERED, that on Friday, February 12, 2016, commencing at the hour of 9:03 a.m., at the offices of Golden State Reporting & Video, 601 Howe Avenue, Suite 135, Sacramento, California, before me, Vickey L. Benson, a Certified Shorthand Reporter, empowered to administer oaths and affirmations pursuant to Section 2093(b) of the Code of Civil Procedure, personally appeared

JEFFREY LYNN STOTT, PH.D.,

a witness herein, who, having been duly sworn, was examined and testified as follows:

EXAMINATION BY MS. WILSON

Q. Good morning, Dr. Stott. Thank you for coming today. I'd like to introduce myself. My name is Stefanie Wilson. I am an attorney for the Plaintiffs, Animal Legal Defense Fund, in this case.

We've also hired a court reporter, Vickey, to come and take down your testimony today.

A. Uh-huh.

Q. I just want to make sure that I'm speaking clearly enough for you. So please confirm now that you can hear me okay. And at any time if I talk too fast or too quietly, just let me know.

A. Okay. Fine.

Q. Thanks. And again, if you could please state

and spell your name for the record.

A. Okay. Jeffrey Lynn Stott.

Q. Okay. And spell it, please.

A. Oh, sorry. J-e-f-f-r-e-y, L-y-n-n, S-t-o-t-t.

Q. Thank you. And --

MR. LISTER: Counsel, sorry for interrupting. Just so that I don't forget -- I'm Jim Lister, attorney for the defendant. I anticipate your questions will ask about the veterinary records that Dr. Stott has worked with. Those are designated as highly confidential under the protective order.

So I just want to get that out at the outset so that when you're actually asking your questions, I don't have to interrupt you.

MS. WILSON: Okay.

MR. LISTER: Thank you.

MS. WILSON: Anything else, I guess, we should cover, any ground rules, anything like that before --

MR. LISTER: We'll reserve objections, and hopefully not. We'll see. And we can sit there and talk. And if we need to try to work something out off the record, we certainly can do that.

MS. WILSON: Okay. Thank you.

MR. LISTER: Thank you.

Q. BY MS. WILSON: So have you ever been deposed before?

A. No.

Q. So then I would just like to cover a couple of guidelines just so we're all on the same page.

A. Uh-huh.

Q. So I'll ask you to answer verbally to my questions and not just "uh-huh" or nod and shake your head. Would you please do that today?

A. Yes.

Q. And I'll ask you to provide complete answers and all of the information that responds to my questions. Will you please do that?

A. Yes.

Q. And if you don't answer any -- sorry. If you don't understand any of my questions, please ask me to rephrase or clarify.

A. Okay.

Q. And if you need a break at any time, please feel free to say so. But if I have a question pending, please just answer it first before we take the break.

A. Okay.

Q. And if we move on to a different topic, but you remember any information or an answer that's

relevant to something that we had discussed previously, will you please let me know and supplement?

A. Yes.

Q. And if you think of any documents that might help your testimony, will you please mention it today?

A. Yes.

Q. And then, as Mr. Lister just said, he might make objections on the record. And they're here just to preserve them, but we don't have a judge to rule on them.

So unless Mr. Lister asks you specifically not to answer a question, after he's done objecting, will you please go ahead and answer it?

A. Yes.

Q. Is there anything such as an illness or any medication that you're taking that might prevent you from testifying accurately today?

A. No.

Q. Is there anything else that I should know about that might prevent you from testifying accurately today?

A. No.

Q. Did you bring any documents with you today?

A. Just the letter that --

Q. The deposition notice?

A. That I -- just the statement that I made relative -- regarding the case.

Q. Oh, gotcha. Okay. Your report?

A. Yes, correct.

Q. And then one other thing that I thought might be helpful for all of us to clarify at the outset is the whale that's the subject of your report and this case goes by several different names: Lolita, Toki, I think she's number 6701 in your records.

A. That's what she is to us, unfortunately.

Q. Yeah. So I just wanted to go ahead and confirm on the record, just to avoid any possibility of confusion that all of those mean the same animal.

Are we all --

A. I assume so.

Q. -- on board with that?

A. Any sample we get in has a number on it.

Q. Okay.

A. And so I guess you could actually ask me the question, "Do you know that's Toki?" And I'd say that it's 6701.

Q. And if I just refer to her as Lolita, that's --

A. You're right. I've always referred to her as Toki.

Q. Toki? Okay. I mean, I can use Toki, either one.

A. Yeah. Yes.

Q. So I just wanted to start out with asking you questions about what you've done for this case. So what have you reviewed in preparation for your testimony for this case today?

A. I've reviewed the data that we've collected on 6701. It's been part of a longitudinal research project. I would call it a research project as opposed to a clinical study, because I do not have access to clinical records. So it's a longitudinal research study that's been conducted over the years, and we have assessed her immunologic profile.

Q. I'm just going to unpack that a little bit, just so I understand.

A. That's fine.

Q. What kind of data are you referring to when you say you looked at the data that you've collected?

A. When I looked at the data, I've looked at her blood cell work, which is strictly looking at her white -- the white blood cells and their subpopulations using a technique called analytical flow cytometry with reagents that we've developed over the last 20-plus years.

Q. I might come back to that, the methodology that you use, a little bit later.

A. Uh-huh, yes.

Q. But just so I don't miss anything else that was in your answer, could you tell me, when you say you don't have access to her clinical records, what does that mean?

A. That's exactly what it means. I have no access to the clinical records, whether it be treatments, whether it with be something referred to as clinical chemistries.

Q. What are those?

A. They are a variety of diagnostics that is typically conducted on any blood sample that is drawn. There's two phases to the blood: The blood cells and the liquid part.

Q. Okay.

A. So the liquid part is what they conduct what they call blood chemistries on. They look for various -- quantitate various proteins in there. We do not -- I do not see that.

Q. Who is "they"?

A. Would be whoever Miami Seaquarium uses.

Q. Okay.

A. They have a lab. And then I don't know -- a

lot of smaller aquariums send samples out to professional companies to have blood work done. It's just standard -- really standard hematologic analysis.

Q. So you don't look at any of -- just so I'm understanding, you don't look at any of her, like, veterinary treatment records, any of her regular health checkups --

A. No, I do not.

Q. -- things like that?

A. I do not.

Q. So backing up to your preparation, did you talk to anyone to prepare for your testimony today?

A. Jim and I talked a little bit, yes.

Q. So Mr. Lister and you talked?

A. Yes, we did. I have not talked to anyone at Miami Seaquarium about this.

Q. So what was the nature of your conversation with --

A. We just described -- he sent me the -- I guess -- what would you call it? The lawsuit? The complaint against --

Q. The Complaint?

A. The Complaint, yes, exactly. So we discussed that. And then we discussed a little bit my response in just general -- very general terms that --

Q. What did you discuss about the Complaint?

MR. LISTER: I'm going to object. There are rules on expert discovery and attorney work product, Rule 26. I think you're entitled to ask questions about the factual information that was provided by the attorney to the expert. But there are other things that you're not entitled to ask, such as strategy and thinking and analysis.

So I'd ask that you limit your questions to the permissible expert discovery under Rule 26. And you may be totally just intending to do that, but I wanted to get that out right now.

And perhaps you could rephrase your question in a way that follows along with Rule 26, and then he can certainly answer.

MS. WILSON: Okay. That's fine.

Q. BY MS. WILSON: So you also mentioned that you and Mr. Lister talked about your expert report. Can you tell me a little bit more about that discussion?

A. Oh, I mean, that's all -- it was a very general type discussion. And I was going to -- that I would provide my assessment, as a research immunologist, of Toki's immune profile over the years.

And I think that's -- we never discussed any

of the -- any details or anything of that nature relative to what I put in. I would say that was -- Jim saw what I put together, so to speak.

Q. Okay.

A. So there's no coaching there. It's all -- what I put in there was technical in trying to provide you all background to try to better understand what I was saying.

Q. Sure. And I do appreciate that. Okay. So you said you looked at the data that you've collected in the longitudinal study, and you've looked at your own report that you provided to -- for the case. And you looked at the Complaint.

Is there anything else that you looked at?

A. I looked at an original -- not original. I looked at a -- Jim may to have to help me. It was a deposition or something -- a woman that used to work for Miami Seaquarium had made many years ago.

MR. LISTER: Counsel, would it help if I just simply read into the record the documents that I provided to Mr. Stott?

MS. WILSON: Sure.

MR. LISTER: Okay. Thank you. And we saw your deposition notice, and so we came prepared with that. What I provided to Dr. Stott was the Complaint,

including the Exhibit A to the Complaint. I provided the amended answer, including the Exhibits A through G to the amended answer. I provided the final rule, including Lolita in the Endangered Species Act listing.

He used his own records that he already had from his -- from his work relating to Lolita that he already had in his own laboratory. We did an expert engagement letter.

And I'm just going to simply take a minute to make sure that I'm not missing any of the documents that I provided to him.

When I sent him the final rule, I also provided a link to the NIMMS website, which in turn has the press release question and answer and list of references for the final rule.

And I believe that's the documents that I provided to him, and so that, you know, he therefore had access to.

Q. BY MS. WILSON: Okay. And did you review all of those documents?

A. Kind of.

Q. Kind of?

A. Let's say I skimmed them.

Q. You sound like very busy and otherwise productive man?

A. I have a heavy -- I have a lot of obligations. That's exactly right. So I'm a skimmer. I'm the person that reads the first line of the email.

Q. Gotcha. And I just wanted to ask about what you perceive is your role in this case?

A. I perceive my role in this case as providing an unbiased assessment of the cellular immune response of 6701 over time and provide my -- any insight I might be able to provide based upon all the clinical samples that I've seen over the years.

Q. All the clinical samples just of 6701?

A. Oh, no. We don't -- we look at lots of cetaceans. We get lots of samples in. We've done -- we do a lot of research projects. We see a lot of -- we see a lot of blood.

I want to clarify. We don't see clinical records. I see a lot of blood. And pretty much everything we do is on apparently healthy animals. It's research. It's not -- it's not a clinical, per se, program.

Q. Okay. What do you mean, "apparently healthy" --

A. How do you tell whether an animal is healthy? You know, that's the issue. We clarify any time we look at an animal, whether it comes into the hospital

or not. We say, "Well, it's apparently healthy." But --

Q. Based on the blood?

A. Based on the animal's appearance, appetite, behavior.

Q. How are you getting that information when it's just samples that you're receiving?

A. Oh, if it's just samples we receive. But if we're working with a research project, oftentimes we'll have -- we'll be around the individuals that are doing the field work.

Q. Okay. So, yeah, I guess just run down for me, who are you talking about when you say all of your --

A. Okay --

Q. -- clinical samples and a lot of cetaceans?

A. We have what is referred to as a laboratory from marine animal immunology that was set up in the veterinary school quite a few years ago.

MR. LISTER: I'm going interrupt and just designate any sort of designation of other institutions for which he does work as confidential under the protective order.

The nature of his work is that his clients have to be kept confidential due to the confidential

nature of doing work for aquariums in an environment where they are under constant pressure from groups opposed to animals being kept in captivity.

So he can answer the question. The information is designated as confidential under the protective order.

THE WITNESS: Yeah, I -- I'd add to that in that the confidentiality that we hold with people that we work with has facilitated the research that we've been able to conduct on the immune systems of cetaceans. And without that trust, the program would be shut down.

Q. BY MS. WILLIAMS: No, I do understand that.

A. Okay.

Q. And I understand, certainly, why it would need to be designated confidential.

A. Okay.

Q. But I think it is relevant to your testimony, and it is relevant to understand the work that you do. And that's why we're here today.

MR. LISTER: And we anticipated you'd be asking this question. I think he can discuss some of the larger institutions. There may be some smaller institutions, particularly overseas, where it is so confidential that we're going consider that a trade

secret. And he might describe them generally without sitting there and listing the specific country or the specific name of the institution.

MS. WILSON: Okay. Well, I mean, we can cross that bridge -- those bridges when we get to it.

Q. BY MS. WILSON: And I did want to ask you -- trust me, I do want to ask you who the institution are. But the question I was asking was about the cetaceans. Who are the cetaceans?

A. A combination of dolphins and killer whales. And we have done a fair amount of work with elephant -- or with harbor seals, California sea lions, sea otters, peripherally polar bears, a variety of wild life that everyone that's trying to find a way to assess animal health, better ways to animal health. And in essence, that's the essence of what I do in our research.

Q. And are these animals both captive and wild?

A. A combination of captive and wild animals, correct.

Q. Can you say about how much --

A. Numbers would be difficult.

Q. Yeah. What if we just narrowed it to killer whales? How many, like percentage-wise?

MR. LISTER: I'm sorry, Counsel. I couldn't hear the question.

Q. BY MS. WILSON: Oh, sure. What percentage the killer whale samples that you look at are from captive populations versus wild?

A. Almost all of them are captive. We've assisted NIMMS once or twice on looking at -- I think they had a -- maybe a wild animal we looked at in Washington -- I can't remember the specifics of it -- that they had in a sea pen for a while.

Q. That's great. Thank you. So I want to move into some questions about your background and work history so that I can understand how you came to be an expert in cetacean immunology.

Let's start with work history, because the academic stuff seems like it will be longer. Did you have any jobs before college?

A. Oh, yeah. I worked my way through college, everything from gas stations to ranch work.

Q. Okay.

A. I grew up on a cattle ranch.

Q. Oh, very cool.

A. So, yeah, I worked my way through. I drove truck. Anything to help -- I was in and out of school trying to make the money to put myself through school.

Q. Where was that? Where did you grow up?

A. I grew up in southeast Oregon.

Q. I'm from Portland.

A. I went to school at Lewis & Clark. If you look carefully, that was that year. Then I moved on from there.

Q. So what jobs did you have while you were in school, in college and grad school?

A. When I was in school at Lewis & Clark, I was on a scholarship. I did work. When I was at Oregon State, I was a mechanic in a garage at night. And when I was at Fort Collins, I drove short- and long-haul trucks.

And then once I became a graduate student at Fort Collins, I was put on salary. So I was put on salary at the university to do what I was doing, research. Probably would have been '75, maybe. I'm kind of guessing, '74 or '75. And from that time forward, all of my income has come from research-oriented activities.

Q. And what was the work that you did related -- was it related to your scholarship at Lewis & Clark?

A. No. It was an athletic scholarship --

Q. Oh, okay.

A. -- that they couldn't call an athletic scholarship. They called it something else. I can't remember.

Q. Oh. Is there any other work experience from your postsecondary school time period that we're missing?

A. I built fence, barbed wire fence, and I worked on a cattle ranch. That's -- and I worked in a lumber mill. I think that's it.

Q. And just tell us -- I know it's right here. But tell us your current position.

A. Currently, I am a professor of immunology in the School of Veterinary Medicine at University of California, Davis.

MS. WILSON: Sorry. Could you read back Dr. Stott's answer.

(Record read by reporter as requested.)

Q. BY MS. WILSON: And do you have any other roles at UC Davis?

A. No.

Q. You're not the director of the laboratory for marine --

A. Well, I consider that part. Yes, I am.

Q. Okay.

A. I consider that part of my role. We have -- by definition in the veterinary school, I'm an instructor. I'm chair of the admissions committee for the School of Veterinary Medicine, you know, so we --

unfortunately for us we have to wear a lot of hats, so to speak.

Q. Okay.

A. So, yes, I'm director of that laboratory, although that laboratory is quite small now. But, yes, I do run -- I still run that program. I'm responsible for that.

Q. So I do want to ask you a few more questions about that hat, that role.

A. Uh-huh.

Q. Could you tell me a little bit about your responsibilities as the director of the lab?

A. As the director of the lab, I write all reports, I direct most of the research. The clinical analysis is done by a very senior support staff in the school that works in my lab, and then a variety of postdoctoral students and graduate students. We don't take undergraduate students.

And so I'm -- you know, I pretty much -- I organize the work, I speak with these people. But I don't do -- well, I used to do a lot of the work myself. But --

Q. What are the reports that you --

A. Oh, just a summary of our -- just a summary of our -- of the immunology data that we collect.

Q. Like the ones that you would provide --

A. Exactly, absolutely. Uh-huh. Unless it's a research project, and there's no reports often that go out, if it's long-term study.

Q. Okay. Anything else that you write or produce for the --

A. Scientific papers. And I present a lot of work at professional meetings.

Q. Any other responsibilities that you have for the lab?

A. Not really, no. Providing money.

Q. So tell me more about that.

A. It's set up as either grants -- we've had grants from the Morris Animal Foundation for some of he work we do. We have had money from the Navy. I'm trying think of the program. I can't think of the program right off the top of my head.

We have received support from the Marine Mammal Center in Sausalito. We've received money from the Wildlife Health Center at Davis. We've received money from various aquariums that have supported what we do.

Right off the top of my head -- I'm sure there's other dollars that come in. But off the top of my head, that's probably relatively inclusive.

Q. So, I'm sorry, the first one, it was Morse, M-o-r --

A. Morris.

Q. Morris?

A. Morris animal Foundation, yes.

Q. So them and the Marine Mammal Center, those are 501C3s, or are they just nongovernmental organizations?

A. They're -- yes, they're nongovernmental, absolutely.

Q. Is it --

A. We have -- I'm trying to think if we -- I think we probably -- I think we've received some funds over the years from the Stranding Network.

Q. Oh, cool. So and who do you report to as the director of the --

A. I don't. That's -- we have a very loose administrative structure in the University of California. I was not a -- once you reach the level that I'm at -- I mean, theoretically, I answer to the dean of the veterinary school and --

Q. Of UC Davis veterinary school?

A. Of the UC Davis veterinary school, yes. But it's a very individualistic atmosphere, which is why I'm still there.

Q. That sounds nice. Okay. So let's go -- I want to go back to education. Did you do a dissertation for your Ph.D. research or --
A. My dissertation on my Ph.D. research was on a disease called bluetongue.
Q. That's a cow --
A. It's livestock, yes. My background is livestock. So my research, -- my first research I did was on wildlife, which was a master's degree that I received at the veterinary school in Fort Collins in Colorado. And then my Ph.D. dissertation was on bluetongue virus infections in wildlife and in livestock at Davis.
Q. What was the wildlife research that you did for your master's?
A. It was a project on elk, looking to see if elk could potentially serve as reservoirs of bluetongue virus for livestock.
Q. What about postdoctoral research?
A. The postdoctoral research was mostly associated with the epidemiology of bluetongue virus infections and trying to better understand how that virus mutates.
And I think I had a -- I had a Young Investigator Award to look at the immune system of

cattle, specifically the lactating mammary gland.

So that was a three-year project that was a Young Investigator Award from the Department of Agriculture, which is the support that carried me between receiving my Ph.D. and being appointed an assistant professor in the School of Veterinary Medicine.

Q. So could you situate those three years in -- where were you and when was it?

A. Let's see. That would have -- I haven't left Davis since I came. So that would have been -- I took my position -- I'd to have look at my CV to tell you.

Q. Oh, okay.

A. It's between -- I have that here. It's --

Q. Oh, you have it?

A. Yeah, I brought a copy of it with me. Okay. I received my Ph.D. in 1982. And so what I did, I had that grant from '82 through '85, when I was appointed assistant professor of immunology.

Q. Okay. Any other training besides your graduate degrees that would be relevant --

A. A lot of it -- you know, a lot of it, doing what we do, is self-training, if you will. I spent close to two years at the Foreign Animal Disease Lab at Plum Island.

Q. The what animal disease?

A. The Foreign Animal Disease Lab.

Q. Foreign animal?

A. Foreign animal; right.

Q. Okay.

A. It is run by the Department of Agriculture. It is a highly secured laboratory facility. And when I was there for those two years, I worked on a disease called African Horse Sickness.

Kind of, if you will, I was -- I was lent to -- by the veterinary school to Plum Island. It was before the Olympics were held here. They were very concerned about the introduction of African Horse Sickness virus in horses coming back from the Olympics. They wanted to improve their diagnostics. So that's what I did for those two years.

Q. Sorry. When was this?

A. That would have been in -- I don't know if I've got the dates. I don't know that I've made my CV that extensive. Probably would have been about '87, maybe.

Q. Okay.

A. '87, '88. It's close.

Q. Anything else, or --

A. No. I've brought in postdoctoral fellows.

In essence, that can be training unto itself. I tried to bring in people that do things that I don't do, which is the way I hired my technician, as well.

She was a certified laboratory technician, what we used to call a med tech, incredibly proficient microbiologist and hematologist. So she learned from me, I learned from her. It's the way I run my lab, is I got to -- you know, you saw where my training is. My training is -- I'd say it's pretty much nonstop.

Q. Uh-huh. And any other certifications or anything that's not --

A. No certifications, no.

Q. Are you a member of any professional boards?

A. Oh, I'm a member of several associations.

Q. Like?

A. Like American Association of Immunologists, the -- what is it called? The International Association For Aquatic Animal Health, a conference -- it's called Conference of Research Workers in Animal Disease. We meet once a year in Chicago. I used to belong to a virology association. A lot of that, I've dropped over the years.

Q. Okay. So what is your involvement in them? Anything higher than just being a member and --

A. Just being a member, exactly. Uh-huh.

Q. Do you do any paid or unpaid work outside of UC Davis --

A. We're not allowed.

Q. You're not allowed. Okay. So you can't --

A. We sign a contact with the School of Veterinary Medicine that we are unallowed to -- we can consult, and I've often consulted, but that money has to come back to the veterinary school.

We are not allowed to, as the school says, compromise our integrity and our commitment to veterinary medicine by making money on the side.

Q. Fair enough. Could you tell me a little bit about your consulting work?

A. Mostly for pharmaceutical companies, people that are -- projects that they're interested in expanding product use of certain antimicrobials or improving vaccine delivery systems.

And so I've done some work for -- it was Pfizer Animal Health, which is now Zoetis. And for -- a little bit, I think, for Fort Dodge when they were still in existence, and Bayer and Cutter. Cutter was pre-Bayer. It's the world of buyouts, you know.

Q. Okay.

A. So it's a -- but mostly just small projects, just -- they support some research, and it's all

directed towards facilitating -- mostly facilitating vaccine efficacy. But some nonspecific.

Everybody's interested in developing drugs that -- drugs -- not necessarily "drugs." That's not if a good word. Immunostimulatory compounds, like magic mushrooms and things of this nature that -- it's a crazy world. Everybody is always looking for something that will stimulate the immune system of an animal. So we've done an awful lot of that.

Q. What do you mean by "stimulate"?

A. You know, kind of, if you -- it's hard. From a layman's perspective, something that would augment the general activity of your immune system and do so in a relatively nonspecific manner, just elevate that.

Q. Okay. So what parts of your formal education and experience that you've done specifically relates to Orcas?

A. To Orcas? That was merely a transition from my expertise in livestock and horses. And the general feeling was a mammal is a mammal. We were approached by the Marine Mammal Center, I was.

And so, you know, it's not a -- it's not a training thing, per se. It's -- very little, when I started, was known about the immune system of these animals.

So I took the expertise, mine and the expertise of my lab and postdocs, and we moved that into studying the immune systems of marine mammals as well as we had a large project. We looked at -- we were working with black rhinos.

So the mammalian immune system, that's the beauty about it; right? It doesn't change much between species. It's just getting it done.

Q. So you're saying that it -- your work on other species translates?

A. That's specifically what I'm saying, uh-huh.

Q. What about, do you have any education or have you studied anything about animal husbandry as relating to captive cetaceans?

A. No.

Q. Have you studied anything about cetacean psychology or intelligence or behavior?

A. No.

Q. Okay. So I want to understand the field of marine mammal immunology. Can you tell me a little bit about it as a field?

A. As a field, it's a subspecialty of medicine. It's central to the development of vaccines for wildlife. And like I say, there's no -- I see no difference between a black rhino and an Orca, if you

will. They're both species of which very little is known about.

Q. Yeah.

A. And so when one looks at the immune system -- we have developed some of the only reagents that are available in the world to look at leukocyte subpopulations in rhinos as well as in Orcas. Those are contained in our lab. They took a tremendous amount of money to develop those.

And so it's merely -- not "merely." I -- it's a lot of work to -- and a lot of dedication to develop the techniques and the tools -- tools -- the problem with the immune system of any animal is we cannot go to human medicine and borrow their reagents that one can use to assess the components of the immune system, because it has to do with the specificity of these reagents. They don't cross species. The immune system functions the same, but the tools to do that, some of them we can use, and some of them we can't use.

Q. Okay. So, yeah, I kind of want to go back and unpack a couple of things. So you -- there's actually very little known about the Orca immune system? Is that --

A. Not so much anymore. There was very little when we started.

Q. When did you start? "We," do you mean just UCD in general --

A. The lab. Yeah, when I started this lab, which was over 20 years ago.

Q. Okay.

A. And I should qualify that in the sense that when I say little was known, the high tech, the fine-tuned points were what -- were not defined at that point.

Standard hematologic procedures, what we call the gold standard of animal health or human health, it doesn't make any -- they're one and the same. Those techniques are universal.

Q. Okay. So putting aside the techniques and their reagents for a second, just talking about the functioning of the marine mammal immune system and how well that part is understood and how it relates to maybe other body processes, how well studied would you say that is?

A. I'd say it's quite well studied.

Q. And why would you say that?

A. Over the years -- I mean, most of the -- any of the techniques that were translatable from human medicine or from mouse studies or from livestock have now been applied to most species, most wildlife

species.

The key to doing these studies is the ability to acquire a blood sample. And if you can't acquire a blood sample, which is -- you can't for a lot of species, which is why some certain species have not been studied.

So this is one of the reasons we're able to do what we do with cetaceans is that they've all been trained to present their flukes to get a blood sample.

Q. Is that why most of your Orca work is with captive Orcas?

A. Absolutely, yeah. We can't -- you can capture a dolphin in a net and acquire a blood sample. It would be quite difficult to realize that same thing with the size of -- with a whale. You can't do that with a whale from a live perspective, you know, from a free-ranging perspective.

Q. Could you tell me what a reagent is?

A. Yeah. That's -- I'm sorry. It's -- maybe an example would be is if you had a white blood cell malignancy, you could go to the med center over here, and they could determine exactly what -- the characteristics of that cell that's malignant.

And all of those reagents that they use will not work -- they probably wouldn't even work on a

primate. Very specific. The primate has the same cells. But the way we identify them, the reagents that we use to identify those, just won't work across species. So they have to be redeveloped.

And that's what we've developed for dolphins and for killer whales, is we've developed these reagents to be able to do what the Sac Med Center can do on a human patient, not necessarily with that same degree of finesse, granted, but we do a pretty good job.

Q. So is your lab the only one that's doing this --

A. That's correct.

Q. -- in the country?

A. Yes. In the world.

Q. In the world. Wow. Sorry. Jumping back again, a couple more questions about education.

Do you have any education or training or experience in any other veterinary disciplines besides immunology that might relate to your testimony today?

A. You know, I was initially trained as a virologist. I'm a good virologist. I'm a good microbiologist. I'm not a pathologist.

Q. What's -- could you define the "virology"?

A. Virology is the study of -- maybe what would

be better stated is I'm an -- I would consider myself an infectious disease specialist.

Q. Okay.

A. Okay? And so then kind of by default, if one is an infectious disease specialist, I very well understand viruses, I understand bacteria, but more from the perspective of it is an infectious agent. Vaccine development, I've been involved with a lot of vaccine developments, some viral, some bacterial.

Q. Okay. So I think I know the answer to this, based on what you've said. But I just have to ask. Have you conducted any independent investigation of the Miami Seaquarium, the facility itself?

A. No.

Q. Have you -- so have you ever been there?

A. I've been there.

Q. In what capacity did you go there?

A. Oh, probably more of a -- to visit with the veterinary staff to try to learn more about their animals. But I would say from a -- not in the context that we would sit down and go through clinical records.

They more wanted to know -- it was more -- the visits I've had with them are more visits -- some of those visits weren't even about Orcas. Some of them were about the rehab work they did on manatees. We've

done work on manatees, and they've rehabbed manatees.

So a lot of the time when I'm out there, we're looking for ways to interact together to advance our knowledge of these various species and try to facilitate the -- how you can assess their immunologic health, is what I would call it.

Q. So visits, plural; is that correct?

A. Yeah. I've probably been out there, I don't know, three or four times. I've done a lot of research over the years at -- what's the name of the lab in Sarasota Bay? Can't even say the name of the town down there.

There's a research center in Sarasota Bay. It's incredibly famous. It's been there forever. They do work on wild dolphins. It's a dolphin -- largely a dolphin program.

And I assisted them in their assessment of free-ranging population there probably over six or seven years. I was there every summer. So oftentimes, I'd drive down to the Miami Seaquarium.

MR. LISTER: Dr. Stott, I'd ask you to answer the question that's asked. I think you amy have wandered a little bit on that one towards the end.

THE WITNESS: Okay.

Q. BY MS. WILSON: Well, if you think of the

name of that research center later.

So three or four times to Miami Seaquarium over the course of how many years, would you say?

A. Probably 15, 16, years, maybe.

Q. And have you -- when you visit, do you also go and look at 6701, slash, Toki?

A. Oh, I've seen her.

Q. Seen her?

A. That's about the extent of it.

Q. Could you give me a little bit more specific about --

A. I've seen her. You know, I've gone to the aquarium, I've seen her. I haven't worked with her. I haven't personally taken a blood sample from her.

Q. You have not?

A. No.

Q. When you see her, are you there -- the vet staff is taking you in to see her, yes or no?

A. Sometimes the vet staff, sometimes the -- someone who works there.

Q. Like --

A. It's just more of a walk through the park, actually. I mean, it's not -- I've never seen show there or anything of that nature.

Q. Okay. Like how far away from her tank are

you, or -- sorry. Just help me, because I've personally never been there. So it's hard to --

A. Yeah. It's so long since I've been there. I can't even remember what the tank looks like, to be honest with you.

Q. You cannot remember?

A. I can't remember. It's been so long. You know, to me, a pool is a pool.

Q. Okay. How --

A. And it wasn't my focus when I was there.

Q. Sure.

A. My focus when I'm there is to extend our collaborations. I'd say a lot of the -- some of the time spent with, you know, talking about -- it's more of a -- it's more -- it's really not a visit to the park. It's a visit to their veterinary staff --

Q. Okay.

A. -- to discuss research projects, potential research projects.

Q. Okay. Anything else about the nature of your discussions with the veterinary staff that you can tell me?

A. Nothing that -- I mean, other than it's typically -- I shouldn't say "typically." I think it's -- the best I can recall, other than social,

it's -- it's a discussion of -- it's been a discussion more of manatees and dolphins than free-ranging animals, of rehab probably more than permanent animals.

Q. So it's my understanding that when you go, you're looking at a bunch of animals, and it's like Toki is just one part of that?

A. I'm not really even looking at animals. It's more of a -- it's more of a sit-down in the office, to be honest with you.

Q. Okay.

A. It's more of a -- it's a conversation with three or four people, what we can do for -- to further our understanding and test to establish the relative health of animals.

And a lot of that focus has been towards animals that are free-ranging and in rehab. And it's just because of their location there. And they're very active in the rehabilitation.

Q. Okay. And I know you said it was a long time ago. But around when was the last time you were there?

A. Could be 15 years.

Q. Okay.

A. Maybe 10. But it's a long time.

Q. At the risk of getting too philosophical, what's your personal opinion of keeping marine mammals

in captivity?

A. I don't -- I would say that I don't have a -- necessarily have an opinion. I've never -- you know, I never -- I never really thought about it until -- you know, I'm into medicine.

And so I think that -- I mean, I have an interest in free-ranging animals. I have an interest in rehab. And relative to animals in captivity, I guess I accept the fact that they're in captivity, and I -- I refer to them as "domestically housed." You know, I look at it the same as animals in a zoo.

Q. Right.

A. Yeah, I'm interested more in the health than I am in the --

Q. Sure.

A. I've stayed clear of the politics of the whole thing.

Q. I hear you.

A. I try to maintain a neutral approach, and we work with anybody that needs help.

Q. What about exhibiting marine mammals for entertainment apart from just having them in captivity? Do you have any personal opinion of that?

A. Not really, no.

Q. Why or why not?

A. I don't -- it's something that I just don't focus my -- if you will, my psyche on.

Q. Sure.

A. It's not one of those things -- it's not the way I'm wired. I came from a -- I grew up on a cattle ranch.

Q. Sure. Are you familiar with the Animal Welfare Act and the regulations as far as their requirements for --

A. Oh, vaguely, vaguely. Again, it's not something that I have ever dealt with or had an interest to deal with.

Q. So --

A. I'm aware of the CITES -- I'm aware of the CITES permits that we have to have.

Q. CITES, the --

A. To move any animal pieces, parts, blood, anything.

Q. Oh, okay. Sorry. I get confused, because CITES, there's the convention, the international convention. That's not what you're talking about?

A. No. It's federal restriction on the movement of animals across --

Q. Okay. And tell me a little -- what is your understanding of --

A. My understanding is that I can't go to Africa and bleed an animal and bring that blood sample back into the United States without a CITES permit.

Q. Gotcha.

A. That's what I understand.

Q. How are you doing so far? Do you need a break?

A. I could use coffee. My voice is -- I had the bad crud about two weeks ago, and I'm still struggling from that.

(Recess taken.)

Q. BY MS. WILSON: Has any of your research involved an animal that was in a sea pen? Did you say that, or --

A. Yes.

Q. Okay.

A. But the specifics of it --

Q. Sure. But could you tell me more of whatever you remember or know?

A. Again, you know, we're the recipient of blood. The two examples I can think of are one animal that was a young Orca in Washington that we got blood samples from through National Marine Fishery Service. And the other one was an animal in a sea pen in Iceland.

Q. Do you know what kind of animal?

A. It was a killer whale. Both were killer whales.

Q. Oh.

A. And yes -- and dolphins, we've received samples out of sea pens as well as free-ranging dolphins. So they span the --

Q. Sure.

A. They're pretty well spread out between -- yes.

Q. How recent -- when was this? Let's focus on, maybe just to make it easier, the Orca that was in Washington. How --

A. The Orca in Washington, that -- maybe 15 years ago.

Q. And the sample was from the National Marine Fishery Service; correct?

A. Correct. I don't remember who delivered it to us. It wasn't a sensitive issue at the time. It was an animal that was in rehab --

Q. Oh, okay.

A. -- that they were holding, trying to reintroduce it back into the wild population.

Q. Okay. So the animal was in rehab in a --

A. Exactly. It was a youngster probably that

had gotten separated from it's mom, as best I can remember.

Q. And what did do you with the -- what did your lab do with the blood sample?

A. An immunologic assessment of how its immune system looked. And it looked pretty good, as I recall.

Q. Can you be more specific what you recall about the blood sample?

A. No. No, I can't.

Q. The immunological assessment, is it the same as what you do --

A. Same thing we do on every animal, exactly.

Q. Okay.

A. Uh-huh. Well, what we were doing back then, if you will. There are certain things we -- it's what we do. We continue to improve our techniques, okay, our technology. But what we had available then, we do on everything.

Q. So what are the measures that you do? Is it like white cell count, stuff like that?

A. White blood cell characterization, yes, lymphocytes, the various types of white blood cells, their activation status and the subpopulations that we can identify with the very specific reagents we have.

Q. What does "activation status" mean?

A. You can -- you get a feel of the -- boy, that's hard to describe in lay terms.

Q. Sorry. Yeah.

A. This is --

Q. I'm a freshman undergrad, and you're a --

A. We can tell a little bit about the activity level of a subpopulation of lymphocytes out of the blood. And it can kind of tell you if they've got something going on, whether they're fighting maybe a little bit of an infection or something like that.

Q. So the most basic is like an activation status tells you whether or not an animal may or may not be --

A. Yeah, yeah, has been exposed to something they're responding to. It surely doesn't mean they're sick. It just means that they're -- they're active.

Q. And responding to something, like what is that?

A. Would probably be some sort of a microbial insult.

Q. Like a bug?

A. Like a bug, bacteria, virus. You could never distinguish.

Q. Okay. Do you receive or consider -- so still talking about the Orca from Washington, did you receive

or consider any information about the environment that it was in, like the water, what microbes might be in the water, things like that?

A. No, no.

Q. So you just look at the blood?

A. Yeah. I mean, it's a sea pen, ocean water. So probably nobody did an assessment of that water unless the Water Quality Board in that area had.

Q. Oh, okay.

A. I mean, it's a -- the water comes in and out. It's natural sea water.

Q. And is that the same for all of your samples that you do in the lab? You just look at the blood, don't look at anything else?

A. Absolutely, yeah. We are not water quality experts.

Q. Okay. Have you been an expert witness before in any other case?

A. No.

Q. Okay. So just to be -- I think you -- it says in here that you haven't been one for the last four years. It says, "I have not served as an expert witness in any cases in the last four years."

I'm at page 4 of your report, the very last paragraph. You mean ever?

A. Ever.

Q. Okay. So when did you first learn about the Miami Seaquarium?

A. Geez. Probably at a -- one of the first Aquatic Animal Medicine meetings that I went to. So probably 20 years ago. It's small group of specialists that deal with aquatic animal health. And we deal with everything from fish to humpback whales. And so it's a small -- we're talking a group of two or three hundred.

MR. LISTER: And again, I'd ask you, Dr. Stott, to answer the question that's asked. I think there's a little water in there.

THE WITNESS: Okay.

Q. BY MS. WILSON: How did the -- I guess, for lack of a better word -- relationship between the lab and the Miami Seaquarium develop?

A. It would have developed at one of the Aquatic Animal Medicine meetings.

Q. Who approached whom?

A. Probably started in a social conversation. It's the way that -- that's what that meeting is all about.

Q. And so how did it -- how did it come to be that your lab started receiving samples of 6701/Lolita/Toki?

A. We agreed to enter a collaborative project where we would see how these reagents would pan out, and me being able to follow the -- set up a longitudinal study of the animal, of their immune system.

Q. Okay.

A. It was a research project.

Q. Okay. Sorry. I just -- I honestly don't understand. Like you agreed to look at the reagents. What is -- I --

A. The reagents that we had developed to allow us to assess the cellular immune system of cetaceans, which is Orcas and dolphins, we had those in place --

Q. In your lab?

A. -- in my lab. And we were, in essence, recruiting participants.

Q. Okay. Tell me a little bit about the structure of this study. Is there any kind of formal engagement between you and Miami Seaquarium?

A. No formal engagement. We've never had a formal engagement with -- we do not sign into engagements.

Q. So --

A. We maintain our independence of any --

Q. So how did you -- I guess, how is the study

set up otherwise?
A. Oh, I think the study was set up to look -- to follow the animal once to twice a year.
Q. Okay.
A. When they would take a routine blood sample, they would send a sample to us.
Q. How is that schedule set for the blood samples?
A. I'd say largely -- it's set by them.
Q. By the Miami Seaquarium?
A. Yes. And then we say whether we can receive it or not and whether they have to come up with another date.
Q. Okay. So, yeah, I guess just sort of like walk me through it. The Miami Seaquarium will call you and say, "Hey, we want to send you a blood sample," or --
A. That's correct.
Q. Okay. And that's been the case for the last 15 years?
A. That's correct.
Q. Is your -- is the lab compensated at all for --
A. Yes.
Q. -- working on the samples?

A. Cost, it's set by the university.

Q. Okay.

A. It's what's called an income revenue account. We are not allowed to make any money. Okay? It is -- we're -- the university sets the rate at -- for the charge for the reagents and the manpower that goes into doing the analysis.

Q. Okay.

A. Some, we do for free; some, we don't. It's a case-by-case basis.

Q. Okay. So it sounds like that that's set by the university?

A. Yes, that's correct.

Q. The university handles it. Okay. So you mentioned that you -- that you do receive samples from other captive Orca at other facilities?

A. That's correct.

Q. And I know this came up previously. But what can you tell me about the facilities?

A. Some are sending samples on a routine basis, similar to Miami Seaquarium. And some that we don't do much work with, now and again, we will get a sample or samples from a facility that probably has a concern of the health of an animal and want to try to get a better feeling of that.

Q. So is it -- so am I correct in saying some are longitudinal studies --
A. Yes.
Q. -- and others --
A. The majority are longitudinal studies.
Q. Okay. But others are sort of case --
A. They're case based. And we require that they also send us a sample from a -- one of their healthy animals so we can control --
Q. As baseline?
A. Yeah, just so we can control it, different facility, different environment, correct.
Q. Sure. How -- can you tell me like the number of facilities?
A. They come from here and there. No more than -- probably no more than ten.
Q. And are these in the United States?
A. Some are. Some are international.
Q. So both. Are they --
A. We are the only lab in the world that does this, so --
Q. Sure. And are any of them other sort of research institutions?
A. No.
Q. No. Are they aquarium --

A. Yeah, they're all animals in -- they're all domestically housed.

Q. Okay. Tell me, I guess, what -- I know you mentioned this before. So we're all on the same page, what are you picturing when you say "domestically housed"?

A. Any animal that is being cared for by humans as opposed to free-ranging, which is out in the big pond.

Q. Okay. Do you know, or is it your understanding, that these other Orca are being exhibited to the public?

A. I don't know. And many of them are dolphins. Very few Orcas.

Q. So how many other Orca are you studying besides Lolita?

A. Not many. Obviously, we've been involved with Sea World. That's no secret to anyone.

Q. Okay.

A. And from an Orca perspective, I can answer that. From an Orca perspective, that's about it.

Q. Okay. So just the Orcas that are at Sea World?

A. I think that pretty much is the Orcas in the --

Q. Okay.
A. -- in the US.
Q. Okay. So not many. Do you have, like -- let's limit it to just the other longitudinal studies. What's the number?
A. I don't know. I mean, we get a lot of repeat samples. So it's hard to -- it would be hard. Off the top of my head, I couldn't say how many specific animals.
Q. Okay.
A. Like I say, we work with numbers, with accession numbers.
Q. With accession?
A. With accession numbers; right. Like --
Q. Oh, like 6701?
A. Like Toki. To me, they're numbers. And --
Q. That can make it hard to remember.
A. Yeah.
Q. Can you tell me anything about the life histories of these Orca that -- other Orca, like not talking about 6701, that you've studied or received samples from?
A. What do you mean by "life histories"?
Q. What I'm getting at is are -- do you know if they're captive born --

A. That, I don't know.
Q. -- or wild?
A. No.
Q. No.
A. That is information we don't ask.
Q. Okay. So what information, if any, do you receive from the facility when the sample comes?
A. We receive a total white blood cell count and --
Q. From the facility?
A. From the facility. We need that to set up the assay. That makes it easier for us. That is all we receive.
Q. Okay.
A. And the day of the blood sample was collected.
Q. Do you know how they do the white -- the total white blood cell count, how the facility does it?
A. I'm sure it's electronic. Most facilities have high tech. They have really high quality laboratories. And if they don't, they use local.
Q. Okay.
A. Probably use a local hospital.
Q. I think -- so I wanted to talk -- it's probably no surprise to you, I wanted to talk to you

about your expert report that you submitted in this case. It's dated February 5th. And you provided -- in it, you provide your written opinions as a veterinary immunologist with expertise in the cetacean immune system.

A. Uh-huh.

Q. So I wanted to show you a copy of it. If you could please -- I know you also brought one.

A. Uh-huh.

Q. But just look at it and ten confirm that it's your report.

A. Yes, it is.

MS. WILSON: Okay. And then, Ms. Benson, if you'll mark this.

(Plaintiffs' Exhibit 1 was marked for identification.)

Q. BY MS. WILSON: Okay. So I asked you questions before about your process for preparing for this testimony. But I also wanted to understand your process for preparing to write this report.

A. Uh-huh.

Q. Have you done this kind of -- have you done an expert report before?

A. No. I constructed this -- maybe you can tell, I constructed this as I would a summary of

anything that I have knowledge of that I would write a report of something.

Q. Okay.

A. A little bit of background and my interpretation of the data.

Q. How much time did you spend preparing for the -- including reviewing everything and --

A. Probably a week.

Q. Okay. And what did you review to write the report?

A. I reviewed the -- Toki's data. And then the rest I rely on is everything that I filled my head with for the last 30 years.

Q. So Toki's data, what's the -- how do you guys maintain or keep her data?

A. It's in a -- it's in files that we keep secured.

Q. Are they computer --

A. Most of it's on computers.

Q. What's the -- I guess, could you paint a picture for me of the data? What does it look like?

A. Yeah. The data is entered in with individual numbers. The analysis that we do, it's entered into a -- both manual and in the computer files.

And when it's regenerated as a report, it is

put in -- don't ask me how it's done. I don't do this. It's put into the form of what they call a pivot table. So things just --

Q. Pivot table?

A. Yeah. It's something that is not all that easy to do. It's coming out of a database.

Q. Oh, okay.

A. So it just has all of the animal's data. And every single time we get another blood sample, it's added onto that.

Q. So it's kind of like a software system you use, and you input the numbers from your analysis, and it spits it back out?

A. Well, yeah. I don't.

Q. Yeah. Your staff does?

A. Yeah.

Q. And is that pretty standard? Is that -- her documents the same as for any other animal you might --

A. Absolutely.

Q. Did you look at anything else besides the inside your head?

A. No, no.

Q. Okay. Any -- what about like publications, peer review, journals?

A. Actually, I did. I went back and looked at

the publication that -- oh, it's kind of a summary of some work that we'd done on Orcas, and I went back and looked at that. It was in a textbook that was published, I don't know, three, four years ago, I suppose.

Q. Okay.

A. I can't remember -- I meant to look that up. I forgot what it was in. It's in my CV, so --

Q. It's a textbook that you wrote?

A. Oh, it's a chapter I was asked if I would write because of the visibility of what we do and the uniqueness. I was asked if I would write an article for them.

Q. Okay. And what was the chapter about?

A. It was specifically about killer while immunology.

Q. Oh, okay.

A. It's under Books. It will not be -- it's not a --

Q. It's such a long list?

A. Let's see if I can find it here. It's got to be on the last page, relatively recent. "Stott and McBain. Longitudinal monitoring of immune system parameters and associated applications to help management of captive and free-ranging cetaceans. Zoo

and Wild Animal Medicine."

Q. Okay.

A. And it was -- when was that published? It was published in 2012.

Q. Did you talk to anybody, preparing the report, this one?

A. This -- you mean the manuscript.

Q. No, your -- this expert report right here?

A. No, no.

Q. You didn't talk to anybody?

A. (Shakes head.)

Q. And I guess -- did you write it yourself?

A. I wrote it myself, yes.

Q. Did anyone look at drafts or --

A. No.

Q. Okay.

MR. LISTER: Clarification: Do you mean did anyone other than the attorney from Miami Seaquarium look at drafts?

Q. BY MS. WILSON: Yes. Sorry. Did anyone other than the attorney for Miami Seaquarium look at drafts of your report?

A. No.

Q. Did the attorney for Miami Seaquarium look at drafts of your report?

A. Yes.
Q. Were --
A. Sorry.
Q. Oh, that's okay.
A. I thought you meant in my lab.
Q. Oh. Well, anyone. Did you make any changes to the report after the attorney from Miami Seaquarium looked at it?
A. Oh, I've made several. I made several adjustments, trying just make the content as lay friendly as I could. So it wasn't in response. It was -- I let something sit there, and I went back and said, "I should adjust this."
MR. LISTER: And I'll do the objection. Rule 26 protects the confidentiality of draft reports. So --
Q. BY MS. WILSON: What I'm getting at is to the extent that the attorney didn't write -- and --
A. Oh, absolutely not.
Q. And I will say it doesn't seem like -- it would be way less intelligible if an attorney wrote this. But --
A. No, I'm a continual tinkerer. That's just it. My lectures are the same way. We're never happy. So when I get time, I go back, readjust things, move

things around a little to make it -- because it's not an easy concept. I live too much around science and medicine.

Q. I was a bio major in college. This is taking me back a little bit.

So how are the graphs produced that you included in here?

A. Those came out of the database on 6701.

Q. Okay. And the database is the same, this software we were talking about --

A. Correct.

Q. -- where you put in --

A. That's correct, yeah. It's reassembled. There's a little bit of manual work that goes on that I don't understand. The manager of the lab did that for me, uh-huh.

Q. Okay. Were you provided any additional data to prepare the report?

A. No, no, just her -- just the data on that animal.

Q. From anywhere else besides your lab?

A. No, nobody. No.

Q. Okay.

A. I mean, I'm not sure I answered that. I'm not sure I understand the question.

Q. Well, I'll just cut to the chase. Were you provided any data from Miami Seaquarium to prepare your report?

A. No.

Q. I mean, other than the blood samples that you would normally receive, is what I'm saying?

A. Yeah.

MR. LISTER: Thank you for clarifying that. I appreciate it.

Q. BY MS. WILSON: Okay. So I was -- I wanted to kind of walk through the report and ask you to explain and clarify a couple of things for me that I didn't understand when I was reading it.

A. Uh-huh.

Q. So I'm going start on page 1. The third sentence in the paragraph under "Overview," where it says, "The immune system is extremely complex and can be compromised by a multitude of social, physical and microbiological insults."

A. Uh-huh.

Q. Can you, like, I guess, elaborate a little bit about why you say that it's extremely complex?

A. Well, I guess just -- you know, it is a fact. It is complex. I don't know that there's really any other way to state it. It's -- there's a lot of things

that can go wrong with it.

You know, it's like -- the immune system to me is like a fighter plane. It's -- there's a lot of redundancies in it to buffer us. And it's a mammalian immune system as opposed to -- you know, there's no huge differences between most mammalian species. There's exceptions. I mean, there's some odd species out there.

But they are incredibly complex. And so any -- you know, any kind of insult can perturb that balance. I think you can see that physiologically speaking as well. But it is. It's incredibly complex, and hence, it is extremely difficult to manipulate it.

Q. What do you mean, manipulate it?

A. To -- it's difficult to alter anything about that system. If you try to alter it -- vaccines are a great example; right? I mean, it's incredibly difficult to trick the immune system into making an immune response to something that is artificial.

Q. Is it difficult to measure?

A. Oh, it's -- well, no. We've got ways to measure the products of the immune system.

Q. Okay.

A. But any time you take something out of a -- you know, it's like taking an atom out of a molecule.

Once it's taken out of context, it's very difficult to study.

Q. Okay.

A. So it is difficult to study. And it's why we still don't -- it's why it's taken so long to understand this system that we live -- mammals live with. And it's still got a long ways that go.

Q. And when you say you're taking it out of context, like taking an atom out of a molecule, what's the context that you're referring to?

A. If you take it out of physiologic context. You can't take pieces of the immune system out and study them very easily because sometimes some of those measures are functional, not phenotypic measures, meaning I can take a blood sample, and I can count the cells there.

Q. Okay.

A. Okay? But going beyond that, it can become difficult. We have techniques to try to freeze things in time as they came out, but --

Q. So my understanding of "physiologic" is it means, like, the body and the functioning of the body. Is that what you mean, too?

A. Yes. The immune system -- exactly. It's connected to everything.

Q. Okay. So responses can be unpredictable? Like immunologic responses can be unpredictable?
A. I don't think they're unpredictable.
Q. So that's not what you mean when you --
A. No, I don't mean unpredictable, no.
Q. Okay. Why or why not?
A. I'm speaking more from a mechanical perspective.
Q. Okay.
A. The mechanics of how things --
Q. Okay. Understanding how it works?
A. Yeah, but it's -- the immune system is actually quite predictable now.
Q. Okay. What does it mean to have the immune system to be compromised?
A. "Compromised" means -- would mean that -- best example, a burn victim. Their immune system has been compromised. They've lost a -- they've lost a protective covering. Right? If you get burned you're going to suffer from infections. I mean, that's -- so anything that compromises that system is going to --
Q. Yeah. So like the burn on the skin, it removes, like, a barrier, like a protective barrier that we have?
A. Yeah. We're talking severe burns that --

yeah, I mean, or a cut. A cut can -- a cut is probably a better example.

Q. Well, how would that -- how does that cause the compromise to the immune system?

A. Well, you're going to break the -- you've broken the barrier.

Q. Okay. Yeah.

A. And most of them are -- most of those that are superficial are -- it's why we have an immune system. They're easily --

Q. So like the skin is also part of the immune system?

A. I would consider, yeah, part of the innate immune system. You know, that's more of a physical barrier.

Q. Yes.

A. So when we think of the immune system, we're -- most people, when they think of the immune system, are thinking what they refer to as the adaptive immune system or memory. The memory of what we've been exposed to before, we're immune to.

Q. And any sort of break in the barrier allows more, like, what you call insults to come and --

A. Yeah, any insult. And like I say, I think I've said it here: Social, physical or

microbiological.

Q. Yeah. We'll get to that in a second. Just clarify for me also just so we're on the same page had you say "insults." What does that encompass?

A. Anything that would perturb the system.

Q. Like --

A. Like I can scratch myself, and --

Q. That's an insult?

A. Yeah, in a way. It's going perturb, it's going to get red.

Q. So like a scratch, a -- would a burn also be an insult?

A. Anything that perturbs the physiology of the body is going to perturb the immune system. That's why it's there.

Q. And that would also include like pathogens in the environment?

A. Pathogens in the environment, microbes in your gut.

Q. So just so we under -- it's just extremely broad?

A. Exactly.

Q. Okay.

A. It's a very, very broad description. Nothing gets left out.

Q. Okay. Social, physical, microbiological. What kind of social insults could compromise the -- like what are the social insults you're talking about?

A. Oh, a kid goes to school and has somebody bully him all the time. I mean, it impacts the immune system. A lot of my students get sick when I give them an exam. They stress out. I mean, it's what college kids do.

Q. So it includes, like, psychological, environment?

A. Yeah. It's why you get herpes. Infections recur. The immune system lets itself down, get a little --

Q. Oh, okay.

A. It shoots back up the nerve, and there it is again.

Q. And you're using human examples, which is great for me because it helps me understand. But it's the same --

A. Yeah, they're the best -- they're the most defined, best defined, and so that's where we draw lot of our information from.

Q. But because we are talking about an Orca here, the examples you're giving would be applicable or no?

A. Any -- yeah. I mean, any animal -- like I say, the mammalian immune system is pretty constant --

Q. Constant?

A. -- between species.

Q. Okay. I think I understand. Any other types of insults that might impact the immune system based on the three sort of broad categories that --

A. No, I think that pretty much covers everything.

Q. Okay.

A. It's meant to be perturbed. That's why it's there.

Q. And I know we talked about it a little bit when I was asking you about predictability. How can an immune response to any particular insult or combination of insults be predicted?

A. We know -- most insults -- okay. I mean, like we know viruss are intracellular pathogens. We understand all kind of different infections induce different responses.

Q. Okay.

A. It's how we -- that's called microbial pathogenesis, how microbes, different microbes attack us in different ways.

Q. Okay.

A. And so we respond in different ways to those microbes.

Q. Uh-huh. But in order to predict immune response, would you have to know what pathogens you'd be dealing with, or -- I'm just trying to understand how you predict.

A. There's classes of pathogens. I know how an animal is going to respond to a viral infection.

Q. And why?

A. Because you'll see antiviral responses that are unique to viruses.

Q. Okay.

A. Uh-huh.

Q. I don't --

A. You're not going to respond to a toxin if you get tetanus. It's not the bacteria that's going to make you sick. It's the toxin it's going to produce.

So I know what kind of a response that host is going to make to that cell. It's going to make an antibody, it's going to find that toxin and neutralize it. It's not necessarily the same response you're going to get if -- if you're going to get an influenza infection.

Q. So, yeah, I guess -- so I'm just trying to understand what you're -- when you say you can -- so

like predicting that it's -- for you, you can predict it because you know what the immune system is going to do in response to --

A. In general terms.

Q. Okay. And all you would have to know to be able to predict that response would be the classes of --

A. Oh, that would be overly simplistic.

Q. Why?

A. Well, because it's -- I guess you come back to the statement that how incredibly complex the immune system is. There's so much cross-communication, so the patterns that get set up.

There's no way that anyone can pull a -- obtain a sample from someone's immune system that you can see is active and immediately see, ah, that's what it is. It's complex puzzle.

Q. So how can you know how an animal is going to react to any particular environment or insult?

A. In general, if you -- I'm trying think of an example that I could -- that I can give you. Like I say, I mean, a virus is an obligate intracellular parasite.

And so I'm going look for something called interferons. They're produced, and they set up an

antiviral response. But I can't distinguish one virus from another.

You know, you can -- it's what microbiology labs are for. We look at the immune systems. It's a holistic approach we take to diagnostic medicine.

So you're going to look for the microbe, you're going to look for the immune response, you're going on look at a variety of things. And then you put that together. You put those pieces together. So it's just impossible to describe that in a -- in a tidy -- in a tidy type package. It just can't be done.

Q. Okay.

A. It would take me -- I'd have to think about it for days to try to --

Q. Okay. Well, we have about --

A. On the spot, it's just beyond -- it's beyond me of how to relay that.

Q. Okay. So -- sorry. So you can't answer -- I just don't --

A. Oh, I mean, I can. But, you know, it's -- it's so incredibly complex. I mean, like I say, you know, if you had a viral infection, what would I do? I'd use a PCR to look for specific virus. I'd look for interferons, I'd look for leukopenia.

I mean, yeah, there's things as a

diagnostician that you move forward. It's a search. It's one step at a time. And there's no -- there's no set road map.

Q. Okay. Sorry. Could you -- that was really fast. So you're saying --

A. It's a step-wise process. So you take these bits of information you get, and you slowly put them together, and you -- you go to the next step. But there is no defined next step. I mean, that's what comes from the experiences of a really good diagnostician. It's all about experience.

Q. So tell me if this is correct. So in order to tell how a particular animal's immune system might respond to being in a particular environment, there are a whole number of things that you would have to look at, including the things that you just listed to --

A. Oh, how they would respond to a particular environment. Yeah. I mean, then you're talking just the status of the immune system, is the animal immunologically healthy or not.

Q. Uh-huh. Okay. So describe for me the steps that you would take to --

A. Well, it depends whether I'm trying to diagnose -- if I'm trying to diagnose a disease, then I'm going to use a variety of everything from the

things we don't even look at.

You know, you've got someone who is putting all of those pieces together. And so, for instance, we provide the immunology. We let -- we provide that.

The lab down the road is going to provide them serum chemistries to tell them -- give them some information. The microbiologist that took samples is going to look for bacteria, look for these other things. It all goes together in a giant picture.

Q. So you need it to -- so you would involve a lot of --

A. That's exactly what a diagnostic lab does.

THE COURT REPORTER: Can I stop you for just a moment?

(Discussion held off the record.)

Q. BY MS. WILSON: So the question was, you would have to involve a lot of different measures and disciplines to do a diagnostic, like you were saying, a lot of other information aside from the blood sample that you're receiving; is that correct?

A. If you -- if you're going -- any diagnostic process that is going to diagnose a disease, why an animal is sick, is going to require more than just one test; correct.

Q. Okay.

A. Going to pull a lot of pieces together.

Q. Okay. And originally, my -- so my question was about prediction and predicting how an animal might react, how an animal's immune system might react to a new environment.

And I was trying to understand how you can know that, how you can predict that. And then you were talking about diagnostics. Are these related? How is a diagnostic going to tell you how an animal might react immunologically to a new environment?

A. You cannot -- all you can do is what I would refer to probably as a risk assessment.

Q. Okay.

A. Okay? I think that's the easiest way to describe that.

Q. Okay.

A. So if you have any pieces of that system that are not functioning at a hundred percent, that animal is at risk.

Q. Okay. Pieces of the system. Are you referring to the immune system --

A. Yes.

Q. -- only?

A. Uh-huh.

Q. Okay. So how would you do a risk assessment,

like, what are the steps you would like?

A. The steps I would take, it would be, I guess -- if I were to do -- in my mind, a risk assessment would be exactly -- I would have to know the environment or exactly what -- the risk can only be associated with the environment.

Q. Uh-huh. The future environment, the one that --

A. Yeah, yeah, exactly.

Q. Anything else that you would want to know in order to perform your risk assessment?

A. Then there's a lot of kind of obvious things that you would want to know. I mean, you'd want to know if the -- maybe the best -- one of the best samples, if you've got an animal that's undergoing chemo, that animal is at risk.

Q. So what -- maybe it's not so obvious. What are the obvious other things that you -- just, like, spell it out if you can.

A. That's just knowledge that I would want to know. If I knew -- if we had a horse in the hospital that was undergoing chemotherapy. I would be very concerned that that animal would be at risk of infection.

Q. Anything else besides whether the animal was

undergoing chemotherapy?

A. Well, you'd know by definition. I know what chemo does, and it attacks rapidly dividing cells. So that animal's immune system is going to be compromised.

Q. Yeah. I'm asking anything else about the animal. Because you had mentioned it would be -- you would require a holistic approach to do your diagnostic report. What would you include in that approach?

A. It would be -- it's different if I'm diagnosing is a disease or whether -- the question which I though you asked me is if you're going to put an animal in harm's way -- if you're going make an environmental move, then --

Q. Yeah. I'm asking what information would you want to know before -- in making your risk assessment in putting an animal into a new environment, just an exhaustive list, if you would?

A. Oh, exhaustive list? I'd probably want to know the animal's history.

Q. What do you mean by "history"?

A. History of their environment in which they've been living.

Q. Okay. How far back?

A. Probably a fair ways back, probably.

Q. Like their entire life history?

A. Oh, probably, yes.
Q. Anything else?
A. You want to know their life -- well, you want to know their relative health.
Q. What measure -- like, what would tell you about their relative health?
A. I'd see how many times they'd gone to the doctor lately. I mean, it seems simple, but --
Q. No.
A. -- those are the types of -- that's where we start.
Q. Yes.
A. The age of the animal.
Q. The age?
A. The young and the old.
Q. Uh-huh.
A. They're our greatest concern.
Q. What about -- like, would you include also like medication that they're on or things like that, or --
A. Oh, I'm sure you would. You would require somebody that -- I mean, yeah, another piece of the puzzle, absolutely. You know, if you're -- but that moves out of my comfort zone when we start getting into those types of pharmaceuticals, because my -- I'm not

a -- I'm not a pharmacologist.
Q. Well, sure. I'm not --
A. So it's hard for me to say what a pharmacologist would do. I'm not sure what a pharmacologist -- what would be danger signals for them. I couldn't say.
Q. Okay. No, I wasn't asking you about that. I'm still trying to understand, like, because it's -- because, you know, like you say -- I think you said something like in your risk assessment, you'd want to know all of the obvious things. And I'm just tying uncover the stones.
And because it's maybe not so obvious, I just want to make sure when you say, "Oh, I need to know all the things," what does that mean?
A. Well, what it means to me is I'm going to use my experience to -- for me. And a lot of that is difficult on the spot to just say, you know, I would do this, this, this, and this. I mean, it's something that it's hard to describe that from a position of hypothetical nature.
Q. Okay.
A. You know, that's what I'm finding difficult is how to assess the risk of something that's hypothetical that I haven't decided what the risk is.

Q. Okay. Have you ever been asked to do -- so have you ever been asked to do an assessment of, like -- say an animal is going to be transferred to a new environment. Have you ever been asked to do this kind of risk assessment before?

A. Oh, not a risk assessment. We've been asked to. I'm sure people have moved animals around that we've been asked to look at their immune system and see if there are any big holes.

Q. Tell me a little bit more about that.

A. Well, like I say, we're not often privy to that information --

Q. Oh, okay. So --

A. -- where all of a sudden, we get a sample from a patient, and they say, "Would you have a look at the immune system?"

Q. Okay. So you've never been asked before, "We're moving this animal from here to here, can you tell us" --

A. No.

Q. Okay.

MR. LISTER: Objection; he answered before you finished the question. Why don't you ask the question again?

Q. BY MS. WILSON: Okay. Excluding this report,

which I swear we'll get back to at some point, have you ever been asked by anyone, where they said something along the lines of "We're moving this cetacean from point A to point B. Will you provide us with a risk assessments of what the move would result in?"

A. Yes, we have -- yeah, we have. We've done that.

Q. Okay. Can you tell -- can you please tell me more about that.

A. I can't remember the details of it. It was the movement of a killer whale.

Q. Moving a killer whale?

A. Uh-huh.

Q. How long ago was it?

A. Fifteen years.

Q. Who asked you?

A. NIMMS.

Q. Where were they moving the killer whale?

A. They were moving it to Iceland.

Q. From?

A. From Oregon.

Q. Was the killer whale captive or wild?

A. Captive.

Q. Was the killer whale captive born?

A. I don't know the answer to that.

Q. What facility was the animal in in Oregon?

A. He was out at somewhere -- it was on the coast. I can't remember.

Q. The coast?

A. Central Oregon coast, an aquarium.

Q. The Oregon Coastal Aquarium, maybe?

A. I don't know what the name of it is.

Q. And what was the facility that they were moving it to in Iceland?

A. A sea pen.

Q. A sea pen. Okay. And what was the nature of the assessment that you did of that killer whale?

A. Standard immunologic profile.

Q. What does that mean?

A. That's exactly what we do with 6701. We look at the lymphocyte subpopulations. I can't remember the specifics of everything we did. It's been a long time ago.

Q. Okay. So you looked at all of --

A. Provided a report for NIMMS, and they did what they did.

Q. So, sorry. Backing up, the standard immunological profile includes, like -- sorry. I'm on page 6, this data chart that's after your report. Like all of these measures, is that what you mean when you

say "standard immunological" --

A. As much as I can remember, we would have done that.

Q. So here on page 6 --

A. We might have done more than that. But it's --

Q. Okay.

A. It escapes me.

Q. Okay. You provided a report to --

A. I think we did.

Q. -- to NIMMS?

Okay. Would you still have a copy of that report in your database?

A. I doubt it.

Q. Why not?

A. Reports do not go into the database, only the data.

Q. Oh, I'm sorry. I shouldn't have said "database," because I realize that refers to something else. Do you still have a copy of that report at your lab anywhere?

A. I don't know.

Q. Okay.

A. We've moved. And when things get moved -- if you looked in my office --

Q. Standard professor office? So am I correct in understanding that they asked you for a risk assessment?
A. No.
Q. What did they ask for?
A. They asked for, as they put it, an immune panel.
Q. An immune panel. Okay.
A. Uh-huh.
Q. Did you provide them any other information or opinion based on that immune panel?
A. That's what I can't remember. I can't remember the conversation. I'm sure we had a conference call.
Q. Okay.
A. And it may have been a conference call -- like I say, that goes back beyond my memory. It may have been a conference call.
Q. So did you provide any opinion to them based on the panel?
A. I can't remember if I did or not.
Q. Were you asked to provide an opinion about --
A. If I'd been asked, I would have, probably. But like I say, my memory of that is a lot of animals away.

Q. Okay. So your answer -- I asked if you were -- if you were asked by NIMMS to provide anything. And you don't remember?

A. Yeah, I don't know the answer to that.

Q. So do you recall if you were asked to -- were they asking you whether or not they should do it, or were they just asking for you to do --

A. They wanted an immune profile.

Q. Immune profile. They didn't ask you anything else that you recall?

A. I can't remember the specifics of negotiations, of the conversation. We got the blood, and we did the analysis.

Q. Did you follow up? Do you know if they moved the animal?

A. Yes, they did.

Q. They moved the animal. Do you know what happened to the animal after that?

A. Moved to Iceland.

Q. Were you ever asked to do a post move --

A. Yes, which we did.

Q. Okay.

A. Uh-huh.

Q. Please tell me about that.

A. Just, I flew up there, collected blood

samples, flew home.

Q. With the blood samples?

A. Yes. We did an immune system profile.

Q. You did another --

A. Ten pounds of paperwork.

Q. You did an immune system profile?

A. Uh-huh.

Q. Do you remember the results?

A. No, I don't.

Q. Was there any change in the animal?

A. I can't remember.

Q. Okay. Was the animal -- your original panel, pre-move, was the animal healthy?

A. You know, that would be best answered by the veterinarians. If -- I could answer it. But not with a great degree of -- you know, it's kind of -- I'm dragging at straws.

I mean, I could give you a response, I don't think it was, or I don't think it ever would have been issue. But I can't say that, per se. I mean, I would have to ask the clinicians.

Q. Okay.

A. And that's when one would get a good answer.

Q. So what do you recall, based on your immunologic profile or based on your data that you

looked at, not as a vet, what was your assessment of the animal pre-move?

A. That's what I can't remember. I can't remember the specifics of it.

Q. Pre-move, were the numbers within a standard range?

A. I can't remember. That whale could have been before we had standard ranges.

Q. Sure.

A. Once we go back that far -- you know, it was early on in this whole program. So I just do not remember the specifics of it. It just didn't end well.

Q. What didn't end well?

A. The whole program.

Q. What program?

A. The animal died.

Q. The animal died?

A. Yeah. And I had no -- no information whatsoever about that, that whole thing. They released the animal. That was that.

Q. So you didn't receive any -- am I -- so could you just elaborate about that?

A. My recollection -- sorry. My recollection was the animal was released. And then at some point after that, the animal was reported dead.

Q. Okay. And somewhere in between release and death, you conducted a second --

A. Never after release. I only took one sample when the animal was in Iceland, and the animal was in a sea pen.

Q. Oh, you mean -- okay. Sorry. I'm getting mixed up with the timeline of the animal. So the animal was in an aquarium in Oregon, moved to a sea pen in Iceland, and then released into the wild --

A. That's correct.

Q. -- in Iceland, and then died?

A. I don't know that, per se. I mean, that's what I was told.

Q. Okay.

A. So obviously, we're not talking about firsthand information.

Q. Sure. Yeah, I'm just trying -- so that my questions aren't jumbled, so we're on the same -- we'll assume this is the timeline.

And so your second immune panel was while the animal was in a sea pen?

A. Uh-huh.

Q. Can you tell me anything at all that you recall about that profile?

A. No, no.

Q. So you don't recall anything about what the numbers were like, you don't recall anything about whether there was --

A. I don't recall anything about the specifics.

Q. -- any immune activity in the animal?

A. No.

Q. Okay. Were you provided any other information about the animal or its environment in the sea pen in conducting your second panel?

A. Oh, I'm sure I was at the time. But I went up there.

Q. Okay.

A. But I can't remember any -- I don't remember any specifics.

Q. Okay. Any other instances besides that one where you were involved in looking at an animal that was transferred from a domestic housing situation to a sea pen?

A. No, that -- not that I know of.

Q. Okay.

A. But that doesn't mean they weren't, just -- we keep -- like I say, the whole program is set up, we receive the animals, so we provide the assessment, and we return it.

Q. Okay.

A. And we stay -- there's a line there between us and the people that provide the sample.

Q. Okay. Tell me about that line. Because you do -- you do go out and do site visits sometimes and talk to the vets, so --

A. Like I say, those site visits are not site visits. Those are discussions of the research project. They're not associated with -- they're not facility associated. They're veterinarian-to-immunologist visits.

Q. So what is the -- am I correct to say that the discussions are sort of high level about the goals of the -- about the research project and not -- you're not seeking information from the vets to help you with your immunological profile or assessment; is that correct?

A. I'm not directly involved with their immediate health assessment. That's dealt with at the level of the veterinary office. So, no, we are working with the immune systems of these animals and providing them that information.

Q. Okay. I guess maybe a simpler way of asking it would be what -- what information do you receive that comes -- okay. Let's get back to 6701.

When you receive a blood sample, what

information, if any, do you receive along with that blood sample.

A. Just a white blood cell count.

Q. Nothing else?

A. Nothing else.

MR. LISTER: Counsel has gone back to 6701, which is Toki. And I just want to make sure the witness understood that.

THE WITNESS: Yes.

MR. LISTER: Okay.

THE WITNESS: No, just white blood count.

Q. BY MS. WILSON: Jumping around here. Okay. And when you talk to veterinarians at Miami Seaquarium, do you discuss Toki?

A. Oh, I'm sure we have. But it would be at a -- I mean, she's an elderly killer whale. And other than -- you know, it's been a long time since I've talked. We've done Toki for so long, 6701, that -- she's pretty steady. There's really not much to -- you know, we're just providing them input to add to their clinical program.

Q. Do you discuss her health with them?

A. Not really, no.

Q. Okay. So do your discussions in any way relate to the immunological assessments that you do

of --

A. Yes. If we see something that is unusual, we let them know.

Q. But that's more output. I'm asking about input from them to you.

A. No, it's output. We don't -- yeah, they don't -- we don't talk about -- none of the facilities do we do that.

Q. Okay. So, yeah, back to 6701, Toki, and we did talk about this a little bit. But what determines the frequency you're receiving blood samples from her?

A. We get a -- it's just whatever -- they contact us, and they say, "Can we send a blood sample in?" I think that's about as -- sometimes we get two or three times a year, sometimes we get one a year. It's just a continual -- but there's no set plan.

Q. Okay. How -- could you describe if the frequency has changed at all over the years?

A. Not really. Sometimes we'll get a couple, three samples. It should be relatively visible on the spreadsheet there.

Q. Okay.

A. The dates are on that.

Q. These draw dates?

A. Uh-huh.

Q. On page 6 at the top?
A. And sometimes they ask if they -- they'd like to send a sample, and we're just not available.
Q. Okay.
A. So you know how that goes. Next month, next month.
Q. And the longitudinal immunologic monitoring program, do you anticipate continuing -- it will continue indefinitely in the future. Would that be accurate?
A. That would be accurate.
Q. Are there -- can you tell me -- are there any entities involved in this program aside from your lab and Miami Seaquarium?
MR. LISTER: Counsel, I'm going to object just to lack of clarity of the question.
Q. BY MS. WILSON: Okay. The longitudinal immunologic monitoring program which you had described, which -- where you obtain and assess data from 6701, which is Toki, is there any other organization or official entity involved in the program besides your lab and the Seaquarium that sends you the samples?
A. I would know not the answer to that.
Q. What would you say is the goal of the program?

A. The goal of the program -- we obviously have a tremendously good baseline on that animal. So the idea of the program is to monitor -- to monitor that.

There's nothing more sensitive than monitoring an animal based on their own background as opposed to trying to use population of heterogenous animals, of heterogenous ages, to decide whether an animal -- whether we see a perturbation.

Q. Okay.

A. So that's -- the goal of that. And it's a huge goal of also to get -- one of our goals -- a better understanding of geriatric immunology. We're looking at a geriatric animal.

Q. Would it be fair to say that there's particular interest in Toki because she's older, or geriatric?

A. I mean, the age has something to do with it. We're very interested in the age.

Q. Why?

A. It's the scientist in me. We all get old, and we know -- you look at the literature, and geriatric people suffer from recurrent infections.

Q. What's the literature that you're --

A. Oh, the human literature. I mean, old people -- there's two populations of people that are

susceptible: The young and the old. Those are the animals we feel are at risk. And you can take that right out of human medicine.

Q. Okay. Explain to me what Toki has to do with old people?

A. It's all about science; right? I want to see -- I want to see if that parallel exists between an old -- whether it's an old horse or an old killer whale or -- I know what old people look like. I can look at that in the literature.

Q. Okay, okay.

A. But I would say that's a sideline. I mean, that's one of my interests. It may not be one of Miami Seaquarium's interests. I have no idea.

Q. Okay. Thanks for clarifying. Just for us to -- does this longitudinal immunological -- because it's a mouthful for me -- program of Toki, does it have any, like, name that you use or that we could use?

A. No, no.

Q. So but if I just say "the program" or "the study," we can just agree that that's what --

A. Yeah.

Q. Okay. Have you or anyone in your lab published any work arising out of the program or the study?

A. We have not.
Q. Okay. Have you or has anyone in your lab presented on the study in any forum or --
A. No.
Q. Why or why not?
A. N equals 1.
Q. Sorry?
A. N equals 1. You've got one animal.
Q. Okay.
A. It's an accumulation of data that will ultimately be put together with other data that we have to describe the immune system and the perturbations associated with animals. So, yes, it's a very sensitive -- it was not as sensitive when we started. It's very sensitive now.
Q. And it's --
A. The subject of Orcas in captivity has become a very sensitive issue.
Q. What do you mean, "sensitive"?
A. Obviously, there's a lot of -- it's sensitive in the sense that a lot of oceanarians, from my understanding, feel like they're under fire from public criticism.
Q. Okay. So I guess my why or why not was referring back to my previous questions about

publications and presenting?

A. Uh-huh.

Q. So are you telling me that the sensitivity is why you haven't published or presented on her?

A. No. Well, I mean, it's going to play a role in that. But it's not going to stop. We've got an agreement with everyone that this information will be published. It's why we're doing the research.

But we want to make sure it's complete. When you -- working with such a small number of animals, it's very difficult to get sufficient data to withstand a peer review.

Q. Oh, okay. So when will the data be complete?

A. When I get the time to put it together, really.

Q. So there's no other sort of plan?

A. There's no deadline.

Q. Okay. So I suppose as long as she's alive and accessible, the study will go on; is that correct?

A. That depends on Miami Seaquarium.

Q. And so let's go back to the report, if you would. I'm still on page 1, in that paragraph. Sorry. Am I -- yeah, where you say -- okay.

So in the middle of that first paragraph where you say, "My laboratory has received blood

samples from Lolita from Miami Seaquarium over the last ten-plus years for the purpose of establishing a longitudinal immunologic monitoring program to assist veterinarians in health assessments."

Just to clarify, who are the veterinarians that you're referring to in this sentence?

A. The staff veterinarians at -- Mia would be one.

Q. Okay.

A. And then they've had some other veterinarians in there in the past. I don't necessarily remember their names. Mia has been a constant.

Q. My?

A. Mia. I can't remember her last name.

MR. LISTER: It's Rodriguez.

Q. BY MS. WILSON: Okay. You're referring to a person?

A. Right, right. Uh-huh.

Q. Okay.

A. But they've had various veterinarians in the past.

Q. Anyone else besides the veterinarians that work at Miami Seaquarium?

A. No.

Q. And tell me what you mean by "health

assessment" in this sentence?

A. Again, it's a contribution to the -- what we perceive as the health of the immune system from what we measure.

Q. Okay. So you perceive your role is to provide that piece of the overall health assessment that the veterinarians --

A. That is correct.

Q. And the next sentence, it says, "Blood samples, which are the standard window for establishing health diagnostics in mammalian medicine," in the first half.

I just wanted to unpack this sentence a little bit. And so could you explain to me what you mean by "the standard window."

A. It's a standard diagnostic window. You've got samples that you can obtain from any animal.

Q. Okay.

A. So you're pretty much limited to a stool sample, a urine sample or a blood sample.

Q. Okay. And what was your basis for -- so when you say -- sorry. What's your basis for saying it's a standard. Do you mean it's the standard in the field or just --

A. It's the standard in medicine.

Q. Okay.
A. Doesn't matter whether it's veterinary medicine or human medicine.
Q. Okay. So for mammalian medicine, where is it described in the peer review literature that blood samples are the standard window for establishing health diagnostics?
A. It's common knowledge.
Q. Common knowledge?
A. Yes. It's been established over years and years and years that it's -- it may not be the best window. It's the window that is accessible.
Q. Okay. And so basically what you're telling me is it's what researchers have used for years and years to study mammalian health, is the blood samples?
A. The blood samples, yeah.
Q. Okay.
A. Because the representation of the cells of the immune system are in the blood.
Q. Okay.
A. It's a representation. Not a great representation, but it's what is accessible.
Q. I guess, can you -- can you describe the methodology for using a blood sample to establish a health diagnostic?

A. We look at the white blood cells.

Q. Okay. So, yeah, could you -- could you just walk me through that and like -- like on one hand, layperson understanding, but also more specific level of detail. I just want to drill down the methodology. So when you receive the blood sample -- all right. Strike that. Let's back up.

When you receive the blood sample, how do you receive the blood sample?

A. We receive it in Vacutainer tubes.

Q. Okay.

A. So there's anticoagulant, so the cells are in single suspension, so we can analyze those various populations in the blood.

Q. And how soon after you receive it do you run your analysis?

A. Immediately.

Q. Immediately. And what was -- flow -- the flow cytology?

A. Cytometry.

Q. Is that the -- is that the description -- is that the name for the tests that you run to analyze the blood samples that you --

A. It's the name the -- it's the name of the instrument.

Q. Oh, okay.

A. So I would characterize it as a phenotypic characterization of the white blood cells or the leukocytes in that sample.

Q. So walk me through the methodology of analyzing the white blood cells, like the technology that you use, how it's done, that kind of a thing.

A. It's made up of laser beams. The cells are interrogated by laser beams, size, complexity and phenotypic characteristics as defined by a set of very unique monoclonal antibodies that we have developed in the lab.

Q. And do other labs do this type of analysis, just the technology? I know you're the only ones that do --

A. Oh, the technology.

Q. -- marine mammals, but --

A. The technology itself is conducted in any high end immunology lab in human hospitals and clinics.

Q. What's the potential or risk for error or inaccuracy in this type of analysis?

A. Very little.

Q. And what controls are used by your lab in this technology to prevent error or inaccuracy?

A. The instruments are set up that they are

QC'ed by set of fluorescent beads. We use the same QC and the same equipment that's used at the Sacramento Med Center.

Q. And by "QC," you mean quality control?

A. Quality control.

Q. And this test and technology that you use is described in the empirical peer review literature? It's pretty standard?

A. Correct.

Q. Anything else you can tell me about -- I guess kind of walking me through step by step what happens in your lab when you get the blood samples from 6701, and you unpack it. What other steps can you walk me through that you take?

A. It's a complex series. I mean, the blood has do be aliquoted out. All the different monoclonal antibodies have to be incubated with the cells. They have to be run through the instrument. It's largely a full day's work.

MR. LISTER: Just interject here. If at any point we get to a stage where you're getting down to your methodologies that are confidential, and you wouldn't want them public record because of other people who could do this or take advantage of it, why don't you say that, and then that will become

confidential. I simply don't know enough to know when I need to say, "This is confidential."

THE WITNESS: Thanks, Jim.

MR. LISTER: So we'll let Dr. Stott say that.

Q. BY MS. WILSON: Okay. Anything else to add to that?

A. It's -- we use a standard protocol that is used in human medicine.

Q. Okay. And so I also have to ask about any, like, statistical methodology that you used to analyze the data once you run it through the tests. Can you walk me through that?

A. There is no statistical analysis. There is data collected on 10,000 white blood cells. And the computer software gives me a -- gives us a readout, okay, of exactly what is there.

So it's -- and that's the reason I say there's very little error, because you're looking at so many cells. And that's what flow cytometry gives us that other tests can't.

Q. Sorry. Where does the 10,000 number come from? Sorry.

A. We allow the laser beam to interrogate a minimum of 10,0000 white blood cells one at a time. And then that's collected, and they're analyzed as

group. So we do an analysis on 10,000 cells as opposed to analysis on 100 cells, if you were trying to do that with a microscope.

Q. Okay. So I guess -- I'm trying figure out the easiest way to do this. If we look at what would be page 5, even though it's not marked, the page of all the different graphs --

A. Uh-huh.

Q. -- these -- is it accurate to say that the titles on each of these graphs, these are the outputs that you get from running the technology that you get?

A. (Nods head.)

Q. Okay. And can you tell me about any sort of -- either external or internal to the tests that you run, any factors that might impact the measuring of these data points, that might impact what you would get out?

MR. LISTER: Objection; form. You may answer.

THE WITNESS: Not that I'm -- no.

Q. BY MS. WILSON: Okay.

A. Maybe it would help if I just state that technology is at the state -- if you'd have asked me that question 20 years ago, I would say yes, there would be that possibility.

Q. Uh-huh.

A. This equipment now is highly, highly engineered to do exactly this. And we are using the exact same instrumentation that they're using in the cancer wards, the leukemia units, in any hospital. We all knew the same software and the same machinery and the same approach.

Q. Okay. And so would it be fair to say that these measures, I'll call them, that they give what you would call complete picture of immunological function?

A. I wouldn't call it "function."

Q. Okay.

A. It gives us a good profile of what we call phenotypic measurements of the various subpopulations of what white blood cells there are. And all of those cells have different functions.

Q. Right. I guess, could you just describe for me when you say phenotypic -- because I -- what I remember from college, phenotype is sort of what you look like on the outside.

A. That's exactly right.

Q. Okay. So what does that mean when you're talking about cells?

A. What those cells look like on the outside.

Q. Okay. And I guess, just explain -- can

you -- to the best that you can without giving a course in immunology in the next, you know, 30 seconds or so, why does each of these measures give you a complete phenotypic measurement or immunologic profile?

A. It's -- what we are doing here -- what we're looking at here is these are the types of cells and the phenotypic markers that we have that we routinely run.

And it's a good solid look at the major subpopulations of lymphocytes and granulocytes and monocytes and all the different white blood cells.

It's a very good measure of what's there in absolute numbers and in relative percentages. One can always slice and dice things even finer, but it becomes economically not feasible.

Q. And the -- I guess -- yeah, what -- and so what -- what kind of things can you tell about an animal from looking at this profile?

A. I can tell if they're within -- what I would consider normal ranges.

Q. Okay.

A. And we use an individual baseline to facilitate that, because there's variability in any population.

Q. Okay. So what's the baseline for these charts that are here, or for these measures that are --

A. These measures are on the individual animal. So the animal is basically its baseline. We are looking for any dramatic perturbation, or not dramatic.

Q. Perturbation?

A. Any change.

Q. Change?

A. Uh-huh. Any change over time.

Q. Okay. Can you explain to me why this is the complete picture. I guess -- is there anything else that another researcher might say, "Hey, you should look at this. Why don't you look at this?" Like, if they were to review this chart --

A. Oh, you can always criticize something if you could run more. It's just how much can you run, how much blood can you get, and what reagents, what tools are available to use on the killer whale.

Q. And so these -- these like 12 measures, is this the -- the standard in constructing an immunological profile?

A. From a veterinary medicine perspective, it's outstanding. From a human perspective, the sky's the world.

Q. In veterinary medicine, why is it outstanding? Just explain to me what the standard is, why you feel like what your lab does is above that?

A. Most veterinary schools -- most clinics. Let's not use veterinary schools, because we're a teaching institution. Let's talk about veterinary diagnostic labs. I'm not aware of any veterinary diagnostic labs that have the capacity to conduct flow cytometry and a phenotypic profile at all.

Q. Okay.

A. Maybe in some specialty teaching hospitals, you might have that. But that's on the research side. These things run about a half a million dollars. But to get someone qualified to run this equipment is very difficult.

Q. How many people in your lab are qualified to run the equipment?

A. One.

Q. Who is that?

A. That's Myra Blanchard.

Q. Do you know how many other people in the country qualified?

A. (Shakes head.) It's a lot.

Q. A lot?

A. By "a lot," it's what a lot is; right?

Q. Okay. I wanted to ask about the second to the last sentence here where you say --

MR. LISTER: Which page?

Q. BY MS. WILSON: Oh, sorry. On page 1, back on page 1. "This decline would be consistent with clinical immunology literature in humans."

We did talk about it earlier. But I'm just trying to understand this comparison between a cetacean and human literature.

A. Uh-huh.

Q. I guess, why does this keep -- why would you compare it to a human decline?

A. You see it in -- I've seen it in any mammalian species I've looked at that we have the reagents for.

Q. Uh-huh.

A. It's called getting old. There's a special organ in any mammalian species that a subpopulation of lymphocytes has to mature in. And that atrophies with age.

Q. Okay.

A. So as you get older, then you lose the capacity to generate these special lymphocytes that are going to recognize new insults, okay, new pathogens.

Q. Okay. So let's move on to the graph at the top of page 2. Can you explain this graph to me?

A. Okay. What that is is we're looking at T lymphocytes, which is -- there's two major populations

of lymphocytes. And lymphocytes are the cells that we associate with what is called adaptive immunity or acquired immunity that gives us memory. Okay?

So it's not -- we're not talking about the immunity that we use to just resist everyday infections in the gut and the eyes. We're talking about memory.

So this is a measure of T lymphocytes, and it's looking at a ratio of two populations of cells. And one is what we call naive, and the other one we refer to as memory. And we can distinguish those two using flow cytometry.

And so what you see is a young animal, which is not represented here. Okay. But if you were to look at a young animal, there would be tremendous numbers of naive lymphocytes. And why? Because you haven't -- you haven't developed a lot of memory yet.

So what happens is as over -- over age, you acquire more and more memory cells, which are representative of everything you've seen in the past that you have retained memory from.

Certain things, you retain memory better than others. It's what dictates whether you need to get boosted for a vaccine or not. It's all about memory.

And as the age declines, as the age decreases, and you get older, the output of the naive

cells starts to deteriorate. And it's not only the numbers, it's also the diversity of their capacity to make all these receptors that identify infinitive microorganisms you could get exposed to. And the memory cells stay quite constant.

So what you end up with at the end, as you move into your elder years, you have less capacity to respond to new -- to new microbes.

Q. The memory cells -- no, they're not -- are they -- did I say that right, the memory --

A. Right.

MR. LISTER: Objection to form, but -- I know it's very tough and technical, I'm just --

MS. WILSON: Sure.

MR. LISTER: Okay.

MS. WILSON: Sorry about that.

Q. BY MS. WILSON: The memory cells, how are they formed, I guess?

A. They're formed in response to exposure to something foreign; okay? So you respond to something that's in your body, you eliminate that. As long as it's there, that population typically continues to grow.

Once the foreignness, if you will, is removed, then a subpopulation -- most of those cells

will die. But a subpopulation will become incredibly long lived. And that's what we refer to as memory cells.

Q. How long lived can these memory cells be?

A. It depends. It depends on the -- it depends what the stimulus was. It depends upon how hard you reacted to it, how long it was there.

Q. Okay.

A. It's poorly defined. And it's a difficult subject to measure, right, because if you're immune -- if you have memory cells to something, and you get reexposed, you never know it because your adaptive immune system takes care of it before you get sick. But you're still going get a bump in numbers again. So those are difficult questions to answer.

Q. Okay. But they don't -- these memory cells, do they die or go away or --

A. No, they -- they can live for long numbers of years. But what I'm -- what I'm trying to say is it's difficult to establish literal life span of a single lymphocyte.

Q. Right.

A. Because you can't -- there's no way to do that.

Q. Are you able to tell anything more specific

beyond identifying a lymphocyte as naive or memory?

A. No.

Q. Okay.

A. That's -- I should restate that. We can in certain instances, but it's highly technical, and it's somewhat irrelevant to the duration of memory.

Q. Oh, okay. Can you -- so can you get down to the level of specificity of what the memory lymphocyte has responded to, or what it would --

A. You can.

Q. Oh, okay.

A. It's incredibly difficult. You can do it.

Q. Does your lab do that?

A. We do in certain circumstances. We developed an assay to look memory for Erysipelas, which is a bacterial disease of dolphins and killer whales. And we developed that. So you can do it. It's incredibly expensive.

Q. Have you ever done it for 6701?

A. No, we've never -- we've never run that test on her.

Q. So you've only looked at her ratio and identified the different types of --

A. And absolute numbers.

Q. And absolutely numbers?

A. Exactly.

Q. So back to this graph. What's the Y axis?

A. The Y axis is a ratio.

Q. The ratio? Okay.

A. So it's merely the absolute number of naive lymphocytes per unit volume of blood divided by the absolutely number of memory phenotype per unit volume of blood.

Q. And what's the X axis?

A. The X axis is the years -- every little square is a sample from 6701.

Q. Okay.

A. And what you're looking at is the year '15, '14, '12, '12, '11, '10, '08, '08, '07, '06, '04, '04, '03, '02.

Q. What about the dates ahead of the year?

A. It's the -- what is it is that it would appear to me it's probably the month, the day and the year.

Q. Oh, sorry. Is it the draw date or --

A. It's the draw date.

Q. The draw date?

A. Uh-huh.

Q. That's what I was asking.

A. Yes.

Q. And each diamond is a blood sample?
A. Is a sample.
Q. Okay.
A. They kind of pile up on each other.
Q. Right. So what this graph shows is that over the course of 13 years, Lolita's ratio of naive to memory T lymphocytes declined by approximately --
A. Pretty small.
Q. -- point one?
A. Uh-huh.
MR. LISTER: Objection; just form. Counsel is summarizing and --
Q. BY MS. WILSON: Oh, okay. Is that -- is my description of the graph correct?
A. The graph depicts a slow decline in the ratio of naive to memory T cells.
Q. How much is the decline?
A. Well, you're looking -- from here, obviously, you have some variability. So early on, it ranged anywhere from about .08, it looks like, up to -- .08 up to .2. And the last samples we have depicted here are close to zero.
Q. Uh-huh. Would you agree with the statement that the variability among samples, the amount in difference from one diamond to the next, in some

places on this graph is the same as what you're saying is the amount of the overall decline over the course of this time?

MR. LISTER: Objection. Witness may answer.

THE WITNESS: I'm not following here.

MS. WILSON: What was your objection?

MR. LISTER: It's just to form, because I couldn't follow it, either.

Q. BY MS. WILSON: Okay. So from -- am I correct in saying that from the first diamond to the last diamond on in graph, the decline is by an amount of .1 on the X axis?

A. That's correct.

Q. But from the first diamond on this graph to the second -- so the cluster of diamonds that occur immediately after it, the difference on the Y axis is also .1. So -- is that correct?

A. Uh-huh. The difference between -- yeah. It goes from zero to .1 to -- about the highest we have is .2.

Q. Okay. So explain to me why there's so much variability between these points?

A. It's -- it's any assay you -- any time you pull a blood sample, there's going to be variability in there. It's inherent. Using the ratio of the two

populations helps to minimize that.

Q. What causes the variability?

A. The variability is merely what it is. I mean, in other words, what causes the variability? It's not the assay. It's the number of cells that are there at that given time when the blood sample was taken.

Q. What causes the change in the ratio in the numbers of the blood -- the different types of blood cells that were there in that particular sample?

A. It's what's -- it's an absolute representation of what was there when that blood sample was drawn. In any animal you see, you're going to see daily fluctuations.

Q. Given the amount of fluctuations, how can you be certain that there is a decline. What are you basing --

A. I'm basing it on looking at the data and what we -- yeah, it is subtle. But from my perception -- and again, it comes -- if you don't have a thousand killer whales to draw from, you're not going to have a population.

But this is -- I guess I give this added credence to what we're seeing because it's what one would find in the literature of any animal that has

been followed over time.

And of course, in humans, you're largely looking at populations. No one volunteers for longitudinal studies of this nature, obviously. So it's predictable, and it is expected from the literature.

Q. So how certain are you that that -- I guess, give me a percentage. How certain are you that she is actually is declining based on this data?

A. I don't think I would give it a -- I mean, anybody that looks at this data, if you were an immunologist, okay, would probably -- I would think would agree that the numbers are going down. If you look at absolute numbers, okay, they are getting quite low. There's no question. And the memory cells are staying quite steady.

Q. Okay.

A. But I'm not a statistician. You could have a statistician run some stats on that. But they become nonparametric because they're from the same animal.

But, you know, you can -- statistics are what they are. We're looking at an individual animal, and that would be my conclusion. Okay?

Q. And just to help me clarify my understanding of the report itself, if we go back to page 5, all the

little charts, there's another naive to memory ratio, the fourth one down on the right column. Is this the exact same chart that --

A. Yes, it is.

Q. Now, if we go to the next page, the July 9th report, if you go all the way down the rows to naive to memory ratio, why are all of these just .1? Why are these all the same?

A. What you're getting is a -- I don't think the hole subset of data was in here. And like I say, a computer program puts these out. Let me look.

Q. Sure. Take your time.

A. It -- it's been rounded. Okay?

Q. Okay.

A. That's the simple answer to that. It allows .1, period, whereas the -- when that gets blown up on the graph, it can -- it shows -- we don't report anything as like .12 or .13, but it shows up when that data is graphed.

Q. But it doesn't go down to zero, where on the graph, the last points are --

A. Oh, okay.

Q. -- down to zero?

A. I've got to apologize for that. When I went back and looked at this, the table here, we're

missing -- pivot tables escape me at times.

The last sample we show is the 2nd of May on the table, of 2013. And on the graph, I'm going to -- it moves beyond that, and it's inherent in the pivot table. And I didn't realize that.

Q. When you say "pivot table," are you referring to --

A. Yeah. It's what's on that page. And I didn't realize there was another page that was behind that that I should have printed that would have given the hard numbers for this. But it would still only show as point one or zero; right? It won't show anything in between.

Q. And my other question was why the draw date at the top of this table are -- seem to be inconsistent with the dates on the bottom of the graph, or different from, I guess I should say. And why is that?

A. I don't -- I can't tell you. It's the same data that comes out of the same program.

Q. Okay.

A. So it may be just the nature of the way these are lined up, trying to go get all those dates on that line. They're probably perfectly evenly distributed out, okay, to get them to be represented. So when you look at the table, that's giving you the absolute.

You're having to guess at the date, coming up to where those triangles are.

Q. Okay.

A. So as you can see, as you go along, right, are all evenly spaced out.

Q. Okay. So I guess Toki's -- how does Toki's naive to memory ratio compare to other Orcas of the same age as she?

A. Not many animals that old.

Q. So your answer is you don't know?

A. Yeah. We've got one animal that we've looked at that looks largely the same as Toki does.

Q. Okay.

A. We've got an elderly dolphin that looks the same. But you don't find many animals that are 50 years old, or 40 years.

Q. Is that dolphin also in captivity?

A. Almost -- yeah. I mean -- never find an animal that old in the wild.

Q. Is that dolphin that you've looked at that's a similar age captive or wild born?

A. I don't know the answer to that. That's one information I don't have on any of the animals that we analyze, whether they're captive born or whether they're wild captured.

Q. Okay. So what information do you have about Toki and her life history?

A. None.

Q. None. Do you know whether she's captive or wild born?

A. Oh, I'm aware she's wild born. I mean, obviously an animal of that age, yeah, I take that as a given. Any animal that's 50 years old probably was not born in captivity.

Q. Why do you say that?

A. Because they weren't breeding animals at that point, as far as I know, early on. But I don't know when the transition came from, when they started to breed animals as opposed to capturing them.

Q. What else do you know about Toki's life history?

A. Nothing.

Q. So you don't know when she was captured?

A. No.

Q. You don't know what age she was when she was taken into captivity?

A. I can assume she was young. That's all I can assume. No, I would have no way to know that.

Q. Okay. Anything else that you know about the conditions of her captivity?

A. No.

Q. You said before you don't recall what her tank looks like; is that correct?

A. That's correct.

Q. Do you know -- do you look at her clinical reports?

A. No, I do not become directly involved with the clinical workup that they do at the aquarium.

Q. Do you know what kind of medication she's on at any given time?

A. Absolutely not.

Q. Do you know anything about the water quality of her tank?

A. No.

Q. Do you know anything about her exposure to the elements or anything about her environment at all?

A. Other than a Miami environment.

Q. Have you looked at or -- have you looked at anything about the environment in the Pacific Northwest where she's from?

A. I fished all that country.

Q. I guess related to her. What do you know about the water in the Pacific ocean?

A. Probably no more than anyone else does.

Q. Other than the number and what you've already

explained about how naive lymphocytes react and the function that they play, is there anything else you can tell me about what the ratio of naive to memory lymphocytes tells you about the immunological function of an Orca or any mammal, I suppose?

A. As the number and the diversity of naive T lymphocytes drops, your capacity to respond to new and novel things you've never seen before go down.

Q. Okay.

A. It's just -- pardon me. My phone here is trying to buzz me.

(Short telephone interruption.)

Q. BY MS. WILSON: Did you finish your answer?

A. Repeat the -- I was sitting here vibrating and my phone was heating up.

MS. WILSON: Would you read that, please?

(Record read by reporter as follows:

Q. As the number and the diversity of naive T lymphocytes drops, your capacity to respond to new and novel things you've never seen before go down.)

THE WITNESS: That's a correct statement.

Q. BY MS. WILSON: What about things that are not novel?

A. You have memory.

Q. If you have --

MR. LISTER: Please answer. The witness is nodding.

MS. WILSON: Oh. Thank you.

THE WITNESS: Yeah. So what you have memory to has probably been jogged over the years, right, to keep -- it helps keep that memory up.

So I guess my simple response to that was, is you're pretty well -- probably pretty well covered to things you've seen before that you've got immunity to, that you've got memory to. But anything new and novel, you have a diminished capacity to respond that.

Q. BY MS. WILSON: What do you know about Toki's memory, her immunological memory?

A. Looks pretty -- I can't qualify as to the breadth of her experiences. You can't do that in human medicine, you can't do it in any medicine, to be able to say what am I immune to and what am I not? What do I have memory to and what I don't? There's no way to determine that.

But relative to her memory, she should -- there was no reason to believe that she does not have solid memory to what she's been exposed to before.

Q. Is it fair to say that when you look at the

ratio, you can't absolutely say how an animal is going to react, immunologically react to new or novel stimuli? You can only say that the ability to react is diminished based on the reduced number of naive lymphocytes?

A. It's just not based -- the ability to respond to novel stimuli becomes diminished as your geriatric years go on. But it goes beyond that according to human literature in that even those cells that are naive that could respond to new stimuli, the diversity of those much reduced.

Q. So tell me why that statement was wrong.

A. No. What I'm saying is if you -- how would I put it? It's worse than what it looks like on the surface. The number of naive cells has gone down, okay, and those naive cells that are there are diminished in their capacity, in their diversity.

So it's not only are the numbers down, but the diversity of those numbers is also down. So it's kind of a double deal there.

Q. Okay.

A. But that's not based on killer whale data. That's based on human.

MS. WILSON: Ms. Benson do you mind reading back my question?

(Record read by reporter as follows:
Q. Is it fair to say that when you look at the ratio, you can't absolutely say how an animal is going to react, immunologically react to new or novel stimuli?
You can only say that the ability to react is diminished based on the reduced number of naive lymphocytes?)

Q. BY MS. WILSON: So do you disagree or agree with that statement?

A. No, you cannot -- you can -- the capacity is diminished. There is no way to make -- to know whether -- what -- how that's going to be reflected.

In other words, you may -- you may have -- in that naive population, you may have some cells that can respond to one novel organism and not to another. There's no way to measure that.

Q. Okay. So it sounds like you're saying you do agree with that statement that Ms. Benson just read; is that correct?

A. Yeah, with --

Q. With caveats?

A. Yeah, with -- yeah, exactly, with the caveat

that -- it comes to can I predict? No.

Q. Okay. So I wanted to also take a look at an immunology -- I'm really start to go struggle with that word -- Immunology Profile report for the Miami Seaquarium. It's dated December 4th, 2013. I can show you and Mr. Lister a copy.

Sorry. Am I staying your name correctly?

MR. LISTER: You are.

Q. BY MS. WILSON: Okay. Take look at it. Just let me know when you've finished reviewing it.

A. Uh-huh.

Q. Okay. Also, my client just reminded me that it's noon. We do -- I would say we're probably about life halfway done. We can take a lunch break if you want, or if you want to just get through this?

A. No. Why don't we take a break. I'm not going to stave to death.

Q. Okay. Can I -- well, just hang onto that, and I'll probably start with this when we come back.

(Lunch recess taken.)

Q. BY MS. WILSON: Sort of a housekeeping issue: We did want to ask you if it would be possible to provide just a photocopy of the book chapter that you mentioned that you took a look at --

A. Sure.

Q. -- preparing for the report, the one on Orca immunology, the --
A. I'm fine with that.
Q. -- one that you wrote?
A. Yeah. It's not an easily -- it's a textbook, so --
Q. Uh-huh.
A. Yes, it won't be at Borders.
Q. All right. So right before we left off, I had just handed you a copy of the -- this document that's titled, "Immunology Profile" --
A. Exactly.
Q. -- dated December 4th, 2013.
A. Uh-huh.
Q. Have you seen this document before?
A. I wrote it.
Q. You wrote it. Okay. And could you just describe the circumstances of you writing it for the record.
A. A standard report. We received a sample from Seaquarium on December 4th, and we ran the analysis. And this is what I sent back to them --
Q. Okay. So the --
A. -- including -- which would have included the table that you've got. Would have been added to that.

So every time we add to it, so they can see what's days gone past.

Q. Okay.

A. So every time it adds another -- just another -- another column, if you will.

Q. So you're saying that it's the written report, and then attached to it is the table with an extra column and extra date?

A. That's correct, uh-huh.

Q. So if there are no objections, I'm going to move to admit this report.

MR. LISTER: No objections. Can I ask, Counsel, was this taken from any larger document, or was it a single-page document.

MS. WILSON: It was taken from the production. I can't -- actually, I don't -- I can't answer that question.

MR. LISTER: You don't know if this was page 1 of 2 or page 1 of 3.

MS. WILSON: Other than what's written on it --

MR. LISTER: I have no objection to submission subject to supplementing it if it turns out to be page 1 of a three-page document, something like that.

MS. WILSON: Yeah, that's fine.

THE WITNESS: This would have been the one-page summary.

MR. LISTER: That's helpful.

THE WITNESS: If I've got 15 animals, then it becomes three pages. If I've got one animal --

MS. WILSON: Okay.

(Plaintiffs' Exhibit 2 was marked for identification.)

Q. BY MS. WILSON: I'm just going to read a sentence in this report from the first paragraph. It's the last sentence in the first paragraph. It says, "We've not, looked at an Orca this old, so the reduction of the naive/memory T lymphocyte ratio to "Q" may or may not be significant. This is the first time we've seen so few naive T lymphocytes."

Can you just explain what this sentence means?

A. The intent of that -- of that sentence was not to instill a fear into the veterinarians that, "Oh, my God, life is over," you know. It just -- she has been low, had gotten really low, continues to be really low.

And so it's just a -- a comment made to them not to scare them into, "Oh, my God, the animal's going

to die." It's just to make them aware that we're running baseline here. So we need to be really careful, and they need to take care and make -- you know, just keeping a good eye on the animals, which I think all of these people do.

But the main essence of the statement was -- is, yeah, it's at zero, but it doesn't mean that her life is going to end in the morning. That was the intent. I don't like to scare people.

Q. Sure.

MS. WILSON: And, sorry, Ms. Benson, did you get the full question.

(Discussion held off the record.)

Q. BY MS. WILSON: Okay. Do you still agree with the part of the sentence that says, "the reduction of naive or memory T lymphocyte ratio may or may not be significant"?

A. It's significant -- I mean, it may or may not be significant in the immediate health of the animal. Okay, the animal's been at very low for some time any way.

So what I'm saying is it could surely become significant, because the animal has very few naive cells to operate on. But it doesn't mean that -- the "may" or the "may not," I just wanted to make sure they

didn't perceive this as the the end of the road. I mean, the animal can survive this way.

Q. So what does the ratio and the low numbers tell you about the immediate health of the animal?

A. The immediate health of the animal can be fine. You know, we can -- we can -- they've got an inmate immune system. And she is living in an environment that that animal has been in for a long time.

And so I take that as a comfort level, that she's got -- you know, assuming the -- and the animal, she does have good -- she's got good numbers of memory T cells.

So as long as she doesn't run into a -- you know, a meat grinder, a bad microbe, then -- so the "may" or "may not," it just depends on the conditions.

MS. WILSON: Okay. Sorry. Do you mind to read back the answer.

(Record read by reporter as requested.)

Q. BY MS. WILSON: When you said comfort level, were you referring to -- did you mean the ratio, or --

A. Or the absolute number, too. It's just not -- the ratio is a good measure longitudinally. But at the end of the day, right, what's a ratio mean? It's a ratio of naive to memory cells.

So what you do is you actually go and look at the number of cells that are actually there per unit volume, and there are just very few. There's few naive cells there.

Q. So I was asking about why the ratio would relate to her health, because you seem to be saying that you were reassuring the veterinarians that we wasn't going to die, that she was okay.

So how -- so why -- help me understand why the ratio would be indicative of that or why they might be worried because of her ratio.

A. Well, it's -- they should be worried because she has very few naive lymphocytes. And because she has few naive lymphocytes, that's why the ratio was so low.

Q. What does that tell you about her health?

A. It tells me nothing. Her immediate health is obviously fine. It's the risk level.

Q. Okay. And I wanted to show you another -- I'm going to show you another Immunology Profile very similar. This one is dated December 17th. Would you like a copy?

MR. LISTER: Thank you.

THE WITNESS: Uh-huh.

Q. BY MS. WILSON: Okay. I'm going to ask the

same questions as I did on the last one. Do you recognize this?

A. I would have written it, uh-huh.

Q. And you wrote it; correct?

A. Yeah.

Q. And this was prepared in the same way as the previous document, as any other reports --

A. Absolutely.

Q. That you might --

A. Uh-huh.

MS. WILSON: And so if there are no objections, and then the same caveat about supplementing. I'd like to --

MR. LISTER: No, objections. Thank you, Counsel.

MS. WILSON: -- move to admit in one.

(Plaintiffs' Exhibit 3 was marked for identification.)

Q. BY MS. WILSON: So I'm going to read again the first paragraph, the second sentence. "Toki could just have her system rocking in response to an insult and is handling it fine."

Tell me what you mean there.

A. She is obviously having an active immune response. But that's not necessarily bad. You know,

we all have active immune responses when we don't know it. We're just looking in a way -- at her blood profile that I can tell that she's having an active immune response.

So that's what I mean when I say, the fact that she has activated B lymphocytes in her circulation, then it just means her immune system is working against an insult and is apparently handling it fine, assuming her appetite is good and she feels okay.

Q. Do you know what the insult is?

A. No.

Q. Can you tell that from the data that you have?

A. From the report that I wrote 13 days earlier than that, I would have suspected a viral infection.

Q. Where would a -- where could a viral infection come from?

A. From anywhere.

Q. The environment?

A. The environment, absolutely.

Q. Most likely, or --

A. Yeah, absolutely, absolutely.

Q. And how can you know that she is handling it fine?

A. Well, I have to -- I have to rely on their

clinicians, and the help of the animal. I mean, if the behavior is good, and the appetite is good, then obviously the animal is managing it okay.

So you have to have -- and I'm not there, right, so I have to rely on the veterinarians, that they may or may not call me. There's nothing I can do about it; right? So they may or may not call me regarding the immediate health of the animal. I can't tell that.

Q. Okay. You said earlier you don't take any -- you don't take from the Miami Seaquarium any information about her behavior or appetite or other; is that correct?

A. That is correct.

Q. So when you say she's handling it fine, what are you basing that on?

A. Immunologically.

Q. Only?

A. Yes.

Q. And so how do you know that?

A. Well, just the fact that you've got an active immune response means you're responding to it. The worst thing you can have in an animal, if an animal does get sick, and you see no evidence of an active immune response, then that's pretty quarry.

Q. And is this particular insult that caused the hyperactivity that you saw in this report, was it a new insult, a new pathogen?

A. Not necessarily. Not necessarily. Could be memory working.

Q. And you don't know?

A. That's the beauty. No, no. No, there's no way. I mean, not -- not without a concerted effort. I mean, you could maybe ferret that out. But here, no, you're just -- she's responding. Her adaptive immune system is responding and, it very well could be a memory response.

Q. Okay.

A. Which, if it were memory response, would be consistent with the fact that she's not showing outward clinical signs of it. I don't know if she's showing outward clinical signs or not.

Q. The memory cells, could -- is it possible that Toki still has memory cells from the first few years of her life which were spent -- when she was free -ranging?

A. You know, I couldn't say. I'd be -- it would be really hardly to say. That's a long time ago without any -- now, it's a potential some of them, yeah. And those that would be existing could well be

from boosts that she got.

Q. How would she get boosts?

A. In the environment she's been in for the last many, many years.

Q. Okay.

A. A lot of microbes are rather universal; right? It's the ones that aren't that one worries about.

Q. Yeah, because you've said that her -- throughout the time that you've been studying her, her memory numbers have maintained relatively constant --

A. They've been pretty good.

Q. -- is that correct?

A. Yes, that's correct.

Q. And it's possible that the memory cells that are developed when she was introduced to insults at any point in her life could be retained; is that correct?

A. Yeah, for the -- as long as -- you know, that's really -- as I told you, you asked the question before, how long-lived is a memory cell. You know, we can't really answer that. How long is a single cell.

And so what you're -- what you're betting on is some reinforcement along the way, reexposure. And so it's possible that some would still be there, probably a lot -- probably a fair number wouldn't be

there anymore.

Q. In people, do we retain our memory cells from pathogens that we encounter as infants?

A. Some, you would; some, you wouldn't.

Q. And you just don't --

A. Oh, no. I don't know that anybody could answer -- I don't think anyone could answer that question.

Q. Would you agree with the statement that it's possible that Lolita would have some memory lymphocytes from when she was living in Puget Sound from approximately one to six years of age?

A. You know, I -- that would be just be highly speculative. I couldn't -- I wouldn't want to -- I wouldn't want to commit a response to that.

Q. Okay. Can you just explain why or why not?

A. The reason I would say I can't is in just -- it was a long time ago. And we really don't know the rate at which an animal -- you know, they're still -- you know, for the first few -- for the -- a time period in there, you're protected from a lot of microbial infections from the colostrum, from what the new -- the youngster gets out of the milk.

And unfortunately, while that does protect -- protects you and me, protects any animal, whether they

came across the placenta, whether they get it in the milk, the problem is you don't develop memory.

And why? Because it's blocked, because the maternal influence, mom's exposure, what she passed on to you is going to take that out before it's passed on to memory.

A great example is when we used to get gammaglobulin if we're headed to a third world country to protect us from hepatitis A. You never develop immunity. You get exposed to it, it protects you, but it neutralizes it before it can induce any long-term memory.

So that's a question you just can't -- I have to no way to answer that. I have no idea how long the maternal immune system would -- you know, and how that's going to impact that.

Q. So what you just explained to me was the immunity that's given to an infant from the colostrum doesn't develop memory; is that correct?

A. No. It actually blocks it.

Q. Okay. So memory cells are developed after weaning; is that correct?

A. Yes, yes, uh-huh. Simply put, yeah. Oversimplified, but yeah.

Q. Sure. When does that occur in Orca?

A. I don't know. That's one of the reasons I would hesitate to even offer a -- an opinion.

Q. So I want to jump back to your expert report. And I'm on page 2, right underneath the -- right underneath the graph where it says, "In addition to the concern of relocating an aged animal with a geriatric immune system, the additional negative impact of stress induced by a major alteration in Lolita's living environment is of concern."

Can you just explain to me what you mean by that?

A. What I mean by that is if the animal were moved, we don't know what kind of a stress that's going to be. The truck ride, the new environment, the change in everything that's around, that's an unknown.

Q. Okay. And what do you mean when you're talking about stress?

A. Psychological stress.

Q. So you're talking about her mental state?

A. Yeah. I mean, we see stressed animals all the time that get stressed from psychological type -- nonphysical insults.

Q. Okay. Tell me more about that, when you see stressed animals all the time. Are you talking about in your lab?

A. No. I mean, I -- geez, I work around livestock. I'm around people. When any mammalian -- any mammal, something upsets them, they become more susceptible to infection, to disease.

Q. What are the indicators of stress that can be ascertained by immunological profile of an animal?

A. I don't know that one can.

Q. So you can't tell --

A. Oh, if they're severely stressed, you'll get immune dysfunction.

Q. Okay.

A. But again, that's hard to -- that's hard to measure. We usually see, if it's just real day life, increased susceptibility to getting sick.

Q. Were you provided any -- any facts or information about transporting Lolita that you're basing this statement on?

A. No, no, huh-uh.

Q. So you just assumed that about the move --

A. No. I mean --

Q. -- would be a stress?

A. -- if she were moved to a different environment, I figure that's a transport. I mean, I've been around animals being transported often. I mean, it's not -- it's the way we move them around. It's the

way everybody moves them around, whether it's a black rhino or a dolphin, they get translocated.

Q. And then so in the next sentence in your report, you are -- you quote from an article that says, "Aging is associated with natural disregulation and immune functioning, which may be amplified when it occurs in the context of chronic stress."

A. Uh-huh.

Q. Can you tell me how -- how you understood this quote to be relevant to your assessment of Lolita?

A. In the sense of Lolita, then I take -- then the way I look at that is -- and there's a reason I took that absolutely as it was -- as it was written, so I didn't paraphrase it to alter it in any way.

Q. Uh-huh.

A. If you take "aging is associated with disregulation of the immune system," that's what we've been talking about. It's the loss of production of naive lymphocytes and their -- the limited diversity that they can generate as what they were able to do when they were younger. And then if you add a stressor on top of that, then it's going to amplify the magnitude of that.

So I see that as a relevant, maybe not chronic stress. Who knows what's -- you know, there's

acute stress, and there's chronic stress. And I'm not sure we can distinguish between the -- well, ultimately, I guess you could retrospectively determine acute from chronic stress. So the two are of concern in any age animal. It's true of a human.

Q. Yeah. So that actually was my question. How do you differentiate between chronic and acute stress?

A. Yeah, that's difficult to do.

Q. In terms of --

A. Chronic stress -- it's all relative; right? Chronic stress is that the stressor is not removed. So how long do you stay stressed out?

Q. Do they differ at all in terms of their impact on the immune system functioning?

A. That's a great impact of it. Yes, a lot of the literature today in the human field on stress is associated with caregivers. And everybody's interested in that; right?

And the stress on a caregiver, if it's a parent, has a tremendous impact, negative impact on the immune system. And that's pretty well described in the literature now.

Q. Is it at all described in the literature on cetaceans, mammals?

A. I can't imagine it would be.

MR. LISTER: I'm just going to object to the form of the last question. I think it may be hard to understand reading a transcript.

MS. WILSON: Yeah, I'm just trying to follow the --

MR. LISTER: I understand the difficulty of asking the questions. I just have a feeling this one may be a little hard to follow.

Q. BY MS. WILSON: Okay. Well, let's -- I have a series of questions. I want to get back to stress and Lolita.

Have you been measuring her level of stress at all during the course of the study.

A. I have no idea how one would measure stress.

Q. But you are talking about the impact of stress on her immune system and her well being, which is why I'm --

A. Right.

Q. -- asking about whether you --

A. No. I pulled that from the human literature. And naturally, that is retrospective. It's not like one can say, "You're stressed. You've compromised your immune system." You only see that when disease expresses itself.

Q. But it's correct to say that assuming that

she is chronically stressed, that would be impacting her immune system; correct?

A. Correct. But I'm not sure how you would measure that to determine whether the animal was stressed or not. That's the problem.

Q. Well, because -- well, you could -- but you've already -- you've already assumed that a transport would cause stress?

A. Absolutely.

Q. So I'm just trying to understand --

A. To me that's just logical. Sorry.

Q. Right. Would it be also logical to assume that boredom would cause chronic stress?

A. I have no idea.

Q. You have no idea. What about exposure to anthropogenic noise. Would that cause stress?

A. There's just no way for me to know that.

MS. WILSON: The witness raised his hands and shook his head.

THE WITNESS: Sorry. I thought I said no as well.

MR. LISTER: I think he also verbalized his answer as well. But you're right, the court reporter can't see the shaking of the head and the raising of the hands.

Q. BY MS. WILSON: Would inability to exhibit natural behaviors cause stress?

A. There's no way to measure stress except a negative outcome, that I know of. But again, I'm not a behaviorist, so I would not be -- even if there was a way, I wouldn't -- and I would not be aware of it. I would not be in a position to speak of what would induce stress in a marine mammal, and what wouldn't.

Q. But you just said that a transport would induce stress in a marine mammal; is that correct?

A. I think a transport of any animal would induce stress. That's just a general comment. We see it in -- see it in horses. Any animal you transport, take out of their environment, in my opinion, probably induces a degree of stress. May be transient.

Q. May be -- sorry?

A. May be transient.

Q. I'm sorry, I don't know the word.

A. Transient. Doesn't last.

Q. Oh. Sorry. Would it be fair to -- or accurate to characterize the testimony that you gave just a few minutes ago that I thought I heard you say that stress can mostly be measured retroactively? Is that correct?

A. Well, I said that. But if I reflect on that,

I mean, it's -- again, how do you measure stress? And if you asked -- I don't know if there's stress specialists.

Maybe stress specialists can tell whether -- you know, a person can sometimes, I guess, articulate when they're stressed or when they've been undergoing chronic stress. I'm not sure how you determine whether an animal is.

Q. How did you measure the impact of stress on the immune system, then?

A. Then you really cannot measure that. Your best indication -- and you have to -- you can't even -- yeah, there's really no way that I know of to immunologically measure stress. We don't have those tools, the impact of -- we know that stress impacts the immune system. But how to measure that, I don't know.

Q. So how do you predict the impact of stress on the immune system?

A. I don't think you can predict stress. It's retrospective, based upon expression of disease, abnormal behaviors.

Q. How do you -- how, or can you predict of impact of -- sorry. Strike that. Let me rephrase.

So can you predict what an outcome might be of the effect of a stressing event --

A. No.

Q. -- on an annual?

A. (Shakes head.)

Q. No, you cannot?

A. I don't think so.

Q. Okay. So coming back to this sentence, it's -- you said something -- you're talking here about the additional negative impact of stress. And I realize we've gone over and over this, but I just want to understand what you mean when you just -- when you say negative impact. How would you measure that?

A. You cannot measure it.

Q. So I guess -- so then how can you -- how --

A. It's a risk factor.

Q. So the question is, what are you basing your opinion on? Your ultimate opinion here is that Lolita might be harmed by a transfer. So I just want to understand what you're basing this on.

A. I'm basing that on the fact that for years and years in the medical literature, stress can have a negative impact on our ability to immunologically respond to pathogens. But I cannot measure that in an in vitro assay on the immune cells. Not sensitive enough.

Q. Uh-huh. So you also can't predict, based on

your immunological as say, what her immunological response to a transfer would be?

A. Not to the transfer itself, no.

Q. What about placement in a new environment? What can you predict about her immunological response to that?

A. That's unknown. It depends what's there. It depends what she runs -- what any animal runs into, what they get exposed to and what they have memory to. So you cannot -- there's no way to predict that.

Q. But can we agree that stress -- based on what you've told me, stress, regardless of how it's induced, has a negative impact on the immune system?

A. It's -- again, it's all relative. It's -- the degree of -- it's a degree of stress, the duration of stress, there's no formula to predict that. And because there's no way to measure that internally, there's -- I can't -- you can't answer that.

Q. Can removal of stress or stressing factors impact the functioning of the immune system?

A. If they're stressed.

Q. Yeah. So I'm asking --

A. Again, no way to measure. No way to tell what stress is or not.

Q. Now we're interrupting each other.

A. I forget, we're not supposed to do that. Yeah.

Q. Based on your understanding and your knowledge of the literature, is it fair to say that if the introduction of stress, chronic or acute, will negatively impact the immune system, then will removal of stress positively benefit the functioning of the immune system?

A. Well, the way you worded your statement is that stress "will." It can. It doesn't mean that it necessarily will. It has the capacity to.

Q. Okay.

A. So I'd have to qualify that before I could say -- so if, in fact, it had the capacity to induce stress, and -- and if that degree of stress impacted the immune system, and if that stress were removed, then one could assume that that level would come back up.

Q. What would the impact of the administration of medicine, such as antibiotics, have on immunological function?

A. I -- you know, I would have to say antibiotics, from my knowledge, probably -- you know, not may -- I don't know of a negative impact it would have.

But again, you know, that's -- you're moving in -- once you get into treatments on animals, dosages, regimes of administration, the different impacts of how drugs, way beyond my -- you know, I don't have any idea of what they treat these animals with, how much, in what combination.

Q. Okay.

A. So it would really be just impossible to respond to that question with any degree of knowledge.

Q. Okay. Sorry. I'm trying on work on transitions, because we're jumping around a little bit. And I appreciate your patience with me.

Is it fair to say that your concern with Lolita is the introduction of new pathogens that she may or may not be equipped to respond to based on her current immunological profile.

A. Absolutely.

Q. But wouldn't she be just as likely to encounter new pathogens in any environment that she's in?

A. It can happen in any environment. But when you change environments, then you up the risk tremendously.

Q. Okay. Is she at risk of being introduced to new pathogens from interaction with trainers and staff?

A. In a given microenvironment, you could always have a Typhoid Mary come in, so to speak, somebody with something. But it has to be what we refer to as a -- I can't say the -- something that infects humans as well as animals. Okay? And they exist. I mean, there's always risks. It's relative.

Q. What do you know about the environment that Lolita has been kept in and -- as far as consistency?

A. I have no knowledge of the environment -- immediately environment she's been in.

Q. So am I correct in saying that you don't know if she's been consistently introduced to new microbial agents or pathogens throughout the course of the time you've been studying her?

A. I would assume, if she stayed in one -- the animal stayed in one place, so one can only -- you can always get introduction to new and novel microbes in any environment; right?

But you live in an environment. And unless that environment changes dramatically, you've probably got a pretty -- your immune system probably has pretty good handle on what's there.

Q. How do you know how stable her environment has been?

A. Well, microbial environments don't have a

tendency to change hugely. If you went to one type of water, and they shipped water in from somewhere else, I mean, I -- like I say, I don't know enough about her environment to know how much in flux it is.

Q. What about introduction or loss of other animals into the environment? Would that change it as far as microbes and things that you might be interested in?

A. I'm not sure I understand your.

Q. I guess I'm trying to understand -- what I'm getting at is because the basis of your opinion is that changing her environment puts her at risk. But the underlying assumption of that is that her environment has been constant for the past 15 years that you've been studying her. And I'm asking how you know that?

A. No, I wouldn't say "constant." I mean, any environment is changing. Right, sure, microbes come and microbes go. Climatic changes, alterations can impact the microbial environment.

Q. Okay. So why would moving her to a new environment be any worse from your perspective as an immunologist from keeping her where she is right now?

A. Oh, I think it's inevitable. If you translocate me or an animal into another environment that we've never -- that we haven't been in -- I got

sick as a dog the last time I went to Africa. And I've never been sick when I go over there. I associate some of that with an aging process.

But the bottom line is it's all a risk factor. But one would assume -- I'm making the assumption that if you move an animal out of an area, that microbial comfort zone that they've been in, into another one, that there's going to be changes. I can't imagine there wouldn't be changes in the microbial environment.

MS. WILSON: Would you mind to read back his answer?

(Record read by reporter as requested.)

Q. BY MS. WILSON: I guess -- because I don't think that actually answered my question, because I'm trying to get at why that would be better or worse for her as an Orca, and why you're saying that she would be better off left where she is.

A. It all has to do with the fact that she has a diminished capacity of her adaptive immune system to respond to new and novel microbes.

Q. But you can't predict with any degree of certainty how she's going to respond to a new -- this new -- a new environment?

A. My concern is that she won't respond to the

new environment, have a limited capacity to respond to that.

Q. And what are you basing the assumption on that the environment is even new?

MR. LISTER: Objection to the form of the question.

Q. BY MS. WILSON: Why are you saying that she would be in a new environment?

A. Well, if you move -- I mean, if you move out of the environment you're in, that becomes a new unique environment. You and I all move around, so I'm pretty -- my immediate environment is a pretty good chunk of the US.

Q. And what is the environment that she's going to be moved to?

A. If it's -- if you translocate that environment with her, then there would be no change. Oh, I have no ideal what -- I don't even know what the plan is -- what the -- but all I'm saying is that if it's -- her environment is Miami.

Q. Uh-huh. So did -- I guess, did your attorneys or did Miami Seaquarium tell you anything to base your opinion on that she would be going to a new environment?

A. No.

MR. LISTER: Objection.

THE WITNESS: We have not talked.

Q. BY MS. WILSON: Okay. So I guess what I'm trying to understand is your opinion is based on the abstract idea that she would be moving, placed in a new environment; is that correct?

A. You're absolutely right.

Q. And we don't know anything right now about this new environment?

A. But it -- other than the fact that if she's moved, it will be new.

Q. Would you still consider it new if it was an environment that she had been in before at some point in her life?

A. If it was when she was one to six years old, yes, I would consider it largely new.

Q. Okay. Why is that?

A. Because it's been so long. And as I stated, there's a lot of interference early on from maternal -- the maternal antibodies that an animal gets that interfere with development of memory.

Q. But you don't know how long that interference lasts in a juvenile or infant Orca?

A. No, no.

Q. And you don't know if Lolita has any or how

many -- sorry -- you don't know if Lolita has any memory lymphocytes from her -- the early stages in her life; isn't that correct?

A. No. There's no way to know that.

Q. Now I'm going to direct you to the last paragraph on page 3 of the report. The last two sentences are, "This" -- and it's referring to the decrease in the ratio of naive to memory T lymphocytes.

"This is consistent with our database of healthy domestic killer whales. I would conclude that Lolita has a profile consistent with other healthy, domestic, elderly killer whales."

And this is the database that we talked about --

A. Where are you at here? I'm lost.

Q. Oh, the last two sentences.

A. On what page?

Q. On page 3 at the very bottom.

A. Okay.

Q. "This is consistent with our database of healthy domestic killer whales. I would conclude that Lolita has a profile consistent with other healthy, domestic, elderly killer whales."

A. Yes.

Q. Okay. This is the database that we talked

about earlier; is that correct, of other --

A. Other animals that I've looked at.

Q. That you've looked at in your lab?

A. That's correct.

Q. Okay. The --

A. A combination -- a combination of dolphins and Orcas.

Q. Okay. And if I recall correctly, the number of Orcas was low; is that correct, or --

A. That is correct.

Q. Did we -- did you have the number?

A. No.

Q. And if I recall correctly, you don't -- you don't recall or you don't know how many of these killer whales were captive born versus wild caught?

A. No, I do not know.

Q. How might the immunological profile of a wild caught whale differ from that of a captive born whale?

A. I would say more than likely, it would differ in the microbes that they had been exposed to. They would differ in -- you respond to your environment, the microbes in your environment.

Q. And how might that be reflected in an immunological profile of the whale that you're looking at?

A. Well, from an immunologic profile, you cannot distinguish what they have memory to and what they don't.

Q. Okay. Would they differ at all in immunological functioning?

A. Not in function, no, I don't believe so.

Q. And when you say -- in this sentence, when you say "healthy," "other healthy, domestic, elderly killer whales," what do you mean by "healthy"?

A. Apparently healthy. They're not diseased.

Q. And again, as we covered -- this is based on what is told to you from the source of the samples; is that correct?

A. That's correct. In the longitudinal monitoring program, you're not responding to animals that are sick like you would in the diagnostic lab. You're just keeping a -- it's routine sampling.

Q. And you're not keeping a database or assessing any other information about these domestic killer whales with regard to their health; is that correct?

A. I do not keep health records about things like appetite and behavior, no.

Q. And when you say that her profile is consistent with other healthy, domestic, elderly

killer whales, is that only based on the ratio of naive to memory lymphocytes?

A. Oh, no. No. It's a combination of the number of neutrophils, the number of B lymphocytes, naive and memory T lymphocytes, the activation markers on their surface. It's a variety. It's a whole list of -- they look very similar.

Q. In measuring all of these things that you listed, are there inter-individual differences in terms of the range that you might expect or what you would deem to be normal?

A. Oh, I could see outliers in certain measurements. They may stay out; they may stay in. Most of them come pack in to what I -- is my comfort zone of, yeah, that's pretty normal.

Q. Just based on what you've seen over the course of your career; is that what you mean?

A. Exactly, yeah, just --

Q. Okay. So I know I can read it in your report, but tell me verbally, in your own words, what your opinion is that you formed in connection to your being retained as an expert witness in this case?

A. Restate that question. You lost me.

Q. It was a terrible question. I apologize.

What were you asked to form an opinion on in

this case?

A. The immunological health of cetaceans. I mean, that's where my expertise lies.

Q. Were you asked to form a opinion related to Lolita?

A. Nobody asked me to form an opinion, no.

Q. Okay.

A. They -- I was asked to make -- well, I guess an opinion -- I don't know whether you would call it an opinion.

Q. Conclusion?

A. I don't know -- I was asked to address the animal's immunology. And this is my assessment of that animal's immune system.

MR. LISTER: Could you say what "this" is, "this" is your assessment?

THE WITNESS: Yeah. The data that I have, the data that I have on this animal.

MR. LISTER: But you were touching your expert opinion as you said that. So you said "this" is your expert opinion.

THE WITNESS: On the data, on this animal's data. This is my -- I wouldn't say conclusion, but it's my assessment given all the facts that I have to work with and my background, that this is where I

would -- I'm very comfortable with this statement that I've made.

MR. LISTER: Let the record reflect that the witness is touching Exhibit 1, which is his expert opinion, and that's what he is referring to.

Q. BY MS. WILSON: Okay. So let's go to -- on page 4 of your report in the first paragraph, the second sentence says, "My professional opinion would be that Lolita, given her elderly age and low numbers of circulating B lymphocytes and naive T lymphocytes would best benefit from minimal changes in the environment in which she has lived the past many years."

So, what do you mean when you say "would best benefit"?

A. The odds of maintaining health.

Q. And what do you define as "health"?

A. In a nondiseased state.

Q. So are you considering -- when you say she would be best benefitted, are you considering anything outside of her immunological state?

A. And the potential for development of an infection of disease.

Q. So just so I'm clear, this wouldn't necessarily mean that you're not considering her psychological benefit; is that correct?

A. I have no way to measure psychological benefit. I mean, not a benefit. I have no way of evaluating her -- her psychological state.

Q. And it would also not include any other benefit to her physiological state in terms of -- you're looking at me confused.

MR. LISTER: I'm just going object to the term "physiological."

Q. BY MS. WILSON: Her muscle development or muscle condition, body condition. Are you looking at that or considering that at all in forming your opinion?

A. No.

Q. Okay. And so just so we're clear, you're very narrowly focused down on whether she would be diseased -- or be introduced -- potentially introduced to disease?

A. Things associated with the immune system; yes.

Q. Correct.

A. Uh-huh.

Q. Outside of -- outside of the context of preparing this report, are there any other things that you would think would be to the benefit of an Orca?

MR. LISTER: Objection; you're not

describing -- you're not describing what you propose.

Q. BY MS. WILSON: Sure. I'm just trying to understand because the terms -- the term used in the report is it would benefit her.

So I'm just trying to understand what that means and what we're talking about here, because you're not -- we've already covered that you weren't talking about her psychological state or her -- or any other aspects of the functioning of her as a mammal other than immunological.

A. Immunological and physical health. I guess that's --

Q. Uh-huh. And, let me think about this. I guess I'm just -- do you think that it would benefit an Orca's health to be free from chronic stress?

A. Any animal, if they were chronically stressed, or you or me, would benefit from being reduced from that.

Q. Do you know if Lolita is chronically stressed?

A. I have no evidence that she has chronic stress or acute stress. But how would I? That's the problem. I'm -- there's no way to do a psychological profile on what stresses the animal or not.

I guess a statement I would say is if I

looked back on her history and the fact that she has gone for you -- we've gone to maybe zero, very few naive cells, but she's lived with these very low number of cells. She didn't become geriatric last year. She's been geriatric for some time. Right?

And so I would take the fact that she has maintained, at least from what I understand -- but again, I'm not her veterinarian. I can only assume -- that she is still alive at quite a -- quite an old age.

Q. When you say "geriatric," in Orca terms, what does that mean?

A. In my opinion, it's an animal on the elderly end of the scale, when you start to get the decline of a lot of things, including the diversity and the capacity of your immune system.

Q. Okay.

A. So there's no set number. It moves all around for humans all the time.

Q. And so you're -- when you say that she's geriatric, you're referring only to her immune system?

A. That is correct.

Q. So you're not looking at anything else that might indicate a geriatric state?

A. She could have the mind of a 12 -year-old.

Q. Okay. I guess, what -- if you could explain

to me in lay terms, as best you can, what is your fear of what would happen to her if she is moved to a more natural environment?

A. It's not a natural environment that concerns me. It's a different environment.

Q. Okay. So what concerns you, just in lay terms? I mean, what could happen to her?

A. Exposure to microbes that she is incapable of responding sufficiently with an adaptive immune response to protect her from developing disease.

Q. And what is your level of -- so what is your level of certainty that that is what would happen here?

A. In my opinion, it's high risk. There is no 50 percent chance or 70 percent chance that I could come up with. It's an increased risk over the environment that the animal has been in for many years, so -- whether it's natural or unnatural.

Q. And is there a difference between being at high risk of not having an appropriate adaptive immune response and actually getting sick? Is there a difference between those two things?

A. It's new microbes, no memory to those new microbes and the diminished capacity of the adaptive immune system to create new responses to new microbes.

Q. I guess, it sounds to me like you're stopping

just short of saying she would get sick; is that correct?

A. I'm personally concerned she will. But it's a risk. It's a risk factor. No, no one could say that. No one could say she would get sick. I would say her chances are better staying in the environment that the animal has lived in for the last many years. But no, I'm not saying she's going to get sick if she takes a holiday somewhere.

Q. And can you quantify that risk?

A. No.

Q. And again, your risk assessment only goes to her immunologic response; is that correct?

A. That is correct, to her memory and her ability to mount a new and unique response.

Q. So you're not giving any opinion on if there are any other ways that she might benefit from being in a different environment; is that correct?

A. No. Just strictly her health.

MR. LISTER: I think we've gone over this topic for a while. I'm beginning to get close to "asked and answered."

MS. WILSON: Okay. Thank you.

Q. BY MS. WILSON: Is there any scenario where you would recommend or be okay with an aged animal

being moved to a different environment?

A. You know, it's all relative. When I see an animal like this -- I've never seen an animal with so few naive lymphocytes in my life, okay, and that concerns me. So this animal is a special concern to me because it is so low.

But no, I think -- it's not like you -- I don't feel like you can draw a line. As you move -- as you lose the capacity to mount new responses, then the risk goes up that you could run into something at home -- surely run into something abroad, if you will.

So in general, I would -- I would hesitate, or I would surely think hard about moving an aged animal into a new and unique environment. I don't care what flavor the animal is.

Q. Okay. And just a few more sort of administrative questions. Did you reach any conclusions in preparing your report that didn't make it into the final written draft?

MR. LISTER: Objection; that's contrary to Rule 26, which protects the confidentiality of draft opinions.

Q. BY MS. WILSON: Did you review any of the Plaintiffs' expert reports that were produced in connection to this case?

A. I read one, and I mentioned that when we started, a comment that somebody had made at deposition that had worked for Miami Seaquarium in the '70s.

MR. LISTER: Counsel if you want me to clarify that, I can. But it's up to you.

MS. WILSON: Yeah. I guess the question is whether Dr. Stott can be expected to be providing any rebuttal expert testimony.

MR. LISTER: We haven't considered that yet. But I know what document he was referring to in his last answer, and I'm happy to tell you that if you want me to tell you that.

MS. WILSON: Okay.

MR. LISTER: He was given the opportunity to read the exhibits to the amended answer, when I read at the beginning the documents we provided him. One of those is Exhibit E, which is the Sykes deposition. That's what he is referring to. It's something from the Plaintiffs' side tht he has read.

Q. BY MS. WILSON: Okay. And so nothing else since that initial --

A. No.

Q. -- bunch of stuff that Mr. Lister give you?

A. No.

MS. WILSON: So I am probably done. I might

ask that we just take a few more minutes so I can go back through and be sure I didn't miss anything, if that's okay.

(Recess taken.)

Q. BY MS. WILSON: I did just want to clarify one of the points that we had just touched on before we took a break.

And so my question is whether you agree that it would be accurate to say that there are some situations where the increased risk of exposure or immune response could be an acceptable risk if there were countervailing benefits for the animal.

A. Yeah, I suppose if they threatened the animal's life. I mean, that's almost -- I find that -- that's a pretty tough question without -- to respond to without having -- having a good -- a head around the threat. If -- but yeah, if -- if it's worth the risk, I guess that's -- you know, that's a judgment call. That's a judgment call.

Q. Is there anything for you, in your own personal or professional opinion, that would be worth the risk?

A. With that animal, I -- there's a couple animals that I deal with that it would have to be a pretty -- it would have to be a pretty good -- it would

have to be really a substantial threat, I think, for me to -- I think the risk is high, but that's a professional opinion; right? It's medicine.

And so it would have to be a substantial threat, in my opinion, to the animal's well being and health. And I'm mostly health-oriented. It's what I've done for the last 40 years, is try to keep animals healthy.

Q. And, I'm sorry, what would have to be a substantial threat? Because my question was about countervailing benefits to the animal.

A. Right.

Q. And you -- so --

A. Relative to other -- yes, I guess my concern would always be that at the age and the immunologic state that that animal is at, that that probably -- her immune system is more than I would consider the greatest -- the greatest threat I think she faces at this point in time is her immune system and her inability to -- her potential inability to respond to something new. And that could happen.

Like I say, you don't have to take an animal into another environment to have something go horribly wrong and get introduced to a pathogen this animal cannot manage because of the deterioration -- because

of the aged immune system.

I hate to use the word "deterioration." It sounds so fatalistic. But given that, the -- I believe that the risk goes way up if the environment is changed.

And I think that's the greatest risk to the health, which is where I come from, is health is a -- as I see it is a infectious disease, physical well-being.

MS. WILSON: Okay. I think we're done. I wanted to ask if you had decided whether you want Dr. Stott to review the transcript and sign it before it comes out.

MR. LISTER: The answer is going to be yes. And I just had very few redirect questions. So I would ask the witness that now.

Do we have Exhibit 1, the expert opinion.

THE COURT REPORTER: Yes.

EXAMINATION BY MR. LISTER

Q. Dr. Stott, I've handed you Exhibit 1, which is your expert opinion in this case. Did you reread your opinion before you came to have your deposition taken today?

A. Yes, I reread it this morning.

Q. Are the facts stated in it correct?

A. Yes.
Q. Do the opinions stated in your expert report represent your best professional judgment?
A. They do.
Q. And would you be willing to testify so in court?
A. Yes, I would.
MR. LISTER: Thank you. That's all I had.
MS. WILSON: Okay.
MR. LISTER: Yes, we do want Dr. Stott to have the opportunity to review the transcript.
(Discussion held off the record.)
THE COURT REPORTER: You might want to put a stipulation on the record, agreeing to shortening the reading and signing time to two weeks.
MR. LISTER: That's fine.
MS. WILSON: Yes.
(Deposition concluded at 2:11 p.m.)
* * *

DEPONENT'S SIGNATURE

Please be advised I have read the foregoing deposition, pages 1 through 177, inclusive. I hereby state there are:

(Check one) _____ no corrections

_____ corrections per attached

_________ ______________________________
Date Jeffrey Lynn Stott, Ph.D.

STATE OF CALIFORNIA

I, Vickey L. Benson, CSR 8076, a Certified Shorthand Reporter in and for the State of California, do hereby certify that, prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth; that said deposition was taken down by me in shorthand at the time and place named therein and was thereafter transcribed under my supervision; that this transcript contains a full, true and correct record of the proceedings which took place at the time and place set forth in the caption hereto.

I further certify that I have no interest in the outcome of this action.

EXECUTED this 19th day of February, 2016.

Vickey L. Benson
CSR # 8076

GOLDEN STATE COURT REPORTING & VIDEO, INC.
601 University Avenue, Suite 135
Sacramento, California 95825
(916) 489-5900

February 22, 2016

Jeffrey Lynn Stott, Ph.D.
Department of Pathology
VM3A
UC Davis, CA 95616
jlstott@ucdavis.edu

Re: PETA vs. MIAMI SEAQUARIUM
Date of Deposition: February 12, 2016

Dear Dr. Stott:

The transcript of your deposition taken in the above-entitled matter has now been completed. The original transcript will be held in this office for 35 days from the date of this letter before it is sealed and forwarded to the deposing attorney. You have the right to review, sign, and make corrections to your transcript within a two-week period by coming to our office. Please call the above number to make an appointment for your review. It is standard policy not to release the original transcript, and complimentary copies are not provided.

If you are represented by an attorney, I advise that you contact your attorney to discuss the matter. You may read your attorney's copy of the transcript and forward any changes to our office by letter or by filling out the correction page included in the transcript. If you are an independent witness and have any questions, please contact the attorney who requested you to testify or this office for further instructions.

There is no need to contact this office if you do not wish to read your transcript.

Very truly yours,

GOLDEN STATE COURT REPORTING
Cc: All Counsel

ERRATA SHEET FOR THE TRANSCRIPT OF:

DEPONENT: Jeffrey Lynn Stott, Ph.D.
CASE NAME: PETA et al v. Miami Seaquarium et al
DATE OF DEPOSITION: 02/12/2016

Note: If you are adding to your testimony, print the exact words you want to add. If you are deleting from your testimony, print the exact words you want to delete. Specify with "Add" or "Delete" and sign below.

| Page | Line | Change/Add/Delete |
|---|---|---|
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |
| ____ | ____ | ________________________________________ |

Pursuant to Section 2025 (q) (1) of the code of Civil Procedure of the State of California, I hereby certify that I have read my deposition transcript, made those changes and corrections that I deem necessary, and declare under penalty of perjury the testimony therein to be true and correct.

Date:________________Signature:________________________________________

ERRATA SHEET FOR THE TRANSCRIPT OF:

DEPONENT: Jeffrey Lynn Stott, Ph.D.
CASE NAME: PETA et al v. Miami Seaquarium et al
DATE OF DEPOSITION: 02/12/2016

Note: If you are adding to your testimony, print the exact words you want to add. If you are deleting from your testimony, print the exact words you want to delete. Specify with "Add" or "Delete" and sign below.

Page Line Change/Add/Delete

____ ____ ______________________________________________

____ ____ ______________________________________________

____ ____ ______________________________________________

____ ____ ______________________________________________

____ ____ ______________________________________________

____ ____ ______________________________________________

____ ____ ______________________________________________

____ ____ ______________________________________________

____ ____ ______________________________________________

____ ____ ______________________________________________

____ ____ ______________________________________________

____ ____ ______________________________________________

____ ____ ______________________________________________

____ ____ ______________________________________________

Pursuant to Section 2025 (q) (1) of the code of Civil Procedure of the State of California, I hereby certify that I have read my deposition transcript, made those changes and corrections that I deem necessary, and declare under penalty of perjury the testimony therein to be true and correct.

Date:________________Signature:________________________________________

ERRATA SHEET FOR THE TRANSCRIPT OF:

DEPONENT: Jeffrey Lynn Stott, Ph.D.
CASE NAME: PETA et al v. Miami Seaquarium et al
DATE OF DEPOSITION: 02/12/2016

Note: If you are adding to your testimony, print the exact words you want to add. If you are deleting from your testimony, print the exact words you want to delete. Specify with "Add" or "Delete" and sign below.

| Page | Line | Change/Add/Delete |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Pursuant to Section 2025 (q) (1) of the code of Civil Procedure of the State of California, I hereby certify that I have read my deposition transcript, made those changes and corrections that I deem necessary, and declare under penalty of perjury the testimony therein to be true and correct.

Date:________________ Signature:________________________________________

GOLDEN STATE REPORTING & VIDEO, INC.
601 UNIVERSITY AVENUE, SUITE 135
SACRAMENTO, CA 95825
(916) 489-5900 Fax (916) 489-5901

Dated:______________________

ANIMAL LEGAL DEFENSE FUND
ATTN: Stefanie Wilson
170 East Cotati Avenue
Cotati, CA 94931

RE: PETA et al v. Miami Seaquarium et al
Jeffrey Lynn Stott, Ph.D.

Dear Ms. Wilson:

This is to inform your office of the disposition of the original transcript of the above referenced deposition.

The following action has been taken:

( ) Signature waived on the record:

( ) The deponent indicated he/she did not wish to review the deposition transcript by signing and returning the notification letter attached.

( ) I certify that the deponent was given the statutory allowable time to read and sign the deposition transcript, and the deponent failed to appear for such reading and signing or failed to submit the changes/corrections/signature page.

( ) I certify that the witness has read and signed the deposition transcript and has made corrections to the deposition transcript attached.

( ) Through counsel, the deponent has made corrections or changes to the deposition transcript attached.

( ) Original transcript is forwarded to your office.

Sincerely,

Golden State Reporting & Video, Inc.

# EXHIBIT 1

Dr. Stott's written report, along with supporting materials



UNIVERSITY OF CALIFORNIA, DAVIS

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO



SANTA BARBARA • SANTA CRUZ

SCHOOL OF VETERINARY MEDICINE
DEPARTMENT OF VETERINARY PATHOLOGY, MICROBIOLOGY AND IMMUNOLOGY
TELEPHONE (530) 752-1385
FAX (530) 754-8124

ONE SHIELDS AVENUE
DAVIS, CALIFORNIA 95616-8739

February 5, 2016

Re: Case 1:15-cv-22692-UU
Lawsuit filed against the Miami Seaquarium by PETA, Animal Legal Defense Fund & Howard Garrett/Orca Network

Regarding the lawsuit filed against Miami Seaquarium in regards to housing and maintaining Lolita, the killer whale, I am offering the following opinions. I do so in the capacity of a Veterinary Immunologist with expertise in the cetacean immune system.

**Overview**

The "Complaint for Declaratory and Injunctive Relief" put forward in point #72 states that "cetacean experts state that Lolita would thrive if transferred to a protected sea pen in her native waters ...... and would generally provide her with physical and psychological enrichment crucial to her well-being."
As a veterinary immunologist I am well versed on the mammalian immune system. The immune system is extremely complex and can be compromised by a multitude of social, physical and microbiological insults. My laboratory has received blood samples from Lolita from the Miami Seaquarium over the last ten-plus years for the purpose of establishing a longitudinal immunologic monitoring program to assist veterinarians in health assessment. Blood samples, which are the standard window for establishing health diagnostics in mammalian medicine, were sent to our lab 1-6 times/year for 13 of the past 15 years. Over this time span, in which Lolita's age increased to 50, we observed a gradual decrease in the number of circulating naïve T lymphocytes/unit volume of peripheral blood. This decline would be consistent with clinical immunology literature in humans. The decrease in naïve T lymphocytes associates with a trend towards a decreasing ratio of naive/memory T lymphocytes.



CONFIDENTIAL




In addition to the concern of relocating an aged animal with a geriatric immune system, the additional negative impact of stress induced by a major alteration in Lolita's living environment is of concern. I have quoted a recent peer-reviewed research article as follows: "Aging is associated with a natural dysregulation in immune functioning which may be amplified when it occurs in the context of chronic stress" [Neuroimmunomodulation. 2008; 15(4-6): 251–259]. At the conclusion of this letter, I provide my opinion regarding the practical consequences of age and stress on this case.

**Discussion of Immune System**

I thought it prudent to include the following lay-description of the lymphocytes we are assessing in our laboratory. Our focus is on the cells of the adaptive immune system as they are responsible for "memory", alternatively described as immunity. The two major identifiable populations of lymphocytes are divided into T lymphocytes and B lymphocytes. We are also able to distinguish between naïve T lymphocytes (newly formed and derived from the bone marrow) and memory/effector T lymphocytes that can be long lived and provide long-term immunity.

Naive lymphocytes will die in a few weeks if they are not specifically activated by a microbe for which their receptors are specific. Newly formed naïve lymphocytes, expressing appropriately specific receptors, are induced to clonally expand when they engage pathogens; these cells become effector lymphocytes and are responsible for pathogen-specific memory.

As a mammal enters "old" age, the production of naïve lymphocytes deteriorates and those that are produced experience a decrease in pathogen-specific receptor diversity. The result is a decreased ability to respond to new and foreign stimuli (pathogens) never before encountered.

However, the memory lymphocytes establishing over the life of the animal provide protection against pathogens encountered in years past. Upon graphing the absolute numbers of Lolita's circulating T lymhocytes as a function of age, one can visualize what appears to be a slow decline in naïve T lymphocytes, resulting in a concomitant decline in the ratio of naive :memory T lymphocytes (illustrated in the previous graph). This observation is consistent with aging of the human adaptive immune system.



HIGHLY CONFIDENTIAL

As a general overview of the immune system, I would offer the following comments. The immune system is extremely complex and does not lend itself to a simple explanation in lay terms. An excellent overview is provided in the Fourth Edition of Peter Parham's "The Immune System" published by Garland Science. The first chapter of 26 pages provides an introduction to the "elements of the immune system and their roles in defense"; a very effective one page summary is provided on page 26.

I would summarize with the simple explanation there are two arms of the immune system, the innate system and the adaptive system. Cells and products of the innate system are fixed in quantity, respond rapidly following a microbial insult, and in most cases, effectively eliminate the invader. The adaptive immune system is largely composed of lymphocytes with exquisitely specific receptors that are generated by chance on a non-stop basis; lymphocytes are continually being produced and those that are not activated through their varying receptors are rapidly eliminated and replaced by new lymphocytes with equally diverse receptors.

When B lymphocytes encounter a microbe for which their receptors are specific, they expand in number with some secreting large amounts of their soluble receptors (called antibodies) which bathe the tissues of the host and facilitate elimination of the pathogen; other of these activated B lymphocytes become long-lived memory cells that can rapidly proliferate if the microbe is reencountered in the future (immunity). The same is true for T lymphocytes with the exception that they do not secrete their receptors and they themselves engage microbes for which their receptors are specific and facilitate their elimination.

<u>Immune System Changes in Orcas in Humane Care as with emphasis on Age</u>

Armed with this short overview of the adaptive immune system, I would offer the following description of our immunologic analysis of killer whale blood. A large number of Orca blood samples have been analyzed over the last fifteen years by the Laboratory for Marine Mammal Immunology here in the University of California's School of Veterinary Medicine in Davis. Animal age ranged from young to elderly. Classical hematologic and flow cytometry-based white blood cell analysis identified age-associated decreases in a number of subpopulations. Relative to the adaptive immune system, the total number of lymphocytes decreased with increasing age. These alterations were due to a decrease in B lymphocytes and T lymphocytes. The decrease in T lymphocytes was due to reduced numbers of naïve T lymphocytes which was reflected by a decreasing ratio of naïve to memory T lymphocytes.

Lolita's profile is consistent with the "old age" category based upon her numbers (low numbers of B lymphocytes, low numbers of naïve T lymphocytes and a low ratio of naïve to memory T lymphocytes). She has maintained a relatively constant profile over the 13 years we have been monitoring her. The only consistent alteration over this time has been the slow decrease in the ratio of naïve to memory T lymphocytes. This is consistent with our data base of healthy domestic killer whales. I would conclude that Lolita has a profile consistent with other healthy domestic elderly killer whales.



CONFIDENTIAL

Practical Consequences and Conclusion

In summary, regarding the issue of "whether it makes sense to make a major change in Lolita's environment at this time in light of the above points" I would offer the following. My professional opinion would be that Lolita, given her elderly age and low numbers of circulating B lymphocytes and naïve T lymphocytes, would best benefit from minimal changes in the environment in which she has lived for the past many years. Decreased numbers of the lymphocyte subpopulations mentioned above are consistent with an adaptive immune system of an immunologically geriatric mammal. A change in her physical environment would potentially expose her to new pathogens for which she has no immunologic memory and at a time when the numbers of lymphocytes that could potentially respond to such novel microbes is diminished. One should also consider the "stress" associated with major changes in her environment. Both acute and chronic stress can negatively impact the immune system, and thus further compromise her ability to immunologically respond to microbial insults.

My resume and list of publications in the last 10 years is attached. I have not served as an expert witness in any cases in the last 4 years. I am offering my services without charge except that I will be reimbursed for expenses. The documents I relied upon in forming the opinions expressed in this letter include the documents cited above in my letter, including Lolita's immunology records and my review of the Complaint filed by PETA.

Jeffrey L Stott

Professor of Immunology
Director: Laboratory for Marine Mammal Immunology



CONFIDENTIAL


Miami SeAquarium - #6701
Jan, 2002 thru Nov, 2011
Age Range: 35 to 48.7 YOA
Absolute # Lymphocytes (per ul)
Absolute # PMNs (per ul)
Absolute # B Lymphocytes (per ul): CD21
Absolute # Naive T Lymphocytes (per ul)
Absolute # T Lymphocytes (per ul): CD2
Absolute # Memory T Lymphocytes (per ul)
T:B Ratio
Naive:Memory Ratio
CD19:CD21 Ratio
CD19 Mean Lymph Density
CAM-D PMNs - % Hi Density
% PMNs Expressing CD19
New Secondary Reagent

## LEUKOCYTE IMMUNOPHENOTYPING DATA

Report Date: 9 July, 2015

ANIMAL #: 6701
Accession Prefix: KWMSFL

| Draw Date : | 10-Oct-06 | 14-Nov-06 | 11-Jan-07 | 06-Feb-07 | 22-Feb-07 | 13-Mar-07 | 11-Apr-07 | 15-May-07 | 10-Jan-08 | 07-Feb-08 | 04-Mar-08 | 11-Dec-08 | 07-Dec-09 | 11-Jan-11 | 15-Nov-11 | 13-Nov-12 | 02-May-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Animal ID# : | Oo6701 | Oo6701 | Oo6701 | Oo6701 | Oo6701 | Oo6701 | Oo6701 | Oo6701 | Oo6701 | Oo6701 | Oo6701 | Oo6701 | Oo6701 | Oo6701 | Oo6701 | Oo6701 | 6701 |
| Accession Suffix : | 042-08 | 043-10 | 044-01 | 045-07 | 047-09 | 048-08 | 049-07 | 050-09 | 051-01 | 052-06 | 053-08 | 054-11 | 055-02 | 056-01 | 057-02 | 058-01 | 059-01 |
| AGE: | 39.9 | 40.0 | 40.2 | 40.2 | 40.3 | 40.3 | 40.4 | 40.5 | 41.2 | 41.2 | 41.3 | 42.1 | 43.1 | 44.2 | 45.0 | 46.0 | 46.5 |
| Stat (S) / Routine (R) : | r | r | r | r | r | r | r | r | r | r | r | r | | r | r | r | S |
| Total WBC's : | 3,500 | 4,200 | 4,000 | 3,200 | 3,500 | 2,800 | 4,500 | 4,100 | 3,000 | 3,900 | 4,500 | 5,300 | 3,600 | 2,900 | 3,200 | 3,900 | 3,100 |
| PMN's (Abs.) : | 2,800 | 3,528 | 3,280 | 2,560 | 2,835 | 2,324 | 3,645 | 3,485 | 2,310 | 3,003 | 3,960 | 4,505 | 3,060 | 2,378 | 2,528 | 3,159 | 2,480 |
| Monocytes (Abs.) : | 175 | 168 | 160 | 160 | 175 | 112 | 135 | 205 | 150 | 234 | 135 | 106 | 180 | 145 | 192 | 156 | 155 |
| Lymphocytes (Abs.) : | 525 | 504 | 560 | 480 | 490 | 364 | 675 | 410 | 540 | 663 | 405 | 636 | 360 | 377 | 480 | 468 | 465 |
| PMN's (%) : | 80% | 84% | 82% | 80% | 81% | 83% | 81% | 85% | 77% | 77% | 88% | 85% | 85% | 82% | 79% | 81% | 80% |
| Monocytes (%) : | 5% | 4% | 4% | 5% | 5% | 4% | 3% | 5% | 5% | 6% | 3% | 2% | 5% | 5% | 6% | 4% | 5% |
| Lymphocytes (%) : | 15% | 12% | 14% | 15% | 14% | 13% | 15% | 10% | 18% | 17% | 9% | 12% | 10% | 13% | 15% | 12% | 15% |
| **Flow Cytometry** | | | | | | | | | | | | | | | | | |
| Total % B + T Lymphs: | 95% | 94% | 96% | 98% | 97% | 96% | 96% | 94% | 98% | 97% | 99% | 98% | 98% | 97% | 96% | 96% | 96% |
| CD19 PMN % : | 11% | 12% | 4% | 3% | 6% | 15% | 3% | 5% | 5% | 1% | 5% | 4% | 5% | 4% | 7% | 13% | 5% |
| CD19 PMN % Hi Density : | 4% | 2% | 2% | 2% | 2% | 4% | 1% | 4% | 2% | 1% | 2% | 2% | 3% | 2% | 3% | 4% | 3% |
| CD19 Mean Density - 2007 : | 231 | 557 | 649 | 470 | 395 | 628 | 542 | 446 | 687 | 657 | 638 | 412 | 867 | 268 | 576 | 762 | 441 |
| CD19: CD21 Ratio: | 1.3 | 1.3 | 1.2 | 1.1 | 1.4 | 1.4 | 1.1 | 1.3 | 1.5 | 1.2 | 1.4 | 1.6 | 1.4 | 1.5 | 1.6 | 1.5 | 1.4 |
| CD19 (B Cells) % : | 14% | 11% | 11% | 13% | 9% | 11% | 10% | 10% | 17% | 12% | 11% | 10% | 15% | 13% | 8% | 13% | 11% |
| CD21 (B Cells) % : | 11% | 8% | 9% | 12% | 6% | 8% | 8% | 8% | 11% | 10% | 8% | 6% | 11% | 9% | 5% | 9% | 8% |
| CD2 (T Cells) % : | 84% | 86% | 87% | 86% | 91% | 88% | 88% | 86% | 87% | 87% | 91% | 92% | 87% | 88% | 91% | 87% | 88% |
| CD19 (B Cells) Abs # : | 75 | 56 | 60 | 64 | 44 | 40 | 64 | 42 | 90 | 79 | 46 | 60 | 54 | 48 | 37 | 63 | 53 |
| CD21 (B Cells) Abs # : | 60 | 42 | 50 | 59 | 31 | 29 | 56 | 32 | 58 | 64 | 34 | 37 | 40 | 32 | 24 | 41 | 37 |
| CD2 (T Cells) Abs # : | 441 | 433 | 487 | 413 | 446 | 320 | 594 | 353 | 470 | 577 | 369 | 585 | 313 | 332 | 437 | 407 | 409 |
| T : B Cell Ratio (CD2 : CD21) : | 7.4 | 10.4 | 9.8 | 7.0 | 14.4 | 10.9 | 10.6 | 11.0 | 8.1 | 9.0 | 11.0 | 15.7 | 7.9 | 10.2 | 18.6 | 10.0 | 11.0 |
| Naive T Cells % : | 8% | 9% | 8% | 10% | 7% | 8% | 9% | 10% | 8% | 7% | 7% | 12% | 11% | 9% | 6% | 8% | 7% |
| Memory T Cells % : | 76% | 77% | 79% | 76% | 84% | 80% | 79% | 76% | 79% | 80% | 84% | 80% | 76% | 79% | 85% | 79% | 81% |
| Naive T Cells Abs # : | 41 | 46 | 43 | 48 | 32 | 29 | 63 | 40 | 41 | 47 | 26 | 73 | 41 | 33 | 30 | 38 | 33 |
| Memory T Cells Abs : | 397 | 386 | 442 | 364 | 413 | 290 | 535 | 310 | 426 | 528 | 340 | 512 | 274 | 296 | 408 | 372 | 377 |
| Naive : Memory Ratio : | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| CAM-D %PMN Hi Density : | 69% | 70% | 77% | 81% | 77% | 76% | 82% | 68% | 85% | 83% | 81% | 80% | 86% | 85% | 84% | 77% | 85% |
| MHCII (L3) % Lymphs : | 97% | 97% | 99% | 98% | 99% | 98% | 99% | 97% | 98% | 99% | 97% | 98% | 99% | 99% | 97% | 98% | 96% |
| MHCII (L3) Abs # : | 510 | 491 | 552 | 472 | 483 | 358 | 666 | 399 | 529 | 653 | 391 | 626 | 355 | 372 | 467 | 460 | 448 |

Abs # = Absolute #

CD19 Mean Density: The density of this protein on the surface of B lymphocytes reflects the relative level of B cell activity. An increase in density indicates the B cells hyperactivity (activated B cells) and a decrease indicates hyporesponsiveness (increased threshold for activation), often the result of a stress response. Values <100 or >500 are flagged (bold and/or larger font). High CD19:CD21 ratios (see information below) result in artificially low CD19+ B cell expression as T cells express CD19 at low levels and skew the mean downward; these values are highlighted in turquoise.

CD19:CD21 Ratio: CD19 and CD21 are both proteins expressed on B cells. Theoretically, the ratio between them should approach 1.0. CD19 can be expressed on T cells and, when this occurs the ratio increases.

CAM-D PMN Hi Density : Under conditions of health, all PMN's express a hi density of this adhesion protein. An animal undergoing an inflammatory response (probably an infection) will have PMN's that express a lower density of this protein (% will decrease). Values approaching <70% (KW) or <90% (TT) are flagged as these are considered abnormal.

HIGHLY CONFIDENTIAL

**CURRICULUM VITAE**

**NAME:** **Jeffrey Lynn Stott, B.S., M.S., Ph.D.**
Department of Pathology, Microbiology & Immunology
School of Veterinary Medicine
University of California
Davis, California 95616
jlstott@ucdavis.edu
Cell Phone: 530-902-3971

**TITLE:** Professor of Immunology
Director: Laboratory for Marine Mammal Immunology

**ACADEMIC TRAINING & EMPLOYMENT:**

Lewis and Clark College, Portland, Oregon 1970-1971: Major: Biology
Oregon State University, Corvallis, Oregon 1971-1973: Major: Microbiology
Colorado State University, Fort Collins, Colorado: 1974-1977: Degrees:
B.S. Microbiology 1975; M.S. Microbiology 1977
University of California, Davis, California 1977-1982: Microbiology; Degree: Ph.D. Microbiology 1982
University of California, Davis, California 1982-1983: Postdoctoral Research
University of California, Davis, California 1983-1985: Assistant Research Immunovirologist
University of California, Davis, California 1985-1989: Assistant Professor of Immunology
University of California, Davis, California 1989-1994: Associate Professor of Immunology
University of California, Davis, California 1995-present: Professor of Immunology
University of California, Davis, California 1993-present: Director - Laboratory for Marine Mammal Immunology

**INSTRUCTOR OF RECORD:**

| | | |
|---|---|---|
| VM PMI-126: | Fundamentals of Immunology | 1985-Present |
| VM PMI-126L: | Immunology Laboratory | 1985-Present |
| VM PMI-270: | Advanced Graduate Immunology | 1985-Present |

**INSTRUCTOR:**

| | |
|---|---|
| VM PHR-214: | Vector-borne Infectious Diseases: Changing Patterns 2008-Present |
| VM-402 | Heme-Chem Block for 1st year Veterinary Students |
| VM-413 | Infectious Disease Block for 2nd year Veterinary Students |

**PUBLICATIONS**

1. Stott JL, Barber TL, Osburn BI. Serotyping bluetongue virus: A comparison of plaque inhibition (Disc) and plaque neutralization methods. American Association of Veterinary Laboratory Diagnosticians, Proceedings of the Annual Meeting, 21: 399-410, 1978.
2. Stott JL, Osburn BI, Barber TL. The current status of research on an experimental inactivated bluetongue virus vaccine. Proceedings of the Annual Meeting of the U S Animal Health Association, (83): 55-62, 1979.
3. Barber TL, Osburn BI, Stott JL. What's new in bluetongue research. California Veterinarian, January, pp 28-31, 1980.
4. Osburn BI, McGowan B, Heron B, Loomis E, Bushnell R, Stott JL, Utterback W. Epizootiologic study of bluetongue: Virologic and serologic results. American Journal of Veterinary Research, 42: 884-887, 1981.
5. Stott JL, Else KC, McGowan B, Wilson LK, Osburn BI. Epizootiology of bluetongue virus in Western United States. US Animal Health Association, Proceedings of the Annual Meeting, 85: 170-180, 1981.
6. Stott JL, Lauerman LH, Luedke AJ. Bluetongue virus in pregnant elk and their calves. American Journal of Veterinary Research, 43(3): 423-8, 1982. Click Here For Article
7. Stott JL, Osburn BI, Barber TL. Recovery of dual serotypes of bluetongue virus from infected sheep and cattle. Veterinary Microbiology, 7(3): 197-207, 1982.
8. Poli G, Stott JL, Liu YS, Manning JS. Bluetongue virus: Comparative evaluation of enzyme-linked immunosorbent assay, immunodiffusion, and serum neutralization for detection of viral antibodies. Journal of Clinical Microbiology, 15: 159-162, 1982.
9. Berry LJ, Osburn BI, Stott JL, Farver T, Heron B, Patton W. Inactivated bluetongue virus vaccine in lambs: differential serological responses related to breed. Veterinary Research Community, 5(3): 289-93, 1982.
10. Stott JL, Anderson GA, Jochim MM, Barber TL, Osburn BI. Clinical expression of bluetongue disease in cattle. US Animal Health Association, Proceedings of the Annual Meeting, 86: 126-131, 1982.
11. Osburn BI, MacLachlan NJ, Anderson GA, Stott JL. A review of bovine bluetongue. Bovine Practitioner, April, pp 23-8, 1983.
12. Stott JL, Bushnell RB, Loomis EC, Jessup D, O'Rourke M, Oliver MN, Osburn BI, Walton TE. Overview of a longitudinal field study of bluetongue virus infection in resident populations of Culicoides variipennis and a multispecies sentinel herd. RW Compans and DHL Bishop (Eds.), Double Stranded RNA Viruses, Elsevier Science Publishing Company, New York, pp 367-374, 1983.
13. Stott JL, Osburn BI. Simple procedure for preparation of bluetongue virus and epizootic hemorrhagic disease virus antigens for agar gel immunodiffusion. Journal of Clinical Microbiology, 18(6): 1310-3, 1983.
14. Osburn BI, Stott JL, Howard M. A review of the bluetongue program in California: Studies in sheep. US Animal Health Association, Proceedings of

the Annual Meeting, 87: 527-532, 1983.
15. Anderson GA, Stott JL, Jochim MM, Osburn BI. Clinical and pathologic features of bluetongue virus infection of cattle. American Association of Veterinary Laboratory Diagnosticians, Proceedings of the Annual Meeting, 26: 319-328, 1983.
16. Osburn BI, Stott JL, Boswell EJ. A procedure for certifying germplasm and animals free of bluetongue virus infection. US Animal Health Association, Proceedings of the Annual Meeting, 87: 105-110, 1983.
17. Stott JL, Osburn BI, MacLachlan NJ. Diagnosis of bluetongue virus infection in cattle: Virus isolation or serology? American Association of Veterinary Laboratory Diagnosticians, Proceedings of the Annual Meeting, 26: 301-318, 1983.
18. Osburn BI, Stott JL. Bluetongue, epizootic hemorrhagic disease and Ibaraki. Foreign Animal Diseases: Their Prevention, Diagnosis and Control. U. S. Animal Health Association, Foreign Animal Disease Committee, pp 97-109, 1984.
19. Emau P, Giri SN, Anderson GA, Stott JL, Osburn BI. Function of prostaglandins, thromboxane A2, and histamine in hypersensitivity reaction to experimental bluetongue disease in calves. American Journal of Veterinary Research, 45(9): 1852-7, 1984.
20. Stott JL, Squire KRE, Oberst R, Cherrington JM, Osburn BI. Application of modern biotechnology to the diagnosis of bluetongue virus infection. American Association of Veterinary Laboratory Diagnosticians, Proceedings of the Annual Meeting, 27: 35-50, 1984.
21. Stott JL, Osburn BI, Bushnell R, Loomis EC, Squire KR. Epizootiological study of bluetongue virus infection in California livestock: an overview. Prog Clin Biol Res, 178: 571-82, 1985.
22. MacLachlan NJ, Osburn BI, Stott JL, Ghalib HW. Orbivirus infection of the bovine fetus. Progress in Clinical and Biological Research, 178: 79-84, 1985.
23. Anderson GA, Stott JL, Gershwin LJ, Osburn BI. Subclinical and clinical bluetongue disease in cattle: clinical, pathological and pathogenic considerations. Prog Clin Biol Res, 178: 103-7, 1985.
24. Stevens DR, Stott JL, Osburn BI, Giles R, Wiesehahn GP, Barber TL. Potency and efficacy of inactivated bluetongue virus vaccines. TL Barber and MM Jochim (Eds.), Bluetongue and Related Orbiviruses, Progress in Clinical and Biological Research, Volume 178, Alan R. Liss, Inc., New York, pp 649-652, 1985.
25. Sellers RF, Bushnell RB, Herniman KJ, Eisa M, Homan EJ, Gibbs EP, Murray MD, Greiner EC, Stott JL. WHO/FAO Working Team Report: epizootiology. Progress in Clinical and Biological Research, 178: 699-704, 1985.
26. Holbrook FR, Barber TL, McConnell S, Erasmus BJ, Osburn BI, Greiner EC, Standfast HA, Jones RH, Stott JL, Kline DL. WHO/FAO Working Team Report: integrated disease management. Progress in Clinical and Biological Research, 178: 705-11, 1985.
27. Luedke AJ, Erasmus BJ, Sawyer M, Goldsmit L, St George TD, Metcalf HE, Stott JL, Pearson JE, Taylor WP. WHO/FAO Working Team Report: virology. Prog Clin Biol Res, 178: 665-88, 1985.

28. Stott JL, Osburn BI, Alexander L. Ornithodoros coriaceus (pajaroello tick) as a vector of bluetongue virus. Am J Vet Res, 46(5): 1197-9, 1985.
29. Stott JL, Barber TL, Osburn BI. Immunologic response of sheep to inactivated and virulent bluetongue virus. American Journal of Veterinary Research, 46(5): 1043-9, 1985.
30. MacLachlan NJ, Osburn BI, Ghalib HW, Stott JL. Bluetongue virus-induced encephalopathy in fetal cattle. Vet erinary Pathology, 22(4): 415-7, 1985.
31. Oberst RD, Squire KR, Stott JL, Chuang RY, Osburn BI. The coexistence of multiple bluetongue virus electropherotypes in individual cattle during natural infection. Journal of General Virology, 66: 1901-9, 1985.
32. Waldvogel AS, Stott JL, Squire KR, Osburn BI. Strain-dependent virulence characteristics of bluetongue virus serotype 11. Journal of General Virology, 67: 765-9, 1986.
33. Stott JL, Fenwick BW, Osburn BI. Human recombinant interleukin-2 augments in vitro blastogenesis of bovine and porcine lymphocytes. Veterinary Immunology and Immunopathology, 13(1-2): 31-8, 1986.
34. Scibienski RJ, Stott ML, Stott JL. Establishment and initial characterization of continuous in vitro cultures of bovine T lymphocytes. Veterinary Immunology and Immunopathology, 14(3): 209-22.
35. Squire KR, Stott JL, Dangler CA, Osburn BI. Application of molecular techniques to the diagnosis of bluetongue virus infection. Progress in Veterinary Microbiology and Immunology, 3: 235-50, 1987.
36. Anderson GA, Stott JL, Osburn BI. Identification of histamine-receptor leukocytes in the bovine. Veterinary Research Community, 11(1): 77-82, 1987.
37. Osebold JW, Osburn BI, Spezialetti R, Bushnell RB, Stott JL. Histopathologic changes in bovine fetuses after repeated reintroduction of a spirochete-like agent into pregnant heifers: association with epizootic bovine abortion. American Journal of Veterinary Research, 48(4): 627-33, 1987.
38. Adkison MA, Stott JL, Osburn BI. Identification of bluetongue virus protein-specific antibody responses in sheep by immunoblotting. American Journal of Veterinary Research, 48(8): 1194-8, 1987.
39. Stott JL, Oberst RD, Channell MB, Osburn BI. Genome segment reassortment between two serotypes of bluetongue virus in a natural host. Journal of Virology, 61(9): 2670-4, 1987.
40. Anderson GA, Stott JL, Gershwin LJ, Osburn BI. Identification of bluetongue virus-specific immunoglobulin E in cattle. Journal of General Virology, 68 ( Pt 9): 2509-14, 1987.
41. Oberst RD, Stott JL, Blanchard-Channell M, Osburn BI. Genetic reassortment of bluetongue virus serotype 11 strains in the bovine. Veterinary Microbiology, 15(1-2): 11-8, 1987.
42. Adkison MA, Stott JL, Osburn BI. Temporal development of bluetongue virus protein-specific antibody in sheep following natural infection. Veterinary Microbiology, 16(3): 231-41, 1987.
43. Stott JL, Osburn BI, Oberst RD. Genetic diversity of bluetongue virus. Proceedings United States Animal Health Association, 91: 209-214, 1988.

44. Dangler CA, Dunn SJ, Squire KR, Stott JL, Osburn BI. Rapid identification of bluetongue virus by nucleic acid hybridization in solution. Journal of Virological Methods, 20(4): 353-65, 1988.
45. Stott JL, Blanchard-Channell M, Osburn BI, Riemann HP, Obeso RC. Serologic and virologic evidence of bluetongue virus infection in cattle and sheep in Mexico. American Journal of Veterinary Research, 50(3): 335-40, 1989.
46. Dunn SJ, Stott JL. Identification of genetic variation between strains of bluetongue virus serotype 11 using cDNA probes. Virology, 170(2): 578-82, 1989.
47. Blanchard-Channell M, Stott JL. Bluetongue virus propagation and plaque assay: variation due to medium and serum supplement. Journal of Virology Methods, 24(3): 265-74, 1989.
48. Osburn BI, Stott JL. Immune response to vaccination. Advances in Veterinary Sciences and Comparitive Medicine, 33: 93-108, 1989.
49. Dunn SJ, Oberst RD, Stott JL, Osburn BI. Molecular cloning of serogroupand serotype-specific genome segments from bluetongue virus serotype 11. American Journal of Veterinary Research, 50(10): 1684-9, 1989.
50. Stott JL, Osburn BI. Immune response to bluetongue virus infection. Current Topics in Microbiology and Immunology, 162: 163-78, 1990.
51. Stott JL, Blanchard-Channell M, Scibienski RJ, Stott ML. Interaction of bluetongue virus with bovine lymphocytes. Journal of General Virology, 71: 363-8, 1990.
52. Martinez FI, Jasper DE, Stott JL, Cullor JS, Dellinger JD. Immunobinding assay for detection of Mycoplasma bovis in milk. Canadian Journal of Veterinary Research, 54(2): 251-5, 1990.
53. Dangler CA, Concha-Bermejillo A de la, Stott JL, Osburn BI. Limitations of in situ hybridization for the detection of bluetongue virus in blood mononuclear cells. Journal of Veterinary Diagnistic Investigation, 2(4): 303-7, 1990.
54. Angel KL, Stott JL, Tyler JW, Groth AH. Metastatic thymic lymphoma in a calf. Journal of American Veterinary Medical Association, 198: 1771-1773, 1990.
55. Jain NC, Stott JL, Vegad JL, Dhawedkar RG. Detection of anti-equine neutrophil antibody by use of flow cytometry. American Journal of Veterinary Research, 52(11): 1883-90, 1991.
56. Dunn SJ, Hsu D, Zee YC, Stott JL. Complete nucleotide and deduced amino acid sequence of genome segment 5 encoding the outer capsid protein, VP5, of a U.S. isolate of bluetongue virus serotype 11. Virus Research, 21(2): 155-62, 1991.
57. Stott ML, Thurmond MC, Dunn SJ, Osburn BI, Stott JL. Integrated bovine leukosis proviral DNA in T helper and T cytotoxic/suppressor lymphocytes. Journal of General Virology, 72: 307-15, 1991.
58. Blanchard-Channell M, Stott JL. Characterization of Borrelia coriaceae antigens with monoclonal antibodies. Infect Immun, 59(8): 2790-8, 1991.
59. Taylor BC, Stott JL, Thurmond MA, Picanso JP. Alteration in lymphocyte subpopulations in bovine leukosis virus-infected cattle. Veterinary Immunology and Immunopathology, 31(1-2): 35-47, 1992.
60. Barratt-Boyes SM, Rossitto PV, Stott JL, MacLachlan NJ. Flow cytometric analysis of in vitro bluetongue virus infection of bovine blood mononuclear

cells. Journal of General Virology, 73: 1953-60, 1992.
61. Taylor BC, Stott JL, Scibienski RJ, Redelman D. Development and characterization of a monoclonal antibody specific for the bovine low-affinity interleukin-2 receptor, BoCD25. Immunology, 77(1): 150-4, 1992.
62. Taylor BC, Choi KY, Scibienski RJ, Moore PF, Stott JL. Differential expression of bovine MHC class II antigens identified by monoclonal antibodies. Journal of Leukocyte Biology, 53(5): 479-89, 1993.
63. Baker DG, Stott JL, Gershwin LJ. Abomasal lymphatic lymphocyte subpopulations in cattle infected with Ostertagia ostertagi and Cooperia sp. Veterinary Immunology and Immunopathology, 39(4): 467-73, 1993.
64. Taylor BC, Dellinger JD, Cullor JS, Stott JL. Bovine milk lymphocytes display the phenotype of memory T cells and are predominantly CD8+. Cellular Immunology, 156(1): 245-53, 1994.
65. Blanchard-Channell M, Moore PF, Stott JL. Characterization of monoclonal antibodies specific for equine homologues of CD3 and CD5. Immunology, 82(4): 548-54, 1994.
66. Taylor BC, Mattapallil J, Moore PF, Scibienski RJ, Stott JL. Characterization of a novel bovine leukocyte protein involved in cell-cell adhesion. Tissue Antigens, 44(4): 252-60, 1994.
67. DiMolfetto-Landon L, Erickson KL, Blanchard-Channell M, Jeffries SJ, Harvey JT, Jessup DA, Ferrick DA, Stott JL. Blastogenesis and interleukin-2 receptor expression assays in the harbor seal (Phoca vitulina). Journal of Wildlife Diseases, 31(2): 150-8, 1995.
68. Erickson KL, DiMolfetto-Landon L, Wells RS, Reidarson T, Stott JL, Ferrick DA. Development of an interleukin-2 receptor expression assay and its use in evaluation of cellular immune responses in bottlenose dolphin (Tursiops truncatus). Journal of Wildlife Diseases, 31(2): 142-9, 1995.
69. King DP, Schrenzel MD, McKnight ML, Reidarson TH, Hanni KD, Stott JL, Ferrick DA. Molecular cloning and sequencing of interleukin 6 cDNA fragments from the harbor seal (Phoca vitulina), killer whale (Orcinus orca), and Southern sea otter (Enhydra lutris nereis). Immunogenetics, 43(4): 190-5, 1996.
70. Allen LJ, Kabbur MB, Cullor JS, Gardner IA, Stott JL, George LW. Alterations in blood lymphocyte subpopulations and hematologic values in neonatal calves after administration of a combination of multiple-antigen vaccines. Journal of the American Veterinary Medicine Association, 209(3): 638-42, 1996.
71. House JA, Stott JL, Blanchard MT, LaRocco M, Llewellyn ME. A blocking ELISA for detection of antibody to a subgroup-reactive epitope of African horsesickness viral protein 7 (VP7) using a novel gamma-irradiated antigen. Ann N Y Acad Sci, 791: 333-44, 1996.
72. Taylor BC, Keefe RG, Dellinger JD, Nakamura Y, Cullor JS, Stott JL. T cell populations and cytokine expression in milk derived from normal and bacteria-infected bovine mammary glands. Cellular Immunology, 182(1): 68-76, 1997.

73. Funke C, King DP, Brotheridge RM, Adelung D, Stott JL. Harbor seal (Phoca vitulina) C-reactive protein (C-RP): purification, characterization of specific monoclonal antibodies and development of an immuno-assay to measure serum C-RP concentrations. Veterinary Immunology and Immunopathology, 59(1-2): 151-62, 1997.
74. McBride JW, Corstvet RE, Dietrich MA, Berry C, Brennan R, Taylor BC, Stott JL, Osburn BI. Memory and CD8+ are the predominant bovine bronchoalveolar lymphocyte phenotypes. Veterinary Immunology and Immunopathology, 58(1): 55-62, 1997.
75. Watson JL, Stott JL, Blanchard MT, Lavoie JP, Wilson WD, Gershwin LJ, Wilson DW. Phenotypic characterization of lymphocyte subpopulations in horses affected with chronic obstructive pulmonary disease and in normal controls. Veterinary Pathology, 34(2): 108-16, 1997.
76. Keefe RG, Choi Y, Ferrick DA, Stott JL. Bovine cytokine expression during different phases of bovine leukemia virus infection. Veterinary Immunology and Immunopathology, 56(1-2): 39-51, 1997.
77. Keefe RG, Ferrick DA, Stott JL. Cytokine transcription in lymph nodes of cattle in different stages of bovine leukemia virus infection. Veterinary Immunology and Immunopathology, 59(3-4): 271-83, 1997.
78. Lunn DP, Holmes MA, Antczak DF, Agerwal N, Baker J, Bendali-Ahcene S, Blanchard-Channell M, Byrne KM, Cannizzo K, Davis W, Hamilton MJ, Hannant D, Kondo T, Kydd JH, Monier MC, Moore PF, O'Neil T, Schram BR, Sheoran A, Stott JL, Sugiura T, Vagnoni KE. Report of the Second Equine Leucocyte Antigen Workshop, Squaw valley, California, July 1995. Veterinary Immunology and Immunopathology, 62(2): 101-43, 1998.
79. De Guise S, Erickson K, Blanchard M, Dimolfetto L, Lepper H, Wang J, Stott JL, Ferrick DA. Characterization of a monoclonal antibody that recognizes a lymphocyte surface antigen for the cetacean homologue to CD45R. Immunology, 94(2): 207-12, 1998.
80. Reidarson TH, McBain J, House C, King DP, Stott JL, Krafft A, Taubenberger JK, Heyning J, Lipscomb TP. Morbillivirus infection in stranded common dolphins from the Pacific Ocean. Journal of Wildlife Diseases, 34(4): 771-6, 1998.
81. King DP, Parselles R, Gulland FM, Lapointe JM, Lowenstine LJ, Ferrick DA, Stott JL. Antigenic and nucleotide characterization of a herpesvirus isolated from Pacific harbor seals (Phoca vitulina richardsii). Archives of Virology, 143(10): 2021-7, 1998.
82. Stott JL, House JA, Blanchard MT, Shope RE, Mebus CA, Osburn BI. Development and characterisation of monoclonal antibodies specific for African horse sickness viral proteins. Equine Infectious Diseases VIII: Proceedings of the Eight International Conference, 8: 252-261, 1999.
83. Hal-Lamme KD, King DP, Taylor BC, House C, Jeffries S, Yochem PK, Gulland FMD, Ferrick DA, Stott JL. The application of immuno-assays for serological detection of morbillivirus exposure in free ranging harbor seals(Phoca vitulina) and sea otters (Enhydra lutris) from the Western coast of the United States. Marine Mammal Science, 15: 601-8, 1999.

84. Watson JL, Jackson KA, King DP, Stott JL. Molecular cloning and sequencing of the low-affinity IgE receptor (CD23) for horse and cattle. Veterinary Immunology and Immunopathology, 73(3-4): 323-9, 2000.
85. King DP, Lie AR, Goldstein T, Aldridge BM, Gulland FM, Haulena M, Adkison MA, Lowenstine LJ, Stott JL. Humoral immune responses to phocine herpesvirus-1 in Pacific harbor seals (Phoca vitulina richardsii) during an outbreak of clinical disease. Veterinary Microbiology, 80(1): 1-8, 2001.
86. Beineke A, Siebert U, Wünschmann A, Stott JL, Prengel I, Kremmer E, Baumgärtner W . Immunohistochemical investigation of the cross-reactivity of selected cell markers from various species for characterization of lymphatic tissues in the harbour porpoise (Phocoena phocoena). Journal of Comparative Pathology, 125(4): 311-7, 2001.
87. De Guise S, Erickson K, Blanchard M, DiMolfetto L, Lepper HD, Wang J, Stott JL, Ferrick DA. Monoclonal antibodies to lymphocyte surface antigens for cetacean homologues to CD2, CD19 and CD21. Veterinary Immunology and Immunopathology, 84(3-4): 209-21, 2002.
88. King DP, Hure MC, Goldstein T, Aldridge BM, Gulland FM, Saliki JT, Buckles EL, Lowenstine LJ, Stott JL. Otarine herpesvirus-1: a novel gammaherpesvirus associated with urogenital carcinoma in California sea lions (Zalophus californianus). Veterinary Microbiology, 86(1-2): 131-7, 2002.
89. Hall MR, Hanks D, Kvasnicka W, Bosomworth A, Smith H, Stott JL, Blanchard MT, Anderson ML. Diagnosis of epizootic bovine abortion in Nevada and identification of the vector. Journal of Veterinary Diagnostic Investigation, 14(3): 205-10, 2002.
90. Stott JL, Blanchard MT, Anderson M, Maas J, Walker RL, Kennedy PC, Norman BB, BonDurant RH, Oliver MN, Hanks D, Hall MR. Experimental transmission of epizootic bovine abortion (foothill abortion). Veterinary Microbiology, 88(2): 161-73, 2002.
91. Bowen L, Aldridge BM, Gulland F, Woo J, Bonn W Van, DeLong R, Stott JL, Johnson ML. Molecular characterization of expressed DQA and DQB genes in the California sea lion ( Zalophus californianus). Immunogenetics, 54(5): 332-47, 2002.
92. Choi KY, Monke D, Stott JL. Absence of bovine leukosis virus in semen of seropositive bulls. Journal of Veterinary Diagnostic Investigation, 14(5): 403-6, 2002.
93. Taylor BC, Brotheridge RM, Jessup DA, Stott JL. Measurement of serum immunoglobulin concentration in killer whales and sea otters by radial immunodiffusion. Veterinary Immunology and Immunopathology, 89(3-4): 187-95, 2002.
94. Beckmen KB, Blake JE, Ylitalo GM, Stott JL, O'Hara TM. Organochlorine contaminant exposure and associations with hematological and humoral immune functional assays with dam age as a factor in free-ranging northern fur seal pups (Callorhinus ursinus). Marine Pollution Bulletin, 46(5): 594-606, 2003.
95. Funke C, King DP, McBain JF, Adelung D, Stott JL. Expression and functional characterization of killer whale (Orcinus orca) interleukin-6 (IL-6) and development of a competitive immunoassay. Veterinary Immunology

and Immunopathology, 93(1-2): 69-79, 2003.
96. Goldstein T, Gulland FM, Aldridge BM, Harvey JT, Rowles T, Lambourn DM, Jeffries SJ, Measures L, Yochem PK, Stewart BS, Small RJ, King DP, Stott JL, Mazet JA. Antibodies to phocine herpesvirus-1 are common in North American harbor seals (Phoca vitulina). Journal of Wildlife Diseases, 39(3): 487-94, 2003.
97. De Guise S, Erickson K, Blanchard M, DiMolfetto L, Lepper HD, Stott JL, Ferrick DA. Characterization of F21.A, a monoclonal antibody that recognize a leucocyte surface antigen for killer whale homologue to beta-2 integrin. Veterinary Immunology and Immunopathology, 97(3-4): 195-206, 2004.
98. Solberg OD, Jackson KA, Millon LV, Stott JL, Vandenplas ML, Moore JN, Watson JL. Genomic characterization of equine interleukin-4 receptor alpha-chain (IL4R). Veterinary Immunology and Immunopathology, 97(3-4): 187-94, 2004.
99. Stull CL, Spier, SJ, Aldridge BM, Blanchard MM, Stott JL. Immunological response to long-term transport stress in mature horses and effects of adaptogenic dietary supplementation as an immunomodulator. Equine Veterinary Journal, 36(7): 583-9, 2004.
100. Terio KA, Stalis IH, Allen JL, Stott JL, Worley MB. Coccidioidomycosis in Przewalskii's horses (Equus przewalskii). Journal of Zoo and Wildlife Medicine, 36(7): 339-45, 2004.
101. Bowen L, Aldridge BM, Gulland F, Bonn W Van, DeLong R, Melin S, Lowenstine LJ, Stott JL, Johnson ML. Class II multiformity generated by variable MHC- DRB region configurations in the California sea lion (Zalophus californianus). Immunogenetics, 56(1): 12-27, 2004.
102. Aleman M, Riehl J, Aldridge BM, Lecouteur RA, Stott JL, Pessah IN. Association of a mutation in the ryanodine receptor 1 gene with equine malignant hyperthermia. Muscle and Nerve, 30(3): 356-65, 2004.
103. Jackson KA, Stott JL, Horohov DW, Watson JL. IL-4 induced CD23 (FcRII) up-regulation in equine peripheral blood mononuclear cells and pulmonary alveolar macrophages. Veterinary Immunology and Immunopathology, 101(3-4): 243-50, 2004.
104. Schwartz JA, Aldridge BM, Stott JL, Mohr FC. Immunophenotypic and functional effects of bunker C fuel oil on the immune system of American mink (Mustela vison). Veterinary Immunology and Immunopathology, 101(3-4): 179-90, 2004.
105. Schwartz JA, Aldridge BM, Lasley BL, Snyder PW, Stott JL, Mohr FC. Chronic fuel oil toxicity in American mink (Mustela vison): systemic and hematological effects of ingestion of a low-concentration of bunker C fuel oil. Toxicology and Applied Pharmacology, 200(2): 146-58, 2004.
106. Francoz D, Lapointe JM, Wellemans V, Desrochers A, Caswell JL, Stott JL, Dubreuil P. Immunoglobulin G2 deficiency with transient hypogammaglobulinemia and chronic respiratory disease in a 6-month-old Holstein heifer. Journal of Veterinary Diagnostic Investigation, 16(5): 432-5, 2004.
107. Goldstein T, Mazet JA, Gulland FM, Rowles T, Harvey JT, Allen SG, King DP, Aldridge BM, Stott JL. The transmission of phocine herpesvirus-1 in

rehabilitating and free-ranging Pacific harbor seals (Phoca vitulina) in California. Veterinary Microbiology, 103(3-4): 131-41, 2004.
108. Bowen L, Aldridge BM, Delong R, Melin S, Buckles EL, Gulland F, Lowenstine LJ, Stott JL, Johnson ML. An immunogenetic basis for the high prevalence of urogenital cancer in a free-ranging population of California sea lions (Zalophus californianus). Immunogenetics, 56(11): 846-8, 2005.
109. King DP, Chen CI, Blanchard MT, Aldridge BM, Anderson M, Walker R, Maas J, Hanks D, Hall M, Stott JL. Molecular identification of a novel deltaproteobacterium as the etiologic agent of epizootic bovine abortion (foothill abortion). Journal of Clinical Microbiology, 43(2): 604-9, 2005.
110. Burek KA, Gulland FM, Sheffield G, Beckmen KB, Keyes E, Spraker TR, Smith AW, Skilling DE, Evermann JF, Stott JL, Saliki JT, Trites AW. Infectious disease and the decline of Steller sea lions (Eumetopias jubatus) in Alaska, USA: insights from serologic data. J Wildl Dis, 41(3): 512-24, 2005.
111. Goldstein T, Mazet JA, Lowenstine LJ, Gulland FM, Rowles TK, King DP, Aldridge BM, Stott JL. Tissue distribution of phocine herpesvirus-1 (PhHV-1) in infected harbour seals (Phoca vitulina) from the central Californian coast and a comparison of diagnostic methods. J Comp Pathol, 133(2-3): 175-83, 2005.
112. Bowen L, Aldridge BM, Delong R, Melin S, Godinez C, Zavala A, Gulland F, Lowenstine L, Stott JL, Johnson ML. MHC gene configuration variation in geographically disparate populations of California sea lions (Zalophus californianus). Mol Ecol, 15(2): 529-33, 2006.
113. Aldridge BM, Bowen L, Smith BR, Antonelis GA, Gulland F, Stott JL. Paucity of class I MHC gene heterogeneity between individuals in the endangered Hawaiian monk seal population. Immunogenetics, 58(2-3): 203-15, 2006.
114. Anderson ML, Kennedy PC, Blanchard MT, Barbano L, Chiu P, Walker RL, Manzer M, Hall MR, King DP, Stott JL. Histochemical and immunohistochemical evidence of a bacterium associated with lesions of epizootic bovine abortion. J Vet Diagn Invest, 18(1): 76-80, 2006.
115. Bowen L, Aldridge BM, Miles AK, Stott JL. Expressed MHC class II genes in sea otters (Enhydra lutris) from geographically disparate populations. Tissue Antigens, 67(5): 402-8, 2006.
116. Reidmiller JS, Smith WL, Sawyer MM, Osburn BI, Stott JL, Cullor JS. Antimicrobial properties of the chelating agent EDTA on Streptococcal bovine mastitis isolates. J Food Prot, 69(6): 1460-2, 2006.
117. Goldstein T, Gulland FMC, Braun RC, Antonelis GA, Kashinsky L, Rowles TK, Mazet JAK, Dalton LM, Aldridge BM, Stott JL. Molecular identification of a novel gamma herpesvirus in the endangered hawaiian monk seal (monachus schauinslandi). Marine Mammal Science, 465-471, 2006.
118. Buckles EL, Lowenstine LJ, Funke C, Vittore RK, Wong HN, St Leger JA, Greig DJ, Duerr RS, Gulland FM, Stott JL. Otarine herpesvirus-1, not papillomavirus, is associated with endemic tumours in California sea lions (Zalophus Californianus). J Comp Pathol, 135(4): 183-9, 2006.
119. Teglas MB, Drazenovich NL, Stott J, Foley JE. The geographic distribution of the putative agent of epizootic bovine abortion in the tick vector, Ornithodoros coriaceus. Vet Parasitol, 140(3-4): 327-33, 2006.

120. Bowen L, Aldridge B, Beckmen K, Gelatt T, Rea L, Burek K, Pitcher K, Stott JL. Differential expression of immune response genes in steller sea lions (Eumetopias jubatus): An indicator of ecosystem health? EcoHealth, 3(2): 109-113, 2006.

121. Goldstein T, LJ Lowenstine, TP Lipscomb, JA Mazet, J Novak, JL Stott & FM Gulland. Infection with a novel gammaherpesvirus in northern elephant seals (Mirounga angustirostris). J Wildl Dis 42:830-835, 2006.

122. Chen CI, King DP, Blanchard MT, Hall MR, Aldridge BM, Bowen L, Stott JL. Identification of the etiologic agent of epizootic bovine abortion in field-collected Ornithodoros coriaceus Koch ticks. Vet Microbiol 120(3-4):320-327, 2007.

123. Lizabeth Bowen, Federica Riva, Chuck Mohr, Brian Aldridge, Julie Schwartz, A. Keith Miles and Jeffrey L. Stott. Differential Gene Expression Induced by Exposure of Captive Mink to Fuel Oil: A Model for the Sea Otter. EcoHealth 4:298-309, 2007.

124. Aguirre AA, TJ Keefe, JS Reif, L Kashinsky, PK Yochem, TJ Saliki, JL Stott, T Goldstein, JP Dubey, R Braun & G Antonelis. J Wildl Dis 43:229-241, 2007.

125. Walsh CJ, JE Stuckey, H Cox, B Smith, C Funke, J Stott, C Colle, J Gaspard and CA Manire. Production of nitric oxide by peripheral blood mononuclear cells from the Florida manatee, Trichechus manatus latirostris. Vet Immunol Immunopathol 118:199–209, 2007.

126. Beineke A, U Siebert, J Stott, G Müller and W Baumgärtner. Phenotypical characterization of changes in thymus and spleen associated with lymphoid depletion in free-ranging harbor porpoises (Phocoena phocoena). Vet Immunol Immunopathol 117:254-65, 2007.

127. Buckles EL, LJ Lowenstine, RL DeLong, SR Melin, RK Vittore, HN Wong, GL Ross, JA St Leger, DJ Greig, RS Duerr, FM Gulland and JL Stott. Age-prevalence of Otarine Herpesvirus-1, a tumor-associated virus, and possibility of its sexual transmission in California sea lions. Vet Microbiol, 120:1-8, 2007.

128. Stull CL, J Morrow, BA Aldridge, JL Stott & JJ McGlone. Immunophysiological responses of horses to a 12-hour rest during 24 hours of road transport. Veterinary Record 162:509-614, 2008.

129. Sitt T, L Bowen, MT Blanchard, BR Smith, LJ Gershwin, BA Byrne & JL Stott. Quantitation of leukocyte gene expression in cetaceans. Developmental and Comparative Immunology 32(11):1253-1259, 2008.

130. Bruno DR, PV Rossitto, RG Bruno, MT Blanchard, T Sitt, BV Yeargan, WL Smith, JS Cullor and JL Stott. Differential levels of mRNA transcripts encoding immunologic mediators in mammary gland secretions from dairy cows with subclinical environmental Streptococci infections. Vet Immunol Immunopathol, 138:15-24, 2010.

131. Sitt T, L Bowen, MT Blanchard, LJ Gershwin, BA Byrne, C Dold, J McBain and JL Stott. Cellular immune responses in cetaceans immunized with a porcine erysipelas vaccine. Vet Immunol Immunopathol 137:181-9, 2010.

132. Brault SA, MT Blanchard, IA Gardner, JL Stott, N Pusterla, SM Mapes, W Vernau, KD Dejong and NJ Maclachlan. The immune response of foals to natural infection with equid herpesvirus-2 and its association with febrile illness. Vet Immunol Immunopathol, 137:136-141, 2010.

133. Blanchard MT, CI Chen, M Anderson, MR Hall, SW Barthold and JL Stott. Serial passage of the etiologic agent of epizootic bovine abortion in immunodeficient mice. Vet Microbiol, 144(1-2): 177-82, 2010.
134. Brooks RS, MT Blanchard, ML Anderson, MR Hall and JL Stott. Quantitative Duplex TaqMan RT-PCR for the Etiologic Agent of Epizootic Bovine Abortion (EBA). J Vet Diag Invest, 23:1153-1159, 2011.
135. Bowen L, AK Miles, M Murray, M Haulena, J Tuttle, W Van Bonn, L Adams, JL Bodkin, B Ballachey, MT Tinker, R Keister & JL Stott. Gene Transcription in Sea Otters (*Enhydra lutris*); Development of a Diagnostic Tool for Sea Otter and Ecosystem Health. Molecular Ecology Resources, 67-74, 2012.
136. Heller MC, JL Watsona, MT Blanchard, KA Jacksona, JL Stott & RM Tsolis. Characterization of Brucella abortus infection of bovine monocyte-derived dendritic cells. Vet Immunol Immunopathol, 149:255-261, 2012.
137. Miles AK, L Bowen, BE Ballachey, JL Bodkin, M Murray, JL Estes, RA Keister & JL Stott. Emerging diagnostics in marine mammal and ecosystem health. Variations of transcript profiles between sea otters Enhydra lutris from Prince William Sound, Alaska, and clinically normal reference otters. Mar Ecol Prog Ser 451:201-212, 2012.
138. Blanchard MT, ML Anderson, BR Hoar, AFA Pires, PC Blanchard, BV Yeargan, MB Teglas, M Belshaw and JL Stott. Assessment of a fluorescent antibody test for the detection of antibodies against epizootic bovine abortion. J Vet Diag Invest, 26:622-630, 2014.
139. Stott JL. Epizootic bovine abortion (foothill abortion): The disease, diagnosis and control strategies. Clin Therio 6:247-250, 2014
140. Oliver M, G Nader, J Maas, M Blanchard, J Stott, M Teglas and R Bushnell. Management alternatives to minimize foothill abortion. The Progressive Rancher, 6/7-2013.
141. Bowen L, AK Miles, J Stott, S Waters and T Atwood. Enhanced biological processes associated with alopecia in polar bears (*Ursus maritimus*). Science of the Total Environment 529:114-120, 2015.
142. Chen I-Hua, L-S Chou, S-Jen Chou, J-H Wang, J Stott, M Blanchard, *-F Jen and W-C Yang. Selection of suitable reference genes for normalization of quantitative RT-PCR in peripheral blood samples of bottlenose dolphins (Tursiops truncates). Scientific Reports 5, 15425; doi: 10.1038/srep15425, 2015.
143. Sitt T, L Bowen, CS Lee, MT Blanchard, J McBain, C Dold and JL Stott. Longitudinal evaluation of leukocyte transcripts in killer whales (*Orcinus Orca*). Vet Immunol Immunopathol, Submitted for Publication, 2015.

**BOOK CHAPTERS**

1. Stott, JL and YC Zee: Antiviral Chemotherapy and Virus Vaccines, EL Biberstein and YC Zee, (eds), In Review of Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 425-431, 1990
2. Stott, JL Iridoviridae: Review of Veterinary Microbiology, EL Biberstein and YC Zee, (eds), Blackwell Scientific Publications, Inc., pp. 441-4, 1990.
3. Stott, JL: Poxiridae, EL Biberstein and YC Zee, (eds), Review of Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 472-479, 1990.
4. Stott, JL: Picornaviridae, EL Biberstein and YC Zee, (eds), Review of Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 480-490, 1990.
5. Stott, JL and RF Pritchett: Togaviridae and Flaviviridae, EL Biberstein and YC Zee, (eds), Review of Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 497-512, 1990.
6. Stott, JL: Reoviridae, EL Biberstein and YC Zee, (eds), Review of Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 542-552, 1990.
7. Stott, JL and YC Zee: Unclassified Agents, EL Biberstein and YC Zee, (eds), Review of Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 587-590, 1990.
8. Stott, JL: Bluetongue and Epizootic Hemorrhagic Disease, Foreign Animal Diseases, United States Animal Health Association, Richmond, VA. pp. 111-124, 1992.
9. MacLachlan, NJ, SM Barratt-Boyes, AW Brewer and JL Stott: Bluetongue Virus Infection of Cattle, Bluetongue, African Horse Sickness, and Related Orbiviruses, pp. 725-736, 1992.
10. Stott, JL, M Blanchard-Channell, ML Stott, SM Barratt-Boyes and NJ MacLachlan: Bluetongue Virus Tropism for Bovine Lymphocyte Sub-populations, Bluetongue, African Horse Sickness, and Related Orbiviruses, pp. 781-787, 1992.
11. Stott, JL and M Blanchard-Channell: A Murine Model for the Study of Bluetongue Virus Protein-Specific Protective Immune Responses, Bluetongue, African Horse Sickness, and Related Orbiviruses, pp. 788-794, 1992.
12. Ashfar, A, GP Card, JL Stott, et. al.: Working Team Report on Diagnostics, Bluetongue, African Horse Sickness, and Related Orbiviruses, pp. 990-993, 1992.
13. Huismans, H, B Eaton, JL Stott, et. al.: Working Team Report on Molecular Virology: Identify Nucleic Acid Sequences and Antigens/Epitopes for Use in Diagnostic Procedures and Molecular Epidemiology, Bluetongue, African Horse Sickness, and Related Orbiviruses, pp. 982-9, 1992.
14. Stott, JL: Bluetongue, McGraw-Hill Encyclopedia of Science & Technology, 1994.
15. Stott, JL: Iridoviridae, EL Biberstein and YC Zee, (eds), Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 340-2, 1999.

16. Stott, JL: Poxviridae, EL Biberstein and YC Zee, (eds), Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 365-370, 1999.
17. Stott, JL: Picornaviridae, EL Biberstein and YC Zee, (eds), Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 371-178, 1999.
18. Stott, JL: Togaviridae and Flaviviridae, EL Biberstein and YC Zee, (eds), Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 385-395, 1999.
19. Stott, JL: Coronaviridae, EL Biberstein and YC Zee, (eds), Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 418-429, 1999.
20. Stott, JL: Reoviridae, EL Biberstein and YC Zee, (eds), Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 430-438, 1999.
21. Stott, JL: Birnaviridae, EL Biberstein and YC Zee, (eds), Veterinary Microbiology, Blackwell Scientific Publications, Inc., Boston, MA. pp. 439-441, 1999.
22. Aldridge, BA, DP King, S Kennedy-Stoskopf and JL Stott: Immunology, LA Dierauf and MD Gulland, (eds), CRC Handbook of Marine Mammal Medicine, 2nd Ed., CRC Press, pp. 237-252, 2001.
23. DP King and JL Stott: The cytokines of marine mammals: Biolgical properties and molecular analysis, CJ Pfeiffer, (ed), Molecular and Cell Biology of Marine Mammals. 2002, Krieger Publishing Company, pp. 289-299, 2002.
24. Maclachlan NJ, Stott JL: Asfarviridae and Iridoviridae, Hirsh DC, Maclachlan NJ, Walker RE, (eds), Veterinary Microbiology, (2nd ed), Blackwell Science, pp. 312-314, 2004.
25. Maclachlan NJ, Stott JL: Poxviridae, Hirsh DC, Maclachlan NJ, Walker RE, (eds), Veterinary Microbiology, (2nd), Blackwell Science, pp. 333-338, 2004.
26. Maclachlan NJ, Zee YC, Stott JL: Picornaviridae, Hirsh DC, Maclachlan NJ, Walker RE, (eds), Veterinary Microbiology, (2nd), Blackwell Science, pp. 339-345, 2004.
27. Maclachlan NJ, Stott JL: Togaviridae and Flaviviridae, Hirsh DC, Maclachlan NJ, Walker RE, (eds), Veterinary Microbiology, (2nd), Blackwell Science, pp. 351-360, 2004.
28. Balasuriya UB, Stott JL: Coronaviridae and Arteriviridae, Hirsh DC, Maclachlan NJ, Walker RE, (eds), Veterinary Microbiology, (2nd), Blackwell Science, pp. 383-397, 2004.
29. Maclachlan NJ, Stott JL: Reoviridae, Hirsh DC, Maclachlan NJ, Walker RE, (eds), Veterinary Microbiology, (2nd), Blackwell Science, pp. 398-406, 2004.
30. Maclachlan NJ, Stott JL: Birnaviridae, Hirsh DC, Maclachlan NJ, Walker RE, (eds), Veterinary Microbiology, (2nd), Blackwell Science, pp. 407-408, 2004.

31. BonDurant RH, Anderson ML, Stott JL, Kennedy PC: Epizootic Boovine Abortion (Foothill Abortion), Youngquist RS, Threlfall WR, (eds), Current Therapy in Large Animal Therigenology, 2nd Edition, (54), Elsiever Publishing, 2006.
32. Stott JL and J McBain. Longitudinal monitoring of immune system parameters and associated applications to health management of captive and free-ranging cetaceans. Zoo and Wild Animal Medicine, 7th edition. Edited by M. E. Fowler and R. E. Miller. W. B. Saunders Co., Philadelphia, Pennsylvania, USA, PP 482-489, 2012.
33. Stott JL. Foothill Abortion. McGraw-Hill Yearbook of Science & Technology, Rennie J, (ed), pg 151-155, 2013.
34. Stott JL, MT Blanchard and ML Anderson. Infectious Agents: Epizootic Bovine Abortion (Foothill abortion). In: "Bovine Reproduction", Hopper RM ed, Wiley-Blackwell, Hoboken, NJ, pg 562-566, Nov 2014.

OTHER PUBLICATIONS:

Merrill ML, Blanchard, M, Anderson M, Teglas M, Myers D, Talbot T and Stott JL, Safety of a vaccine for epizootic bovine abortion, Proceedings of the Western Section of American Society of Animal Science, Vol 64: 273-278, 2013.

Welly BT, MR Miller, MT Blanchard, AD Islas-Trejo, SM O'Fourke, AE Young, JL Stott, JF Medrano and AL Van Eenennaam. Proceeding, Western Section, American Society of Animal Science, 65, 2014.

Stott JL MT Blanchard, BT Welly and AL Van Eenannaam. Development and testing of vaccine(s) for epizootic bovine abortion (EBA; foothill abortion): current status. Proceedings, Applied Reproductive strategies in Beef Cattle. Beef Reproduction Task Force, Univ CA-Davis, pp 245-249, 2015

## IMMUNOLOGY PROFILE - Miami Seaquarium
## Dec 4, 2013

## LEUKOCYTE PHENOTYPING & CYTOKINE PROFILE

**Toki (6701): Toki's leukocyte profile appears normal with the exception of some mild B lymphocyte hyperactivity**[2]; we have noted this is in the past as it occurs sporadically. Given Toki's age, the low numbers of B cells and low number of naïve T cells (<50) is to be expected. We've not looked at an Orca this old, so the reduction of the naïve/memory T lymphocyte ratio to "0" may or may not be significant; this is the first time we've seen so few naïve T lymphocytes!

Toki's leukocyte cytokine transcript profile is consistent with a viral insult, i.e. elevated levels of antiviral proteins MX-1 and interferon alpha and elevated levels of interferon gamma ($T_H1$ response to intracellular pathogen). COX 2 levels are elevated which would support the presence of an inflammatory response. IL-10 levels are elevated; such an elevation is normal in the face of an immune response and is used to control inflammation.

<u>All footnotes may not be present in the text.</u>

[1]**Decreased expression density of the putative cetacean cell adhesion molecule CAM-D (a shift from high to lower density) on PMNs has been associated with infectious processes.** This is similar to the decreased density of the adhesion protein CD18 on human neutrophils following activation by pro-inflammatory cytokines and chemokines emanating from the site of a tissue insult.

[2]**Recent analysis of CD19 (B cell) density in free-ranging dolphins associates short-term capture-associated stress with reduction in CD19 expression density on lymphocytes. CD19 represents the B cell co-receptor; increased density would be expected following B cell activation (abnormally high = hyper-responsive B cells) while decreased expression would raise the threshold for B cell activation (hypo-responsive Be cells = suppressed phenotype)** (Engel et al. 1995. Abnormal B lymphocyte development, activation, and differentiation in mice that lack or over-express the CD19 signal transduction molecule. Immunity 3:39-50)

[3]**CD19:CD21 Ratio: CD19 and CD21 are both proteins expressed on B cells. Theoretically, the ratio between them should approach 1.0. CD19 is expected to be expressed only on B cells but can be expressed on T cells at low density. When this occurs, the ratio increases and the mean density expression on B cells appear artificially low.**

[4]**According to the literature, CD19 is an antigen expressed only on B cells, however anti-CD19 is only available in a few other species (mouse and human) and therefore data is limited. Because of this, data is traditionally collected only on mononuclear cells, excluding PMNs from analysis. We have recently changed our data collection routine after we began noticing occasional CD19 expression on PMNs. Collaborative *in vitro* studies w/ a German Lab have demonstrated that pro-inflammatory cytokines can induce abnormal expression of CD19 on a small percentage of human neutrophils.**

[5]**CD21 is a protein found on mature B cells. The expression density pattern normally presents as a single peak. The presence of two distinct peaks is very unusual.**

EXHIBIT 2
Deponent Stott
Date 2-12-16 Rptr. VB
WWW.DEPOBOOK.COM

**IMMUNOLOGY PROFILE - Miami Seaquarium**
**Dec 17, 2013**

**LEUKOCYTE PHENOTYPING: Cytokine profile pending**

**Toki (6701): Toki's leukocyte profile appears normal for her with the exception of extensive B lymphocyte hyperactivity[2]** (elevated density of CD19 on all lymphocytes); substantially higher than the hyperactivity we reported earlier this month. Toki could just have her system rocking in response to an insult and is handling it fine! However, the profile would justify keeping a keen eye on her apparent health.

Toki's leukocyte cytokine transcript profile is pending though we noted significant activity (not necessarily bad!) in the sample provided earlier this month (Dec 5).

All footnotes may not be present in the text.

[1]**Decreased expression density of the putative cetacean cell adhesion molecule CAM-D (a shift from high to lower density) on PMNs has been associated with infectious processes.** This is similar to the decreased density of the adhesion protein CD18 on human neutrophils following activation by pro-inflammatory cytokines and chemokines emanating from the site of a tissue insult.

[2]**Recent analysis of CD19 (B cell) density in free-ranging dolphins associates short-term capture-associated stress with reduction in CD19 expression density on lymphocytes. CD19 represents the B cell co-receptor; increased density would be expected following B cell activation (abnormally high = hyper-responsive B cells) while decreased expression would raise the threshold for B cell activation (hypo-responsive Be cells = suppressed phenotype)** (Engel et al. 1995. Abnormal B lymphocyte development, activation, and differentiation in mice that lack or over-express the CD19 signal transduction molecule. Immunity 3:39-50)

[3]**CD19:CD21 Ratio: CD19 and CD21 are both proteins expressed on B cells. Theoretically, the ratio between them should approach 1.0. CD19 is expected to be expressed only on B cells but can be expressed on T cells at low density. When this occurs, the ratio increases and the mean density expression on B cells appear artificially low.**

[4]**According to the literature, CD19 is an antigen expressed only on B cells, however anti-CD19 is only available in a few other species (mouse and human) and therefore data is limited. Because of this, data is traditionally collected only on mononuclear cells, excluding PMNs from analysis. We have recently changed our data collection routine after we began noticing occasional CD19 expression on PMNs. Collaborative *in vitro* studies w/ a German Lab have demonstrated that pro-inflammatory cytokines can induce abnormal expression of CD19 on a small percentage of human neutrophils.**

[5]**CD21 is a protein found on mature B cells. The expression density pattern normally presents as a single peak. The presence of two distinct peaks is very unusual.**

