**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 15-CIV-22692-Ungaro/Otazo-Reyes**

PEOPLE FOR THE ETHICAL TREATMENT OF
ANIMALS, INC., ANIMAL LEGAL DEFENSE
FUND, HOWARD GARRETT, and ORCA
NETWORK,

                    Plaintiffs,

v.

MIAMI SEAQUARIUM and FESTIVAL FUN
PARKS,      LLC,      d/b/a      PALACE
ENTERTAINMENT,

                    Defendants.

**DEFENDANT'S MOTION TO EXCLUDE TESTIMONY**
**OF PLAINTIFFS' IDENTIFIED EXPERT INGRID VISSER**
**AND INCORPORATED MEMORANDUM OF LAW**

Defendant Festival Fun Parks, LLC d/b/a Palace Entertainment d/b/a Miami Seaquarium

("Miami Seaquarium" or "Defendant"), by and through undersigned counsel and pursuant to

Rule 702 of the Federal Rules of Evidence, respectfully moves to exclude the opinions of

Plaintiffs' identified expert Ingrid Visser ("Visser"), on grounds that her opinions are unreliable

and inadmissible. As grounds therefor, Miami Seaquarium submits the following Memorandum

of Law:

**MEMORANDUM OF LAW**

Under Federal Rule of Evidence 702, the Court acts as a gatekeeper to evaluate the

admissibility of expert testimony.  Fed. R. Evid. 702; *U.S. v. Masferrer*, 367 F. Supp. 2d 1365,

1371 (S.D. Fla. 2005) ("The 'gatekeeping' function inherently requires the trial court to conduct

an exacting analysis of the foundations of expert opinions to ensure they meet the standards for

admissibility under Rule 702.") (citing *McCorvey v. Baxter Healthcare Corp.*, 298 F.3d 1253, 1257 (11th Cir. 2001)).  "The district court's role is especially significant since the expert's opinion can be both powerful and quite misleading because of the difficulty in evaluating it." *Id.*

A trial court, in determining the admissibility of expert testimony under Rule 702, must conduct "a rigorous three-part inquiry," considering whether (1) the expert is qualified to testify competently regarding the matters she intends to address; (2) the methodology by which the expert reaches her conclusions is sufficiently reliable as determined by the sort of inquiry mandated in *Daubert*; and (3) the testimony assists the trier of fact, through the application of scientific, technical, or specialized expertise, to understand the evidence or to determine a fact in issue.  *U.S. v. Frazier*, 387 F.3d 1244, 1260 (11th Cir. 2004) (quoting *City of Tuscaloosa v. Harcros Chems., Inc.*, 158 F.3d 548, 562 (11th Cir. 1998)).[1]  "The burden of laying the proper foundation for the admission of the expert testimony is on the party offering the expert, and admissibility must be shown by a preponderance of the evidence." *Allison v. McGhan Med. Corp.*, 184 F.3d 1300, 1306 (11th Cir. 1999).  In other words, Plaintiffs must prove that Ingrid Visser is qualified to offer an expert opinion and that her opinions are reliable and helpful to the fact finder.  They can prove none of these things in regard to a number of Visser's opinions.

First, the party offering the expert must prove that she is qualified to render the opinion proffered.  Fed. R. Evid. 702; *City of Tuscaloosa,* 158 F.3d at 562 (requiring that "expert is qualified to testify competently regarding the matters he intends to address"); *see also Masferrer*, 367 F. Supp. 2d at 1372 ("The witness must be found qualified before [he will be] permitted to give opinion testimony.").  Visser is not qualified to offer medical opinions which form the basis of her general opinion regarding Lolita's quality of life.

---

[1] The same standard applies to all expert testimony, including scientific, non-scientific, technical, and other specialized matters. *Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 147 (1999).

Second, the reliability requirement demands that an "expert's conclusions must be based on sound scientific principles." *Rider v. Sandoz Pharmaceuticals Corp.*, 295 F.3d 1194, 1197 (11th Cir. 2002); *Masferrer*, 367 F. Supp. 2d at 1372-73 (noting that trial court "must assess whether the reasoning or methodology underlying the testimony is scientifically valid and whether that reasoning or methodology properly can be applied to the facts in issue"). Since *Daubert*, the Supreme Court has identified additional factors that may inform a district court's evaluation of proffered expert testimony, including whether the expert has unjustifiably extrapolated from an accepted premise to an unfounded conclusion and whether the expert is being as careful as she would be in her regular professional work outside her paid litigation consulting. *See Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 593-94 (1993); *Gen. Elec. Co. v. Joiner*, 522 U.S. 136, 146 (1997); *Kumho Tire Co.*, 526 U.S. at 152. Visser has an agenda and cannot or will not even consider evidence contrary to her opinion. This is a flawed methodology.

Third, the helpfulness requirement ensures that the expert opinion stays outside the province of the fact finder and beyond the understanding of the average lay juror. *See* Fed. R. Evid. 704 advisory committee's note ("Under Rules 701 and 702, opinions must be helpful to the trier of fact, and Rule 403 provides for exclusion of evidence which wastes time. These provisions afford ample assurances against the admission of opinions which would merely tell the jury what result to reach[.]"); *City of Tuscaloosa*, 158 F.3d at 565 (holding that expert testimony is inadmissible if the "trier of fact is entirely capable of determining whether or not to draw [the expert's] conclusions without any technical assistance" from the expert); *U.S. v. Duncan*, 42 F.3d 97, 101 (2d Cir. 1994) ("When an expert undertakes to tell the jury what result

to reach, this does not *aid* the jury in making a decision, but rather attempts to substitute the expert's judgment for the jury's.").[2]

In determining whether a witness is qualified to offer expert testimony, a Court must consider whether the expert has the education, knowledge, background, training and experience to offer an opinion on a topic that is relevant to the outcome of a particular dispute. If such qualifications are lacking, the Court may exclude the testimony. *See, e.g., Trilink Saw Chain, LLC v. Blount, Inc.*, 583 F. Supp. 2d 1293, 1304 (N.D. Ga. 2008) (noting that "many courts have excluded testimony when they determine that the witness is testifying to an area outside of—but related to—his expertise"). *See also Goodyear Tire & Rubber Co., Inc. v. Ross*, 660 So. 2d 1109, 1111(Fla. 4th DCA 1995) ("it is not enough that [an expert] be qualified to propound opinions on a general subject…rather, [the expert] must be qualified on the discrete subject on which he is asked to opine.")

In addition to the requirement that the qualifications necessary to opine on a topic must be the expert's own qualifications, the opinions expressed by the expert must be his/her own and not those of someone else who may possess the qualifications that the purported expert lacks. *See, e.g., American Key Corp. v. Cole Nat'l Corp.*, 762 F.2d 1569, 1580 (11th Cir. 1985) ("Expert opinions ordinarily cannot be based on the opinions of others whether those opinions are in evidence or not."); *McLendon v. Georgia Kaolin Co.*, 841 F. Supp. 415, 419 (M.D. Ga. 1994) (excluding testimony of expert who relied on opinion by another "without knowing [the

---

[2] In addition, expert evidence, like all other evidence, may also be excluded under Federal Rule of Evidence 403 if it is confusing or misleading, or if its probative value would be substantially outweighed by the risk of unfair prejudice. *U.S. v. Henderson*, 409 F.3d 1293, 1302 (11th Cir. 2005). Misleading and confusing expert testimony is at odds with the very purpose of expert testimony contemplated by Rule 702. *U.S. v. Frazier*, 387 F.3d 1244, 1263 (11th Cir. 2004); *Allison*, 184 F.3d at 1310 ("Rule 403, working in conjunction with Rules 702 and 703, militates against this general policy [of admissibility] by giving courts discretion to preclude expert testimony unless it passes more stringent standards of reliability and relevance.").

other person]'s occupation, training, or background. Moreover, [the expert] is unfamiliar with the data upon which [the other person] derived his opinion of the kaolin's quality."); *See, e.g.*, *R & R Int'l., Inc. v. Manzen, LLC*, 09-60545-CIV, 2010 WL 3605234, at \*15 (S.D. Fla. Sept. 12, 2010) (excluding expert who "engaged in no efforts to check the reliability of the reports upon which he relied"); *In re Imperial Credit Indus., Inc. Sec. Litig.*, 252 F. Supp. 2d 1005, 1013 (C.D. Cal. 2003).

# I.   ARGUMENT

Dr. Visser's opinions should be excluded because they are simply unreliable.  Dr. Visser is a professional advocate, knowledgeable in media strategies.  *See* Transcript of February 19, 2016 Deposition of Ingrid Visser ("Visser Dep.") 96:6-8. [3] [4] In fact, her work since 2011 has been almost exclusively as a "scientific advisor" and expert witness for her own "Free Morgan" foundation "authoring and co-authoring reports regarding rehabilitation and release of a captive orca…"  *See* Curriculum Vitae of Ingrid Visser, attached hereto as Exhibit "C".  Despite the fact that the Endangered Species Act specifically allows for captivity, Visser is unwilling to accept that any captivity is acceptable. Visser Dep. 24:9-11; According to Visser, the only acceptable pool for captivity would have to be at least 100 miles in diameter and "at a minimum" 300 meters deep.  Visser Dep. 45:1-25.

In this matter, Visser's advocacy causes her to simply ignore facts that do not support her point of view.  She has visited the Miami Seaquarium on two occasions and admits Lolita appears to be healthy.  Visser Dep. 105:4-8  But to Visser, it simply does not matter that Lolita is 50 years old and appears to be reasonably healthy, that she swims around, jumps, and manages to

---

[3] Relevant excerpts from the transcript of Ingrid Visser's deposition are attached hereto as Composite Exhibit "B".

[4] A true and correct copy of the Expert Report of Ingrid Visser, dated February 8, 2016 ("Visser Report") is attached hereto as Exhibit "A".

survive, if not thrive, in this captive condition.  Visser Dep. 79:4-22.  To Visser, captivity is simply unacceptable under any circumstances. Visser Dep. 79:23-25.

## II.   VISSER IS NOT QUALIFIED TO OFFER OPINIONS ON LOLITA'S HEALTH AND WELL BEING

Visser does not rely on her own knowledge or expertise in formulating her opinions.  The crux of Visser's opinion is that the "combined stressors" of Lolita's life at the Seaquarium causes her to be "compromised."  Visser Report at 21-24.   Visser's evidence for Lolita being "compromised" is entirely based on review of Lolita's training records and what Visser perceives to be excessive exposure to "pathogens" and the resulting use of medications. Id. Visser contends that the number of pathogens is an objective measure of health, comparing it to objective testing of human infants. Visser Dep. 66:8- 67:6.

However, despite this being the central tenet of her opinion, Visser is not scientifically or otherwise qualified to evaluate either the pathogen exposure or the use of medications; she is not an immunologist or veterinarian. Visser Dep. 68:10-17.  She emphasizes this lack of expertise when pressed on specifics.  Visser Dep. 69:6-12.  In fact, Visser failed her one year of veterinary school.  Visser Dep. 10:7-12.  She admits that because she is not a veterinarian, she cannot opine as to the quantity of medication, but feels Lolita is overmedicated based on her prior review of one week of records for another captive orca.   Visser Dep. 89:22-90:14.  Visser is simply not qualified to offer an opinion as to "pathogens" or the use of medications.

## III.   VISSER'S OPINIONS ON INTERACTIONS WITH WHITE SIDED DOLPHINS ARE UNRELIABLE AND OFFENSIVE

Visser believes and opines that Lolita suffers from social isolation, despite living with other cetaceans (white sided dolphins); in fact, she devotes five pages of her report to the "sexual harassment" and "mobbing" by the white sided dolphins, even though she never witnessed such conduct herself.  Visser Dep. 51:2-5 (did not witness inappropriate behavior) and Visser Dep.

36:19-21 (did not see rake marks on Lolita).   Visser has termed Lolita's interactions with the dolphins as "deviant".  Visser Depo at 49: 4-12.  Visser agrees we do not know what is going on in the mind of orcas.  Visser Dep. 35:4-8.  She agrees that wild orcas "rake" (scratch with teeth) other orcas in the wild likely for social or other reasons. Visser Dep. 38:7-14.

But if a rake comes from a white sided dolphin, Visser terms it "inappropriate" because it is an interaction with a "different species."  Visser Dep. 36:22-37.   She also notes that orcas will sexually harass and "mob" each other.  Visser Dep. 53:14-21.  Yet, when it comes to Lolita, who may be instigating the behavior, Visser terms it "deviant" because it is "not normal." Visser Dep. 49:9-12.  In Visser's mind, orcas are not allowed to adjust to their surroundings and companions; nothing is suitable other than what she deems "natural."  Visser believes that Lolita is not allowed to play with the children of another race because it is not natural.

## IV.    CONCLUSION

Dr. Visser has a clear and stated agenda that makes her opinions unreliable and not helpful to the trier of fact, and further she is not qualified to render veterinary opinions which form the basis of her conclusion as to whether Lolita is thriving at the Miami Seaquarium.  Her opinions on "pathogens" and on the use of medication must be excluded.  Further, her "sexual harassment theory" has no scientific basis and is contrary to the evidence and must be excluded.

## CERTIFICATION REGARDING PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Miami Seaquarium certify that they have conferred with Plaintiffs in a good faith effort to resolve the issues raised in this Motion and can state that Plaintiffs oppose the relief requested herein.

Dated: March 11, 2016           Respectfully submitted,

/s/ Mark A. Salky
Mark A. Salky, Esq.
Florida Bar No. 058221
salkym@gtlaw.com
Evelyn A. Cobos, Esq.
Florida Bar No. 92310
cobose@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue
Miami, Florida 33131
Telephone: (305) 579-0500

Jennifer B. Moore, Esq. (*Pro hac vice*)
moorej@gtlaw.com
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100

James H. Lister, Esq. (*Pro hac vice*)
jlister@dc.bhb.com
Melinda L. Meade Meyers, Esq. (*Pro hac vice*)
mmeademeyers@dc.bhb.com
Birch, Horton, Bittner & Cherot, P.C.
Suite 1020
1156 15th Street, NW
Washington, D.C.  20005
Telephone: (202) 659-5800

William A. Earnhart, Esq.
(*Pro hac vice*)
wearnhart@bhb.com
Birch, Horton, Bittner & Cherot, P.C.
1127 West 7th Avenue
Anchorage, AK  99501
Telephone: (907) 276-1550

*Attorneys for Defendant Festival Fun Parks, LLC d/b/a Palace Entertainment d/b/a Miami Seaquarium*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on March 11, 2016, I served the foregoing document by Registered E-mail on counsel for Plaintiffs as follows:  Paul J. Schwiep, Esq., Coffey Burlington, P.L., pschwiep@coffeyburlington.com; Scott Hiaasen, Esq., Coffey Burlington, P.L., shiaasen@coffeyburlington.com; Jared Goodman, Esq., PETA Foundation, JaredG@petaf.org; Matthew Strugar, Esq., PETA Foundation, Matthew-S@petaf.org; Caitlin Hawks, Esq., PETA Foundation, CaitlinH@petaf.org; and Stephanie Wilson, Esq., ALDF, swilson@aldf.org, *Counsel for Plaintiffs.*

/s/ Mark A. Salky
MARK A. SALKY

**EXHIBIT "A"
TO MOTION TO EXCLUDE TESTIMONY
OF INGRID VISSER**



February 8, 2016

Jared Goodman
PETA Foundation
2154 Sunset Blvd.
Los Angeles, CA 90026

      Re:    *People for the Ethical Treatment of Animals, et al., v. Miami Seaquarium,*
            Case No. 15-cv-22692

This is my report, prepared pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, regarding the conditions of a captive orca whale sometimes known as "Tokitae," or "Toki" and known to the public as "Lolita," held at the Miami Seaquarium in Virginia Key, Biscayne Bay, Florida.  Pursuant to the requirements of Rule 26, I have studied the material listed below regarding this case.

## Background and qualifications

I am a marine scientist and have researched *Orcinus orca*, commonly known as the orca or killer whale, for more than two decades.

I have a Bachelor of Science degree in Zoology (1990, Massey University, New Zealand), a Master of Science degree in Marine Science (1992, Auckland University, New Zealand), and a Doctorate in Environmental and Marine Science (2000, Auckland University, New Zealand), the latter of which I specialized in the study of orca.

My research focuses on their daily behaviours, foraging behaviours and the social interactions of the individuals as they travel extensive distances on both a daily and seasonal basis.  I have conducted research on orca, in the wild, in various locations around the world, including (alphabetically): Antarctica (both at the Peninsula and in the Ross Sea), Argentina, Iceland, New Zealand, Papua New Guinea, Russia (Kamchatka) and the United States.  I have observed and/or collected data on orca from areas including Australia, Canada, Chile, Fiji, Honduras, Indonesia, Namibia, Norway, Portugal, Tonga, South Pacific and South Africa.  Specifically, on a number of occasions I have also observed, and collected data on, the orca found around the San Juan Islands of Washington State, USA, which has included the orca of Tokitae's population.  In

Highly Confidential – Attorneys' Eyes Only

my role as a scientist, I have observed many different orca cultures including their social affiliations, foraging and other culture-specific behaviours.

I regularly enter the water with the animals to observe and document their daily behaviours, foraging behaviours and the social interactions.  As far as I am aware I am the only person the world to regularly conduct in-water scientific research on wild orca.

I have also observed orca in captivity in (alphabetically); Argentina, Canada, France, Japan, the Netherlands, Spain and the United States (including all four U.S. facilities which currently hold captive orcas), and other species of cetaceans in captivity in Argentina, Australia, Japan, the Netherlands, New Zealand and the United States.

I have published 19 peer-reviewed scientific papers specifically focused on or pertaining to orca (Annex 1), a report about the captive conditions in which a young orca was held while in captivity in the Netherlands (Visser and Hardie, 2011) and a further report about the same captive orca after she was moved to another facility in Spain (Visser, 2012).  I have also published peer-reviewed scientific papers on other species of cetaceans in well-respected journals (Annex 1).  I have additionally published non-peer-reviewed articles in publications including New Zealand Geographic and BBC Wildlife Magazine. My curriculum vitae is attached (Annex 1).

I have testified as an expert at trial, in the Administrative and High Courts of the Kingdom of the Netherlands regarding the court cases for the captive orca, known as Morgan. The cases were heard on 03 August 2011, 07 November 2011, 01 November 2012 and 03 December 2013.

I am familiar with the conditions of Tokitae's captivity at Miami Seaquarium (MSQ) and have observed her captive environment, in person. On 7 & 8 June 2013, I attended three of MSQ's "Killer Whale and Dolphin" shows and on 4 & 5 July 2015 I attended four shows (two on each day). During each performance I observed Tokitae before, during, and after the performances (pre- and post-show the MSQ limits the amount of time during which the public can be in the stadium area (and view the tanks), to approximately ten to fifteen minutes). I observed Tokitae from various angles and positions in the viewing area—including immediately adjacent to the tank and different locations in the bleachers—in order to obtain a comprehensive picture of her conditions.

I have also analyzed the literature regarding Tokitae's capture and the conditions of her captivity at MSQ, including but not limited to scientific papers, and I have reviewed various photographs and video footage of Tokitae at MSQ. I have also viewed the video recording of the plaintiffs' 20 January 2016 site inspection of MSQ (for which I have created a log of her behaviour; Annex 2) and the following documents produced by MSQ in this litigation: [Bates# MSQ0000332-R through MSQ0010543].

Within those documents, although the orca in question is referred to by the MSQ publicly and in their advertising as 'Lolita', on their Behaviour Records she is listed as 'Tokitae' and in their Animal Training Protocol booklet [Bates #MSQ0009799]. She is also referred to as 'Toki' in various documents, such as the Micrim Labs reports [e.g., BATES #MSQ0000778-R].  There is a

lack of consistency in the records – for instance within the documents [BATES #MSQ0001232 through to #MSQ0001577] (i.e., 346 pages) only 42 (roughly 12%) are listed with a name that is similar to Tokitae (i.e., they state 'Ms Toki'), whilst the remainder list the animal as one named 'Ms Gypsy' (which is a female, based on a vaginal sample submitted [BATES #MSQ0001233]). It may be that 'Gypsy' is the same animal as Lolita, Tokitae, Toki or Tok, but this is not indicated on the records.

However, of note (and explained in more detail below) is that the Medical Records which *are* labeled as belonging to Tokitae ('Ms Toki'), do show an inordinate number of organisms which have been cultured from her ($n = 39$, minimum) and this level of infection is extremely disturbing. Such a plethora of bacteria, fungi and viruses are an unreasonable number when put into the context of the published scientific literature regarding pathogens noted in orca (both in the wild ($n = 5$) and those orca other than Tokitae, held in captivity ($n = 17$)), (details given below). This excessively high number of pathogens is a clear indication that Tokitae is not in an environment that is beneficial to her well-being.

Due to previously scheduled overseas work in remote areas (with extremely limited internet access, e.g., Antarctica), I was only able to access the Bates records from the 3rd of February 2016 and as such have not had time to review all of the records in full detail. However, of those that I have examined in detail I was disturbed by the amount of missing documents (e.g., the Behaviour Records for the week 22-28 June 2015, all of the Behaviour Records for the month of December 2015).

Furthermore, there was redaction applied to some of the documents (such as the Animal Training Protocol booklet [Bates #MSQ0009799] and the Behaviour Records e.g., see [BATES #MSQ0003683]). The poor quality of hand writing in many of the Behaviour Records also precluded the understanding of some of the information contained within (e.g., see Wed 19 August 2015 [BATES #MSQ0003680]).

## Overview

Tokitae is a member of the critically endangered Southern Resident Killer Whale (SKRW) population. She is the lone survivor of capture operations in the 1960s and 1970s during which at least 11 SRKWs died and 36 others were seized for exhibitions. This type of orca is known as a 'Resident' ecotype, which specializes in feeding on salmon. The SRKW are distinct from other orca populations physiologically, ecologically and behaviourally. Studies have shown distinctions in mitochondrial DNA, physical appearance, ecology, acoustics, behaviour, culture and social organization between SRKW and sympatric Transient, Offshore and Northern Resident killer whale populations (*inter alia*; Hoelzel et al., 1998; Barrett-Lennard, 2000; Ford & Ellis, 1999; Bain, 1988; Baird, 1994; Baird & Stacey, 1987; Baird & Dill, 1996; Bigg et al., 1987; Guinet, 1990; Morton, 1990; Barrett-Lennard et al., 1996; Baird et al., 1992).

As of 2016 Tokitae is approximately 20ft (~6 m) long and she weighs approximately 7,500 pounds (3402 kg) (her weight is estimated by the MSQ using morphometric algorithms) as cited from Defendant's Amended Answer (DE22) at ¶ 40. This is because no measuring scale is installed at MSQ.

Highly Confidential - Attorneys' Eyes Only

**Harm and harassment inherent to Tokitae's captive environment**

## I.     **Opinions Related to the Inadequate Size & Depth of the Tank**

For nearly 45 years, Tokitae has been housed in an oblong-shaped barren and basically featureless tank. At its longest point the tank is 80 ft (24 m) across, whilst at its widest point it is only 73 feet (22 m) across (Annex 3). A large, solid concrete platform/stage barricades and divides the tank into a 'show' (front or 'A' section) and a smaller 'rear' ('B') section (Annex 3). The platform/stage is approximately 45 ft (13.7 m) by 5 ft (1.5 m) and is slightly curved, leaving openings of approximately 10 ft (3 m) on either side of the platform/stage, each of which can be closed by gates. The platform is offset toward the east perimeter of the tank (creating what is typically designated as the rear of the tank, due to the stadium entrances being located on the western side). It thereby divides the tank into the two areas of the tank designated above. The rear 'B' section of the tank is smaller than the 'show' ('A') area, measuring only approximately 45 ft (13.7 m) x 34 ft (10 m). Although a section of the 'stage' hangs out over the footer of the platform, the underwater part of the construction is solid and as such obstructs any movement in the East-West directions and reduces any straight-line path that may have been possible. Furthermore, by its very nature it dramatically reduces the spatial dynamics of the tank.

Tank 'A' has a maximum depth of 20 ft (~6 m), which is *only* achieved near the center of the tank. The depth decreases from the midpoint out towards the sides of the tank, to where it is only 12 ft (3.6 m) deep all around at the shallow perimeter. This sloping perimeter zone is 10 ft (3 m) wide (USDA whale stadium pool dimensions # IV (undated) with hand drawn details of cross section on left edge of page) [BATES PETA001626]. Therefore, the average depth is much less than 20 ft (~ 6 m) —the approximate length of Tokitae. Unfortunately, even this 20ft depth is not always maintained and there are multiple Behavioural Records which clearly indicate that the water levels drop enough that the trainers note this in the logs, e.g., some examples include;

Monday 15 Dec 2014 "*H2O ↓ [down arrow] 2ft all day*"
Tuesday 16 Dec 2014 "*H2O ↓ [down arrow] to top of windows all day*"
[BATES # MSQ0003570]
Tuesday 23 Dec 2014 "*H2O ↓ [down arrow] all day*"
Wednesday 24 Dec 2014 "*H2O ↓ [down arrow] overnight*"
[BATES # MSQ0003568]
Monday 26 Jan 2015 "H2O ↓ [down arrow]"
[BATES # MSQ0003736]
Monday 02 March 2015 "*Gated in A overnight "H2O dropped*"
[BATES # MSQ0003726]
Friday 17 April 2015 "* Slept in A H2O ↓ [down arrow] overnight"
Saturday 18 April 2015 "*H2O down overnight"
[BATES # MSQ0003715]

Furthermore, in the Health Record Summaries there are also multiple entries with regards to dropping the tank water levels for various reasons, such as to bring in or take out Pacific white-sided dolphins or to administer injections to Tokitae, for example;

Highly Confidential - Attorneys' Eyes Only

"Planning on doing painting in the pool, water will be a lower for Toki" (9-4-01) [BATES # MSQ0003752-R]

"Was active when water was lowered" (9-5-01) [BATES # MSQ0003752-R]

"Water level was lower for several days for pool work" (1-12-06) [BATES # MSQ0003763-R]

"Pool B dropped for the new lags" (4-21-09) [BATES # MSQ0003768-R]

"Drop the pool again for another shot" (3-1-11) [BATES # MSQ0003774-R]

"We planned to do another drop" (3-2-11) [BATES # MSQ0003774-R]

"Pool drop" (11-14-11) [BATES # MSQ0003776-R]

"Pool drop" (1-30-13) [BATES # MSQ0003780-R]

"Pool going down" (3-5-13) [BATES # MSQ0003780-R]

"Pool drop" (9-16-13) [BATES # MSQ0003783-R]

"Whale pool drop" (11-4-13) [BATES # MSQ0003784-R]

"Behavioural pool water lower" (2-21-14) [BATES # MSQ0003785-R]

The water level issue has also been documented in a video online (undated, but based on clothing of the era is approximately *circa* 1980's). The video undisputedly shows a dramatic difference in water level between the day it was taken and the plaintiffs' site inspection (Annex 4).

Given that orca have been recorded diving regularly between 656 ft and 984 ft (200 m - 300 m) (Matkin et al., 2012), with a maximum depth of over 1312 ft (400 m) (Matkin et al., 2012) in Alaska, and 2518 ft (767.5 m) at Prince Edward Islands, Southern Ocean (Reisinger, et al 2015), it is abundantly clear that the tank Tokitae is held in is far too shallow to meet even her most basic biological needs. It is only logical, given this scientific evidence, to also ascertain that even the 20-ft maximum depth of this tank cannot remotely approximate a habitat that caters to the natural behaviours and adaptations of this species. Furthermore, it should be noted that dive rates do not change significantly with age or sex (Baird et al., 2005) (e.g., a three-year-old male orca was recorded diving to 148 m, and a three-year-old female was recorded diving to 135 m, while the maximum recorded depth was 264 m (Baird et al., 2005), therefore this tank was not even sufficient when Tokitae was first moved into it). Thus, as Tokitae's tank is only as deep, at its deepest point, as she is long and it is substantially shallower than that over its average depth. This tank is, without a doubt, too small for her (or any orca). Not only is she <u>unable to dive at all</u>, but she is also deprived of the ability to hang or swim vertically in the water without touching the bottom of the tank. She can be seen in a number of points of the video from the plaintiffs' site inspection (e.g., see ANNEX 5-B (Camera B - closeup) file name AA000509 @ 2:22 & 2:37, attempting to lift her head high out of the water, but has her tail flukes on the bottom of the tank. Hanging and swimming vertically in the water column are natural and species-typical postures and behaviours of orca.

Because of the diminutive size and poor design of the tank in which she is kept, Tokitae <u>cannot travel in a straight line for more than 60 feet</u> (taking into account her body size). Even at its longest point, the tank is only 4x her body length and the swimmable width only 1.75x her body length. The solid platform inside Tokitae's small tank further obstructs and encroaches on the already limited space available within the tank and dramatically reduces the spatial dynamics of

the tank. This platform requires Tokitae to make continual and substantial corrective adjustments to what should be normal movements and behaviours, in order to avoid colliding with the platform and walls. She is completely unable to turn naturally or swim freely and such a undersized tank necessarily results in relative inactivity.

The video recording made by the plaintiff on the 20th of January 2016 included approximately 6.5 hours of 'daylight' recordings, made between sunrise at 07:09 and sunset at 17:55 hrs. A description of Tokitae's movements, which could be clearly distinguished during those times, was entered into a spreadsheet (Annex 2). This included Annex 2-A (Camera A-wide angle (typically, fixed position on tripod, view of complete tanks and some of the bleachers); Annex 2-B (Camera B-close-ups, often following Tokitae), Annex 2-C (# of partial and complete tank perimeter laps, from video on Camera A). The latter always erred on the side of generosity towards the amount of distance that Tokitae was recorded as moving. For example, if she moved less than ¼ of a perimeter lap, she was recorded as moving the full ¼, or if she moved diagonally across tank A, she was recorded as moving ½ a perimeter lap.

The keeping of orca in small tanks is known to induce physical and psychological manifestations of stress (Jett & Ventre, 2011). This includes stereotypic 'bobbing', 'head swaying' and logging behaviours, such as those I have observed in Tokitae (e.g., see video log Annex 5, video clip A014C254_160120Y7 which is 43 minutes long; she was observed having very short submergence time and logging was the primary behaviour. Likewise for video clip A014C255_160120R9 which is 30 minutes long and in which, apart from very short times of submergence and one instance of lifting her head and head-bobbing, she logged for the duration of the recording). This is completely abnormal behaviour and logging of such durations have never been recorded in the scientific literature for wild orca.

Such abysmal tank conditions significantly disrupt an essential and basic behaviour pattern: an orcas' biological <u>need</u> to swim long distances. I have personally recorded orca travelling, uninterrupted (i.e., without changing their behaviour), in a straight line for distances of over 20km (10.79 nautical miles) (Visser, unpublished data). Other researchers have recorded orca traveling large distances on a daily and seasonal basis, including *inter alia*, one orca travelling a distance of 460 miles (740 km) in six days (i.e., 76 miles/123 km per day) (Matkin et al., 1997); two orca travelling 2030 miles (3,267 km) from Kodiak, Alaska, to Monterey, California, in just 77 days (i.e., 42.4 km per day); and an Offshore orca (an ecotypic form found off the Pacific Northwest) was shown to travel a one-way distance of at least 2755 miles (4,435 km) (Dahlheim et al., 2008). Two ecotypic forms of orca have been documented moving from Antarctic waters into warmer waters. Durbin & Pitman (2011) documented Type B orca travelling a round trip (Antarctica, Brazil, Antarctica) of 5075 nautical miles (9400 km) in just 42 days (i.e., 120 miles/223 km per day), whilst Type C orca were documented travelling 3545 miles (4,900 km) from to North of New Zealand in only 22 days, equivalent to a daily distance of 138.5 miles (223 km) per day (Eisert et al (2015). Based on the longest-lasting satellite tag, the orca travelled a total distance of *ca.* 4,700 nautical miles (8,700 km) in 32 days, equivalent to 169 miles (272 km) per day (Eisert et al (2015).

Orca have been demonstrated to have the optimum shape in terms of "fineness ratio" and streamlining (with a fineness ratio of 4.5) (Williams, 2008) and are adapted for swimming

Highly Confidential - Attorneys' Eyes Only

extended distances and durations.  The 'casual' swimming speed of wild orca averages 3.6 m/sec (Williams, 2008) and average speed speeds of 6 m/sec (Baird and Goodyear, 1993) and 6 knots (11.3 kmh$^{-1}$) (Eisert et al 2015) have been recorded.  Specifically, SRKW orca populations have been documented travelling at speeds of over 20 km/h (Ford, 2008) with a mean travelling speed of 10.4 km/h (Ford, 1989).

As early as 1968 it was clearly recognized that wild orca "*swim at an average of 4 to 6 km/hr when travelling from one feeding area to another…. [T]hey can* <u>*sustain speeds of nearly 20 km/hr, and under extreme circumstances we have timed them*</u> <u>*travelling at nearly 35 km/hr.*</u>" (Griffin and Goldsberry, 1968, emphasis added).  More recent data of an orca travelling an average speed of about 20 km/hr over a 26 minute chase also shows that they travel long distances at high speeds (Ford et al., 2005).

It is clear that the MSQ tank does not allow Tokitae nearly enough space to obtain these typical sustained speeds and she would have to swim an inordinate number of laps (all the while being forced to contort her body into unnatural positions in order to navigate the small tank and avoid collision with the concrete platform and walls) to complete such distances.

Given the circumference of the tank (excluding the outer extension of the rear 'annex' (part B of the tank) and assuming both gates were open to allow egress past the platform), the dimensions of the oval can be calculated as 79 x 56 ft (24 x 17 m) giving a circumference (perimeter swim) of no more than 213 ft (65 m) (see perimeter swim details given in tank dimensions, Annex 3,).  There are 5,280 ft in a mile (1,000 m in a km).  Therefore, it would take Tokitae approximately 24 laps to complete one mile (or 15 laps to complete one kilometer).

Given the example above, of orca in the wild swimming 138.5 miles (223 km) per day, it would require Tokitae to swim approximately ***3,430 laps in a day*** to cover a similar distance.  Even using a more conservative 100 miles (161 km) per day (Baird, 2000) as the distance wild orca would travel, Tokitae would have to swim 2,400 laps in order to swim that distance in her tank.

In order to illustrate how unlikely it is for Tokitae to swim even 2,400 laps on any given day, due to the extreme constraints imposed on her by the physically tiny tank (and taking into account her stereotypic behaviour of logging for inordinate amounts of time), I used video of the plaintiff's site inspection on the 20th of Jan 2016.  Using the data collated from those videos (Annex 2C), the number of perimeter swims (laps) she completed could be counted, during the 6.5 hours of daylight video.  The spreadsheet shows that she (generously) swam 37.25 laps (i.e., 1.5 miles) in tank A and an additional 1.75 laps (0.06 miles) in tank B for a **total of 1.56 miles (2.5 km) in 6.5 hours.**  This *included* the time she spent during shows and during training sessions.  If these very food-motivated sessions, where if she is to get her food she is *required* to move (due to signals from the trainers), are then excluded from these calculations, Tokitae completed a total of 26.5 laps (i.e., **1.07 miles/1.7 km) in the 6.5 hours** during the daylight (6.5 hrs).

From these examples it is abundantly clear that Tokitae is not engaging in anything even remotely approaching natural or normal swimming distances.  Her dearth of movement is extreme to a degree that can only be described as atrocious.  No amount of massaging of the data can hide how appalling this lack of movement is when compared to the wild.  This is an intense

and excessive deprivation for her. Furthermore, it is instantly recognizable and obviously unambiguous that this lack of being able to express a behaviour that her species has spent millions of years evolving towards, compromises her welfare *and* her well-being.

Based upon the foregoing, it is clear that MSQ does not provide Tokitea with space to allow her to engage in normal behaviours or exercise effectively. Confinement of animals has been shown to increase their motivation (desire) to move about (Jensen, 1999). Such motivations build up when an animal is prevented from performing normal behaviours (Lorenz, 1950). Yet obviously, given the extremely small and interrupted space of the tank in which Tokitae is kept, it is not feasible for her to travel to any degree or increase her locomotory behaviours like swimming. In the book *Wild Mammals in Captivity* (touted as an 'essential reference' for zoos, aquaria, and wildlife parks[1]) the chapter pertaining to captive marine mammals states that "[d]*esign and construction of appropriate marine mammal habitats should permit the performance of most, if not all, of their natural behaviours,*" and "[d]*esign and construction of a facility must meet the physical, psychological and behavioural needs of the animals as well as the goals and obligations of the host organization.*" (Joseph and Antrim, 2010). The authors also state, "*Marine mammals need enough space to allow them to perform natural behaviours with freedom of movement.*" I reiterate that the MSQ tank that Tokitae is held in does not meet a single one of these criteria.

Moreover, in her paper regarding commercial aquaria, McCormick-Ray (1993), states, "*Aquarium science should emphasize an ecosystem approach and consider the evolutionary history of the species held. Exhibits could focus on the role of organisms in ecosystems to better encourage public understanding and support for aquatic conservation.*" The tank in which Tokitae is held does not address any aspect at all of the ecosystem she has been taken from, nor provide her with any features in the tank that would approximate such an ecosystem. In essence, she is kept in a too small, featureless, barren tank which amounts to sensory deprivation.

In summary, based on my extensive knowledge of orca, their behaviour and their biological needs, including the need to travel long distances and, that they have evolved to dive to great depths, there can be no legitimate doubt that this tank is grossly inadequate for any orca. Tokitae's well-being is severely compromised by keeping her in these conditions.

---

[1] University of Chicago Press, Wild Mammals in Captivity Summary, http://press.uchicago.edu/ucp/books/book/chicago/W/bo8434953.html (last accessed, 08 February, 2016).

## II.    Opinions Related to Chronic Social Isolation

For approximately the first ten years of Tokitae's captivity at the MSQ, she was kept with a male orca companion named "Hugo."  Hugo died in 1980 and the MSQ has held Tokitae without an orca companion since.  Though orca are well recognized as having complex social lives, the MSQ has forced Tokitae to live in social isolation for nearly 36 years.

It is highly abnormal for orca to be solitary in the wild.  To date, only four semi-permanently or permanently solitary orca are recognized in the literature from 1814 until present (Goodwin and Dodds, 2008, Visser and Hardie, 2011). Tokitae's isolation deprives her of the basic standard of engaging in any social context, which is paramount to ensure her psychological welfare.

Though Tokitae has been housed with a variety of dolphins since 1980 and is currently housed with Pacific white-sided dolphins (*Lagenorhynchus obliquidens*), these species are not socially compatible and the dolphins are not an appropriate substitute for social contact and interaction with biologically related species.  In nature, Pacific white-sided dolphins and orca do not naturally share the same habitat in the constant or concentrated fashion in which they are forced to exist in the small tank at the MSQ.  Although their habitat in the wild is sympatric, orca and Pacific white-sided dolphins do not typically interact (e.g., see Jefferson et al., (1991) where in over 430 interactions (both predatory and non-predatory) between 1830-1989, only one involved both orca and Pacific white-sided dolphins).

While these two species are members of the same taxonomic 'Family' (Delphinidae), in the same way that gorilla (*Gorilla* sp.) and humans (*Homo sapiens sapiens*) are in the same 'Family' (Hominidae), they should not be considered biologically related species in terms of whether the dolphins can fulfill Tokitae's need for social contact and interaction, which is fundamental to her physical, social and psychological well-being. Any attempt to claim that housing Tokitae with Pacific white-sided dolphins is an appropriate level of social stimulation, would be erroneous. It would be the equivalent of saying that housing a gorilla or a chimpanzee with a human satisfies the social needs of either species.  Rather, some mammal-eating orca populations have been known to hunt Pacific white-sided dolphins (Dahlheim and Towell, 1994) and there is growing evidence that some populations of orca feed on a wide range of prey items (Visser, unpublished data).  Naturally, it cannot be ruled out that due to Tokitae's sheer size, injuries to the dolphins may occur if she acted aggressively (or even if she conducted 'rough play').  To this day, the US Government records indicate that there were Pacific white-sided dolphin deaths which occurred at the MSQ (ithe dolphins may have died whist in the same tank as Tokitae).  However, the only information currently made public (via www.ceta-base.com), indicates that two of these dolphins were involved in some type of blunt force trauma event (such as a ramming by a large object);

(1) Maki (Female), Pacific white-sided dolphin, captured 1988, arrived October 26, 1988.  Died December 10, 2004 of "*sepsis from momentum contusion*".  Such a description of the cause of death is not clear from assessing the medical literature, however sepsis is defined as an "*Infection of the soft tissues or blood by pathogenic microorganisms, arising usually after these have entered the body through a skin wound.  It results in destruction of the tissues by the pathogens or their toxins…*" (Hine & Martin, 2015).  A contusion is a "*bruise; damage that results from a blow that breaks blood vessels.  This can occur beneath the skin as well as on the surface*" (p 54, Bell, 2012), therefore, in effect a contusion caused by momentum

Highly Confidential - Attorneys' Eyes Only

is a bruise associated with speed (a collision or a ramming, for instance), which apparently resulted in an opening of the skin, allowing sepsis to occur.

(2) Liko (Male), Pacific white-sided dolphin, captive born on May 25, 2009 at Seaquarium. Died August 25, 2015 of "acute subdural hematoma". This is defined in the *Dictionary of Forensic Science* (p 111, Bell, 2012) as a head injury in which "*A pooling or collection of blood that has leaked out of a blood vessel. It can be manifested externally as a bruise and can cause significant swelling. A subdural haematoma and the accompanying swelling are frequently seen as a cause of death involving blows to the head*".

Tokitae's behaviours are at times dangerous to the dolphins. I observed behaviour which in my professional opinion would be categorized as aggressive behaviour, in which she pursued, at what appeared to be the fastest speed she was able to attain within the tight confines of the tank, a Pacific white-sided dolphin. During this pursuit, Tokitae's mouth was wide open and her teeth were clearly visible. The dolphin escaped harm because of its smaller size and maneuverability in the small tank. In my decades of studying orca, I have witnessed a number of orca attacks upon other cetaceans and published peer-reviewed papers about some of these events (see Annex 1). Tokitae's behaviour in this instance was unmistakably aggressive behaviour. It is my opinion that if she had caught the dolphin, the dolphin certainly would have been injured or killed. It should be noted, however, that Tokitae's pursuit did not fit the behaviour profile of a SRKW's (Southern Resident Killer Whale), who as an ecotype are a fish-eating population that subsist predominantly on salmon.

Moreover, my observations of Tokitae at the MSQ have indicated that the presence of the dolphins is likely adding to her stress. In a 'vintage' (circa 1980's) video a trainer is seen to actively encourage and facilitate a Pacific white-sided dolphin to not only ride on the back of Tokitae (see screen shot, Annex 5), but also to 'mount' her when she is in an inverted position (see screen shots, Annex 5), a position that is typically used by female cetacean (whale, dolphin or porpoise) during copulation. The video shows that the dolphin conducted numerous 'pelvic thrusts' during the time it was mounted onto Tokitae, similar to those used during copulation. That this behaviour was instigated and shaped during training, goes without saying as being completely inappropriate, but it likely led to displacement behaviours due to frustration and dominance (by either species). The training of such 'mounting' behaviour onto Tokitae may now account for the inappropriate interspecific sexual harassment behaviour of the male Pacific white-sided dolphins reported in the Health Record Summaries of Tokitae's health, as recorded in [BATES #MSQ0003752-R – #MSQ0003793-R]. There may be multiple perpetrators involved, as not all entries note the identity of the male. However, some do, for example the male Pacific white-sided dolphin Lii is recorded as conducting these behaviours ;

- "Sexual behaviour observed from both Toki and Lii, more Lii towards Toki" (10-2-01) [BATES # MSQ0003752-R]
- "Toki and Lii … active between each other, … sexual between the two of them" (10-3-01) [BATES # MSQ0003752-R]
- "Lii sexually superficially raked her twice, some sexual activity …. been observed" (11-10-01) [BATES # MSQ0003753-R]

- "Observed sexual behaviour what appears to be Lii, very actively swimming" (2-1-02) [BATES # MSQ0003753-R]
- " sexual behaviour" (2-2-02) [BATES # MSQ0003753-R]
- "Somewhat sexual with Lii" (7-9-02) & (8-13-02) [BATES # MSQ0002755-R]
- "Lii was observed with his penis out" (1-20-06) [BATES # MSQ0003763-R]
- "Toki was very sexual with Lii" (8-7-06) [BATES # MSQ0003765-R]
- "Lii has been sexual with her" (5-10-07) [BATES # MSQ0003766-R]
- "Toki has been sexual" (2-2-11) [BATES # MSQ0003772-R]
- "Lii has been rubbing on Toki in a sexual fashion" (3-11-13) [BATES # MSQ0003780-R]
- "Slightly sexual" (4-25-13) [BATES # MSQ0003781-R]
- "Active with the male in the pool" (12-15-14) [BATES # MSQ0003789-R]
- "Tok still active with male in the pool" (12-22-14) [BATES # MSQ0003789-R]

Additionally, as noted by one of the staff of the MSQ, the [BATES # MSQ0003793-R], entry (dated 10-8-15) reads; *"Two new small 5cm sexual rake nips ventrally"* which illustrates the connection between the sexual behaviour and aggression of the Pacific white-sided dolphins towards Tokitae.

There are likely to be many more such sexual harassment events occurring which are either unnoticed (due to the poor water quality and resultant lack of visibility through the water) or unnoted (e.g., the observer may consider these behaviours 'normal' and not bother to record them). That this type of sexual harassment behaviour is noted in the summary record over a period of more than 13 years, indicates that the behaviour is not only ongoing but is chronic.

It is noted that in various documents that individual Pacific white-sided dolphins are moved in and out of the tank with Tokitae (e.g., see *The female lags were moved to a back nursery area*" dated 12-2-04 [BATES # MSQ0003759-R]). Therefore, although it may not be the same male always involved in this deviant sexual behaviour, transmission of behaviours have been well documented as spreading culturally (e.g., tool use by dolphins, Krützen et al (2005)).

During my personal observations of Tokitae and in the videos I have viewed online and from the plaintiffs' site inspection, I have noted that her interactions with the Pacific white-sided dolphins are often actively instigated by the dolphins as they confront, harass and attack her. As such, their behaviour is what is scientifically termed 'mobbing' behaviour. Mobbing is defined as the potential prey (in this case the dolphin/s) actively approaching, harassing, and sometimes physically attacking potential predator(s) (in this case the orca). Mobbing behaviour is typically done at high speed and may involve a single or multiple mobbers. This concurs with what I have observed of the situation at the MSQ.

The Pacific white-sided dolphins have attacked Tokitae to the point where injuries (rake marks from their teeth) were sustained on Tokitae and noted in the written records by the trainers. It should be noted that Tokitae *cannot* inflict rake marks on herself and even if she could contort in such as way as to do this, the spacing of the teeth of the two species (orca *cf* Pacific white-sided dolphin) would allow immediate identification of the perpetrator.

11

One only has to look at the Behaviour Logs and in 2015 alone (*sans* x1 week in June & x4 weeks in Dec 2015, i.e., 47 weeks of records) [Bates #MSQ0003744-1655] to see that there are at least 34 entries (recorded in 21 separate weeks) which specifically mention 'rakes'. That is, in 44.6% of the weeks she suffered an attack. Within those records a subset is outlined here;

In a four day period (between 18-21 July 2015) three entries are made on three separate days, specifically regarding rake marks and in two of those instances at multiple locations;
- Saturday 18 July 2015, "*new rake mark on saddle patch, new [rakes]??? on back and pec" [Bates #MSQ0003691]
- Tuesday 21 July 2015 "*new lag [short for '*Lagenorhynchus*'] rake on stomach, scrape on L side of flukes" [Bates #MSQ0003688]
- Monday 27 July 2015 "*new rake on dorsal, left side chest & left belly" [Bates #MSQ0003686]

In another subset of dates (between 2-11 August 2015, i.e. 10 days) another five entries are made which specifically note rake marks (again, in some instances at multiple locations);
- Sunday 2 August 2015 "*new rake on belly (small)*" [Bates #MSQ0003687]
- Friday 7 August 2015 "*new rake on peduncle pm" [Bates #MSQ0003685]
- Sunday 9 August 2015 "*new rake on belly + peduncle" [Bates #MSQ0003685]
- Monday 10 August 2015 "* 3 new rake marks on chest & belly, rub above L pec" [Bates #MSQ0003682]
- Tuesday 11 August 2015 "* 2 new rakes on both tips of flukes, rub above L pec" [Bates #MSQ0003682]

In a seven day period (7-13 September 2015), three entries were made;
- Monday 7 Sept 2015 "*small rake on umbilicus" [Bates #MSQ0003674]
- Tuesday 8 Sept 2015 "*new rakes on base of dorsal; saddlepatch" [Bates #MSQ0003674]
- Sunday 13 Sept 2015 "new rakes on belly" [Bates #MSQ0003675]

Regardless of the motivation for mobbing, it should also be kept in mind that different hypotheses explaining this behaviour are not exclusive and neither are the species involved. For example, mobbing has been described for humans in the workplace, and also described as 'bullying' and as such "mobbing (bullying) [is considered] a severe form of harassment." (Zapf, 1999). In nature, potential predators (of any species), in order to avoid mobbing, will typically divert their path of travel and/or desert the area. At the MSQ, Tokitae is deprived of both of those options, due to the extremely confined conditions. That is, when mobbed, she is unable to divert her path substantially and she is clearly unable to depart from the tank. Instead, she is observed to 'lash out', chase and attempt to bite the dolphins. Such a reaction is similar to rarely observed behaviour described of a great white shark which bit a fur seal when mobbed (Kirkwood & Dickie, 2005) and by a jaguar which killed one of the monkeys which mobbed it (Torrez et al, 2012). From the data made available to myself, it is unclear if the dolphins are harmed during such events, but of note is that at least one dolphin which was recorded as having died whilst cohabitating in the same tank as Tokitae, exhibited blunt force trauma indicative of an event such as ramming by an orca (see details above).

Highly Confidential - Attorneys' Eyes Only

Depriving an individual of appropriate social contact is unacceptable for a highly social species and as such has been recognized in Switzerland, which passed a law mandating that social animals must be allowed contact with conspecifics and that solitary confinement is synonymous with abuse (Switzerland Government, 2008).  Other species of mammals are known to suffer psychologically when subjected to social isolation, *e.g.*, primates (Visalberghil & Anderson, 1993), tigers (Jenny & Schmid, 2002) and horses (Broom & Kennedy, 2010). When used on humans, solitary confinement is considered to be a form of psychological torture particularly when the period of confinement is longer than a few weeks or is continued indefinitely (Gawande, 2009, Kupers, 2008).  Given the strong evidence of orca brain complexity, subjecting orca to extended solitary confinement, is likely as psychologically damaging as it is to humans.

Tokitae's isolation from other members of her species presents additional concerns regarding her well-being, as she has no opportunity to engage in the distinctive SRKW foraging culture.  Not only is her food type and intake controlled by MSQ staff, but she cannot hunt with conspecifics and has no opportunity to "food-share," which is a common behaviour seen amongst orca (Baird, 1994, Baird and Dill, 1995, Fertl et al., 1996, Fertl and Wursig, 1995, Guinet, 1992, Hoelzel, 1991, Visser et al., 2010).  Aggressively chasing another captive cetacean through a small tank is certainly no substitute for opportunities to engage in species-specific behaviour and in my professional opinion that behaviour is a product of frustration borne of boredom and stress rather than a natural hunting behaviour.

Of no small significance is the fact that Tokitae has also been deprived of the chance to interact acoustically with others of her species and specifically her family.  Orca are well recognized in the scientific literature as having group (and even pod {family}) specific calls (e.g., for a small selection see Filatova et al (2004), Ford (1991), Saulitis et al (2005), Weiß et al (2006)).  During the site inspection video recordings of the 20th of January 2016, Tokitae could be clearly heard vocalizing. These calls were loud enough and distinctive enough that they could be heard in the air, recorded by the camera which was at least 30 ft (9 m) away (for example listen to video # A013C253_1601208C_CANON at 47m47s, 1h24m16s and 2h25m48s).  Three different call types can be detected in the air above water and clearly distinguished from other bioacoustic calls (such as bird calls) and the excessive anthropogenic noise (e.g., mowers or leaf blowers and airplanes as just some examples) which permeated the stadium.

Tokitae has also been noted by the trainers to emit vocalizations as they have recorded comments in the Animal Behaviour Records (e.g., see [BATES #MSQ0003672], for the 16 September 2015 and [BATES #MSQ0003686], for the 30 July 2015) and the author(s) of the Health Record summaries note the following instances of her vocalizing;

- "Toki was moderately vocal today" (7-10-01) [BATES # MSQ0003751-R]
- Toki mildly vocal (7-11-01) [BATES # MSQ0003751-R]
- Vocalizing in the underwater viewing window (2-28-03) [BATES # MSQ0003756-R]
- Toki has been very vocal (7-7-03) [BATES # MSQ0003757-R]
- She is vocalizing to her self (3-17-05) [BATES # MSQ0003760-R]
- vocalize* (1-20-06) 2x [BATES # MSQ0003763-R]
- very vocal (4-9-07) [BATES # MSQ0003766-R]

13

Highly Confidential – Attorneys Eyes Only

- vocal last week (7-20-09) [BATES # MSQ0003769-R]
- was vocalizing (6-28-10) [BATES # MSQ0003771-R]
- Toki was vocal (6-26-12) [BATES #MSQ0003777-R]
- Acutely vocal (9-12-14) [BATES # MSQ0003788-R]

With all of these notable deprivations, in terms of her social isolation, Tokitae's welfare has obviously been severely compromised.  She has been subjected to long-term deprivation of what should be considered basic and fundamental rights.  This has resulted in standards which are so low that is difficult to comprehend the overall impacts they are having on her.

## III.    Opinions Related to Lack of Protection from Sun and Severe Weather

In addition to the physical restrictions of the tank, but of no lesser concern, is the lack of protection from the sun for Tokitae.  It is known that orca in captivity spend extended times at the surface, which does not typically occur for long periods in the wild. Rather, wild orca spend the majority of their lives submerged at depths where potential damage from UV light (radiation) is minimized due to refraction/filtration via the water's depth (Tedetti and Sempéré, 2006) and where dissolved organic matter will increase turbidity and therefore protection from UV radiation (e.g., see Gibson et al., 2000).  All cetaceans have extremely delicate skin (Robson, 1984, Geraci and Lounsbury, 1993, Greenwood et al., 1974, Geraci and Lounsbury, 2005) and this can result in sunburn and other adverse skin damage (Addink and Smeenk, 2001, Harms et al., 2004, Martinez-Levasseur et al., 2010).   Orca, despite having predominantly dark (melanistic) pigmentation, are still susceptible to sunburn (Jett and Ventre, 2011) who state "*we commonly observed blistered and peeling skin on the dorsal surfaces of the captive orcas we worked with, especially among those who commonly exhibited logging behavior.*"  Due to the shallow depth of Tokitae's tank and its lack of features, she is unable to minimize her exposure to the sun's harmful rays.

Sunburn among wild orcas is not described in the literature.  This is most likely due to the fact that most of the well studied wild orca populations live in environments with relatively low UV. Additionally, individuals are typically submerged underwater for significantly longer times than they are at the surface (e.g., see Williams et al 2002). This is in direct contrast to the conditions for, and behaviour of, Tokitae at the MSQ.

Furthermore, in the wild, orca typically sleep by coordinating/synchronizing their breathing to that of their mothers and tend to surface and dive as a 'unit' (Ford, 1989; Ford, 2008). Individuals who are sleeping also typically maintain their momentum (i.e., keep swimming below the surface, rising to breathe) and may rest (albeit not stationary, but rather slowly moving) for up to seven or eight hours continuously (Jacobsen, 1990, Jacobsen, 1985, Jacobsen and Smith, 1984, Ford, 1989).  Again, this is in contrast to captive orca who will typically lie at the surface, hardly moving at all, whilst sleeping (Lyamin et al., 2008, Flanigan, 1975). Although there are also records of captive orca sleeping by lying on the floor of the tank (Lyamin et al., 2008, Visser, unpublished data), even this provides little (if any) protection because there is negligible dissolved organic matter in marine mammal tanks, i.e., the water is typically 'clear'

(Joseph and Antrim, 2010). This precludes any indirect protection the water might provide from UV radiation. When orca are held in captivity this compromise of reduced dissolved organic matter for filtration and purification systems is also essential for maintaining water quality and animal health (Reeves et al., 1994, Geraci et al., 1979, Bonar et al., 2007, Ridgeway and Patton, 1971, Andersen, 1973, Wallis, 1973).

A lack of protection from the sun is also a concern with regards to Tokitae's eyes. There are multiple entries in the behaviour records with regards to issues with her eyes. It is unclear if this is related to poor water quality or exposure to sun (or to both). Regardless, Tokitae is clearly physically suffering. The Medical History summary [BATES #MSQ0003750-R] states that as early as 1970 there were issues with her eyes. The condition was obviously severe enough that in the "1980's" an ophthalmologist had been called in for a diagnosis. The specialist determined that Tokitae suffered from a pterygium in her right eye. Symptoms of pterygiums include inflammation, foreign body sensation, tearing, dry and itchy eyes. Furthermore, in advanced cases the pterygium can affect vision. Pterygiums have been associated with and, are thought to be caused by, ultraviolet-light exposure (e.g., sunlight) as well as dust and low humidity. The latter is unlikely to be an issue given that her eyes are often bathed in water and that she is continuously administered medication (e.g., see [BATES #MSQ0003750-R] for mention of 'eye drops' and [BATES #MSQ 0003689], medication summary, final line for mention of 'artificial tears').

Mr Arthur Hertz [BATES #MSQ0010543 & #MSQ0010543] and/or the staff of APHIS (mentioned on the first page) are either unaware or choose to ignore the long-term implications of exposure to sun with respect to this eye issue. Mr Hertz mentions the proposed installation of shade for Tokitae, but disregards it on three grounds (1) that "*APHIS has advised us that too much shade can lead to pathogen build up*"; (2) "*costly structural alterations may be necessary*" and (3) "*shade may necessitate fundamental changes in how Lolita [Tokitae] is exhibited and allowed to interact with her professional trainers and the public.*" He reiterates his concern for the aquarium, rather than expressing any concern for Tokitae's health, when his concluding sentence states; "*These changes could substantially impact the Seaquarium and its operations.*"

It is of note that shade does not mean complete darkness, nor even that complete cover of the tanks would be required as it is well recognised that UV disinfection technology is used by the water industry to promote inactivation of micro-organisms, as UV is typically effective against waterborne pathogens. Given that Tokitae (if the plaintiffs video of the 20th of January 2016 is a representation of a typical day), spends an inordinate amount of time in less than a quarter of the tank (and that area is typically the same south west area, see Annex 2 for details), a shade over this area alone would have been a substantial improvement. The fact that such a simple mitigation, at a minimal cost, has not been implemented, is once again a reflection of the poor quality of care she is receiving.

Examples of her **right** eye issues can be found, *inter alia*;
- 24 July 2015 "S4- eyes squinty - rt [right] eye closed most of show" [Bates #MSQ0003689]
- Thursday 30 July 2015 "right eye closed show 1 →[arrow] end of day" [Bates #MSQ0003686]
- Friday 31 July 2015 "eyes squinty in pm" [Bates #MSQ0003687]

15

- Saturday 1 August 2015 "*Right eye cloudy". [Bates #MSQ0003687]

Examples of her **left** eye issues can be found, *inter alia*;

- 24 July 2014 [BATES #MSQ0003787-R] "her left eye although completely open does appear to have slightly more opacity to the ptrygium area perimeter"
- 1 August 2014 [BATES #MSQ0003787-R] "Toki left eye has increased corneal opacity around her ptrygium"

Furthermore, with regards to Tokitae's eyes, of note is that the symbol (ED) (in the Behaviour Records it is capitalized and fully enclosed in a circle) indicates 'eye drops' (see "ANIMAL RECORD SYMBOLS" section of the "Animal Training Manual", [Bates #MSQ0009765]) and is alarmingly prevalent throughout the records I inspected.

For example, *inter alia*;

- 6-9 April 2015, (ED) is entered $n = 13$ times in 4 days [Bates #MSQ0003716]
- 31 July – 2 August 2015, (ED) is entered $n = 7$ times in 3 days [Bates #MSQ0003687]
- 23-26 November 2015, (ED) is entered $n = 9$ times in 4 days [Bates #MSQ0003687]
- 20-23 April 2015, (ED) is entered $n = 12$ times in 4 days [Bates #MSQ0003687]

Galhardo et al. (1996) found that captive dolphins spent a disproportionate amount of time with their heads above water.  This is not a particularly natural behaviour for dolphins, but could be interpreted as functional of captivity because most environmental complexity is on or above the water-surface in captive facilities (e.g., the presence of animal staff, floating enrichment objects etc).  This is also the case for Tokitae, whereby, particularly during training sessions and shows, her eyes are repeatedly out of the water as she watches the trainers.  Again, a simple shaded area (perhaps even just an extension from the south west area mentioned above) over the south west end of the stage (where Tokitae is typically stationed during all the shows) would have provided relief from the sun which rises over the 'rear' of tank B (i.e., in the east) and progresses throughout the day over the tank to set approximately in the direction of the stadium entrance. Therefore, Tokitae is typically exposed to the sun all day and the stadium roof provides no shade over her tank.

## IV.   **Opinions Related to Indications of Extreme Stress in Lolita's Captive Environment**

When I observed Tokitae at MSQ in 2013 and again in 2015, she exhibited several stereotypical behaviours (abnormal, repetitive behaviours which have no outwardly obvious function). Examples of these types of behaviours are also evident in the plaintiff's video of the site inspection (see Annex 2 for details). These are typical of captive cetaceans, yet they rarely, if ever, are observed in wild cetaceans.  They are typically considered to be indicative of extreme stress and deprivation.

I observed Tokitae repeatedly 'bobbing' at the surface of the pool, during which the tip of her rostrum (the tip of her jaws) and the anterior part of her face would break the surface.  Bobbing is distinguishable from spyhopping—a practice orca use to look above the water surface, using a

16

Highly Confidential - Attorneys' Eyes Only

technique similar to that of humans treading water—in that it is not as animated (nor does the animal rise out of the water as far during bobbing).  It also appeared that Tokitae may have had her tail flukes on the bottom of the extremely shallow tank and raised her head by 'tail-standing', using the tank floor, in the same way a person could 'handstand' and raise their legs up and down.  Such 'tail-standing' has not been reported in the literature for wild orca.

Additionally, I observed Tokitae apathetically logging (a body position in which most of an orca's dorsal surface, from blowhole to behind the dorsal fin, or even extending as far as the caudal peduncle, is exposed), in one or more places in the tank. For example, when logging, Tokitae would occasionally lift her head out of the water, perhaps to scan above the surface.  These combination stereotypies included, for instance; logging whilst rocking or 'swaying' – moving either her head only or her head and torso and at times doing this excessively.  This behaviour, although milder in appearance, seems to be akin to the excessive motoric obsessive–compulsive disorders recorded in some humans (Hollander et al (2012).

I observed Tokitae engaged in such bobbing behaviour mostly prior to the shows and logging predominantly after the shows. In my opinion, the difference between the two stereotypic behaviours' timings may be that bobbing behaviour would position Tokitae's head (and therefore her eyes) such that they could scan above the surface for the trainer's arrival. Tokitae became "animated" only when trainers were arriving for the show and when they directed attention to her during the show—i.e., when she was given commands to present certain behaviours. When no commands were given to her during the show, typically, Tokitae begged (held her mouth open, orientated towards a trainer) at the side of the platform. She generally ignored the trainers when the show was over and if not bobbing, mostly logged in one place, likely because she was aware that the show was over and she has learned that she is unlikely to get a response from the trainers if she attempts an interaction in those circumstances.

From the 6.5 hrs of video made during the plaintiffs site inspection it is also abundantly clear that Tokitae spends an inordinate amount of time either logging or submerged (and stationary during submergence, i.e., apparently laying on the bottom of the tank).   She remains predominantly in the south west area of tank A during these low energy behaviours (see Annex 2A for details).



Figure 1.  The amount of time Tokitae spent conducting various behaviours (except active swimming, which was logged separately, see Annex 2C).  These behaviours were all recorded on video on the 20th of January 2016, on Camera 'A' (wide angle) (Annex 2A).  The total video time (daylight hours) was 6.5 hrs.  The total number of behavioural events was 95.  The number of occurrences of each behaviour are noted above each column.  Of note is that SUBMERGED was described as *stationary and submerged*.  OTHER also included events where two behaviours were conducted simultaneously and as such included 'logging' when paired with 'head sway' or 'head bob'.

It is known that orca in captivity spend unusual amounts of time at the surface (either 'hanging' with their dorsal fin partially or fully exposed, or 'logging') (Lyamin et al., 2003, Lyamin et al., 2008, Spencer et al., 1967).  In the wild, although 'logging' may also occur (e.g., occasionally while sleeping), captive orcas generally engage in this behaviour in increments more than three times longer than wild orcas (Jacobsen, 1990, Ford, 2008, Ford, 1989, Jacobsen, 1985).  Tokitae's excessive logging is likely a psychological response to an almost complete lack of environmental enrichment (see below) in her MSQ habitat and to the acutely diminutive tank and the extremely shallow depth of her tank, which prevents her from engaging in the diving behaviours and swimming behaviours orca exhibit in the wild.  In my opinion, the classic stress responses I observed in Tokitae are caused by the conditions of her confinement.

## V.   Opinions Related to Lack of Adequate Environmental Enrichment

In the 2015 Behavioural Records [BATES #MSQ0003744-1655] (Dates: 29 Dec 2014-29 Nov 2015) it appears that the trainers only provided the following items as environmental enrichment for Tokitae;

|   |   |
|---|---|
| 1.  Ice | 2.  Hose |
| 3.  Wetsuit | 4.  Ball |

18

Four items is a woefully inadequate range of devices to provide for a week, let alone for a year and even double this number would likely still be inadequate. To deprive a socially complex and intelligent individual, such as an orca to the level demonstrated in the MSQ documents is abhorrent. It is well recognized that members of the dolphin family (of which orca are one species) are considered to have high levels of 'intelligence', in many ways comparable to humans and great apes (Marino, 2002). Even snakes respond to environmental enrichment (and when provided with four separate enrichers, responded better than the control subjects with none) Almli & Burghardt (2006).

Of the four enrichment items listed in the 2015 Behavioural Record, effectively only two of these (the wetsuit & ball) are 'toys'; another is a 'food' (providing much need hydration due to frozen fish not providing enough liquid in her diet) and; one is a physical stimulus. That there is no variation, other than these four items provided to Tokitae, is deplorable. Allowing such an utter deficiency of stimulus by those who are responsible for her care is nothing short of willful neglect and is unpardonable. Such a blatant disregard for enrichment is a clear cut welfare *and* wellbeing issue, in which Tokitae is the victim and suffering is inflicted. Unfortunately, the abuse doesn't stop with just the (low) total number of items. When the enrichment is considered in the context of when the items are deployed (i.e., during the play sessions) and then also the combination of items is also compared, an alarming trend becomes apparent. Out of 245 play sessions that were collated, only 24.3% of the sessions had more than one item listed as deployed for Tokitae to play with. For the remainder of the sessions, only a single item was used. The wetsuit was listed as deployed (as the only item) for 63 sessions (i.e., 25.7% of the play sessions) (e.g., see [BATES # MSQ0003745]). <u>The hose was the only enrichment deployed for 123 sessions</u> (that is the remaining **50%** of the play sessions) (e.g., see [BATES #MSQ0003742].

Environmental enrichment is not a new consideration for those holding animals captive and more than a decade ago Kuczaj et al (2002) made this opening statement in their abstract that; "*The use of novel objects as environmental enrichment devices is a key aspect of many environmental enrichment programs ...*". The paper included an orca, from SeaWorld, Orlando, Florida, as one of the study subjects. The second and third authors of this paper are Mr Thad Lacinak and Mr Otto Fad, both formally of SeaWorld Orlando. That facility is known to collaborate with MSQ (e.g., see the acknowledgments in Bossart & Eimstad (1988). The Kuczak et al (2002) paper showed that it is possible to reduce the effects of habituation when objects are presented on a varying schedule (i.e., in direct contrast to the repetitive and unvarying schedule that used on Tokitae).

Another, more recent (2013), study was published in the peer-reviewed journal, *Journal of Zoo and Aquarium Research*. The paper looked into environmental enrichment specifically for marine mammals and states in very clear terms "*While most captive marine mammals are trained and this challenges their social-cognitive skills to a moderate or high level, <u>their physical-cognitive skills are not being challenged to a high level by floating 'toys' in the pool</u>.* " [Emphasis added] (Clark 2013). It goes on to state; "*Wild animals face many challenges that require the application of evolved cognitive skills. In contrast, captive animals tend to live in highly predictable and structured environments, and their cognitive skills may be challenged at a low or inappropriate level.*" (references omitted) [Emphasis added].

19

Highly Confidential - Attorneys' Eyes Only

I cannot stress enough that the woefully insufficient attention given towards providing environmental enrichment to Tokitae and the actual enrichment made available to her (i.e., ice, hose, wetsuit, ball) are completely inadequate. Based on such a deficiency of enrichment items provided to Tokitae, there appears to be a complete disconnect between the staff/owners and the current 'best practice' standards of the zoo and aquarium industry. There is no excuse for such a lack of stimulus being provided to Tokitae as there are a wide variety of professional organizations and networks available (such as the International Conference on Environmental Enrichment), who typically strive towards providing appropriate species-specific environmental enrichment for captive animals and have a wide range of resources available.

In the MSQ 'Animal Training Manual' there are six categories of 'Animal Interactions'; 'Relationship', 'Husbandry', 'Encounter', 'Play', Train' and 'Show' [BATES #MSQ0009766]. Each of these is represented by a short-hand code 'R' 'H' 'E' 'P' 'T' or 'S' [BATES #MSQ0009766]. These codes are entered into the top centre of the divided 'session square' in the daily Behavioural Records. See [BATES #MSQ0003744], 01 Jan 2015 for a completed entry. Tokitae is not exposed to an 'Encounter' type of session (which would involve a guest entering the water with her).

It is of considerable significance in the context of Tokitae's welfare and care that the MSQ Animal Training Manual [BATES #MSQ0009763] gives the following details in a separate section of the manual, specifically dedicated to interactions; "*We interact with our animals through a variety of different sessions at Miami Seaquarium. The acronym R.H.E.P.T.S. is used to describe these interactions.*" It then goes on to provide a description of each of the categories; **R**elationships, **H**usbandry, **E**ncounters, **P**lay, **T**raining, **S**hows. The entry for 'PLAYS' reads "*The animal and trainer literally play! It doesn't matter which behaviors occur. There are no expectations of desired behavior from the animals.*".

The entry for the 'RELATIONSHIPS' category is described as "*This is **a very important bonding time between trainer and animal**. The animal and trainer will spend time together without asking for any behaviours. Initially this will only be by offering a primary reinforcement.*" [Emphasis added].

Unfortunately, and obviously to the detriment of Tokitae, the Relationship type of session (despite being the only one that is described with the word 'important', or any other descriptor that indicates an interaction with high significance), is the session type that is *conducted the least* (see details below and Figure 2).

This is well illustrated within the 'Behaviour Records' of the 12 month period (29 Dec 2014-29 Nov 2015, *sans* 1 week 22-28 June 2015, which is missing) [BATES #MSQ0003744-1655] and is of tremendous concern. A total of 2205 behaviour 'sessions' are recorded in these documents. If Husbandry (health care) sessions are removed (because, in theory these are mandatory and should be regularly scheduled, regardless), **2093 sessions** remain in the records. Remarkably, of these, only 243 Play sessions were recorded. This was the second lowest type of interactive session and represents only 11.02% of the total. However, disturbingly, the lowest category of sessions was the **Relationship** category, with **merely 138 sessions** recorded, which is only **6.26% of the total**. The distribution of session types is shown in Figure 2.

Highly Confidential - Attorneys' Eyes Only



Figure 2. Animal Behaviour Record Sessions, separated into their different interactive types (total for 29 Dec 2014-29 Nov 2015 $n$ = 2093, not including 'husbandry' (health care) sessions which should be mandatory). The MSQ described 'RELATIONSHIP' using the term '*important*', yet this is represented by the dramatically least number of session types. This, along with other factors, illustrates the inadequate and exceptionally poor quality of care that Tokitae received in 2015. Data extracted from [BATES #MSQ0003744-1655].

## Combined Stressors = Compromised Individual

The above listed stressors are beyond a doubt contributing to causing a compromised individual.

The level of compromise is illustrated in the Medical Records in considering the range of organisms which have been cultured from samples collected from Tokitae. Focusing on the Medical Records from 2014 & 2015 which are labeled as belonging to Tokitae (or 'Ms Toki'), they show an inordinate number of organisms which have been cultured from her (*at least* 39 different species) (Annex 6). This level of infection is extremely disturbing, even more so when it is taken into account that sometime before the 23 January 2012 Tokitae had been "provided" with "*an immune stimulant that has bolstered her immune system*" as described by her veterinarian Magdalean Menchaca, an employee of the MSQ [BATES #MSQ0001548]. That is, this treatment had begun at least 2 years prior to the Medical Records described below.

Such a plethora of bacteria, fungi, protozoa and viruses are an unreasonable and totally unacceptable number, especially when put into the context of the published scientific literature regarding pathogens noted in orca **worldwide** (both in the wild ($n$ = 5) and those orca (other than Tokitae), held in captivity ($n$ = 16)), (Annex 7, and details given below). This excessively high number of pathogens diagnosed in Tokitae's cultures is a clear indication that she is in an environment that is not only dangerous to her well-being, it is in fact demonstrably detrimental to her.

The extent of the detriment is manifested in Tokitae's Medical and Health records. By inspecting the results from the cultures collected from Tokitae (e.g., from her breath), I was able to compile a list of organisms (Annex 6). Although some are 'normal' bacteria, for instance *Escherichia coli* (*E. coli*) which is commonly found in the lower intestine of mammals (including

Highly Confidential– Attorneys' Eyes Only

Tokitae (e.g., see [BATES#MSQ0000835-R] report dated 08 July 2011, 'STOOL' sample) [BATES#MSQ0000396-R] (report dated 26 December 2013, 'FECAL' sample)), it would not be considered healthy for such a bacteria to be regularly cultured from a 'TOOTH' sample e.g., see just a few examples in; [BATES#MSQ0000807-R] (report dated 07 September 2011); [BATES#MSQ0000833-R] (report dated 16 July 2011);

Although the fecal coliform count was apparently maintained at 0/100 ml within Tokitae's tank in the MSQ during the late 1980's (p 42, paragraph 1, in Bossart & Eimstad, 1988), an example of the potential for cross contamination between feces in the water, food and Tokitae's mouth was recorded during the plaintiffs' site inspection [video recording made 20 January 2016, file name "AA000512", event starts at ~03:00mins, see Annex 2-B] when a female trainer had been handling Tokitae and had placed her hands in the water.  Tokitae was recorded as defecating and then turning her body and orientating her head to the trainer.  Once tuned she was 'on station' and Tokitae begged for food.  The trainer takes a fish (without sanitizing her hands) and places it into Tokitae's mouth.  The second fish is then 'wet' with feces infested water from the tank.  The trainer apparently realises the mistake and then places the offending fish in a box behind her.  She then turns away from the camera and has a discussion with the vet standing by which is inaudible on the recording.  She then proceeds to continue to feed Tokitae, still with hands that have been in the feces infested water.

*E. coli* has also been found in the 'EXHALE' sample of Tokiae e.g., [BATES#MSQ0000332-R] (report dated 18 July 2011).  Although it might be claimed that the 'blow' (exhale) of any cetacean naturally contains water from their environment, it is standard practice when collecting samples from captive cetaceans to not use the first exhalation upon surfacing but request a second exhale from the subject, e.g., see p408, para 2, Borowska et al (2015).  Such methodology appears to also be used by the vet during the site inspection (see video file AA000511).

Additionally, Tokitae's blowhole culture returned a positive for *Burkholderia cepacia* (bacteria) (e.g., see just one example in; [BATES#MSQ0000804-R], report dated 12 December 2011).  This bacteria has been documented to be spread person-to-person and as a result, many health care facilities enact strict isolation precautions for those infected with BCC.  Infected individuals are often treated in a separate area from uninfected patients to limit spread, since BCC infection can lead to a rapid decline in lung function and result in death.  The bacterium is so hardy, it has been documented to persist on commercially available benzalkonium chloride swabs and antiseptic wipes  and to persist in betadine (antiseptic) (Anderson et al 1990).

*Aeromonas hydrophila* (bacteria) has been cultured from Tokitae's tooth (e.g., see just one example in; [BATES#MSQ0000807-R], report dated 07 September 2011).  This bacteria is considered to be one which rarely infects healthy individuals.

There are also references to 'super-bugs' (an informal name for pathogens which have become resistant to the drugs used to treat it).  An example is the well recognized methicillin-resistant *Staphylococcus aureus* (MRSA), which has been cultured from Tokitae and reported by the laboratory on a number of occasions over at least a 11 year period – e.g., see 23 January 2004 "Culture showed MRSA [Staph]" [BATES # MSQ0003758-R] and 07 Feb 2012 [BATES#

22

MSQ0000693-R] and "Resistant *E.coli*" (5-1-15) [BATES # MSQ0003790-R]. References are made in general, in what appears to be an alarmingly casual way (i.e., no more details are given) to "resistant bacteria" (2-26-11) [BATES # MSQ0003773-R] and "resistant microbes" (3-2-11) [BATES # MSQ0003774-R].

Furthermore, Tokitae has been recently recorded as having a positive clinical diagnosis for 'Papilloma' on her 'ventral' surface (therefore it is unclear if the sample was collected from the genital area), DATE: 21 September 2015 [BATES #MSQ0001251]. Papilloma typically manifests itself as cauliflower-like shaped tumors on the skin or on a mucous membrane. It is derived from the epidermis and although often benign, it is infectious (e.g., see the extensive ~16 x 12 inch (40x30 cm) area covered by this growth on a captive male orca, (Bossart et al, 1996). In captive orca papilloma has been associated with poor water quality (Cornell, 1993). Papillomaviruses have been the focus of much research in recent years because of the growing association of these infectious agents with neoplasia (tumors). (Bossart et al 1996). On the day following the diagnosis of the papillomiavirus the same laboratory also gave a clinical diagnosis of 'open, neoplasia' for Tokitae, although it also stated that no neoplastic cells were seen in the specimen.

It is unclear, with such a list of organisms cultured from one orca, how the Seaquarium's current veterinarian Dr Rodrigues (DVM) can write (on the 19 Feb 2014) of Tokitae; "*Her ongoing …. immune profile …. within normal clinical parameters for killer whales.*" …. "*At this time "Lolita" appears to be in good health and free from active infectious disease.*", as these pathogens occur time and time again throughout her medical records. The extent of infestation, regarding the number of infections and the wide range of species, is nothing less than staggering. Again, this is even more obvious when compared to the scientific literature regarding other captive orca, worldwide.

The list of organisms that have been cultured from Tokitae falls so far outside the range of "*within normal clinical parameters*" that they have no comparison, worldwide. Even if **all** of the known organisms found in wild *and* captive orca (*n* = 21), were combined into just one orca, this 'super-infested' orca would still have less than half the number of organisms that Tokitae has (at least 39 are named specifically, but others are described only broadly). Furthermore, emphasizing just how extremely her health has been compromised compared to other orca in captivity (and in the wild), Annex 8 lists the minimum number of pathogens which have been cultivated **exclusively** from Tokitae (*n* = 32), which is **twice** the number of pathogens **globally** recorded in orca (Annex 7).

It should also be noted that I have not looked through the earlier health records in detail, but rather concentrated on those from **2012** [Bates# MSQ0000706-R to MSQ0000401-R] and **2014** [Bates# MSQ0000385-R to MSQ0001234-R] along with the Health Record summary [Bates# MSQ0003750-R to MSQ0003793-R]. The author(s) of this same Health Record summary indicate that there are other pathogens pre these dates, which they do not name but rather list in very unspecific terms such as;

- resistant microbes (2 March 11) [BATES # MSQ0003774-R]
- resistant bacteria (26 February 11) [BATES # MSQ0003773-R]

23

Emphasizing just how compromised her health is, there are few weeks in the Behavioural Records in which Tokitae isn't on medicines. It is common medical (and veterinarian) practice to not prolong the use of antibiotics and as such this extensive usage must be called into question either because the treatments are being administered inappropriately, or because Tokitae's immune system is severely compromised.

There are also a number of times that Tokitae has been administered drugs without any clinical evidence that they are required.  For example;

- "Placed on stomach prophylactively because repair work ....in the whale stadium" (10-21-02) [BATES # MSQ0003755-R]
- "back stairs ... redone ... we will put Toki on preventative Mylanta Carafate 15 BID" (9-27-04) [BATES # MSQ0003759-R]
- "RX preventative for the busy season Ranitidine 6 SID & carafate 15 SID" (12-19-06) [BATES # MSQ0003765-R]
- ".... her meds will go on until the end of the season preventively" (12-27-10) [BATES # MSQ0003772-R]
- "preventative stomach meds" (10-22-12) [BATES # MSQ0003778-R]
- "preventative antifungals" (9-18-13) [BATES # MSQ0003783-R]
- "prophylactic fungal treatment" (8-18-13) [BATES # MSQ0003783-R]
- "Ranitidine 5 SID preventative" (11-25-14) [BATES # MSQ0003788-R]
- "Prophylactively ranitidine" (7-12-15) [BATES # MSQ0003791-R]
- "preventative ranitidine & Rolaids" (9-17-15) [BATES # MSQ0003792-R]

Typically, there is more harm than help in taking antibiotics when you are not sick. By using antibiotics when not yet required, there is an increased risk of targeting (and killing) the body's natural flora and additionally making the body prone to infection by pathogenic bacteria. Moreover, it is guaranteed that some bacteria (which may include those that cause disease) will survive during antibiotic treatment. These bacteria will then be antibiotic-resistant, as has been documented in Tokitae (see above).

## Summary Conclusion

From my personal observations and from my review of the evidence, it is clear that Tokitae is generally lethargic, that she consistently exhibits an apathetic behavioural state in which her stupor is displayed to the point of her being basically catatonic for much of the time.  I cannot stress enough that, despite the fact that I have observed orca in captivity around the world and that I had conducted research into the Miami Seaquarium before my first visit, I was shocked and horrified at the abysmal conditions Tokitae is held in.  It is my professional opinion that world-wide, this facility ranks as one of top two contenders for the 'worst conditions' an orca is currently being kept in.

Highly Confidential – Attorneys' Eyes Only

**Compensation**

I did not receive any compensation for my research, my report preparation, or for consultation on this matter.

**Declaration**

Pursuant to 28 U.S.C. § 1746, I, Ingrid Visser, hereby declare that under the penalty of perjury the contents of the foregoing report are true and correct to the best of my knowledge.

EXECUTED on this 8th day of February 2016

Ingrid N. Visser
Researcher & Founder

**MATERIAL CONSIDERED IN FORMING EXPERT OPINION**

ALMLI, L. M. & BURGHARDT, G. M. (2006) Environmental Enrichment Alters the Behavioral Profile of Ratsnakes (Elaphe) Journal of Applied Animal Welfare Science. 9(2), 85–109

ADDINK, M. J. & SMEENK, C. 2001. Opportunistic feeding behaviour of rough-toothed dolphins *Steno bredanensis* off Mauritania. *Zoologische Verhandelingen Leiden,* 334, 37-48.

ANDERSEN, S. H.1973. Treatment of water in dolphinaria. *Aquatic Mammals,* 1,1-18.

ANDERSON, R,, VESS, R., PANLILIO, A., & FAVERO, M. (1990). Prolonged survival of *Pseudomonas cepacia* in commercially manufactured povidone-iodine. *Applied Environmental Microbiology* **56** (11): 3598–600.

BAIN, D. E. (1988). *An evaluation of evolutionary processes: studies of natural selection, dispersal, and cultural evolution in killer whales (Orcinus orca).* University of California, Santa Cruz.

BAIRD, R. W. 1994. *Foraging behaviour and ecology of transient killer whales (Orcin us orca).* Ph.D. Dissertation, Simon Fraser University, Burnaby, British Columbia, Canada.

BAIRD, R. W. 2000. The killer whale. Foraging specializations and group hunting. *In:* MANN, J., CONNOR, R. C., TYACK, P. L. & WHITEHEAD, H. (eds.) *Cetacean Societies: Field studies of dolphins and whales.* Chicago: University of Chicago Press.

BAIRD, R. W., ABRAMS, P. A. & DILL, L. M. 1992. Possible indirect interactions between transient and resident killer whales: implications for the evolution of foraging specializations in the genus *Orcinus. Oecologia,* 89, 125-132.

BAIRD, R. W. & DILL, L. M. (1996).  Ecologica-l and social determinants of group size in transient killer whales.  *Behavioral Ecology, 7*(4). 408-416.

BAIRD, R. W. & DILL, L. M. 1995. Occurrence and behaviour of transient killer whales: Seasonal and pod-specific variability, foraging behaviour, and prey handling. *Canadian Journlal of Zoology,* 73, 1300-1311.

BAIRD, R. W. & GOODYEAR, J. D. 1993. An examination of killer whale diving behaviour using a recoverable, suction-cup attached TDR/VHF tag. *In:* 10th Biennial Conference on the Biology of Marine Mammals, 11-15 November 1993 1993 Galveston, Texas, United States of America.

BAIRD, R. W., HANSON, M. B. & DILL, L. M. 2005. Factors influencing the diving behaviour of fisheating killer whales: sex differences and diel and interannual variation in diving rates. *Canadian Journal of Zoology,* 83, 257-267.

BAIRD, R. W. & STACEY, P. J. 1987.  Foraging behavior of transient killer whales.  *Cetus,* 7, 33.

BARRETT-LENNARD, L. G. (2000). *Population structure and mating patterns of killer whales (Orcinus orca) as revealed by DNA analysis.* (Doctoral dissertation).  Retrieved from Retrospective These and Dissertations, 1919-2007. (Accession or order number unknown).

BARRETT-LENNARD, L., FORD, J., & HEISE, KATHY. (1996). The mixed blessing of echolocation:  Differences in sonar use by fish-eating and mammal-eating killer whales. *Animal Behaviour, 51*(3), 553-565.

BELL, S. (2012).   A Dictionary of Forensic Science.   Oxford University Press. ISBN-13:9780199594009, Online Version: 2013 DOI: 10.1093/acref/9780199594009.001.0001

BIGG, M. A., ELLIS, G. M., FORD, J. K. B. & BALCOMB, K. C. 1987. *Killer whales: A study of their identification, genealogy and natural history in British Columbia and Washington State,* Nanaimo, B.C, Phantom Press and Publishers.

BONAR, C. J., BOEDE, E. 0., HARTMANN, M. G., LOWENSTEIN-WHALEY, J., MUJICA-JORQUERA, E., PARISH, S. V., PARISH, J. V., GARNER, M. M. & STADLER, C. K. 2007. A retrospective study of pathologic findings in the Amazon and Orinoco River dolphin (lnia geoffrensis) in captivity. *Journal of Zoo and Wildlife Medicine,* 38,177-191.

BROOM, D. M. & KENNEDY, M. J. 2010. Stereotypies in horses: their relevance to welfare and causation. *Equine Veterinary Education,* 5, 151-154.

BUCK, C., PAULINO, G. P., MEDINA, D. J., HSIUNG, G. D., CAMPBELL, T. W. & WALSH, M. T. 1993. Isolation of St. Louis encephalitis virus from a killer whale. *Clinicial and diagnostic virology,* 1, 109-112.

CLARK, F. E. 2013.  Marine mammal cognition and captive care: A proposal for cognitive enrichment in zoos and aquariums.  Journal of Zoo and Aquarium Research.  (1) 1-6.

DAHLHEIM, M. E. & TOWELL, R. G. 1994. Occurrence and distribution of Pacific white-sided dolphins *(Lagenorhynchus obliquidens)* in southeastern Alaska, with notes on an attack by killer whales *(Orcin us orca). Marine Mammal Science,* 10, 458-464.

DAHLHEIM, M. E., SHULMAN-JANIGER, A., BLACK, N. A., TERNULLO, R. L., ELLIFRIT, D. K. & BALCOMB, K. C. 2008. Eastern temperate North Pacific offshore killer whales *(Orcinus orca):* Occurrence, movements, and insights into feeding ecology. *Marine Mammal Science,* 24, 719-729.

DURBAN, J. W., & PTMAN, R. L. (2011). Antarctic killer whales make rapid, round-trip movements to subtropical waters: evidence for physiological maintenance migrations? *Biology Letters, published online.* doi: 10.1098/rsbl.2011.0875

EISERT, R., LAURIANO, G., PANIGADA, S., OVSYANIKOVA, E. N. VISSER, I. N., ENSOR, P. H., CURREY, R. J. C., SHARP, B. R., & PINKERTON, M. H. 2015.  Activity, seasonal site

fidelity, and movements of Type-C killer whales between the Ross Sea, Antarctica and New Zealand. Report no. WG-EMM-15/52 to CCAMLR

FERTL, D. C. & WURSIG, B. 1995. Coordinated feeding by Atlantic spotted dolphins *(Stene/la frontalis)* in the Gulf of Mexico. *Aquatic Mammals,* 21, 3-5.

FERTL, D. C., ACEVEDO-GUTIERREZ, A. & DARBY, F. L. 1996. A report of killer whales *(Orcinus orca)* feeding on a carcharhinid shark in Costa Rica. *Marine Mammal Science,* 12, 606-611.

FLANIGAN, W. F. 1975. More nocturnal observations of captive, small cetaceans. I. The killer whale, *Orcin us orca. Sleep Research,* 4, 139.

FORD, J. K. B. 1989. Acoustic behaviour of resident killer whales *(Orcinus orca)* off Vancouver Island, British Columbia. *Canadian Journal of Zoology,* 67,727-745.

FORD, J. K. B. 2008. Killer whale. *Orcinus orca. In:* PERRIN, W. F., WÜRSIG, B. & THEWISSEN, J. G. M. (eds.) *Encyclopedia of marine mammals.* San Diego: Academic Press.

FORD, J. K. B. & ELLIS, G. M. 1999. *Transients: Mammal-hunting killer whales,* Vancouver, University of British Columbia Press.

FORD, J. K. B., ELLIS, G. M., MATKIN, D. R., BALCOMB, K. C., BRIGGS, D. & MORTON, A. B. 2005a.
  Killer whale attacks on minke whales: Prey capture and antipredator tactics. *Marine Mammal Science,* 21, 603-618.

FORD, J. K. B., ELLIS, G. M. & OLESIUK, P. F. 2005b. Linking prey and population dynamics: did food limitation cause recent declines of 'resident' killer whales *(Orcinus orca)* in British Columbia? *Canadian Science Advisory Secretariat.* Nanaimo, BC: Fisheries & Oceans Canada.

GALHARDO L., APPLEBY M.C., WARAN N.K., dos SANTOS M.E. (1996). Spontaneous activities of captive performing bottlenose dolphins (Tursiops truncatus). Animal Welfare 5: 373-389.

GAWANDE, ATUL. 2009. "Hellhole: The United States Holds Tens of Thousands of Inmates in Long-term Solitary Confinement. Is This Torture?" *The New Yorker* 30 Mar. 2009: n. pag. Web. 27 Mar. 2014.


GERACI, J. R. & LOUNSBURY, V. J. 1993. *Marine mammals ashore: A field guide for strandings,* Galveston, Texas, Texas A & M University Sea Grant College Program.

GERACI, J. R., HICKS, B. D. & ST. AUBIN, D. J. 1979. Dolphin Pox: A skin disease of cetaceans. *Canadian Journal of Comparative Medicine,* 43, 399-404.

GERACI, J. R. & LOUNSBURY, V. J. 2005. *Marine mammals ashore. A field guide for strandings.,* Balitmore, National Aquarium in Baltimore, Inc.

GIBSON, J. A. E., VINCENT, W. F., NIEKE, B. & PIENITZ, R. 2000. Control of biological exposure to UV radiation in the Arctic Ocean: Comparison of the roles of ozone and riverine dissolved organic matter. *Arctic,* 53, 372-382.

GOODWIN, L. & DODDS, M. 2008. Lone Rangers. A report on solitary dolphins and whales including recommendations for their protection. London: Marine Connection.

GREENWOOD, A. G., HARRISON, R. J. & WHITIING, H. W. 1974. Functional and pathological aspects of the skin of marine mammals. *In:* HARRISON, R. J. (ed.) *Functional anatomy of marine mammals.* London: Academic Press.

GRIFFIN, E. I. & GOLDSBERRY, D. G. 1968. Notes on the capture, care and feeding of the killer whale *Orcin us orca* at Seattle Aquarium. *International Zoo Yearbook,* 8, 206-208 + 1 plate (missing).

GUINET, C. 1992. Comportement de chasse des orques *(Orcinus orca)* autour des iles Crozet. *Canadian Journal of Zoology,* 70, 1656-1667.

GUINET C . 1990b . Behavioural ecology of killer whales off Crozet Archipelago (46.26'S ,51.52'E) , a comparison with other localities. Abstr. Third International Orca Symposium, Victoria, B.C . March 1990 .

HARMS, C. A., PICCOLO, R. L., ROTSTEIN, D. S. & HOHN, A. A. 2004. Struvite penile urethrolithiasis in a pygmy sperm whale *(Kogia breviceps). Journal of Wildlife Diseases,* 40, 588-593.

HINE, R. & MARTIN, E., (2015). A Dictionary of Biology. Oxford University Press Print ISBN-13: 9780198714378 Published online: 2015 Current Online Version: 2015 DOI: 10.1093/acref/9780198714378.001.0001          eISBN:          9780191059445 http://www.oxfordreference.com/view/10.1093/acref/9780198714378.001.0001/acref-9780198714378

HOELZEL, A. R. 1991. Killer whale predation on marine mammals at Punta Norte, Argentina Food sharing, provisioning and foraging strategy. *Behavioral Ecology and Sociobiology,* 29, 197- 204.

HOELZEL, A. R., DAHLHEIM, M. E. & STERN, S. J. 1998. Low genetic variation among killer whales *(Orcinus orca)* in the eastern North Pacific and genetic differentiation between foraging specialists. *Journal of Heredity,* 89, 121-128.

HOLLANDER, E, POSKAR, S. & GERARD, A. 2012.   Subtypes and spectrum issues; The

Obsessive-compulsive spectrum.   Chapter 6. Pp 135-159. *In*: Obsessive Compulsive Disorder.  Current science and clinical practice.  Zohar, J. (Ed).  Wiley-Blackwell.  ISBN-13: 978-0470711255

JACOBSEN, J. & SMITH, P. 1984. Coordinated resting and sleeping patterns among pods of wild killer whales *(Orcinus orca)*.

JACOBSEN, J. 1985. Respiratory patterns during rest and sleep of the killer whales *(Orcin us orca)* in the Johnstone Strait, British Columbia. *Cetus,* 6, 18.

JACOBSEN, J. 1990. The social ways of sleeping orca. *Whalewatcher,* Fall1990, 6-8.

JEFFERSON, T. A., STACEY, P. J. & BAIRD, R. W. 1991. A review of killer whale interactions with other marine mammals: Predation to co-existence. *Mammal Review,* 21, 151-180.

JENSEN, M. B. 1999. Effects of confinement on rebounds of locomotor behaviour of calves and heifers, and the spatial preferences of calves. *Applied Animal Behaviour Science,* 62, 43-56.

JENNY, S. & SCHMID, H. 2002. Effect of feeding boxes on the behavior of stereotyping amur tigers *(Panthera tigris altaica)* in the Zurich Zoo, Zurich, Switzerland. *Zoo Biology,* 21, 573-584.

JETT, J. S. & VENTRE, J. M. 2011. Keto & Tilikum Express the Stress of Orca Captivity. The Orca Project.

JOSEPH, B. & ANTRIM, J. 2010. Special considerations for the maintenance of marine mammals in captivity. *In:* KLEIMAN, D. A., THOMPSON, K. V. & KIRK BAER, C. (eds.) *Wild Mammals in Captivity. Principles and techniques for zoo management.* Chicago: The University of Chicago.

KIDD, S. E., BACH, P. J., HINGSTON, A. 0., MAK, S., CHOW, Y., MACDOUGALL, L., KRONSTAD, J. W. & BARTLETI, K. H. 2007. *Cryptococcus gattii* dispersal mechanisms, British Columbia, Canada. *Emerging Infectious Diseases,* 13, 51-57.

KIDD, S. E., HAGEN, F., TSCHARKE, R. L., HUYNH, M., BARTLETI, K. H., FYFE, M., MACDOUGALL, L., BOEKHOUT, T., KWON-CHUNG, K. J. & MEYER, W. 2004. A rare genotype of *Cryptococcus gattii* caused the cryptococcosis outbreak on Vancouver Island (British Columbia, Canada). *Proceedings of the National Academy of Sciences of the United States of America {PNAS),* 101, 17258-17263.

KUPERS, T. A. (2008). What to do with the survivors? Coping with the long-term effects of isolated confinement. *Criminal Justice and Behavior*, *35*(8), 1005-1016.

KRUTZEN, M., Mann, J., HEITHAUS, M., CONNOR, R. C., BEJDER, L., & SHERWIN, B (2005). Cultural transmission of tool use in bottlenose dolphins. *Proceedings of the National Academy of Sciences of the United States of America* 102.25 (2005): 8939-8943.

LORENZ, K. Z. 1950. The comparative method in studying innate behavior patterns. *Physiological Mechanisms in Animal Behaviour. No IV, Symposium of the Society for Experimental Biologists.* Cambridge University Press.

LYAMIN, O. I., MANGER, P. R., RIDGEWAY, S. H., MUKHAMETOV, L. M. & SIEGEL, J. M. 2008. Cetacean sleep: An unusual form of mammalian sleep. *Neuroscience and Biobehavioral Reviews,* 32.

LYAMIN, O. I., SHPAK, O. V. & SIEGEL, J. M. 2003. Ontogenesis of rest behavior in killer whales. *Sleep,* 26, 116.

MARTINEZ-LEVASSEUR, L. M., GENDRON, D., KNELL, R. J., O'TOOLE, E. A., SINGH, M. & ACEVEDOWHITEHOUSE, K. 2010. Acute sun damage and photoprotective responses in whales. *Proceedings of the Royal Society B,* 278,1581-1586.

MATKIN, C. O., ANDREWS, R. D., SAULITIS, E. & GAYLORD, A. 2012. Expanding perspectives: Investigating pod specific killer whale habitat with ARGOS satellite telemetry. *Alaska Marine Science Symposium.* Anchorage, Alaska: NOAA Alaskan Fisheries Science Center and North Pacific Research Board.

MATKIN, C. O., MATKIN, D. R., ELLIS, G. M., SAULITIS, E. & MCSWEENEY, D. 1997. Movements of resident killer whales in Southeastern Alaska and Prince William Sound, Alaska. *Marine Mammal Science,* 13,469-475.

MCCORMICK-RAY, G. M. 1993. Aquarium science: The substance behind an image. *Zoo Biology,* 12, 413-424.

MORTON, A. B. (1990). A quantitative comparison of the behaviour of resident and transient forms of the killer whale off the central British Columbia coast. *Reports of the International Whaling Commission Special*, (12), 245-248.

POWELL, M.D. & HOUSTON, S. H. 1996. Hurricane Andrew's Landfall in South Florida. Part II: Surface Wind Fields and Potential Real-Time Applications. *Weather Forecast,* 11, 329-349.

REEVES, R. R., DEMASTER, D. P., HILL, C. L. & LEATHERWOOD, S. 1994. Survivorship of odontocete cetaceans at Ocean Park, Hong Kong, 1974-1994. *Asian Maine Biology,* 11, 107-124.

REISINGER, R. R., KEITH, M., RUSSEL, D. A. & de BRUYNA, P. J. N. 1994. Movement and diving of killer whales (Orcinus orca) at a Southern Ocean archipelago.   *Journal of Experimental Marine Biology and Ecology.*  473: 90-102.

RICHARDSON, M. 2009. The ecology of the Zygomycetes and its impact on environmental exposure. *Clinical Microbiology and Infectious Diseases,* 15, 2-9.

RIDGEWAY, S. H. & PATTON, G. S. 1971. Dolphin thyroid: Some anatomical and physiological findings. *Journal of Comparative Physiology A: Neuroethology, Sensory, Neural, and Behavioral Physiology,* 71, 129-141.

ROBECK, T. R. & DALTON, L. M. 2002. *Saksenaea vasiformis* and *Apophysomyces elegans* Zygomycotic infections in bottlenose dolphins *(Tursiops truncatus),* a killer whale *(Orcinus Orca)* and Pacific white-sided dolphins *(Lagenorhynchus obliquidens). Journal of Zoo and Wildlife Medicine,* 33, 356-366.

ROBSON, F. D. 1984. *Strandings: Ways to save whales, a humane conservationist's guide,* Johannesburg, The Science Press (Pty) Ltd.

SPENCER, M.P., GORNALL, T. A., Ill & POULTER, T. C. 1967. Respiratory and cardiac activity of killer whales. *Journal of Applied Physiology,* 22, 974-981.

ST. LEGER, J., WU, G., ANDERSON, M., DALTON, L., NILSON, E. & WANG, D. 2011. West Nile Virus infection in killer whale, Texas, USA, 2007. *Emerging Infectious Diseases,* 17, 1531-1533.

STEPHEN, C., BLACK, W., FYFE, M. & RAVERTY, S. A. 2002. Multispecies outbreak of cryptococcosis on southern Vancouver Island, British Columbia. *Canadian Veterinary Journal,* 43,792-794.

SWITZERLAND GOVERNMENT 2008. Tierschutzverordnung. *In:* GOVERNMENT, S. (ed.) *AS 2008 2986 SR455.*

TEDETTI, M. & SEMPERE, R. 2006. Penetration of Ultraviolet Radiation in the marine environment. A review. *Photochemistry and Photobiology,* 389-397.

TORREZ, L, ROBLES, N, GONZALES, A, & CROFOOT M C. 2012. Risky Business? Lethal Attack by a Jaguar Sheds Light on the Costs of Predator Mobbing for Capuchins (*Cebus capucinus*). *International Journal of Primatology,* 33:440–446. DOI 10.1007/s10764-012-9588-1

VALERO, M. (2010, July 22).  Cases of mosquito-borne illnesses increase in Florida.  *Highlands Today.*  Retrieved from http://highlandstoday.com/news/agri-leader/2010/jul/22/la-cases-of-mosquito-borne-illnesses-increase-in-f-ar-318968/

VISALBERGHIL, E. & ANDERSON, J. R. 1993. Reasons and Risks Associated with Manipulating Captive Primates' Social Environments. *Animal Welfare,* 2, 3-15.

VISSER, I. N. 2012. Report on the Physical & Behavioural Status of Morgan, the Wild-Born Orca held in Captivity, at *Loro Parque*, Tenerife, Spain.  Unpublished report.  Available from [www.freemorgan.org](www.freemorgan.org)

VISSER, I. N. & HARDIE, T. M. 2011. "Morgan" the orca can and should be rehabilitated. With additional notes on why a transfer to another 'captive orca facility' is inappropriate and release is preferred. V 1-2 ed. Tutukaka, New Zealand: Orca Research Trust.

VISSER, I. N., ZAESCHMAR, J., HALIDAY, J., ABRAHAM, A., BALL, P., BRADLEY, R., DALY, S., HATWELL, T., JOHNSON, T., JOHNSON, W., IAY, L., MAESSEN, T., MCKAY, V., TURNER, N., UMUROA, B. & PACE, D. S. 2010. First Record of Predation on False Killer Whales *(Pseudorca crassidens)* by Killer Whales *(Orcinus orca). Aquatic Mammals,* 36, 195-204.

WALLIS, A. P. L. 1973. The maintenance of satisfactory water conditions in dolphinaria. *Aquatic Mammals,* 1, 25-19.

WHITEHEAD, C. C. & FLEMING, R. H. 2000. Osteoporosis in cage layers. *Poultry Science,* 79, 1033-1041.

WILLIAMS, T. M. 2008. Swimming. *In:* PERRIN, W. F., WÜRSIG, B. & THEWISSEN, J. G. M. (eds.) *Encyclopedia of Marine Mammals.* San Diego: Academic Press.

WILLIAMS, R., TRITES, A. W., & BAIN, D. E. (2002). Behavioural responses of killer whales (*Orcinus orca*) to whale-watching boats: opportunistic observations and experimental approaches. *The Zoological Society of London, 256,* 255-270. doi: 10.1017/S0952836902000298

Annex 1

# Ingrid N. Visser (PhD)

*ingrid@orca.org.nz*
www.orcaresearch.org
P.O. Box 402043, Tutukaka, Northland, 0153,
New Zealand.
Tel. + (64) 09 4343 043   Mob. + (64) 0274 727 627



➤ **SCIENTIFIC & RESEARCH SUMMARY**

With over 20 years experience in cetacean research, I have been responsible for a wide variety of projects including completion of a PhD on New Zealand orca, individual research projects and contributing as part of teams to various research projects worldwide.

Research has included field surveys (boat & aerial based), behavioural and photo-identification studies as well as necropsies on various species.  As such, I have observed or researched cetaceans in numerous locations around the world, including (alphabetically)  Antarctica, Argentina, Australia, Canada, Chile, Namibia, New Zealand, Papua New Guinea, Philippines, Russia (Kamchatka), Tonga, United States of America (Alaska, West and East coast mainland, Hawaii). I have mentored numerous students from undergraduate to graduate level.

My involvement, along with data collated, from numerous rescues of stranded and entangled cetaceans has contributed towards research projects and scientific publications.

To help promote research, as well as provide platforms for conservation, I have founded and run a variety of cetacean-orientated non-profit organizations at both national and international level.

➤ **RESEARCH ACTIVITIES**

| | |
|---|---|
| 1992 – present | Whale researcher, specialising in orca (killer whales) around NEW ZEALAND. Only women in the Southern Hemisphere and only person in the South Pacific specialising in orca.  Research featured in award-winning documentaries by BBC, PBS, Discovery Channel, etc. |
| 1992 – present | Whale Researcher & research assistant (including work on orca, bottlenose (both *Tursiops truncatus* and *Tursiops aduncus*), Hector's, Risso's, spotted spinner and common dolphins, humpback, pilot, sperm and beaked whales) in various locations around the world. |
| 1998 – present | Published scientific research in peer-reviewed journals (see scientific publications list at end of CV). |
| 2001 – present | Whale researcher, specialising in orca in ANTARCTICA.  Established first long term, non-lethal research project for this species in Antarctica. Founded Antarctic Killer Whale Identification Catalogue, the first photo identification catalogue for the area, working in conjunction with Antarctic tour operators. |

| | |
|---|---|
| 2002 – present | Whale researcher, specialising in orca around PAPUA NEW GUINEA.  First, and remain the only, researcher working with cetaceans (all species) in Papua New Guinea waters.  Conducted cetaceans surveys in the Kimbe Bay, West New Britain.  Published the first peer-reviewed paper on cetaceans in Papua New Guinea waters. |
| 2002 – 2004 | Conducted Rapid Ecological Assessment of Marine Mammals in the Kimbe Bay, West New Britain area of PAPUA NEW GUINEA towards establishing a Marine Protected Area. |
| 2004 – present | Co-Founder and Director of Punta Norte Orca Research, the only research project working on the well-recognised but little known orca of ARGENTINA, which intentionally strand ashore whilst hunting for sealions. |
| August 2001 and September 2002 | Research assistant for ICELANDIC wild orca project.  Research assistant for rehabilitation and release into the wild of the captive orca 'Keiko' (star of the movie *Free Willy*), in Iceland waters. |
| 2011 – present | Scientific Advisor (and Co-Founder) of the Free Morgan Foundation.  Facilitated, co-authored or authored various reports regarding rehabilitation and release of the captive orca known as 'Morgan'.  Expert witness for Free Morgan Foundation in Netherlands Court, against Netherlands Government. |

> ➤ **ADDITIONAL RELEVANT ACTIVITIES & EXPERIENCE**

**International.**
I have worked and lived extensively overseas (on all seven continents) and visited over 70 countries.  I have worked in tropical areas during all seasons of the year and in the summer seasons of the extreme climates of Antarctica (as well as the sub-Antarctic islands) and the High Arctic.  I have driven boats of various sizes, in all oceans of the world.  Please request separate CV for more details.

**Publishing & Media.**
I have published scientific peer-reviewed papers as well as in 'popular' style format magazines (e.g., BBC Wildlife) and in book format (autobiography, children's books).  I have worked with film crews to produce Public-Service-Announcements, documentaries, TV series episodes and segments for a wide range of TV shows.  My photographs have been published in a wide range of media from magazines such as National Geographic to posters for education.  My videos have been used in documentaries & TV shows around the world.  Please request separate CV for more details.

**Tourism & Educational Courses.**
With over 20 years experience in the ecotourism industry, designing and implementing tours, I have been responsible for a wide variety of projects including private and bespoke guiding, small ship eco-cruising and larger scale popular cruises around the world.  Generally these trips are conducted with a strong focus on cetacean and wildlife eco-tours.  I have formulated and conducted various workshops and educational courses such as the 'Wild Whale Workshop' and 'Orca Camp' for educating the public.  Please request separate CV for more details.

2

## ➤ NON-PROFIT ORGANISATIONS

I have founded or co-founded a number of NGO's (non-profit / non-Governmental organisations) to facilitate the dissemination of information, education and scientific findings to the public. Additionally, within some of the NGO's, there has been a focus on the conservation, welfare and rescue of cetaceans.

| Organisation | Role | Founded | Tenure |
|---|---|---|---|
| **Orca Research Trust (New Zealand)**<br>Non-profit organisation to facilitate research on orca<br>Mission Statement: *"To protect orca & their habitat, through conservation, education & scientific research."*<br>www.orcaresearch.org | Founder, Director, Principal Scientist | 1998 | 16 years |
| **Adopt an Orca (USA) (501 (c)3 status in USA)**<br>Adopt an Orca (New Zealand) (later merged with Orca Research Trust, New Zealand) | Founder | 1998 | 16 years |
| **Papua New Guinea Orca Research Project (Papua New Guinea)**<br>Establishing orca research in Papua New Guinea. | Founder, Director, Principal Scientist | 2000 | 14 years |
| **Punta Norte Orca Research (Argentina)**<br>Mission Statement: *"We are a non profit international organisation based on the Peninsula Valdés, Chubut, Argentina. Our mission is to scientifically study and better understand the unique population of orca in this area, including their distribution and foraging techniques. We seek to educate the public about these animals and their delicate environment."*<br>www.pnor.org | Co-founder, Director, Principal Scientist | 2004 | 10 years |
| **Orca Research & Education Centre (New Zealand)**<br>To facilitate the Orca Research Trust, host students and researchers and promote collaboration at a National and International level.<br>www.orcaresearch.org | Director, Principal Scientist, Facility Manager | 2008 | 7 years |
| **Whale Rescue (New Zealand)**<br>Mission Statement: *"Our specialised crew will respond to whales and dolphins in need of help, as quickly as possible and in a professional manner, whilst consulting with stakeholders."*<br>www.Whale-Rescue.org | Co-founder, Scientific Advisor | 2010 | 4 years |
| **Free Morgan Foundation (Netherlands)**<br>Working towards rehabilitation of a captive orca named Morgan and addressing issues of cetaceans in captivity<br>www.freemorgan.org | Co-founder, Director, Scientific Advisor | 2010 | 4 years |
| **World Cetacean Alliance (International)**<br>Mission Statement: *"By working together, the organizations and individuals of the World Cetacean Alliance aim to conserve and protect cetaceans and their habitats in all of the world's oceans, seas and rivers. We acknowledge that cetaceans have the right to live free and in the wild."*<br>www.worldcetaceanalliance.org | Co-founding member, Global Council Co-chair (2015) | 2013 | 2 years |

3

## ➤ EXPERIENCE IN CETACEAN RESCUE/REHABILITATION/HUSBANDRY

| | |
|---|---|
| 1992 - present | Attended and coordinated more than 30 rescues of stranded whales and dolphins (in events involving up to 150 animals and over 200 personnel). |
| 1998 – present | Instructor (and previous committee member) for Project Jonah, the largest whale and dolphin stranding rescue organisation in the world.  Co-founder, Coordinator and Scientific Advisor of Whale Rescue, a "S.W.A.T."-like team of experienced cetacean rescuers. |
| Aug 2001, Sept 2002 | Assisted the Keiko Reintroduction Team with longest 'at-sea' program for Keiko the orca (star of the *Free Willy* movie).  Tasks at sea included food preparation and cleaning, behavioural observations and video recording, satellite tracking and observation of Keiko's interactions with wild killer whales. |
| Sept 2011 | Assisted the 'Into the Blue' Born Free Foundation Reintroduction Team with reintroduction program for Tom & Misha (two bottlenose dolphins, removed from a backyard swimming pool).  Tasks included food preparation and cleaning, behavioural observations and video recording, monitoring endoscopies and moving of dolphins within a seapen to alternative location. |
| 2010- present | Conducted investigations of various captive cetacean facilities and produced reports regarding the conditions therein, primarily regarding orca.  The focus has been on the lack of species-specific environmental enrichment and the stereotypic behaviours that manifest themselves as a result of stress from the dearth of enhancement of otherwise typically featureless tanks.  Other topics have included (aggressive) and overtly sexual interactions between captive orca, poor facility conditions (e.g., space requirements for such a wide-ranging species).  Documentation of poor dental condition of orca has been conducted. |
| 2010- present | Prepared, consulted on or reviewed rehabilitation and release plans for captive cetaceans in preparation of their release (or long-term retirement/movement to a sanctuary).  Attended various international workshops with a focus on this. |
| 2012- present | Qualified for (and participated in) Large Whale Disentanglement rescues. |

## ➤ ADDITIONAL SKILLS & EXPERIENCE

➢ Completed 52 000 sea miles via:  Asia, Indian Ocean, Europe, Caribbean & Pacific on 17 m (57 ft) yacht during 4 ½ year world circumnavigation.

➢ PADI Diving Instructor, including specialty courses (note; no longer diving).

➢ Topside & underwater photographer and videographer.

➢ Qualified Skipper; Commercial Launch Masters ticket (qualified to captain any vessel up to 100 tons) and Surf Life Saving Inflatable Rescue Boat, operators ticket.

➢ Consultant, researcher and presenter for documentaries and TV.

➢ Spent years at sea aboard ships in remote locations, for research, diving and eco-tourism.

4

➤ **SCIENTIFIC PUBLICATIONS**
**(NOTE: chronological, then alphabetical)**
(see www.orcaresearch.org   for copies)

Morin, P.A., Parsons, K.M., Archer, F.I., Ávila-Arcos, M.C., Barrett-Lennard, L.G., Dalla Rosa, L., Duchêne, S., Durban, J.W., Ellis, G., Ferguson, S.H., Ford, J.K., Ford, M., Garilao, C., Gilbert, M.T.P., Kaschner, K., Matkin, C.O., Petersen, S.D., Robertson, K.M., **Visser**, I.N., Wade, P.R., Ho, S.Y.W., Foote, A.D., (2015). Geographical and temporal dynamics of a global radiation and diversification in the killer whale. Molecular Ecology.

Dwyer, S.L., Tezanos-Pinto, G., **Visser**, I.N., Pawley, M. D. M., Meissner, A. M., Berghan, J.,  Stockin, K,A. (2014). Overlooking a potential hotspot at Great Barrier Island for the nationally endangered bottlenose dolphin of New Zealand. Endangered Species Research. 25:97-114.

Zaeschmar, J., **Visser**, I. N., Fertl, D., Dwyer, S., Meissner, A. M., Halliday, J., Berghan, J, Donnelly, D., Stockin, K. A. (2014). Occurrence of false killer whales (*Pseudorca crassidens*) and their association with common bottlenose dolphins (*Tursiops truncatus*) off northeastern New Zealand.  *Marine Mammal Science, 30*(2) 594-608. doi:10.1111/mms.12065

Hupman, K., **Visser**, I. N., Martinez, E, Stockin, K. A. (2014).  Using platforms of opportunity to determine the occurrence and group characteristics of orca (*Orcinus orca*) in the Hauraki Gulf, New Zealand.  New Zealand Journal of Marine and Freshwater Research.  49 (1) DOI: 10.1080/00288330.2014.980278

Dwyer, S. L., & **Visser**, I. N. (2011). Cookie cutter shark (*Isistius* sp.) bites on cetaceans, with particular reference to killer whales (orca) (*Orcinus orca*). *Aquatic Mammals, 37*(2), 111-138. doi: 10.1578/AM.37.2.2011.111

**Visser**, I. N., Zaeschmar, J., Halliday, J., Abraham, A., Ball, P., Bradley, R., et al. (2010). First Record of Predation on False Killer Whales (*Pseudorca crassidens*) by Killer Whales (*Orcinus orca*). *Aquatic Mammals, 36*(2), 195-204. doi: 10.1578/AM.36.2.2010.195

**Visser**, I. N., Smith, T. G., Bullock, I. D., Green, G., Carlsson, O. G. L., Imberti, S. (2008). Antarctic Peninsula killer whales (*Orcinus orca*) hunt seals and a penguin on floating ice. *Marine Mammal Science, 24*(1), 225-234. doi: DOI: 10.1111/j.1748-7692.2007.00163.x

**Visser**, I. N., Drennan, M. P., White, R. W., MacLean, S. F., Lagerstrom, L. C., & Francis, J. M. (2008). Antarctic fur seals (*Arctocephalus gazella*) observed predating Adélie (*Pygoscelis adeliae*) and chinstrap penguins (*P. antarctica*), Antarctic Peninsula. *Aquatic Mammals, 34*(2), 193-1999. doi:10.1578/AM.34.2.2008.193

Sorisio, S. L., de Maddalena, A., & **Visser**, I. N. (2006). Interaction between killer whales (*Orcinus orca*) and hammerhead sharks (*Sphyrna sp*.) in Galápagos waters. *Latin American Journal of Aquatic Mammals, 5*(1), 69-71.

Stockin, K. A., & **Visser**, I. N. (2005). Anomalously pigmented common dolphins (*Delphinus* sp.) off Northern New Zealand. *Aquatic Mammals, 31*(1), 43-51.

**Visser**, I. N. (2005). First observations of feeding on thresher (*Alopias vulpinus*) and hammerhead (*Sphyrna zygaena*) sharks by killer whales (*Orcinus orca*) which specialise on elasmobranchs as prey. *Aquatic Mammals, 31*(1), 83-88.  doi: 10.1578/AM.31.1.2005.83

**Visser**, I. N., Fertl, D., & Pusser, L. T. (2004). Melanistic southern right-whale dolphins (*Lissodelphis peronii*) off Kaikoura, New Zealand, with records of other anomalously all-black cetaceans. *New Zealand Journal of Marine and Freshwater Research, 38*(5), 833-836.

**Visser**, I. N., & Bonaccorso, F. J. (2003).  New observations and a review of killer whale (*Orcinus orca*) sightings in Papua New Guinea waters.  *Aquatic Mammals. 29*, 150-172.

**Visser**, I. N. (2000).  Killer whale (*Orcinus orca*) interactions with longlines fisheries in New Zealand waters.  *Aquatic Mammals. 26*, (3), 241-252.

**Visser**, I. N. (2000). Orca (*Orcinus orca*) in New Zealand waters.  Ph. D. Dissertation.  Pp 194. University of Auckland, Auckland.

**Visser**, I. N., Fertl, D., Berghan, J., & van Meurs, R. (2000).  Killer whale (*Orcinus orca*) predation on a shortfin mako shark (*Isurus oxyrinchus*), in New Zealand waters.  *Aquatic Mammals. 26*, (3), 229-231.

**Visser**, I. N., & Fertl, D. C. (2000).  Stranding, resighting and boat strike of a killer whale (*Orcinus orca*) off New Zealand.  *Aquatic Mammals*. 26, (3), 232-240.

**Visser**, I. N., & Mäkeläinen, P. (2000).  Variation in eye patch shape of killer whales (*Orcinus orca*) in New Zealand waters.  *Marine Mammal Science*. 16, (2), 459-469.

Berghan, J., & **Visser**, I. N. (2000).  Vertebral column malformations in New Zealand delphinids with a review of cases world-wide.  *Aquatic Mammals*. 26, (1), 17-25.

Duignan, P. J., Hunter, J. E. B., **Visser**, I. N., Jones, G. W., & Nutman, A. (2000).  Stingray spines: A potential cause of killer whale mortality in New Zealand.  *Aquatic Mammals*. 26, (2), 143-147.

**Visser**, I. N. (1999).  Antarctic orca in New Zealand?  *New Zealand Journal of Marine and Freshwater Research*. 33, (3), 515-520.

**Visser**, I. N. (1999).  Benthic foraging on stingrays by killer whales (*Orcinus orca*) in New Zealand waters.  *Marine Mammal Science*. 15, (1), 220-227.

**Visser**, I. N. (1999).  Propeller scars and known migration of two orca (*Orcinus orca*) in New Zealand waters.  *New Zealand Journal of Marine and Freshwater Research*. 33, (4), 635-642.

**Visser**, I. N. (1999).  A summary of interactions between orca (*Orcinus orca*) and other cetaceans in New Zealand waters.  *New Zealand Journal of Natural Science*. 24, 101-112.

**Visser**, I. N. (1998).  Prolific body scars and collapsing dorsal fins on killer whales in New Zealand waters.  *Aquatic Mammals*. 24, (2), 71-81.

Constantine, R., **Visser**, I., Buurman, D., Buurman, R., & McFadden, B. (1998).  Killer whale (*Orcinus orca*) predation on dusky dolphins (*Lagenorhynchus obscurus*) in Kaikoura, New Zealand.  *Marine Mammal Science*. 14, (2), 324-330.

Schneider, K., Baird, R. W., Dawson, S., **Visser**, I., & Childerhouse, S. (1998).  Reactions of bottlenose dolphins to tagging attempts using a remotely-deployed suction-cup tag.  *Marine Mammal Science*. 14, (2), 316-324.

## ➤ SCIENTIFIC CONFERENCE PRESENTATIONS & PUBLICATIONS (NOTE: chronological, then alphabetical)

**Visser**, I. N. (2015) 'Rescuing' Cetaceans: Compassionate conservation or just linking aquaria's corporate coffers? Compassionate Conservation Conference. Vancouver.  29-31 August, 2015.

Eisert, R. Lauriano, G., Panigada, S., Ovsyanikova, E.N., **Visser**, I.N., Ensor, P.H., Currey, R.J.C., Sharp, B.R. Pinkerton, M.H. (2015)  Activity, seasonal site fidelity, and movements of Type-C killer whales between the Ross Sea, Antarctica and New Zealand.  Report # WG-EMM 15/52.  Prepared for Commission for the Conservation of Antarctic Marine Living Resources.  Available from https://www.ccamlr.org/en/wg-emm-15/52.
Clemens, S.E., Dwyer, S. L., **Visser**, I.N., Mayorga, F., Stockin, K. A., (2013). A review of blue whales (*Balaenoptera musculus*) in the Hauraki Gulf, New Zealand. The 20thBiennial Conference on the Biology of Marine Mammals, Dunedin, New Zealand.  9-13 December 2013.

Wilson, S, Oliphant-Stewart, R, Wakefield, J, **Visser**, I N, Fordyce, E, White, S, Slooten, E (2015) Skull ontogeny in respect to sexual dimorphism in the orca (*Orcinus orca*); a case study of nine individuals from one stranding. Conference Proceedings of the Society for Marine Mammalogists.  San Francisco, CA 12-19 Dec, 2015.

Dwyer, S. L., **Visser**, I.N., Tezanos-Pinto, G., Meissner, A. M., Berghan, J., Stockin, K.A., (2013). Overlooking an important habitat within the known home range of a nationally endangered species: The case of bottlenose dolphins at Great Barrier Island, New Zealand. The 20thBiennial Conference on the Biology of Marine Mammals, Dunedin, New Zealand. 9-13 December 2013.

**Visser**, I. N. (2013).  Long-term survival of stranded & rescued New Zealand orca (*Orcinus orca*).  Poster presented at the 20th Biennial Conference on the Biology of Marine Mammals.  Society for Marine Mammalogy.  Dunedin, New Zealand.  9-13 December 2013.

Zaeschmar, J. R., **Visser**, I. N., Dagmar, F., Dwyer, S. L., Meissner, A.M., Halliday, .J, Berghan, J., Donnelly, D. and Stockin K.A. (2013). False killer whales (*Pseudorca crassidens*) and their association with common bottlenose dolphins (*Tursiops truncatus*) off north-eastern New Zealand. The 20thBiennial Conference on the Biology of Marine Mammals, Dunedin, New Zealand. 9-13 December 2013.

Dwyer, S. L., Stockin, K.A., **Visser**, I. N., Clement, D., Peters, C., (2012). The importance of Great Barrier Island waters for Nationally Endangered New Zealand bottlenose dolphins (*Tursiops truncatus*). The 4th joint AMSA-NZMSS conference, Hobart, Australia. 1-5 July 2012.

Rankmore, K., **Visser**, I.N., Martinez, E., Stockin, K.A. (2011). Factors affecting the occurrence and demographics of killer whales (*Orcinus orca*) in the Hauraki Gulf, New Zealand. *Proceedings of the 25th Annual Conference of the European Cetacean Society, Cadiz, Spain*.  21-23 March 2011.

**Visser**, I. N. (2007).  Killer whales in Papua New Guinea waters (SC/59/SM20).  59th Annual meeting of the International Whaling Commission Scientific Committee. International Whaling Commission, Anchorage, Alaska. 28-31 May 2007.

**Visser**, I. N. (2007).  Killer whales in New Zealand waters: Status and distribution with comments on foraging (SC/59/SM19).  59th Annual meeting of the International Whaling Commission Scientific Committee. International Whaling Commission, Anchorage, Alaska.  28-31 May 2007.

**Visser**, I. N., Berghan, J. and Norton, K. (2007).  Killer whales of Antarctica; Details gathered via eco-tourism (SC/59/SM21).  59th Annual meeting of the International Whaling Commission Scientific Committee. International Whaling Commission, Anchorage, Alaska. 28-31 May 2007.

**Visser**, I. N., and Hardie, T. M. (2007).  Close encounters of the killer kind.  Unique deployment prospects with New Zealand killer whales.  Animal Borne Imaging Symposium.  National Geographic Society, Washington D.C., United States of America.  10-13 October 2007.

Stockin, K. A., & **Visser**, I. N. (2005). *A summary of anomalously pigmented common dolphins (Delphinus sp) off Northern New Zealand.* Paper presented at the 19th Annual Conference of the European Cetacean Society, La Rochelle, France. 2-7 April 2005

**Visser**, I. N. (2002). *Preliminary cetacean survey in Kimbe Bay, New Britain, Papua New Guinea.* Paper presented at the SEAMAM II.  Second international conference on the marine mammals of Southeast Asia, Dumaguete City, Philippines, July 22-23, 2002.

**Visser**, I. N. (2002). *First photo-identification matches for Papua New Guinea killer whales.* Paper presented at the Fourth International Orca Symposium, Noirt, France. 23 - 28 September 2002.

**Visser**, I. N. (2002). *Pigmentation as an indicative feature for populations of killer whales.* Paper presented at the Fourth International Orca Symposium, September 23 - 28, 2002, Niort, France.  23 - 28 September, 2002.

Berghan, J., & **Visser**, I. N. (2001). *Antarctic Killer Whale Identification Catalogue.* Paper presented at the 14th Biennial Conference on the Biology of Marine Mammals,  Page 22. Vancouver, Canada.  28 November – 3 December, 2001.

**Visser**, I. N. (2001). *Foraging behaviour and diet of (Orcinus orca) in New Zealand waters.* Paper presented at the Abstracts of the 14th Biennial Conference on the Biology of Marine Mammals, Vancouver, British Columbia, Canada. 28 November – 3 December, 2001.

**Visser**, I. N., & Fertl, D. (2000). *Stranding of a New Zealand killer whale (Orcinus orca) and information on post-stranding sightings, including a probable boat strike of the individual.* Paper presented at the Proceedings of the fourteenth annual conference of the European cetacean society, Cork, Ireland, 2-5 April 2000.

**Visser**, I. N. (1998). *Killer whales (Orcinus orca) benthic foraging on rays in New Zealand waters.* Paper presented at the World Marine Mammal Science Conference (Society for Marine Mammalogy & European Cetacean Society), Monaco, 20-24 January 1998.

## ➤ SCIENTIFIC REPORTS (NOTE: chronological, then alphabetical)

**Visser**, I. N., (2013).  Assessment of proposal "Proyecto Kshamenk".  Confidential Unpublished report. p33. Commissioned by and submitted to Argentinean Government.  April 2013.

**Visser**, I. N., (2012).  Report on the physical & behavioural status of Morgan, the wild-born orca held in captivity at Loro Parque, Tenerife, Spain.  (Unpublished Report for the Free Morgan Foundation, as supporting evidence in a court case). Available from www.freemorgan.org

**Visser**, I. N., & Hardie, T. M. (2011). *"Morgan" the orca can and should be rehabilitated.  With additional notes on why a transfer to another 'captive orca facility' is inappropriate and release is preferred.* (Unpublished Report for the Orca Coalition as supporting evidence in a court case). Tutukaka, New Zealand: Orca Research Trust.

**Visser**, I. N. (2010).  Statement regarding the safety of interacting with killer whales (*O. orca*), with regards to the death of Dawn Brancheau at SeaWorld.  Confidential statement ccommissioned by and submitted to OSHA, USA Government.  June 2010.

**Visser**, I. N. (2003). *Kimbe Bay Second Marine Mammal Rapid Ecological Assessment (REA) April 2003* (Unpublished Report). Auckland: Unpublished Survey Report for The Nature Conservancy, C/o South Pacific Office
P.O. Box 65-506, Mairangi Bay, Auckland, New Zealand.

**Visser**, I. N. (2002). *Kimbe Bay Preliminary Cetacean Survey Report*: Unpublished report submitted to Walindi Plantation Resort and Mahonia na Dari Conservation and Research Centre, P.O. Box 4, Kimbe, West New Britain, Papua New Guinea.

## ➤ POPULAR STYLE PUBLICATIONS

| | |
|---|---|
| 2004 | Autobiography:  *Swimming with Orca; My life with New Zealand's killer whales.* Penguin Publishers, Auckland. |
| 2001 | Children's educational book (8-12 year olds) about orca, including text and photographs. *I love killer whales*. Wendy Pye Publishing Ltd, Auckland. |
| 2001 | Children's educational book (5-8 year olds), about orca, including text and photographs. *The Orca*. Reeds Children's Books, Auckland. |
| Various dates | Numerous popular articles for children's and adult magazines, including school magazines, dive magazines and nature magazines (see www.orcaresearch.org for examples). |
| Various dates | Numerous popular style articles for newspapers (see www.orcaresearch.org for examples). |
| Various dates | Photographs have appeared in National Geographic, BBC Wildlife, Ranger Rick, Taptoe, DiveLog, and various other magazines and books. (see www.orcaresearch.org for examples). |
| Various dates | Photographs for educational book (8-12 year olds) about whale strandings. |

## ➤ EDUCATIONAL RECORD

| | |
|---|---|
| 1992 - 2000 | Auckland University (New Zealand)<br>     PhD (Environmental & Marine Science).  Thesis; Orca (*Orcinus orca*) in New Zealand waters |
| 1990 - 1992 | Auckland University (New Zealand)<br>     Masters of Science (Zoology). Thesis; Growth Rates of Commercial Oysters |
| 1987 - 1990 | Massey University (New Zealand)<br>     Bachelor of Science (Zoology) & 1st Year Veterinary Science |
| Pre 1987 | Completed High School with University Entrance level gained<br>     (Correspondence School, New Zealand) |

Annex 2

Highly Confidential - Attorneys' Eyes Only

ANNEX 2-A (Camera A - wide angle)
VIDEO LOG OF BEHAVIOURS (Tokitae) - taken 20 Jan 2016, Miami Seaquarium

| CAMERA_A | FILE NAME | TIME CODE | BEHAVIOUR | COMMENT |
|---|---|---|---|---|
| night time | A013C252_160120RY_CANON | | | too dark to ascertain |
| | | | | |
| night to dawn | A013C253_1601208C_CANON | 22:00 | logging | dawn, can start to see behaviours |
| | A013C253_1601208C_CANON | 24:00 | drift from west to south | |
| | A013C253_1601208C_CANON | 28:30 | logging | south-west |
| | A013C253_1601208C_CANON | 37:00 | head swaying | south, for 8 mins |
| | A013C253_1601208C_CANON | 45:00 | going after Lag? | |
| | A013C253_1601208C_CANON | 46:50 | head swaying | south, for 2 mins |
| | A013C253_1601208C_CANON | 52:15 | head swaying | south, for 10 mins |
| | A013C253_1601208C_CANON | 1:03:15 | logging | south, for 2 mins |
| | A013C253_1601208C_CANON | 1:08:35 | slow swimming/logging | |
| | A013C253_1601208C_CANON | 1:15:35 | head swaying | south, for 2:30mins |
| | A013C253_1601208C_CANON | 1:19:50 | logging | |
| | A013C253_1601208C_CANON | 1:25:00 | logging | |
| | A013C253_1601208C_CANON | 1:29:19 | logging | |
| | A013C253_1601208C_CANON | 1:33:25 | head swaying | |
| | A013C253_1601208C_CANON | 1:36:44 | going after Lag | west |
| | A013C253_1601208C_CANON | 1:41:20 | logging/headswaying | south-west |
| | A013C253_1601208C_CANON | 1:51:30 | head swaying | south |
| | A013C253_1601208C_CANON | 1:54:08 | submerged, stationary | south-west, for 3 mins |
| | A013C253_1601208C_CANON | 1:57:37 | logging | 1:30 mins |
| | A013C253_1601208C_CANON | 2:00:00 | submerged, stationary | 1:40mins |
| | A013C253_1601208C_CANON | 2:01:40 | logging | |
| | A013C253_1601208C_CANON | 2:06:00 | head swaying | |
| | A013C253_1601208C_CANON | 2:08:40 | logging | |
| | A013C253_1601208C_CANON | 2:13:00 | logging/headswaying | south-west, for 3 mins |
| | A013C253_1601208C_CANON | 2:24:40 | logging | south-west, for 2mins |
| | A013C253_1601208C_CANON | 2:31:30 | logging | south-west, for 2mins |

Highly Confidential - Attorneys' Eyes Only

| CAMERA_A | FILE NAME | TIME CODE | BEHAVIOUR | COMMENT |
|---|---|---|---|---|
| daylight | A014C254_160120Y7_CANON | 00:00 | logging | south, for 2mins |
| | A014C254_160120Y7_CANON | 4:12 | logging | south, for 2mins |
| | A014C254_160120Y7_CANON | 8:50 | logging | south, for 2mins |
| | A014C254_160120Y7_CANON | 12:10 | logging | south |
| | A014C254_160120Y7_CANON | 14:40 | logging | south, for 2 mins |
| | A014C254_160120Y7_CANON | 17:15 | logging | south-west, for 3 mins |
| | A014C254_160120Y7_CANON | 21:24 | logging | south |
| | A014C254_160120Y7_CANON | 26:10 | logging | south-west |
| | A014C254_160120Y7_CANON | 30:25 | logging | south |
| | A014C254_160120Y7_CANON | 33:48 | logging | south |
| | A014C254_160120Y7_CANON | 35:50 | logging | south, for 2 mins |
| | A014C254_160120Y7_CANON | 40:55 | logging | south (video clip is 43 mins long) |
| daylight | A014C255_160120R9_CANON | 3:00 | logging | south |
| | A014C255_160120R9_CANON | 8:37 | head bobbing/small spyhops | south |
| | A014C255_160120R9_CANON | 9:20 | logging | south |
| | A014C255_160120R9_CANON | 18:38 | logging | south-west, for 2mins |
| | A014C255_160120R9_CANON | 22:25 | logging | south (video clip is 30 mins long) |
| daylight | A014C256_16012017_CANON | 1:45 | logging | south-west, for 2mins |
| | A014C256_16012017_CANON | 5:24 | logging | south |
| | A014C256_16012017_CANON | 12:12 | submerged, stationary | south |
| | A014C256_16012017_CANON | 20:00 | trainer orientated logging | east, for 3 mins |
| | A014C256_16012017_CANON | 23:45 | drift from south to west | |
| | A014C256_16012017_CANON | 25:00 | trainer orientated logging/head bobbing | north-east, for 7:30 mins |
| | A014C256_16012017_CANON | 34:10 | logging | centre of A tank |

Highly Confidential - Attorneys' Eyes Only

| CAMERA_A | FILE NAME | TIME CODE | BEHAVIOUR | COMMENT |
|---|---|---|---|---|
| daylight, training | A014C257_160120J5_CANON | 00:00 | logging/headswaying/head bobbing | pre-training, north-west, for 3 mins |
| | A014C257_160120J5_CANON | 24:23 | going after Lag | post-training |
| | A014C257_160120J5_CANON | 30:10 | logging | post-training, south |
| | A014C257_160120J5_CANON | 33:54 | playing with wetsuit | |
| | A014C257_160120J5_CANON | 36:00 | trainer playing with wetsuit in Tokitae's mouth | south |
| | A014C257_160120J5_CANON | 38:00 | slow swimming after trainer, stopped playing with wetsuit | south to north |
| | A014C257_160120J5_CANON | 38:42 | picking up wetsuit | south-west |
| | A014C257_160120J5_CANON | 39:00 | logging besides wetsuit | south |
| | A014C257_160120J5_CANON | 40:22 | spyhopping, multible times | south |
| | A014C257_160120J5_CANON | 42:24 | picking up wetsuit | |
| | A014C257_160120J5_CANON | 43:54 | picking up wetsuit | south-west |
| | A014C257_160120J5_CANON | 44:11 | spyhopping, multible times | south-west |
| | A014C257_160120J5_CANON | 44:54 | trainer interaction with wetsuit & Tokitae | |
| | A014C258_160120TJ_CANON | 2:13 | submerged, stationary/logging | south-west, for 2mins |
| | A014C258_160120TJ_CANON | 6:16 | going after Lag | south |
| | A014C258_160120TJ_CANON | 8:34 | logging/submerged, stationary/head bobbing | south-west, for 4 mins |
| | A014C259_160120LP_CANON | 00:00 | submerged, stationary | south-west, for 5 mins |
| | A014C259_160120LP_CANON | 4:50 | submerged, stationary | south |
| | A014C259_160120LP_CANON | 5:40 | logging | south |
| | A014C259_160120LP_CANON | 6:30 | submerged, stationary | south, for 3 mins |
| daylight, training | A014C260_160120KZ_CANON | 00:00 | head bobbing | pre-training, south, for 2 mins |
| | A014C260_160120KZ_CANON | 3:23 | trainercontact with tongue | |
| | A014C260_160120KZ_CANON | 16:00 | submerged, stationary | post-training, south |

Highly Confidential - Attorneys' Eyes Only

| CAMERA_A | FILE NAME | TIME CODE | BEHAVIOUR | COMMENT |
|---|---|---|---|---|
| daylight, pre-show | | | | |
| | A014C261_1601206X_CANON | 00:00 | submerged, stationary | south-west, for 3 mins |
| | A014C261_1601206X_CANON | 3:40 | logging | south |
| | A014C261_1601206X_CANON | 4:00 | submerged, stationary | south, for 3 mins |
| | A014C261_1601206X_CANON | 6:40 | logging/headbobbing | south |
| | A014C261_1601206X_CANON | 7:53 | going after Lag. aprupt behaviour change | |
| | A014C261_1601206X_CANON | 8:40 | submerged, stationary | south, for 3 mins |
| | A014C261_1601206X_CANON | 12:00 | logging | south |
| | A014C261_1601206X_CANON | 13:00 | small spyhops | south |
| | A014C261_1601206X_CANON | 13:56 | submerged, stationary/logging | south, for 3 mins |
| | A014C261_1601206X_CANON | 17:58 | taillobbing | pre-show, south-west |
| | A014C261_1601206X_CANON | 19:15 | submerged, stationary | pre-show, south |
| daylight, pre-show | A013C262_160120R3_CANON | 00:00 | submerged, stationary | pre-training, south, for 1:30 mins |
| | A013C262_160120R3_CANON | 2:40 | submerged, stationary | pre-show, south, for 1:30 mins |
| daylight, pre-show | A013C263_160120Z9_CANON | 00:00 | taillobbing | pre-show, south |
| | A013C263_160120Z9_CANON | 0:50 | logging | pre-show, east, for 4 mins |
| daylight, show | A013C264_160120FV_CANON | 00:00 | logging | pre-show, east, for 3 mins |
| | A013C264_160120FV_CANON | 24:08 | going after Lag, multible times | post-show |
| | A013C264_160120FV_CANON | 25:15 | logging | post-show, east |
| | A013C264_160120FV_CANON | 26:14 | going after Lag | post-show, east |
| | A013C264_160120FV_CANON | 29:20 | submerged, stationary | post-show, south |
| | A013C264_160120FV_CANON | 30:57 | submerged, stationary/logging | post-show, south, for 3 mins |
| | A013C264_160120FV_CANON | 34:50 | head bobbing | south to north |

Highly Confidential - Attorneys' Eyes Only

ANNEX 2-B (Camera B - closeup)
VIDEO LOG OF BEHAVIOURS (Tokitae) - taken 20 Jan 2016, Miami Seaqurium

| CAMERA_B | FILE NAME | TIME CODE | BEHAVIOUR | COMMENT |
|---|---|---|---|---|
| daylight | AA000201 | 00:00 | slow swimming/small spyhop | south-west, for 2mins |
| | AA000201 | 2:00 | submerged, stationary | south-west, for 3 mins |
| daylight | AA000202 | 00:00 | submerged, stationary | south |
| | AA000202 | 1:25 | logging/headswaying | south, for 2:30mins |
| | AA000202 | 4:00 | submerged, stationary | south |
| daylight | AA000203 | 00:00 | logging | south |
| | AA000203 | 1:45 | slow swimming | south to north |
| | | | submerged, Lags approach, strong head | |
| | AA000203 | 3:20 | swaying (against wall?) | west, for 2 mins |
| daylight | AA000204 | 00:00 | logging | west to south |
| | AA000204 | 1:22 | submerged, stationary | west, for 4:30 mins |
| | AA000204 | 4:50 | logging | south-west |
| daylight | AA000205 | 00:00 | logging | south |
| | AA000205 | 0:40 | submerged, stationary | south, for 3 mins |
| | AA000205 | 3:40 | logging | south |
| daylight | AA000206 | 1:30 | going after Lag | |
| daylight | AA000207 | 00:00 | submerged, stationary | south |
| | AA000207 | 0:58 | logging | south-west, for 3 mins |
| | AA000207 | 4:05 | submerged, stationary | south-west |
| daylight | AA000208 | 00:00 | submerged, stationary | south, for 5 mins |
| daylight | AA000209 | 00:00 | submerged, stationary | south |
| | AA000209 | 1:38 | submerged, stationary/headswaying | south, for 3 mins |
| daylight | AA000210 | 00:00 | submerged, stationary | south-west |
| | AA000210 | 1:28 | logging | south-west, for 1:30 mins |
| | AA000210 | 3:02 | submerged, stationary | south-west, for 2 mins |
| daylight | AA000211 | 0:12 | logging | south-west, for 2 mins |
| | AA000211 | 2:05 | submerged, stationary | south-west, for 2:30 mins |
| | AA000211 | 4:35 | logging | south-west |

| CAMERA_B | FILE NAME | TIME CODE | BEHAVIOUR | COMMENT |
|---|---|---|---|---|
| daylight | AA000212 | 0:10 | submerged, stationary | south-west, for 2 mins |
| | AA000212 | 2:00 | logging | south-west |
| | AA000212 | 3:15 | submerged, stationary | south-west, for 2 mins |
| daylight | AA000213 | 00:00 | submerged, stationary | south-west, for 1 min |
| | AA000213 | 1:02 | logging | south-west, for 4 mins |
| daylight | AA000214 | 00:00 | logging | south-west, for 2mins |
| | AA000214 | 1:54 | going after Lag | |
| | AA000214 | 3:33 | submerged, stationary | west, for 1:30 mins |
| daylight | AA000215 | 00:00 | submerged, stationary | south-west, for 1 min |
| | AA000215 | 2:05 | logging | south-west, for 2 mins |
| | AA000215 | 4:04 | submerged, stationary | south-west, for 1 min |
| daylight | AA000301 | 00:00 | submerged, stationary | south-west, for 3:30 mins |
| | AA000301 | 3:27 | logging | south-west, for 1:30 mins |
| daylight | AA000401 | 00:00 | submerged, stationary | south-west, for 1:30 mins |
| | AA000401 | 1:40 | logging | south-west, for 3 mins |
| | AA000401 | 4:28 | slow follow on Lags | |
| | | | | south-west, for 4 mins *tail on |
| daylight | AA000402 | 00:00 | logging | bottom example |
| | AA000402 | 3:56 | submerged, stationary | south-west |
| daylight | AA000403 | 00:00 | submerged, stationary | south-west |
| | AA000403 | 0:50 | logging | south-west, for 2 mins |
| | AA000403 | 2:52 | submerged, stationary | south-west, for 3 mins |
| daylight | AA000404 | 0:10 | logging | south-west, for 2 mins |
| | AA000404 | 2:11 | left eye closed | south |
| | AA000404 | 2:45 | right eye closed, mucus | north |
| | AA000404 | 3:37 | logging | south-west, for 1 min |
| | AA000404 | 4:52 | displaced by Lag | |
| | AA000404 | 5:04 | shadowed by Lag as she turns sharply | |
| daylight | AA000405 | 0:54 | logging | south-west |
| | AA000405 | 1:54 | submerged, stationary | south-west, for 1:30 mins |
| | AA000405 | 3:20 | logging | south-west, for 1:30 mins |

Highly Confidential - Attorneys' Eyes Only

| CAMERA_B | FILE NAME | TIME CODE | BEHAVIOUR | COMMENT |
|---|---|---|---|---|
| daylight | AA000406 | 00:00 | logging | south-west |
| | AA000406 | 0:52 | submerged, stationary | south-west, for 1:30 mins |
| | AA000406 | 2:17 | logging | south-west, for 1:30 mins |
| | AA000406 | 3:40 | submerged, stationary | south-west, for 1:30 mins |
| daylight | AA000407 | 00:00 | submerged, stationary | south-west, for 1:45 mins |
| | AA000407 | 1:45 | logging | south-west, for 1:30 mins |
| | AA000407 | 3:15 | submerged, stationary | south-west, for 2 mins |
| daylight | AA000408 | 00:00 | submerged, stationary | south-west, for 0:45 mins |
| | AA000408 | 0:45 | logging | south-west, for 1:30 mins |
| | AA000408 | 2:27 | submerged, stationary | south-west, for 1:30 mins |
| | AA000408 | 4:05 | logging | south-west, for 1 min |
| daylight | AA000409 | 0:40 | logging/headswaying | south-west, for 2:30 mins |
| | AA000409 | 3:20 | slow follow of Lag | |
| | AA000409 | 3:34 | submerged, stationary | south-west, for 1:45 mins |
| daylight | AA000410 | 00:00 | submerged, stationary | south-west, for 0:45 mins |
| | AA000410 | 0:40 | logging | south-west, for 1:30 mins |
| | AA000410 | 2:00 | submerged, stationary | south-west, for 3 mins |
| daylight | AA000411 | 00:00 | submerged, stationary | south-west |
| | AA000411 | 0:25 | logging | south-west, for 1 min |
| | AA000411 | 1:23 | submerged, stationary | south-west, for 4 mins |
| daylight | AA000412 | 00:00 | submerged, stationary | south-west, for 0:45 mins |
| | AA000412 | 0:45 | head bobbing/small spyhops | south-west, for 0:45 mins |
| | AA000412 | 1:30 | logging | south-west, for 1 min |
| | AA000412 | 2:37 | submerged, stationary | south-west, for 3 mins |
| daylight | AA000413 | 00:00 | submerged, stationary/srong headswaying | south-west, for 5 mins |
| daylight | AA000414 | 0:15 | logging | south-west, for 2 mins |
| | AA000414 | 2:00 | submerged, stationary | south-west, for 2 mins |
| | AA000414 | 4:00 | logging | south-west, for 1 min |
| daylight | AA000504 | 00:00 | submerged, stationary | south-west, for 3:30 mins |
| | AA000504 | 3:52 | submerged, stationary | south-west, for 1:30 mins |
| daylight, train | AA000505 | 00:00 | submerged, stationary | south-west, for 0:45 mins |

Highly Confidential - Attorneys' Eyes Only

| CAMERA_B | FILE NAME | TIME CODE | BEHAVIOUR | COMMENT |
|---|---|---|---|---|
| | AA000505 | 1:38 | submerged, stationary | south-west, for 1 min |
| daylight | AA000507 | 00:00 | trainer orientated logging/head swaying/small spyhops | north-east, for 5 mins |
| | AA000508 | 00:00 | trainer orientated logging/head swaying/small spyhops | north-east, for 2 mins |
| | AA000508 | 2:51 | trainer orientaited slow circle swim around A tank | counterclockwise, start from north-east |
| | AA000508 | 3:21 | logging | north, for 1 min |
| | AA000508 | 4:53 | smal spyhops | north |
| daylight, train | AA000509 | 0:17 | logging | north, for 2 min |
| | AA000509 | 2:22 | high head out (tail on bottom of tank) | near west perimeter |
| | AA000509 | 2:27 | high head swaying | |
| | AA000509 | 2:37 | high head out (tail on bottom of tank) | near west perimeter |
| | AA000509 | 5:00 | | preparing her for blood-sample in B tank |
| daylight, train | AA000510 | 00:00 | | takeing bloodsample |
| | AA000510 | 3:23 | | trainer having mouth contact with Tokitae's tongue |
| | AA000510 | 4:33 | | exhale sample taken |
| daylight, train | AA000511 | 0:55 | | teeth sample taken |
| | AA000511 | 1:34 | | teeth sample taken |
| | AA000511 | 2:52 | | exhale sample taken |
| | AA000511 | 3:14 | | exhale sample taken |
| | AA000511 | 3:49 | | teeth inspection (upper jaw) |
| | AA000511 | 4:25 | | pec inspection, palpation of stomach area |
| daylight | AA000512 | 00:00 | | pec inspection, palpation of stomach area |
| | AA000512 | 1:38 | | teeth inspection (lower jaw) |
| | AA000512 | 2:06 | defecation | |
| | AA000512 | 3:03 | | trainer has hand-contact with feces |

Highly Confidential - Attorneys' Eyes Only

| CAMERA_B | FILE NAME | TIME CODE | BEHAVIOUR | COMMENT |
|---|---|---|---|---|
| | AA000512 | 3:30 | | feeding with contaminated fish |
| daylight | AA000513 | 0:45 | | teeth inspection (lower jaw) |
| | AA000513 | 3:26 | going after Lag | |
| | AA000513 | 4:58 | submerged, stationary | south-west |
| daylight | AA000514 | 3:40 | slow swimming | getting hosed, north-west to south-west |
| daylight | AA000515 | 00:00 | | getting hosed on genital area |
| | AA000515 | 2:27 | playing with wetsuit | trainer throws wetsuit on her back |
| | AA000515 | 4:33 | playing with wetsuit | trainer plays with wetsuit in Tokitaes mouth |
| daylight | AA000516 | 00:00 | playing with wetsuit | trainer plays with wetsuit in Tokitaes mouth |
| daylight | AA000701 | 1:34 | playing with wetsuit | |
| | AA000701 | 2:41 | | getting hosed on genital area |
| | AA000701 | 3:55 | | getting hosed on belly |
| daylight | AA000702 | 00:00 | playing with wetsuit | south-west, for 1 min |
| | AA000702 | 1:30 | playing with wetsuit | |
| | AA000702 | 1:45 | head bobbing | middle A tank, for 1 min |
| | AA000702 | 3:35 | | feeding her ice |
| | AA000702 | 4:34 | submerged, stationary | south-west |
| daylight | AA000703 | 00:00 | submerged, stationary | south-west, for 3:45 mins |
| | AA000703 | 4:11 | logging | south-west, for 1 min |
| daylight | AA000704 | 00:00 | logging | south-west |
| | AA000704 | 0:18 | submerged, stationary | south-west, for 3 mins |
| | AA000704 | 4:28 | logging | south-west |
| | AA000704 | 4:57 | submerged, stationary | south-west |
| daylight | AA000705 | 00:00 | submerged, stationary | south-west, for 1 min |
| | AA000705 | 1:16 | spyhopping | south-west |
| | AA000705 | 1:40 | submerged, stationary | south-west |
| | AA000705 | 2:00 | head bobbing/small spyhops | south-west, for 2:30 mins |
| | AA000705 | 4:23 | submerged, stationary | south-west, for 1 min |
| daylight | AA000706 | 1:03 | submerged, stationary | south-west, for 4 mins |
| daylight | AA000707 | 00:00 | submerged, stationary | south-west, for 1 min |

Highly Confidential - Attorneys' Eyes Only

| CAMERA_B | FILE NAME | TIME CODE | BEHAVIOUR | COMMENT |
|---|---|---|---|---|
| | AA000707 | 1:49 | logging | south-west, for 1 min |
| | AA000707 | 2:43 | submerged, stationary | south-west, for 2:30 mins |
| daylight, train | AA000708 | 0:20 | head bobbing/small spyhops | south-west, for 2 mins |
| | AA000708 | 3:36 | | trainer having mouth contact with Lolitas tongue |
| daylight, train | AA000711 | 00:00 | submerged, stationary | west, for 4:30 mins |
| | AA000711 | 4:58 | submerged, stationary | west |
| daylight | AA000712 | 00:00 | submerged, stationary | west, for 2:30 mins |
| | AA000712 | 2:28 | logging/headbobbing | south-west, for 1 min |
| | AA000712 | 3:35 | going after Lag | |
| | AA000712 | 4:02 | submerged, stationary | south-west, for 1 min |
| daylight | AA000713 | 00:00 | submerged, stationary | south-west, for 2 mins |
| | AA000713 | 2:25 | logging/spyhoping | south-west, for 2 mins |
| | AA000713 | 4:20 | submerged, stationary | south-west |
| daylight | AA000714 | 00:00 | logging | south-west, for 1:30 mins |
| | AA000714 | 1:27 | submerged, stationary | south-west |
| | AA000714 | 3:15 | tail lobbing | south-west |
| | AA000714 | 5:00 | submerged, stationary | south-west |
| daylight, show | AA000801 | 00:00 | submerged, stationary | south-west, for 2 mins |
| | AA000801 | 2:24 | submerged, stationary | south-west |
| | AA000801 | 3:48 | submerged, stationary | south-west, for 1:30 mins |
| daylight, show | AA000802 | 0:10 | spyhopping, multiple times | south |
| | AA000802 | 0:55 | tail lobbing | south |
| | AA000802 | 1:50 | logging | east, for 3 mins |
| daylight, show | AA000803 | 00:00 | logging | east, for 3:30 mins |
| daylight, show | AA000807 | 3:46 | going after Lag, multiple times | pre-show |
| daylight | AA000808 | 0:39 | going after Lag, multiple times | pre-show |
| daylight | AA000809 | 0:26 | logging | south-west |
| | AA000809 | 1:43 | logging/headbobbing | south-west, for 1 min |
| | AA000809 | 3:43 | slow swimming | south to north |

Highly Confidential - Attorneys' Eyes Only

ANNEX 2-C (# of laps, from video on Camera A)
VIDEO LOG OF BEHAVIOURS (Tokitae) - taken 20 Jan 2016, Miami Seaquarium

| CAMERA A | FILE NAME | TIME CODE | BEHAVIOUR | COMMENT | Laps in tank_A | Laps in tank_B |
|---|---|---|---|---|---|---|
| night to dawn | A013C253_1601208C_( | 28:04 | swimming | half lap, tank A | 0.5 | |
| | A013C253_1601208C_( | 44:57 | swimming | 2 laps, tank A | 2 | |
| | A013C253_1601208C_( | 1:02:12 | swimming | quarter lap, tank A | 0.25 | |
| | A013C253_1601208C_( | 1:05:09 | swimming | half lap, tank A | 0.5 | |
| | A013C253_1601208C_( | 1:06:54 | swimming | quarter lap, tank A | 0.25 | |
| | A013C253_1601208C_( | 1:08:32 | swimming | half lap, tank A | 0.5 | |
| | A013C253_1601208C_( | 1:21:00 | swimming | half lap, tank A | 0.5 | |
| | A013C253_1601208C_( | 1:22:22 | swimming | quarter lap, tank A | 0.25 | |
| | A013C253_1601208C_( | 1:36:38 | swimming | 3.5 Laps, tank A | 3.5 | |
| | A013C253_1601208C_( | 2:19:08 | swimming | 2 laps, tank A | 2 | |
| daylight | A014C254_160120Y7_( | 10:57 | swimming | 1 lap, tank A | 1 | |
| | A014C254_160120Y7_( | 35:11 | swimming | half lap, tank A | 0.5 | |
| | A014C254_160120Y7_( | 38:26 | swimming | quarter lap, tank A | 0.25 | |
| daylight | A014C256_16012017_( | 17:55 | swimming | trainer present, half lap, tank A | 0.5 | |
| | A014C256_16012017_( | 19:46 | swimming | trainer present, quarter lap, Tank B | | 0.25 |
| | A014C256_16012017_( | 23:03 | swimming | 1 lap, tank A | 1 | |
| | A014C256_16012017_( | 32:53 | swimming | half lap, tank A | 0.5 | |
| daylight | A014C257_160120J5_C | 3:07 | swimming | training, half lap, tank A | 0.5 | |
| | A014C257_160120J5_C | 4:05 | swimming | training, half lap, tank B | | 0.5 |
| | A014C257_160120J5_C | 09:03 | swimming | training, half lap, tank A | 0.5 | |
| | A014C257_160120J5_C | 19:30 | swimming | trainer present, half lap, tank A | 0.5 | |
| | A014C257_160120J5_C | 19:49 | swimming | trainer present, half lap, tank A | 0.5 | |
| | A014C257_160120J5_C | 23:33 | swimming | trainer present, half lap, tank A | 0.5 | |
| | A014C257_160120J5_C | 24:22 | swimming | 1.5 laps, tank A | 1.5 | |
| | A014C257_160120J5_C | 27:00 | swimming | trainer present, 1 lap, tank A | 1 | |
| | A014C257_160120J5_C | 28:34 | swimming | 1 lap, tank A | 1 | |
| | A014C257_160120J5_C | 29:44 | swimming | half lap, tank A | 0.5 | |

Highly Confidential - Attorneys' Eyes Only

| CAMERA A | FILE NAME | TIME CODE | BEHAVIOUR | COMMENT | Laps in tank_A | Laps in tank_B |
|---|---|---|---|---|---|---|
| | A014C257_160120J5_C | 33:54 | swimming | trainer present/wetsuit on her back, 1 lap, tank A | 1 | |
| | A014C257_160120J5_C | 38:43 | swimming | quarter lap, tank A | 0.25 | |
| | A014C257_160120J5_C | 41:43 | swimming | half lap, tank A | 0.5 | |
| | A014C257_160120J5_C | 45:16 | swimming | trainer present, quarter lap, tank A | 0.25 | |
| daylight | A014C258_160120TJ_C | 06:17 | swimming | half lap, tank A | 0.5 | |
| daylight | A014C260_160120KZ_C | 2:22 | swimming | trainer present, half lap, tank A | 0.5 | |
| | A014C260_160120KZ_C | 06:35 | swimming | trainer present, half lap, tank A | 0.5 | |
| | A014C260_160120KZ_C | 14:00 | swimming | trainer present, quarter lap, tank A | 0.25 | |
| | A014C260_160120KZ_C | 15:15 | swimming | quarter lap, tank A | 0.25 | |
| daylight | A014C261_1601206X_C | 7:53 | swimming | 1 lap, tank A | 1 | |
| daylight, show | A013C263_160120Z9_C | 0:33 | swimming | trainer present, half lap, tank B | | 0.5 |
| daylight, show | A013C264_160120FV_C | 3:44 | swimming | trainer present, 1 lap, tank A | 1 | |
| | A013C264_160120FV_C | 7:21 | swimming | trainer present, half lap, tank A | 0.5 | |
| | A013C264_160120FV_C | 14:18 | swimming | trainer present, 1 lap, tank A | 1 | |
| | A013C264_160120FV_C | 17:16 | swimming | trainer present, 1 lap, tank A | 1 | |
| | A013C264_160120FV_C | 18:18 | swimming | trainer present, 1 lap, tank A | 1 | |
| | A013C264_160120FV_C | 19:25 | swimming | trainer present, half lap, tank A | 0.5 | |
| | A013C264_160120FV_C | 21:54 | swimming | trainer present, half lap, tank B | | 0.5 |
| | A013C264_160120FV_C | 22:40 | swimming | trainer present, quarter lap, tank A | 0.25 | |
| | A013C264_160120FV_C | 24:07 | swimming | 3 laps, tank A | 3 | |
| | A013C264_160120FV_C | 26:11 | swimming | 3.5 Laps, tank A | 3.5 | |
| | | | | | **37.25** | **1.75** |
| | | | | Trainer present | 5.25 | 1 |
| | | | | Trainer present in show | 11.25 | 1.25 |

Annex 3

Highly Confidential - Attorneys' Eyes Only



EAST
Medical Tank
Water Depth
12ft / 3.6m

Perimeter Swim
213ft / 65m

Gate          Gate

WORK ISLAND

Slope Down          Slope Down

80ft
24.4m

Lolita Length
20ft / 6m

Maximum
Water Depth
20ft / 6m

SOUTH

Slope Down          35ft
10.6m          Slope Down

ANNEX 3.

Schematic of the orca Lolita/Tokitae's tank, Miami Seaquarium, Florida.

The dotted line inside the larger part of the tank indicates the circumference of a ~215 ft (65m) 'perimeter swim', if both gates were left open.

© 2016 Orca Research Trust

Annex 4

Highly Confidential - Attorneys' Eyes Only

ANNEX 4.  Images showing the water level fluctuations as indicated in the Behavioural Records.  Left = screen shot @ 00.02 mins from plaintiff's video (file number A014C258_160120TJ_CANON) at, taken 20 Jan 2016.  Right = screen shot @ 07.09.44 from undated (circa 1980's) sourced from the internet (https://www.youtube.com/watch?v=oulOgt4lIc0, last accessed 20160206).

Of note is the gate which is not visible on the left, but which is clearly visible on the right.  The glass barrier around the perimeter of the tank gives a good visual reference as to the scale in each image as the cameras were on slightly different angles and lenses.




Annex 5

ANNEX 5.  Screen shots from 'vintage' (circa 1980's) video accessed online at
https://www.youtube.com/watch?v=oulOgt4IIc0 (last accessed on downloaded 20160206).  Trainers
have inappropriately trained Pacific white-sided dolphins to ride on the back of Tokitae.
Furthermore, they also trained her to swim inverted and for a dolphin to 'mount' Tokitae and whilst
doing so use pelvic thrust in a copulatory-like behaviour.



Above: Dolphin riding on Tokitae's dorsal surface, behind trainer

Below: Dolphin riding on Tokitae's dorsal surface, in front of dorsal fin





Above: Dolphin attempting to mount onto Tokitae's ventral surface, with a trainer

Below: Dolphin riding on Tokitae's ventral surface, *sans* trainer



Annex 6

Highly Confidential – Attorneys' Eyes Only

## ANNEX 6.  ORGANISMS (alphabetically) ISOLATED FROM TOKITAE (Miami Seaquarium)

with **[BATES #'s from Miami Seaqarium's discovery documents]** – *as compiled by Dr Ingrid N. Visser*

| *minimum # of pathogens n = 39*\* |
| --- |

**\***not including the forms of bacteria described as; 'super bug' *Staphylococcus aureus* (MRSA) (Methicillin-resistant *S. aureus*), *Escherichia coli* Sp#2, *Escherichia coli* (Resistant), or *Staphylococcus sp.* (CoNS) (Coagulase-negative)
**(NOTE: compare to ANNEX 7, organisms isolated from captive orca other than Tokitae (*n* = 16) cf wild orca (*n* = 5))**

*Acinetobacter baumannii* (bacteria) 09 Feb 2012 **[BATES# MSQ0000692-R]**

*Aeromonas hydrophilla* (bacteria) 10 Jan 2014 **[BATES# MSQ0000386-R]**

*Aspergillus sp.* (fungus) undated  **[BATES# MSQ0003750-R]**

*Bacillus* (bacteria) 20 Dec 2002 **[BATES # MSQ0003756-R]**

*Burkholderia cepacia* (bacteria) 12 Sep 2012 **[BATES# MSQ0000804-R]**

*Candida albicans* (fungus / yeast) 18 May 2012 **[BATES# MSQ0000600-R]**

*Candida fennigen* (fungus / yeast) 28 Feb 2008 **[BATES # MSQ0003767-R]**

*Candida tropicalis* (fungus / yeast) 01 Jul 2014  **[BATES# MSQ000389-R]**

*Candida palmioleophila* (fungal pathogen) 12 Jun 2012 **[BATES# MSQ0000417-R]**

*Candida parapsolis* (fungus / yeast) 30 Nov 2010 **[BATES # MSQ0003772-R]**

*Chlamydia sp.* (bacteria) undated  **[BATES# MSQ0003750-R]**

Ciliates (protozoa) 19 Dec 2006 **[BATES # MSQ0003765-R]**

*Clostridium* species 04 Jun 2002 **[BATES # MSQ0003754-R]**

*Corynebacter sp.* (bacteria) 29 Feb 2012 **[BATES# MSQ0000680-R]**

*Coccidiodomycosis*  (fungal pathogen) 12 Jul 2012 **[BATES# MSQ0000424-R]**

*Citrobacter freundii* (bacteria) 27 Jun 2012 **[BATES# MSQ0000564-R]**

*Edwardsiella tarda* (bacteria) 06 Mar 2012 **[BATES# MSQ0000678-R]**

*Enterobacter agglomerans (bacteria)* 6 Feb 2014 **[BATES# MSQ0001567]**

*Enterobacter cloacae* (bacteria) 21 Apr 2012 **[BATES# MSQ0000629-R]**

*Enterococcus sp.* (bacteria) 14 Dec 2012 **[BATES# MSQ0000413-R]**

*Erysipelothrix rhusiopathiae* (bacteria) (Bossart & Eimstad, (1988). *Erysipelothrix vesicular* glossitis in a killer whale (*Orcinus orca*). *Journal of Zoo Animal Medicine,* 19**,** 42-47

*Escherichia coli* (bacteria) (Sp. #1) 14 Dec 2012 **[BATES# MSQ0000818-R]**

*Escherichia coli* (bacteria) (Sp. #2) 13 Jan  2012 **[BATES# MSQ0000698-R]**

*Escherichia coli* (RESISTANT) 01 May 2015 **[BATES # MSQ0003790-R]**

*Hepatitis-B* (virus) (Bossart et al (1990). Hepatitis B-like infection in a Pacific white-sided dolphin. *Journal of the American Veterinary Medical Association,* 196)

*Klebsiella pneumonia* (bacteria) 09 Feb 2012 **[BATES# MSQ0000564-R]**

*Leptosphaerulina sp (trifolii)* (fungal plant pathogen) 12 December 2012 **[BATES# MSQ0000414-R]**

*Morbillivirus sp. (virus)* undated  **[BATES# MSQ0003750-R]**

*Morganella morganii* (bacteria) 15 May 2012 **[BATES# MSQ0000603-R]**

*Papillomavirus* (cutaneous) 21 September 2015 **[BATES #MSQ0001251]**

Poxvirus (virus) 30 Jul 2013 **[BATES # MSQ0003783-R]**

*Proteus mirabilis* (bacteria) 20 Feb 2012 **[BATES# MSQ0000684-R]**

*Plesiomonas shigelloides* (bacteria) 31 Jan 2012 **[BATES# MSQ0000694-R]**

*Pseudomonas aeruginosa* (bacteria) 13 Mar 2012 **[BATES# MSQ0000670-R]**

*Pseudomonas fluorescens* (bacteria) 07 Feb 2012 **[BATES# MSQ0000693-R]**

*Shewanella putrefaciens* (bacteria) 26 Apr 2012 **[BATES# MSQ0000620-R]**

*Staphylococcus aureus*  (bacteria) 30 Mar 2012 **[BATES# MSQ0000657-R]**

*Staphylococcus aureus* (MRSA)  ('superbug' bacteria) 07 Feb 2012 **[BATES# MSQ0000693-R]**

*Staphylococcus sp.* (CoNS) (Coagulase-negative) 23 Jun 2012 **[BATES# MSQ0000572-R]**

*Stenotrophomonas maltophilia* (bacteria) 10 Jan 2014 **[BATES# MSQ0000386-R]**

*Trichosporon beigelii* (fungus / yeast) 14 Feb 2014 **[BATES# MSQ0001578]**

*Torulopsis candida* (fungus / yeast) {NOTE: renamed as *Candida glabrata*} 26 May 2012 **[BATES# MSQ0000592-R]**

*Vibrio alginolyticus* (bacteria) 25 Apr 2012 **[BATES# MSQ0000621-R]**

*Vibrio* (marine sp) (bacteria) 23 Jan 2012 **[BATES# MSQ0000695-R]**


## NOTES:

Samples collected variously from: Exhale, Vagina, Tooth, Lower Jaw, Fecal, Stomach, but only one BATES# from each organism (and one from each variation) is listed here.

Entries from the Health Record summary not listed above due to insufficient details:

resistant bacteria (26 Feb 2011) **[BATES # MSQ0003773-R]**

resistant microbes (2 Mar 2011) **[BATES # MSQ0003774-R]**

"cus" cultured on exhale (17 Oct 2013) **[BATES # MSQ0003784-R]**

Annex 7

Highly Confidential - Attorneys' Eyes Only

# ANNEX 7.  INFECTIOUS DISEASES in ORCA as reported in the literature (captivity *vs* wild).

## Wild (*n* = 5), Captivity (*n* = 17).

Notes; <u>3 bacteria & 1 viruses (from Tokitae) had previously been found in the wild, but not captivity</u> (full row shaded).

Pathogens reported in other captive orca **and** cultured in Tokitae are indicated by shading species cell (***n* = 2**)

A *further **32 pathogens have been cultured exclusively** from Tokitae* but not listed here (see Annex 8 for details).

| PATHOGEN | CAPTIVITY | WILD | LOCATION IDENTIFIED | NOTES | SOURCE |
|---|---|---|---|---|---|
| **BACTERIA** | | | | | |
| *Brucella* spp. | | WILD | Northeastern Atlantic Pacific | | (Jepson et al., 1997) (Dunn et al., 2001) (Raverty et al., 2004) |
| *Burkholderia pseudomallei* | CAPTIVITY | | | | *(Hicks et al., 2000)* |
| *Clostridium sp.* | **CAPTIVITY** | | **Maimi Seaqarium, USA** Seattle Public Aquarium / unreported | **Tokitae / Lolita** | **[BATES # MSQ0003754-R]** *(Griffin and Goldsberry, 1968) (Greenwood and Taylor, 1978)* |
| *Clostridium perfringens* | CAPTIVITY | | | | *(Walsh et al., 1994)* |
| ***Edwardsiella tarda*** | **CAPTIVITY** | WILD | **Maimi Seaqarium, USA** Wild = Northeastern Pacific | **Tokitae / Lolita** | **[BATES# MSQ0000678-R]** Wild = (Ford et al., 2000) |
| ***Erysipelothrix rhusiopathiae*** | **CAPTIVITY** | WILD | **Maimi Seaqarium, USA** | **Tokitae / Lolita** (wild case resulted in death) | **(Bossart and Eimstad, 1988)** Wild = (Young et al., 1997) |
| *Nocardia asteroides* | CAPTIVITY | | | | (Sweeney et al., 1976) |
| *Nocardia otitidiscaviarum* | CAPTIVITY | | | | (Dunn et al., 2001) |
| ***Pseudomonas aeruginosa*** | **CAPTIVITY** | WILD | **Maimi Seaqarium, USA** Wild = Avacha Gulf, Kamchatka, Russia | **Tokitae / Lolita** Wild, caused abscessing pneumonia & death | **[BATES# MSQ0000670-R]** Wild = (Rozanova et al., 2007) |
| *Salmonella sp.* | CAPTIVITY | | | | (Colegrove et al., 2010, Ridgway, 1979) |
| *Salmonella* sp. | CAPTIVITY | | | | (Ridgway, 1979) |
| *Streptococcus* sp., beta-hemolytic | CAPTIVITY | | | | (Greenwood and Taylor, 1985) |

Highly Confidential - Attorneys' Eyes Only

| VIRUS | CAPTIVITY | WILD | LOCATION IDENTIFIED | NOTES | SOURCE |
|---|---|---|---|---|---|
| Cetacean pox virus (Orthopoxvirus) | **CAPTIVITY** | WILD | **Maimi Seaqarium, USA** Wild, not reported | **Tokitae / Lolita** | **[BATES # MSQ0003783-R]** (van Bressem and Gaspar, 1999) |
| Cutaneous papilloma virus | CAPTIVITY | | | | (Bossart et al., 1996) |
| *Flavivirus* St. Louis Encephalitis Virus | CAPTIVITY | | SeaWorld Orlando, Florida, USA | | (Jett and Ventre, 2012) (Buck et al., 1993) |
| *Flavivirus* West Nile virus | CAPTIVITY | | SeaWorld San Antonio, Texas, USA | nonsuppurative encephalitis | (St. Leger et al., 2011) |
| **Papillomavirus (cutaneous)** | CAPTIVITY | | **Maimi Seaqarium, USA** Reino Ventura, Mexico (captured from Iceland) | **Tokitae / Lolita** Tumors (warts) Keiko (axis) | **[BATES #MSQ0001251]** (Bossart et al., 1996, Greenwood et al., 1974) (Cornell, 1993) |
| Papillomavirus (genital) | CAPTIVITY | | | On penis | (Greenwood et al., 1974) |

| FUNGI | CAPTIVITY | WILD | LOCATION IDENTIFIED | NOTES | SOURCE |
|---|---|---|---|---|---|
| *Aspergillus fumigatus* | CAPTIVITY | | | | (Reidarson et al., 1999) |
| *Candida sp.* | CAPTIVITY | | SeaWorld San Diego | | Cornell, (1975) (Sea World, Inc, San Diego) *pers. comm. in* Sweeney & Ridgway (1975) |
| ***Candida alibicans*** | CAPTIVITY | | **Maimi Seaqarium, USA** Other aquariums not stated | **Tokitae / Lolita** | **[BATES# MSQ0000600-R]** (Greenwood and Taylor, 1985); (Ridgway, 1979); Sweeney et al. (1976) |
| *Saksenaea vasiformis* | CAPTIVITY | | | | Reidarson et al. (1999) |

| SUSPECTED (no virus isolated) | CAPTIVITY | WILD | LOCATION IDENTIFIED | NOTES | SOURCE |
|---|---|---|---|---|---|
| Influenza | CAPTIVITY | | | | (Ridgway, 1979) |
| Varicella | Not stated | | | Herpes Zoster (shingles) | (Greenwood et al., 1974) |

REFERENCES

BOSSART, G. D., CRAY, C., SOLORZANO, J. L., DECKER, S. J., CORNELL, L. H. & ALTMANN, N. H. 1996. Cutaneous pappilomaviral-like papillomatosis in a killer whale (*Orcinus orca*). *Marine Mammal Science,* 12**,** 274-281.

BOSSART, G. D. & EIMSTAD, E. A. 1988. *Erysipelothrix vesicular* glossitis in a killer whale (*Orcinus orca*). *Journal of Zoo Animal Medicine,* 19**,** 42-47.

BUCK, C., PAULINO, G. P., MEDINA, D. J., HSIUNG, G. D., CAMPBELL, T. W. & WALSH, M. T. 1993. Isolation of St. Louis encephalitis virus from a killer whale. *Clinicial and diagnostic virology,* 1**,** 109-112.

COLEGROVE, K. M., LEGER, J. A. S., RAVERLY, S., JANG, S., BERMAN-KOWALEWSKI, M. & GAYDOS, J. K. 2010. Salmonella newport *Omphaloarteritis* in a stranded killer whale (*Orcinus orca*) neonate. *Journal of Wildlife Diseases,* 46**,** 1300-1304.

CORNELL, L. H. 1993 1993. *RE: Preliminary report to Jerye Mooney, Fund for the Animals, Re: Keiko-Reino Aventura, Mexico City, Mexico 7/08/93.*

DUNN, J. L., BUCK, J. D. & ROBECK, T. R. 2001. Bacterial Diseases of Cetaceans and Pinnipeds. *In:* DIERAUF, L. A. & GULLAND, F. M. D. (eds.) *CRC Handbook of Marine Mammal Medicine.* 2nd ed. Boca Raton, FL: CRC Press.

FORD, J. K. B., ELLIS, G. M. & BALCOMB, K. C. 2000. *Killer whales: The natural history and geneology of Orcinus orca in British Columbia and Washington,* University of British Columbia Press.

GREENWOOD, A. G., HARRISON, R. J. & WHITTING, H. W. 1974. Functional and pathological aspects of the skin of marine mammals. *In:* HARRISON, R. J. (ed.) *Functional anatomy of marine mammals.* London: Academic Press.

GREENWOOD, A. G. & TAYLOR, D. C. 1978. *Clostridial myositis* in marine mammals. *The Veterinary Record* 103**,** 54-55.

GREENWOOD, A. G. & TAYLOR, D. C. 1985. Captive killer whales in Europe. *Aquatic Mammals,* 1**,** 10-12.

GRIFFIN, E. I. & GOLDSBERRY, D. G. 1968. Notes on the capture, care and feeding of the killer whale *Orcinus orca* at Seattle Aquarium. *International Zoo Yearbook,* 8**,** 206-208 + 1 plate (missing).

HICKS, C. L., KINSHITA, R. & LADDS, P. W. 2000. Pathology of melioidosis in captive marine mammals. *Australian Veterinary Journal,* 78**,** 193-195.

JEPSON, P. D., BREW, S., MACMILLAN, A. P., BAKER, J. R., BARNETT, J., KIRKWOOD, J. K., KUIKEN, T., ROBINSON, I. R. & SIMPSON, V. R. 1997. Antibodies to Brucella in marine mammals around the coast of England and Wales. *The Veterinary Record,* 141**,** 513-515.

JETT, J. S. & VENTRE, J. M. 2012. Orca (*Orcinus orca*) captivity and vulnerability to mosquito-transmitted viruses. *Journal of Marine Animals and Their Ecology,* 5**,** 9-16.

RAVERTY, S., NIELSON, K., NIELSON, O., HANSON, B. & GAYDOS, J. K. Detection of *Brucella* spp antibodies in post mortem heart blood and antemortem serum of killer whales (*Orcinus orca*) in the Pacific Northwest.  Proceedings of the 35th International Association for Aquatic Medicine Conference, . , 2004 Galveston, Texas. 114-115.

REIDARSON, T. H., MCBAIN, J. F., DALTON, L. M. & RINALDI, M. G. 1999. Diagnosis and treatment of fungal infections in marine mammals. *In:* FOWLER, M. E. & MILLER, R. E. (eds.) *Zoo and Wild Animal Medicine Current Therapy.* 4th ed. Philadelphia, Pennsylvania: W.B. Saunders Company.

RIDGWAY, S. H. 1979. Reported causes of death of captive killer whales (*Orcinus orca*). *Journal of Wildlife Diseases,* 15**,** 99-104.

ROZANOVA, E. I., ALEKSEEV, A. Y., ABRAMOV, A. V., RASSADKIN, Y. N. & SHESTOPALOV, A. M. 2007. Death of the killer whale *Orsinus orca* from bacterial pneumonia in 2003. *Russian Journal of Marine Biology,* 33**,** 321-323.

ST. LEGER, J., WU, G., ANDERSON, M., DALTON, L., NILSON, E. & WANG, D. 2011. West Nile Virus infection in killer whale, Texas, USA, 2007. *Emerging Infectious Diseases,* 17**,** 1531-1533.

SWEENEY, J. C., MIYAKI, G., VAINIK, P. M. & CONKLIN, R. H. 1976. Systemic mycoses in marine mammals. *Journal of the American Veterinary Medical Association,* 169.

VAN BRESSEM, M.-F. & GASPAR, R. Epidemiology of tattoo skin disease in bottlenose dolphins from the Sado estuary region, Portugal.  13th biennial conference on the biology of marine mammals, 28 Nov - 3 Dec 1999 1999 Wailea, Hawaii. Society for Marine Mammalogy, 192.

WALSH, M. T., THOMAS, L. A., SONGER, J. G., CAMPBELL, T. W. & TUCKER, L. S. *Clostridium perfringens* isolates from cetaceans Proceedings of the 28th annual workshop of the International Association for Aquatic Animal Medicine, 1994. 95.

YOUNG, S. J. F., HUFF, D. G., FORD, J. K. B., ANTHONY, J. M. G., ELLIS, G. & LEWIS, R. L. First Case Report - Mortality of wild resident killer whale (*Orcinus orca*) from *Erysipilothrix rhusopathiae*.  28th Annual Workshop of the International Association for Aquatic Animal Medicine, 1997. 4.

Annex 8

Highly Confidential – Attorneys' Eyes Only

**ANNEX 8.  EXCLUSIVE ORGANISMS (alphabetically) ISOLATED FROM TOKITAE (Miami Seaquarium)**

with **[BATES #'s from Miami Seaqarium's discovery documents]** – *as compiled by Dr Ingrid N. Visser*

> ### *minimum # of pathogens n = 32\**

*\*not including the forms of bacteria described as; 'super bug' Staphylococcus aureus* (MRSA) (Methicillin-resistant *S. aureus*), *Escherichia coli* Sp#2, *Escherichia coli* (Resistant), or *Staphylococcus sp.* (CoNS) (Coagulase-negative)

**(NOTE: compare to ANNEX 7, organisms isolated from captive orca other than Tokitae (*n* = 16) cf wild orca (*n* = 5))**

*Acinetobacter baumannii* (bacteria) 09 Feb 2012 **[BATES# MSQ0000692-R]**

*Aeromonas hydrophilla* (bacteria) 10 Jan 2014 **[BATES# MSQ0000386-R]**

*Aspergillus sp. (fungus) undated* **[BATES# MSQ0003750-R]**

*Bacillus* (bacteria) 20 Dec 2002 **[BATES # MSQ0003756-R]**

*Burkholderia cepacia* (bacteria) 12 Sep 2012 **[BATES# MSQ0000804-R]**

*Candida fennigen* (fungus / yeast) 28 Feb 2008 **[BATES # MSQ0003767-R]**

*Candida tropicalis* (fungus / yeast) 01 Jul 2014 **[BATES# MSQ000389-R]**

*Candida palmioleophila* (fungal pathogen) 12 Jun 2012 **[BATES# MSQ0000417-R]**

*Candida parapsolis* (fungus / yeast) 30 Nov 2010 **[BATES # MSQ0003772-R]**

*Chlamydia sp.* (bacteria) undated **[BATES# MSQ0003750-R]**

Ciliates (protozoa) 19 Dec 2006 **[BATES # MSQ0003765-R]**

*Corynebacter sp.* (bacteria) 29 Feb 2012 **[BATES# MSQ0000680-R]**

*Coccidiodomycosis* (fungal pathogen) 12 Jul 2012 **[BATES# MSQ0000424-R]**

*Citrobacter freundii* (bacteria) 27 Jun 2012 **[BATES# MSQ0000564-R]**

*Enterobacter agglomerans (bacteria)* 6 Feb 2014 **[BATES# MSQ0001567]**

*Enterobacter cloacae* (bacteria) 21 Apr 2012 **[BATES# MSQ0000629-R]**

*Enterococcus sp.* (bacteria) 14 Dec 2012 **[BATES# MSQ0000413-R]**

*Escherichia coli* (bacteria) (Sp. #1) 14 Dec 2012 **[BATES# MSQ0000818-R]**

*Escherichia coli* (bacteria) (Sp. #2) 13 Jan  2012 **[BATES# MSQ0000698-R]**

*Escherichia coli* (RESISTANT) 01 May 2015 **[BATES # MSQ0003790-R]**

*Hepatitis-B* (virus) (Bossart et al (1990). Hepatitis B-like infection in a Pacific white-sided dolphin. *Journal of the American Veterinary Medical Association,* 196)

*Klebsiella pneumonia* (bacteria) 09 Feb 2012 **[BATES# MSQ0000564-R]**

*Leptosphaerulina sp (trifolii)* (fungal plant pathogen) 12 December 2012 **[BATES# MSQ0000414-R]**

*Morbillivirus sp.* (virus) undated  **[BATES# MSQ0003750-R]**

*Morganella morganii* (bacteria) 15 May 2012 **[BATES# MSQ0000603-R]**

*Proteus mirabilis* (bacteria) 20 Feb 2012 **[BATES# MSQ0000684-R]**

*Plesiomonas shigelloides* (bacteria) 31 Jan 2012 **[BATES# MSQ0000694-R]**

*Pseudomonas fluorescens* (bacteria) 07 Feb 2012 **[BATES# MSQ0000693-R]**

*Shewanella putrefaciens* (bacteria) 26 Apr 2012 **[BATES# MSQ0000620-R]**

*Staphylococcus aureus*  (bacteria) 30 Mar 2012 **[BATES# MSQ0000657-R]**

*Staphylococcus aureus* (MRSA)  ('superbug' bacteria) 07 Feb 2012 **[BATES# MSQ0000693-R]**

*Staphylococcus sp.* (CoNS) (Coagulase-negative) 23 Jun 2012 **[BATES# MSQ0000572-R]**

*Stenotrophomonas maltophilia* (bacteria) 10 Jan 2014 **[BATES# MSQ0000386-R]**

*Trichosporon beigelii* (fungus / yeast) 14 Feb 2014 **[BATES# MSQ0001578]**

*Torulopsis candida* (fungus / yeast) {NOTE: renamed as *Candida glabrata*} 26 May 2012 **[BATES# MSQ0000592-R]**

*Vibrio alginolyticus* (bacteria) 25 Apr 2012 **[BATES# MSQ0000621-R]**

*Vibrio* (marine sp) (bacteria) 23 Jan 2012 **[BATES# MSQ0000695-R]**


**NOTES:**

Samples collected variously from: Exhale, Vagina, Tooth, Lower Jaw, Fecal, Stomach, but only one BATES# from each organism (and one from each variation) is listed here.

Entries from the Health Record summary not listed above due to insufficient details:

resistant bacteria (26 Feb 2011) **[BATES # MSQ0003773-R]**

resistant microbes (2 Mar 2011) **[BATES # MSQ0003774-R]**

"cus" cultured on exhale (17 Oct 2013) **[BATES # MSQ0003784-R]**

**EXHIBIT "B"**
**TO MOTION TO EXCLUDE TESTIMONY**
**OF INGRID VISSER**

Capital Reporting Company
Visser, Ingrid (Confidential) 02-19-2016

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.,
ANIMAL LEGAL DEFENSE FUND,
HOWARD GARRETT, AND ORCA
NETWORK,

          Plaintiffs,

     vs.                            No. 15-CV-22692

MIAMI SEAQUARIUM, AND               UNGARO/OTAZO-REYES
FESTIVAL FUN PARKS, LLC, DBA
PALACE ENTERTAINMENT,

          Defendants.
_____/


                CONFIDENTIAL


          DEPOSITION OF INGRID VISSER


     DATE:          Friday, February 19, 2016



     TIME:          9:05 a.m.



     LOCATION:      1840 Century Park East,
                    Suite 1900,
                    Los Angeles, California



     REPORTED BY:  MARIA ELLERSICK
                   CSR No. 10531

Capital Reporting Company
Visser, Ingrid (Confidential)  02-19-2016

10

1   Q   And your other two degrees, your master's and
2   your bachelor's, what are they in?
3   A   Zoology and biology.
4   Q   What was the specific topic or specific title
5   of your master's?  Was that just straight biology?
6   A   Crassostrea gigas.  It's oysters.
7   Q   Have you had any formal veterinary training?
8   A   I've had one year of veterinary.
9   Q   I gathered from your book you had started
10  veterinary school and didn't do well at it?
11  A   That's correct, because of the numbers.  I
12  have trouble with numbers.
13  Q   Did you participate in the site visit to the
14  Miami Seaquarium this last January?
15  A   No, I did not.
16  Q   Why not?
17  A   Because I was in Antarctica, and the schedule
18  did not allow me to come out of Antarctica.
19  Q   Were you working for Waterproof Expeditions at
20  that time?
21  A   No, I was not.
22  Q   Are you an owner of Waterproof Expeditions?
23  A   No, I am not.
24  Q   What is your interest in Waterproof
25  Expeditions?

11

1   A   I have none.
2   Q   Do you know why they would have on their
3   website that you're one of their people who will be
4   leading scuba and snorkeling with whales?
5   A   Because I work for them.
6   Q   You do work for them?
7   A   Yes.  That was the first time I worked for
8   them.
9   Q   Was when you were in Antarctica?
10  A   No.  I was in Norway.
11  Q   Norway.  And when was that?
12  A   That was beginning of February -- oh, I can't
13  remember what dates.  It's all such a blur.  Sorry.
14  Would have been either the last week of January or the
15  first week of February.
16  Q   Okay.  And what do you do for
17  Waterproof Expeditions?
18  A   I was guiding.
19  Q   And by guiding, what do you do?  Do you take
20  people out to the whales in a boat or do you swim with
21  the whales?
22  A   That's correct.  That's correct.
23  Q   Both?
24  A   Yes, sir.
25  Q   And do you touch the whales?

12

1   A   Negative.
2   Q   How close do you get to the whales?
3   A   The closest that we got would have been
4   50 meters.
5   Q   Did you try to get closer, but weren't able to
6   or is there a rule as to how close you can get to the
7   whales?
8   A   There's no rule, but we didn't try and get
9   closer to the animals.  There's no need to.
10  Q   Are you being compensated for your time in
11  drafting these expert reports and giving testimony
12  today?
13  A   No, I am not.
14  Q   Your time is purely voluntary?
15  A   It's totally donated, yes.
16  Q   Have you had any formal training in
17  psychology?
18  A   I had one university class that I took for one
19  year.
20  Q   Okay.  And do you recall what the title of the
21  class was?  Was it just intro to psychology or was it
22  something different?
23  A   Something similar to that, yes.
24  Q   How about legal training, have you had any
25  formal legal training?

13

1   A   No formal legal training, no.
2   Q   Other than Waterproof Expeditions, what is
3   your current employment?
4   A   I'm unemployed at the moment.
5   Q   What organizations are you a member of?
6   A   Could you specify what you mean by
7   "organizations"?
8   Q   Professional and/or professional interest
9   organizations, such as PETA, if that's something you're
10  a member of.
11  A   No, I'm not a member of PETA.  I am a member
12  of the Society for Marine Mammalogists.  I'm a lifetime
13  member, and Conservation Biology.
14  Q   Any other groups that you're a member of?
15  A   Not that immediately come to mind.
16  Q   Are you familiar with the orca network
17  proposal to bring Lolita to the Northwest?
18  A   To some degree.
19  Q   Did you help at all in drafting that plan or
20  parts of it?
21  A   Yes.
22  Q   And what parts did you assist with?
23  A   I contributed the Free Morgan Foundation plans
24  that we had prepared, and suggested that they might be
25  helpful towards building the Lolita plan.

Capital Reporting Company
Visser, Ingrid (Confidential)  02-19-2016

22

1    Q   And yet there's been a population decline
2  starting since 1996; is that correct?
3    A   Not if you look at the recent births.
4    Q   And Puget Sound has a lot of PCBs and heavy
5  metals that are showing up in the whales; is that
6  correct?
7    A   I believe it's so.
8    Q   DDTs, mercury, a lot of other bad things are
9  showing up in whales; is that correct?
10   A   That's coming from their food, that's correct.
11   Q   And their food is the Chinook salmon?
12   A   That's correct.
13   Q   And the Chinook salmon itself is endangered?
14   A   That's correct.
15   Q   I think Mr. Balcomb noted that the lack of
16  salmon might be contributing to the loss of whales; is
17  that correct?
18   A   We believe so.  And just to clarify that,
19  those PCBs and DDTs are coming from the food.
20   Q   They're coming from the salmon?
21   A   They're coming from the salmon.
22   Q   In regard to Lolita's pen, other than the size
23  of it, the width, the depth, any other problems you see
24  with the sea pen -- not the sea pen.  Excuse me -- the
25  pool that she is in?

23

1    A   The tank that she's in at the moment?
2    Q   Pool, tank, whatever we want to call it.  The
3  thing that she lives in, other than the size, do you
4  have any problems with it?
5    A   The spacial dynamics.
6    Q   And by that, what do you mean?
7    A   The half barriers behind the -- on the
8  sides -- I beg your pardon -- of the island that
9  prevent her to swim easily around the back of the
10  island, the sloping sides that significantly reduce the
11  depth from the sides, and the lack of the sunshade.
12   Q   Is the pool area shaded at all?
13   A   It has no direct shade over it.
14   Q   Is it shaded from the stadium at all?
15   A   Perhaps one or two meters occasionally just
16  when the sun is at the right angle.
17   Q   I guess, I should ask you.  Have you visited
18  Lolita's pool?
19   A   Yes, sir.  I have.
20   Q   How many times?
21   A   Four times on two occasions.
22   Q   And when were those occasions?
23   A   It was -- the dates are in my report, but I
24  believe it was July 2013 and July 2015.
25   Q   And one of those is when you taped a GoPro

24

1  camera on to a railing or something like that?
2    A   Oh, I've done that every time I've been there.
3    Q   Why would you tape a camera on to --
4    A   So it didn't fall off.
5    Q   But why would you need to put a camera there
6  and just not hold it yourself?
7    A   Because I was having my hands full with the
8  other cameras.
9    Q   How big should Lolita's pool be for her to be
10  kept in it?
11   A   There would be no tank big enough to hold her.
12   Q   Let's say we had endless resources.  How big
13  of a tank does an orca need?
14   A   I don't think a tank can ever work for an
15  orca.  I think the solution is a sea pen if she's going
16  to be held at all.
17   Q   What is the advantage of a sea pen over a tank
18  of equal size?
19   A   There's a myriad of examples I can give you.
20   Q   Just walk me through it.
21   A   The dynamics of the environment, such as
22  temperature gradients, pressure gradients, salinity,
23  currents, the dynamics from storms, actual saltwater
24  instead of chlorinated water, not chemically treated
25  water.  The enrichment that she would receive from all

25

1  of those, plus the differences in the substrate, such
2  as rocks, seaweed, the possibility of animals entering
3  in and out, such as fish, starfish.  Those would be
4  just some of the examples to start with.
5    Q   The salinity, the pressure, the temperature
6  are all things that people can control in regard to a
7  tank or a pool; correct?
8    A   They may be able to control, but they
9  typically don't and there are a number of disasters on
10  record.
11   Q   And you said there was some advantage of a sea
12  pen over a pool in regard to storms.  What do you mean
13  by that or to the weather, I guess?
14   A   The dynamics of the weather provide a level of
15  enrichment.
16   Q   So in other words, more waves, more
17  excitement?
18   A   Not necessarily, but yes, that can be
19  included.
20   Q   And why would the sea pen be more affected by
21  weather than a pool?
22   A   Because it's usually a larger size.  There's a
23  thing called "fetch" in a marine environment.  When you
24  have "fetch," you can have things build up like waves,
25  for instances.

Capital Reporting Company
Visser, Ingrid (Confidential)  02-19-2016

34

1  lion pup and then sometimes they survive.  Sometimes
2  they die.
3      Q   The sea lion pup?
4      A   The sea lion pup.  But it could be interpreted
5  as either play, teaching for the young orca, or food
6  preparation or a combination of those.
7      Q   Now, Lolita hasn't grabbed the dolphins.  So
8  what is it about her chasing the dolphins that tells
9  you it's aggressive?
10         MR. GOODMAN:  Objection.  Assumes facts not in
11  evidence.
12         THE WITNESS:  Yeah.  I was going to say that I
13  don't believe that we know that she hasn't grabbed any
14  dolphins.
15  BY MR. EARNHART:
16     Q   When you were observing, she didn't grab any
17  dolphins, did she?
18     A   Not that I saw, no.  But if she had been able
19  to, I believe she would have.
20     Q   And why do you say that?
21     A   Because it was a very aggressive attempt by
22  her, and she had her mouth open.  It was not what I
23  would term in my professional opinion with my 20-plus
24  years of experience of observing them as play.
25     Q   When orcas play conspecific and they chase

35

1  each other, do they ever have their mouth open?
2      A   I would imagine that occasionally they do, but
3  I've never witnessed it.
4      Q   You said something in your book.  We don't
5  know what's going on in their minds in reality.
6      A   That is correct.
7      Q   I take it you agree with that statement still?
8      A   I do, sir, yes.  I can only wish we did.
9      Q   It would be a lot easier.
10     A   It certainly would.
11     Q   Did anything appear to be wrong with Lolita's
12  dorsal fin when you saw here?
13     A   In what way?
14     Q   Just in any way.  Anything that appeared that
15  she was getting too much sunshine or being abused or
16  anything like that?
17     A   Her fin showed some loss of structural
18  integrity.
19     Q   That's also common in the wild, too; is that
20  correct?
21     A   No, that's not correct.
22     Q   You discuss in your book, you know, one whale
23  in the wild that had a dorsal fin that was bent all the
24  way over.
25     A   That's correct, but that's not common.

36

1      Q   Okay.  It's not uncommon?
2      A   No, that's not correct.  It is uncommon.
3      Q   And what did you see in her fin that showed it
4  was lacking some structural integrity?
5      A   It was, for want of a better word, wobbling.
6      Q   When she was swimming, it was wobbling or when
7  it was out of the water?
8      A   When she was swimming.
9      Q   Did you notice any injuries on Lolita that we
10  haven't already discussed?
11     A   In 2013, I recall that she had some scuff
12  marks of some sort on her skin.
13     Q   Could you describe those scuff marks?
14     A   Exactly that, scuff marks.  It looked like she
15  had rubbed up against something.
16     Q   And orcas in the wild rub from time to time on
17  things, too, don't they?
18     A   Absolutely.
19     Q   Anything else, like rake marks or anything
20  like that that you thought were inappropriate?
21     A   I did not see any at the time, no.
22     Q   Do you have any opinion as to whether Lolita
23  has undue -- has been raked unduly or anything like
24  that?
25     A   Yes, I do.  She's receiving rake marks from

37

1  the Pacific white-sided dolphins, and those are not
2  appropriate.
3      Q   Why are they not appropriate?
4      A   Because it's from a different species, and it
5  wouldn't happen in the wild.  And I believe that
6  they're inflected during part of the mobbing behavior
7  and quite likely, during some of the inappropriate
8  sexual behavior that goes on.
9      Q   We'll get into that in a minute.  But specific
10  to the rake marks, orcas use their mouths for tactile
11  exploration; is that correct?
12     A   Yes, they do.
13     Q   They don't have hands or anything?
14     A   Not that I last saw.
15     Q   And rake marks are common in orcas in the
16  wild?
17     A   It depends what your definition of "common"
18  is, but they're certainly not uncommon.
19     Q   In fact, when orcas rake each other, they can
20  be anything from very mild ones to life-threatening
21  ones or at least bleeding rakes; is that correct?
22     A   I would like you to rephrase that because
23  life-threatening and bleeding is two completely
24  different things.
25     Q   Okay.  Just bleeding, cutting all the way

Capital Reporting Company
Visser, Ingrid (Confidential)  02-19-2016

38

1  through the skin.
2      A   Occasionally, yes, that does happen, but I've
3  never seen it.
4      Q   You've seen whales with it after it's
5  happened, haven't you?
6      A   Yes, I have.
7      Q   Do we understand totally why orcas might rake
8  each other from time to time?
9      A   No, we don't, but there's a number of
10  different concepts which we hypothesis it could happen
11  in.
12      Q   And what context are those?
13      A   Potentially, antagonistic.  Potentially,
14  social.  Potentially, accidental.
15      Q   Going to the stereotypical behaviors, tail
16  standing is something orcas just don't do in the wild.
17  That wouldn't serve a purpose.  Is that a fair
18  statement?
19      A   That's the definition of stereotypic
20  behaviors, that they have no outward function.
21      Q   But for Lolita in the pool, it doesn't make
22  sense for her to stand on her tail to look around or as
23  a trick or whatever?
24      A   No.  It makes no sense.  It's only happening
25  because she's in water that's too shallow for her to be

40

1      Q   And given she's in a pool, she doesn't have
2  the wave action that you would have normally in the
3  wild?
4      A   That is correct, and there's no stimulation
5  for her underwater.  So she's orientated above the
6  surface for a disproportionate amount of the time.
7      Q   Head swaying, describe that.
8      A   I'm sure you've seen videos of elephants
9  swaying from left foot to right foot in a captive
10  situation, and it's similar to that where she's swaying
11  the front half of her body from left to right in a
12  rhythmic behavior.
13      Q   And that's something you don't see in the
14  wild?
15      A   I've never observed it, ever.
16      Q   Do you know what the purpose it might serve
17  for her in the pool?
18      A   I could imagine it would be something similar
19  to what we see in humans with rocking behavior in a
20  stress situation.
21      Q   Or it could be something she does to look
22  around or out of boredom?
23      A   It's definitely from boredom, from lack of
24  enrichment.  That's part of what stereotypic behaviors
25  are indicative of.

39

1  able to hang vertically, which is a normal, natural
2  normal body posture for an orca.
3      Q   Submerged stationary, do orcas in the wild
4  ever stay submerged and stationary?
5      A   Not that I'm aware of.
6      Q   But in the wild, they have currents and tides
7  and other things, too; correct?
8      A   In some locations, yes.
9      Q   Bobbing, describe what you mean by "bobbing"?
10      A   It's similar to spy hopping, but it's much
11  less animated.
12      Q   And what is "spy hopping"?
13      A   Where the animal lifts its head out of the
14  water, typically, up to and sometimes including the
15  pectoral fins.  And typically, it's done so that they
16  can look above the surface, whereas the bobbing doesn't
17  always lift their eyes out of the water.  So it's
18  typically just her rostrum lifting out of the water.
19      Q   And that's the front of her mouth and nose?
20      A   The front of her head, yes.
21      Q   And I think I read somewhere that she does
22  that when she's looking for the trainers?
23      A   That would be the spy hopping, generally.  She
24  will lift her head out, and there can be variations
25  within the two.  There's a gradient.

41

1      Q   When you say "it's definitely from boredom,"
2  how do you know that?
3      A   Because there is no environmental enrichment
4  that is rewarding enough for her to prevent from that
5  happening.
6      Q   Could she be entertaining herself by swaying?
7      A   There's some belief that stereotypic behaviors
8  do manifest themselves as a way to cope with the
9  extreme depravation that you see in these captive
10  environments, and therefore, it is a way, as you say,
11  entertain yourself.
12      Q   When you say it's a depriving environment, if
13  it's boring, how is it stressful?
14      A   You can get stressed when you're board.  You
15  can get stressed when you're not stimulated.  And in
16  fact, I do believe for humans that sensory depravation
17  is one level of torture, which is stress, and orca have
18  been well recognized as being intelligent sentient
19  beings.  So it's not unreasonable to draw such
20  parallels.
21      Q   You could also -- let me just throw out a
22  hypothetical parallel.  She has a cush life.  The water
23  is calm.  She gets fed.  Got people around to interact
24  with.  Doesn't have to worry about hunting.  Doesn't
25  have to worry about other predators.  Why can't we draw

Capital Reporting Company
Visser, Ingrid (Confidential)  02-19-2016

46

1  distance that these animals are traveling in a day.
2      Q  So it would be a very long pool?
3      A  Indeed, sir, and it would have to be that wide
4  as well.  But again, I would like to stress that that
5  is purely a hypothetical.  I still don't believe that a
6  concrete tank can provide what these animals need.
7      Q  Is there any orca that's currently captive
8  that you think should remain in captivity?
9      A  I haven't had the opportunity to
10 psychologically assess, behaviorally assess, physically
11 assess any of the animals.  So I'm not in a position to
12 be able to say whether they should remain in captivity
13 or not, and each animal has to be assessed as an
14 individual.
15     Q  And why do they have to be assessed as
16 individuals?
17     A  Because they have different personalities.
18 They have different life experiences.  They have
19 different situations that they're in.  They have --
20 they're different ages.  They're different sexes.  They
21 come from different backgrounds.  Some of them are
22 hybrids.  Some of them are wild caught.  Some of them
23 are captive born.  So there's a number of facets that
24 you have to look into.  It's not just a
25 black-and-white, excuse the pun, answer.

47

1      Q  And in regard to Lolita, how much time have
2  you studied her psychology or her personality?
3      A  I have had very limited to time to study her.
4  The aquarium won't let us watch her outside of the
5  limited show times.
6      Q  And speaking of show times, do trainers
7  themselves provide enrichment to orcas?
8      A  To some degree.
9      Q  And who would be most familiar with Lolita's
10 personality?
11     A  You would hope it would be the trainers.
12 However, my assessment of the behavioral records from
13 2015 show that they spent very little time with her in
14 what's termed under their terminology "relationship
15 sessions," and not much time either in what they term
16 "play sessions."  Predominantly, they're spending time
17 with her in training sessions and in shows, and I don't
18 believe that you will necessarily see a wide range of
19 facets of personalities under those restrictions.
20     Q  What is the difference between a relationship
21 session and like training for a show?
22     A  You would have to look in their manual, but I
23 believe their definition is that under a training
24 session, the animal is given instructions and has to
25 perform to a certain level in order to receive its

48

1  reward.  And under a relationship session, the animal
2  is just spending time with the trainer.  The manual
3  specifically notes that relationships are important,
4  but in fact, what's happening is that this is the
5  lowest ranked type of relationship -- type of session
6  that they're having with the animal.
7      Q  Now, a relationship versus a relationship
8  session, is there any difference there?
9      A  I don't believe that they define that in the
10 manual.
11     Q  Because what I'm getting at is you can have a
12 marriage, and you can have your marriage counseling
13 sessions, and yet, you know, you still have the
14 relationship.  Are you saying that the only
15 relationship Lolita has is during the relationship
16 sessions or --
17     A  No.  I'm saying that their manual stresses
18 that it's an important part of what the trainers should
19 be contributing towards enriching her, and it's
20 actually the lowest ranked session that they do
21 provide, according to their own records.
22     Q  You were raising earlier this idea that there
23 was some sort of sexual harassment going on in that
24 pool.  Could you describe that?
25     A  Sexual harassment -- you'd like me to describe

49

1  sexual harassment?
2      Q  Well, what are you terming it as it applies to
3  Lolita?
4      A  Inappropriate sexual behavior from the Pacific
5  white-sided dolphins to Lolita and possibly even going
6  the other way.
7      Q  Lolita might be --
8      A  Instigating some of it.
9      Q  Why do you say it's inappropriate?
10     A  Because it's not normal.  It's deviant, and
11 it's happening, I believe, because she is deprived of
12 conspecifics.
13     Q  Would it be appropriate for her to have sexual
14 behavior with other orcas?
15     A  I believe it would be, yes.  It would
16 certainly be normal within orca society.
17     Q  And in the wild, do dolphins and orcas
18 interact at all?
19     A  Yes, but they don't have sex.
20     Q  Have you studied them together that much?
21     A  I have seen dolphins and orca together on a
22 number of occasions, yes.  There's no scientific
23 literature that indicates that it would be happening.
24 There's no anecdotal information indicating that it
25 would be happening, and it is not normal.

Capital Reporting Company
Visser, Ingrid (Confidential)  02-19-2016

50

1    Q  So you're terming it "deviant" because it's
2  not something known to happen in the wild?
3    A  No.  I'm terming it "deviant" because it's not
4  normal and because it's not in the literature, and
5  there's no anecdotal records of it.
6    Q  And Lolita may be instigating some of it
7  herself?
8    A  Occasionally, it seems to reflect that in the
9  behavioral records, but it seems to be predominantly
10  instigated by the Pacific white-sided dolphins.
11    Q  So when you're calling this "sexual
12  harassment," it's more deviant behavior.  It's not
13  sexual harassment in the legal term that we know as
14  human beings, is it?
15    A  Would you like to define the legal term of
16  "sexual harassment"?
17    Q  Well, it has to be unwanted to begin with.
18    A  I believe in many instances in Lolita's case,
19  it is unwanted, yes.
20    Q  And why do you say it's unwanted in Lolita's
21  case?
22    A  Because of the reactions that you see from
23  her.  I believe that it is a form of the mobbing.  It's
24  a manifestation that's part of the mobbing behavior.
25    Q  I know there was a video from the 1980s.

51

1    A  Yes.
2    Q  What other -- what else -- have you seen
3  personally the deviant behavior in the pool?
4    A  No, but I've read the behavioral notes from
5  the trainers themselves in their own records.
6    Q  And did the records show that it's unwanted or
7  is that something that you read into the records
8  yourself?
9    A  The records show that Lolita is being raked by
10  the Pacific white-sided dolphins, and I don't believe
11  that that would be a normal sexual interaction.  The
12  video that I viewed also showing the areal footage
13  shows her being mobbed and harassed and lashing out
14  with her tail to one of the dolphins.
15    Q  You say the areal footage.  Is that from the
16  drone?
17    A  That's correct.
18    Q  Do you know who flew the drone over?
19    A  No, I do not, sir.
20    Q  On the drone footage, describe what you saw
21  that terms it -- why would you call it "mobbing"?  What
22  makes it a negative interaction?
23    A  Multiple animals coming at her from different
24  directions.  Her abrupt change in direction and her
25  lashing out with her tail and the apparent hitting of

52

1  the dolphin and pushing the dolphin to the side of the
2  tank.
3    Q  Is it your belief that Lolita doesn't like the
4  dolphins at all?
5    A  It's my belief that it's an inappropriate
6  social substitute for her, and I don't know that we've
7  been provided with records for me to be able to say
8  whether she likes them or not.  There's no records
9  provided to us with regards to the dolphins either.
10    And in my professional opinion from what I've
11  seen -- what I observed myself and what I've seen in
12  the videos, I don't believe that those are the
13  appropriate social companions for her.  They're a poor
14  substitute for conspecific.  And as I stated in my
15  report, it would be erroneous to suggest that they are
16  a substitute for conspecific.
17    Q  Just taking this a step back.  In regard to
18  the sexual aspect of it, under legal terms, there's
19  sexual harassment that's quid pro quo.  I'll give you
20  this if you give me that kind of thing.  That's
21  obviously not happening here, I don't think, or do you
22  have a different opinion?
23    A  I'm not sure.  I haven't seen it enough to
24  know whether it's quid pro quo.
25    Q  But the other term would be "unwanted sexual

53

1  advances" to the point that it's used in the workplace
2  as changes the terms and conditions of employment.  You
3  know, human beings make passes at each other, but at
4  some point, it gets elevated to the point that, you
5  know, it becomes an interference with someone's ability
6  to work.  Is that how you're using the term in your
7  report?
8    A  No.  I'm using it in a biological term.  I'm
9  not using it in a legal term.
10    Q  Okay.  You've been working -- I think you
11  talked about testifying in regard to an orca named
12  Morgan that's in captivity in Europe?
13    A  Yes.
14    Q  Okay.  And one of the reasons you wanted or
15  want Morgan released to the wild is because she's
16  getting mobbed by the other orcas in the aquarium she's
17  at?
18    A  She is, and she's being sexually harassed
19  there.
20    Q  By the other orcas?
21    A  By one -- predominantly, the adult male.
22    Q  Does mobbing or harassment ever happen in the
23  wild with orcas or do we know?
24    A  Not that I've ever seen and not that I'm aware
25  of.  I don't recall any scientific papers.

Capital Reporting Company
Visser, Ingrid (Confidential)  02-19-2016

66

1  about with the training of them in captivity.  You can
2  shape -- it's the official term -- shape the behaviors
3  that you require, but that's within -- that's sort of a
4  framework if you're looking at can they adapt into a
5  captivity situation.  I would state that they survive
6  it.  They're not thriving in it.  They cope, but
7  they're not living to the full of what they should be.
8    Q    When you say they're not thriving or not
9  living to the full of what they should be, we can't
10  speak with them.  We don't know what's going on in
11  their minds.  How do we know that they are not living
12  to their fullest?
13    A    There are scientifically defined terms for
14  thriving, for instance.  And again, drawing parallels
15  with humans, there's actually documentation, for
16  instance, about thriving with infants and an infant
17  that fails to thrive and the clinical manifestations of
18  that.  So you can draw parallels from that scientific
19  literature, and that would give you your answers.
20    Q    And what specifically?  Because with infants
21  that fail to thrive, we have very clear guidelines to
22  compare them to under similar circumstances and
23  testing.  And as they get older, then they can speak
24  and that kind of thing.
25    A    Right.

67

1    Q    How do we do that with orcas?
2    A    Well, you could look, for instance, in
3  captivity at their -- their health records would be a
4  good place to start.  If they have an inordinate number
5  of pathogens, for instance, that would indicate that
6  they're not thriving.
7        Some people quote having offspring as an
8  indicator of thriving, but the context of that depends
9  on -- again, I believe, to do with how that offspring
10  was produced in the first place.  An animal doesn't
11  necessarily have control over whether it gives birth or
12  not.  So for instance, you could have an animal that
13  was ill, but still produced a calf.  You might have an
14  animal that produced a calf, and the calf doesn't
15  survive.
16        So you know, there's gradients to look at
17  within that as well, but that's not the end all and be
18  all.  It produced a calf; therefore, it's thriving.
19    Q    Switching gears here.  As far as adaptability,
20  trainability, plastic, does the age of the whale play
21  any role in determining how adaptable it will be?
22    A    It depends on the personality of the
23  individual orca involved, and they've shown that with
24  dolphins, too, that go through the rehabilitation
25  process.

68

1    Q    We can have parallel with humans.  As we get
2  older, we're harder to change; correct?
3    A    Some of us are.  Some of us have no problems
4  with change even late in life.  Many people go through
5  a midlife crisis, for instance.
6    Q    Although, the midlife crisis is their own
7  choice as opposed to having to be retrained.
8    A    Not necessarily.  If they take up with, say, a
9  younger wife, they may have to be retrained.
10    Q    Okay.  You were talking about pathogens, and a
11  lot of your report has to do with pathogens.  You're
12  not an immunologist or a veterinarian; correct?
13    A    That's correct, but I do have a passing
14  interest in this because for the last 20 years of my
15  research, I've been interested in the pathogens that
16  can be found in wild orca, and then naturally, the
17  comparative of what's found in the orca in captivity.
18    Q    It struck me, you know, if all these pathogens
19  are there, should Lolita even go into the wild at all
20  and introduce those?
21    A    Well, we wouldn't put her into the wild to
22  introduce those.  She would be screened in the same way
23  that Keiko was, that Springer was, that Tom and Misha
24  were to look for these pathogens.  And clearly, the
25  aquarium is attempting to treat them.  There's papers

69

1  out there about vaccines for orca.  So there are a
2  myriad of ways that the veterinarians would be
3  involved, pathologists involved, and we would fully
4  consult with them if we were going to release her back
5  out into the wild.
6    Q    So all of these pathogens are something that
7  are treatable or have been treated?
8    A    I'm not sure.  I'm not a veterinarian, but I
9  was alarmed at how many there were and how many of them
10  repeat themselves.  So in some instances, it appears
11  that the treatment isn't working.  That doesn't mean
12  that alternative treatments can't be found.
13    Q    Has there ever been a study that's studied the
14  wild orcas and pathogens over an extended period of
15  time?
16    A    Yes.  I believe there have been a couple.
17    Q    And who are the authors of those?
18    A    Raverty and Gaydos.  They published a necropsy
19  report paper in 2004, and then they published a revised
20  version in 2015.  And within there, they list a number
21  of different pathogens from the wild and from
22  captivity.
23        There's also been some studies done looking at
24  breath samples.  So they collect, basically, whale snot
25  from the whales when they blow into an agar plate and

Capital Reporting Company
Visser, Ingrid (Confidential)  02-19-2016

78

1      THE WITNESS:  I would just say that that's a
2  legal determination.  It's not within the scope of my
3  expertise.
4  BY MR. EARNHART:
5      Q   Okay.  I think you said in your report that
6  sunburn is not described for orcas in the wild?
7      A   That is correct.
8      Q   It's not in the literature?
9      A   It's not.  It is for other cetaceans, but not
10  for orca.
11      Q   Okay.  Have you seen signs of sunburn on
12  Lolita?
13      A   No, but I have seen photographs that indicate
14  that the aquarium is using black zinc oxide as a type
15  of sunscreen to prevent it.
16      Q   So they're taking efforts to keep her from
17  being sunburned?
18      A   I have no idea how often it's applied or not.
19  I just have seen one set of photographs that indicate
20  that they have used it at least once.
21      Q   But you've seen no signs of Lolita actually
22  having suffered a sunburn?
23      A   No, but I have read in the reports a number of
24  comments filed that include things such as cracked
25  skin, which lead me to be concerned.

79

1      Q   Do orcas get cracked skin in the wild ever?
2      A   Not that I've seen except for a stranding when
3  the animals are exposed to the sun.
4      Q   Lolita's 50 years old and appears to be
5  reasonably healthy.  She swims around.  She jumps.  She
6  does all those things.  Somehow, she's managed to
7  survive, if not thrive, in this captive condition.
8  What do you think makes Lolita the exception?
9      A   I would go back to the beginning of your
10  statement followed by the question, and I would say
11  that "appears to be healthy" and "is healthy" is
12  something completely different.  And these tricks that
13  she performs are not an indication of her health.
14  They're an indication of her training, and she is
15  trained through a food reward system.
16      So I am not, as we discussed, a veterinarian.
17  So I can't discuss why she is managing to survive this,
18  but I can say that she's statistically an anomaly in
19  the captivity world.  She's an outlier.  She's right on
20  the edge of the bell curve, and it's nothing short of a
21  miracle given all these pathogens that she hasn't
22  succumbed to something so far.
23      Q   Could it be somehow this aquarium takes good
24  care of her?  Is that a possibility?
25      A   In my professional opinion, no.

80

1      Q   And why not?
2      A   Because of the pathogens, because of the
3  conditions of the tank, because of the environmental
4  deprivation, because of the social isolation, because
5  of any myriad of things that we could bring up.
6      Q   But yet, she's still made it these 50 years?
7      A   Yes, she has because, I believe she's an
8  anomaly.
9      Q   And in regard to the number of pathogens, what
10  is your baseline for comparison on that, that her pool
11  is so much worse than any other pool or nature or
12  anything?
13      A   It's the scientific literature and the
14  comparison between the two.  There are five pathogens
15  on record, I believe, from recollection, in the wild,
16  and I believe it is somewhere in the vicinity of 17 for
17  captivity.  And yet, she has a minimum of 39 pathogens
18  that I identified.
19      Q   When you say there's five pathogens in the
20  wild, that's five that's been identified with orcas?
21      A   That's correct, sir, yes.
22      Q   And only 17 in captivity?
23      A   Only 17.  That's three times the number of
24  those in the wild, and she's twice that again.  So on a
25  scale of comparative, she's off the scale.

81

1      Q   Why do you think there's so many pathogens
2  that she's been exposed to?
3      A   I have no idea, but it's clearly not a good
4  environment for her.
5      Q   In your report, you note that she's
6  essentially catatonic on page 24.
7      A   Yes.
8      Q   What do you mean by "catatonic"?
9      A   Exactly what it is.  That she just lies there
10  motionless.  She appears at times completely
11  unresponsive.  She will be just motionless and that can
12  be submerged and that can be at the surface.
13      Q   Did you observe when she was nonresponsive
14  that her trainers were trying to get her attention, and
15  she just sat motionless on the bottom or something?
16      A   No.
17      Q   So when you use the word "catatonic," how is
18  that different than just an orca at rest?
19      A   Because an orca in the wild, we believe, goes
20  through a brain process where when it's at rest in the
21  wild, half of the brain is engaged and half of the
22  brain is at rest.  And the half that's engaged is
23  monitoring its environment so it is in social contact
24  with the other animals that it's traveling with.  It is
25  navigating.  It is searching for food.  It is

Capital Reporting Company
Visser, Ingrid (Confidential)  02-19-2016

86

1    A  No, I have not.
2    Q  Have you heard of that?
3    A  No, I have not.
4    Q  Does it make sense that a dolphin would even
5  be able to bite her tongue?
6    A  In the wild, definitely not.  In captivity,
7  it's not something that could be excluded, but it's not
8  something that I would expect to hear about.
9    Q  She'd have to stick it out at the dolphin,
10  wouldn't she?
11    A  No, not necessarily.  She could be -- for
12  instance, a scenario where it might happen might be
13  that she is what they term "on station," which means
14  that she's at the platform with a trainer.  And the
15  trainer may ask for a behavior, such as an open mouth,
16  which is -- they do a hand signal, which is basically
17  opening your hands in a V shape.
18      Lolita may respond with a gape, which is where
19  she opens her mouth.  She may sink below the surface,
20  and a dolphin who is also on station right beside her
21  might turn around and bite her on the tongue.
22    Q  Okay.
23    A  It could happen.  I've never heard of it.
24  However, there are instances where orca who have been
25  on station have been violently attacked by other orca.

87

1      One example, for instance, was Ikaika, an orca
2  at Sea World San Diego who was -- we'll term it
3  "husbandry," but I don't believe it was -- with his
4  penis extended, and Nakai, another male orca, came in
5  and bit him on the penis.
6    Q  Deviant sexual behavior?
7    A  I think it was retaliation, actually, against
8  a previous event that had occurred, and then -- yeah.
9  So I can't rule it out and I can see how it might
10  happen, but I've never heard of it before.
11    Q  The dolphins in their mobbing behavior with
12  Lolita wouldn't be able to get at her tongue?
13    A  They very well may be able to if she had her
14  tongue open.  She may exhibit behaviors, for instance,
15  that we see in other captive orca where they jaw pop,
16  which is basically very quickly open and close their
17  mouths and make a popping sound, but she may also
18  stationarily gape at them.
19      So she's lying on the bottom and gape.  And a
20  dolphin, when it goes past, a dolphin could come past
21  and bite her.  Again, I've never heard of it, but it
22  doesn't mean that it couldn't happen.
23    Q  Okay.  If a dolphin were bothering her and
24  nipped at her tongue, wouldn't it be logical that she
25  would nip at the dolphin?

88

1    A  I would imagine that she would attempt at a
2  retaliation, yes, and I don't think it would end well
3  for the dolphin.
4    Q  When Lolita is vocalizing, who is she talking
5  to?  Do we know?
6    A  If only we knew.  It's pure speculation to
7  even begin to assume what's going on in her head.  She
8  may be calling out for her family.  She may be talking
9  to herself.  We can't be sure.
10    Q  Could she be talking to the dolphins or the
11  trainers?
12    A  She may be attempting to, but of course, we
13  have an interspecies communication issue again.  The
14  dolphins do not speak the same language as her, and
15  even more so, the humans don't.
16    Q  But she could be trying to talk to them?
17    A  She could be attempting it, yes.
18    Q  There's a notation in your report about not
19  being able to see things because of poor water quality.
20  "There are likely to be more such sexual harassment
21  events occurring which are either unnoticed due to poor
22  water quality and a result of lack of visibility
23  through the water or unnoted."
24      Do you have any information that the pool
25  water gets so dirty that you can't see through it?

89

1    A  Yes.
2    Q  And where is that?
3    A  My own eyes.  I observed it when I was there
4  at the aquarium in 2015, particularly.
5    Q  And describe what was -- how cloudy the water
6  was or what color it was or what was going on.
7    A  It was a milky color that was influenced by
8  the paint color in the pool.  So it appeared to be a
9  turquoise aquamarine coloring.  Typically, in a tank of
10  that size, you would expect to see the whole animal.
11  In the instance when I was there in 2015, you couldn't
12  see past her dorsal fin.  So the whole caudal peduncle
13  area was completely obscured by the mirkyness of the
14  water.
15    Q  Have you seen any documentation as to the
16  mirkyness of the water?
17    A  No, I have not.  I believe that there were
18  water quality reports submitted, but I did not have
19  time to assess them and I'm not a water quality expert.
20  I'm basing it purely on my observations at the
21  aquarium.
22    Q  Do you believe that Lolita is overmedicated?
23    A  I am not a veterinarian.  So I couldn't
24  ascertain as to that.  However, I've never heard of an
25  orca receiving the amount of drugs that I noted in the

Capital Reporting Company
Visser, Ingrid (Confidential)  02-19-2016

90

1  behavioral records.
2     Q   Have you looked at a set of behavioral records
3  like that before?
4     A   No, but I have been privy to some documents in
5  relation to other orca in captivity.
6     Q   Which orca in captivity records have you --
7     A   I'm not able to state because it was under a
8  nondisclosure agreement.
9     Q   How many -- over what period of time were
10  those records that you looked at?  A week's worth?  A
11  year?
12     A   A week's worth.
13     Q   A week's worth?
14     A   Yes.
15     Q   Not a month, not a year.  Just a week's worth?
16     A   That is correct, sir.
17     Q   With Lolita, you had literally years and years
18  of training records to review?
19     A   I only looked at any detail in the 2015
20  training records, and I was astonished as to how many
21  drugs that were in there.
22        I've also been privy to some documents that
23  were part of a court case for some dolphins in Italy,
24  an aquarium which was closed down because of the misuse
25  of drugs on the cetaceans.  And the drugs -- the volume

91

1  of drugs and the different types of drugs that were
2  used would be in parallel, if not eclipse that, for
3  Lolita.
4        MR. EARNHART:  I'll go ahead and mark this as
5  Exhibit 2.
6        (Exhibit 2 was marked for
7        identification by the court reporter.)
8  BY MR. EARNHART:
9     Q   Are you familiar with this document?
10     A   Yes, I am.
11     Q   And what is this document?
12     A   That is the rebuttal to Mr. Simmons' report,
13  his expert report that he submitted in relation to this
14  case.
15        MR. GOODMAN:  I would like to state for the
16  record that this was the formal rebuttal report served.
17  Earlier this morning, I believe, around 2:00 a.m., a
18  revised version with just corrected typographical
19  errors was similarly served with no substantive
20  differences.
21  BY MR. EARNHART:
22     Q   Okay.  Why don't we go through it since it
23  sounds like you just recently fixed some typographical
24  errors.  Could you identify where those typographical
25  errors are in this report?

92

1     A   Sure.  I can attempt that.
2     Q   Okay.  Why don't you just walk me through it,
3  and we can follow the pages.
4     A   I may not identify all of them, but 90 percent
5  of them were just things like brackets missing.
6     Q   Yeah.  I'm not worried about that, but
7  anything that might substantively make a difference.
8     A   I do believe -- oh, this is part of the
9  problem.  It doesn't have page numbers.  So do you have
10  a pen that I can borrow so we can number them?
11        Thank you.  Yes, on page 4, subheading
12  "Comparison to captive orca during Keiko's release
13  time," it states there 19 orca and that should be 17.
14        Would you like me to correct that on this
15  copy?
16     Q   Sure.
17     A   Page 9, at the very bottom, the last sentence
18  says "Annex 6."  That should be Annex 7.
19     Q   Okay.
20     A   And then on page 10, on the end of the second
21  paragraph, I added one other example from the Annex 6,
22  which was the example of the orca known as Tilikum; and
23  I listed the number of years that he had been held in a
24  sea pen, which I believe is eight-plus years.
25        And I deleted one sentence which was repeated

93

1  twice throughout the document, but I can't identify
2  where that is right now.  When we come across it, I'm
3  more than happy to show you where that is.  It's
4  exactly the same sentence somewhere else.  So I just
5  deleted it so you didn't have to read it twice.
6     Q   Anything else?
7     A   No.  I believe that's the bulk of it, apart
8  from the brackets and false stops and things like that.
9     Q   Why don't you just go back to the front, and
10  let me go through and see if I have any specific
11  questions here.
12     A   Sure.
13        Is Annex 7 missing?
14        MR. GOODMAN:  The copy that's been entered
15  into evidence is missing a page from Annex 6 and does
16  not have Annex 7 on there.
17  BY MR. EARNHART:
18     Q   Okay.  And what is Annex 7?
19     A   Annex 7 is similar to Annex 6, but Annex 6 is
20  the orca held in sea pens and never released.  Annex 7
21  is the orca held in sea peans and released or did not
22  return to the sea pen for whatever reason.
23     Q   Okay.  There's a lot of discussion in this
24  supplemental report comparing Lolita's current pool to
25  Keiko's and parallels there.

Capital Reporting Company
Visser, Ingrid (Confidential)  02-19-2016

**94**

1  A  Yes.
2  Q  My understanding is Keiko was in much worse
3  shape in Mexico City that Lolita's pool.  His water was
4  overly warm, and he had serious skin lesions and other
5  problems.  Is that a fair statement?
6  A  No, I would not agree with that.
7  Q  Keiko's dorsal fin was completely flopped
8  over?
9  A  Yes, that was correct.
10  Q  It had collapsed?
11  A  Yes.  But barring the water temperature, the
12  tanks are remarkably similar.  The health issues -- in
13  Keiko's case, he had a skin disease of which Lolita is
14  also being reported as having exactly the same skin
15  disease.  Not to the extent that Keiko had it, but she
16  has been reported as having it.  Keiko was not reported
17  with the alarming number of pathogens that Lolita has
18  been exposed to.  So the parallels are exactly there,
19  parallels.
20  Q  Was Keiko tested for those pathogens?
21  A  I believe he was tested for a range of
22  pathogens, yes.
23  Q  On page 2, last paragraph starts "In my
24  professional opinion, these tactics were more designed
25  to prevent Keiko's rehabilitation (and proposed release

**95**

1  into the wild) than a rally of resources to help Keiko
2  from a welfare point of view."
3  And you know, how is that your professional
4  opinion?  What I'm trying to understand is you're
5  saying what the motivations are of somebody else on
6  approaching this problem.  What is the basis of that
7  knowledge or specialized knowledge?
8  A  I observed what happened during the process of
9  the attempts to get Keiko out, the comments made by the
10  industry, how their position changed in relation to
11  Keiko's situation, and the change in the attitude of
12  the industry.  And in my professional opinion, that
13  was -- it appeared to be a tactic they were taking.
14  Q  Okay.  Let me ask you.  Your profession is
15  marine biology broadly or orcas narrowly.  Are you in
16  the profession of law or media or something that -- I
17  don't know.  Maybe there are specialists in tactics
18  here, but how is it a professional opinion as opposed
19  to just a personal opinion?
20  A  On a professional level, I am involved
21  extensively in media.  I've had number of documentaries
22  made about my research.  I have consulted in direct
23  discapacity.  I've been involved in a number of
24  different issues with media, from newspapers to
25  documentary making.  And I have been involved as an

**96**

1  advocate for cetaceans in captivity for a number of
2  years, actively in the public arena since 2010 when I
3  was approached by the U.S. Government to make some
4  statements about a case at that stage.  So I believe
5  that it is taken in the context of that experience.
6  Q  So you would consider yourself an expert on
7  media strategies?
8  A  To some degree, yes.
9  Q  Would you consider yourself an expert on
10  strategies on how to delay or derail process of others?
11  A  No.
12  Q  But isn't that what you're opining on here?
13  A  No.  I'm just stating my professional opinion.
14  MR. GOODMAN:  I'm going to object.  The
15  witness has expressed that she has experience with
16  media in her professional capacity as a marine
17  biologist and used that knowledge and experience to
18  opine here.  She's not suggesting that she is a
19  qualified expert in a court of law to opine on media
20  strategies.
21  MR. EARNHART:  Or the motives of others.
22  Q  Are you qualified to opine on the motives of
23  the industry?
24  A  I've observed how the industry has conducted
25  themselves.

**97**

1  Q  Okay.  And you can speak to your observations,
2  but do you feel like you're qualified to offer
3  professional opinions as to the strategies of the
4  industry?
5  A  I've explained where my position is and my
6  thoughts with my expertise in this situation.
7  Q  You said that the Keiko project was a success
8  based on criteria.  What criteria do you base that it
9  was a success on?
10  A  As outlined in the Simmons paper, there was a
11  number of different -- Simmons, et al. -- I beg your
12  pardon, Simon, et al.  There was a number of criteria
13  that they used.  And using those alone, there were a
14  number of milestones that were reached.  So you could
15  look at it as a number of different levels of success,
16  and upon my own having observed what went on in the
17  Keiko project.
18  The technology that advanced with, for
19  instance, tagging of cetaceans alone was a phenomenal
20  step forward.  It had never been funded to the extent
21  that it had been until that project.  The technological
22  leaps forward were beyond substantial and are reflected
23  currently in the tagging that's being done on cetaceans
24  to this day.
25  Q  Do you think it was a success from the

Capital Reporting Company
Visser, Ingrid (Confidential)  02-19-2016

102

1    Q  I'm looking at your Annex 4, and it gives
2  dates of death and the reasons and the names, but it
3  doesn't have how old any of these animals were; is that
4  correct?
5    A  That's correct, because they're identified by
6  their NOAA ID number, "NOAA" being the government
7  association.  I forget what the acronym stands for,
8  National Ocean Atmospheric --
9      MR. GOODMAN:  Administration.
10     THE WITNESS:  -- Administration.  There we go.
11  Thank you.  I never get that last one.  It's got a
12  number there, and therefore, the animals can be looked
13  up and their date of birth can be ascertained, yes.
14  BY MR. EARNHART:
15    Q  Okay.  Could be ascertained?
16    A  Yes.
17     MR. EARNHART:  Why don't we mark that as 3.
18     (Exhibit 3 was marked for
19     identification by the court reporter.)
20  BY MR. EARNHART:
21    Q  Is this you in Exhibit 3?
22    A  Yes.  Well, not me alone.  I'm with the orca.
23    Q  With the orca?
24    A  Yes.
25    Q  Who's apparently been beached or something?

103

1    A  That's correct.  His name was Nobby.
2    Q  I'm looking at marks down the sides.  Are
3  those what we call "rake" marks?
4    A  Yes, they would be.
5    Q  Are these new ones?  Are they healed ones?
6    A  They would be healed ones.
7    Q  Looks like he's got him all over his --
8    A  He has a number of them, yes.
9    Q  Is that common with wild orcas?
10    A  It's not uncommon with adult males.
11    Q  How about adult females, is it common?
12    A  It can be common, but it's not typical.
13    Q  And this is raking from other whales then?
14    A  It's conspecifics, yes.
15     MR. EARNHART:  Why don't we take another break
16  and let me just kind of work through whether --
17     MR. GOODMAN:  Off the record.
18     (Recess.)
19  BY MR. EARNHART:
20    Q  Before I forget again, did you sign the
21  confidentiality agreement in this case?
22    A  Yes.
23    Q  Okay.  And you understand it; correct?
24    A  Yes.
25     MR. EARNHART:  Okay.  Just a standard

104

1  question.
2     Why don't we mark this next in order.
3     (Exhibit 4 was marked for
4     identification by the court reporter.)
5  BY MR. EARNHART:
6    Q  Are you familiar with this E-mail, Dr. Visser?
7    A  Yes.
8    Q  Do you know if these photographs still exist
9  that were attached to this E-mail?
10    A  I may have them on file at home, but I'm not
11  sure.
12    Q  Just while I have you here, do you recall if
13  any of the photos were of particular interest -- they
14  were all of Lolita, but were ones particularly graphic
15  or particularly --
16    A  Not by the file names, no.  I couldn't be able
17  to tell you.
18    Q  Just off your memory at all, is there
19  anything --
20    A  No.  I mean, it's two-plus years ago.  So no,
21  I don't recall from the file names what the images
22  were.
23    Q  No.  I'm just asking do you remember that
24  visit?  Was there anything truly extraordinary or
25  anything else that you recall?

105

1    A  I absolutely recall the stereotypic behaviors,
2  how small the place was.  As I state in here, that it's
3  a dismal place.  She's in tragic conditions.
4  Externally, her health appeared good at the time.  Her
5  skin seemed clear.  Her teeth don't appear to be
6  dramatically worn down.  It doesn't mean that they
7  weren't worn down.  They're just not dramatically worn
8  down, and that she had been chasing dolphins, yeah.
9    Q  And was that your first visit to this
10  aquarium?
11    A  It was indeed, yes.
12    Q  Or as you call it, the "sea prison"?
13    A  Yes.
14    Q  And then your second visit was in 2015?
15    A  Yes.
16    Q  Had her physical condition, based on
17  observation, changed at all at that point?
18    A  Externally, no, not that I was aware of except
19  for her eyes weeping.  I noticed that, and her teeth
20  were broken.  I had noticed that there seemed to be a
21  dark area on her teeth on at least two of her front
22  teeth.  And when I asked information about that from
23  the trainers, they became very obtuse and attempted to
24  hide her from me and tried to prevent me taking
25  photographs of her.

**EXHIBIT "C"**
**TO MOTION TO EXCLUDE TESTIMONY**
**OF INGRID VISSER**

# Ingrid N. Visser (PhD)

*ingrid@orca.org.nz*

www.orcaresearch.org

P.O. Box 402043, Tutukaka, Northland, 0153,
New Zealand.
Tel. + (64) 09 4343 043   Mob. + (64) 0274 727 627



## ➤ SCIENTIFIC & RESEARCH SUMMARY

With over 20 years experience in cetacean research, I have been responsible for a wide variety of projects including completion of a PhD on New Zealand orca, individual research projects and contributing as part of teams to various research projects worldwide.

Research has included field surveys (boat & aerial based), behavioural and photo-identification studies as well as necropsies on various species. As such, I have observed or researched cetaceans in numerous locations around the world, including (alphabetically) Antarctica, Argentina, Australia, Canada, Chile, Namibia, New Zealand, Papua New Guinea, Philippines, Russia (Kamchatka), Tonga, United States of America (Alaska, West and East coast mainland, Hawaii). I have mentored numerous students from undergraduate to graduate level.

My involvement, along with data collated, from numerous rescues of stranded and entangled cetaceans has contributed towards research projects and scientific publications.

To help promote research, as well as provide platforms for conservation, I have founded and run a variety of cetacean-orientated non-profit organizations at both national and international level.

## ➤ RESEARCH ACTIVITIES

1992 – present    Whale researcher, specialising in orca (killer whales) around NEW ZEALAND. Only women in the Southern Hemisphere and only person in the South Pacific specialising in orca. Research featured in award-winning documentaries by BBC, PBS, Discovery Channel, etc.

1992 – present    Whale Researcher & research assistant (including work on orca, bottlenose (both *Tursiops truncatus* and *Tursiops aduncus*), Hector's, Risso's, spotted spinner and common dolphins, humpback, pilot, sperm and beaked whales) in various locations around the world.

1998 – present    Published scientific research in peer-reviewed journals (see scientific publications list at end of CV).

2001 – present    Whale researcher, specialising in orca in ANTARCTICA. Established first long term, non-lethal research project for this species in Antarctica. Founded Antarctic Killer Whale Identification Catalogue, the first photo identification catalogue for the area, working in conjunction with Antarctic tour operators.

| | |
|---|---|
| 2002 – present | Whale researcher, specialising in orca around PAPUA NEW GUINEA.  First, and remain the only, researcher working with cetaceans (all species) in Papua New Guinea waters.  Conducted cetaceans surveys in the Kimbe Bay, West New Britain.  Published the first peer-reviewed paper on cetaceans in Papua New Guinea waters. |
| 2002 – 2004 | Conducted Rapid Ecological Assessment of Marine Mammals in the Kimbe Bay, West New Britain area of PAPUA NEW GUINEA towards establishing a Marine Protected Area. |
| 2004 – present | Co-Founder and Director of Punta Norte Orca Research, the only research project working on the well-recognised but little known orca of ARGENTINA, which intentionally strand ashore whilst hunting for sealions. |
| August 2001 and September 2002 | Research assistant for ICELANDIC wild orca project.  Research assistant for rehabilitation and release into the wild of the captive orca 'Keiko' (star of the movie *Free Willy*), in Iceland waters. |
| 2011 – present | Scientific Advisor (and Co-Founder) of the Free Morgan Foundation.  Facilitated, co-authored or authored various reports regarding rehabilitation and release of the captive orca known as 'Morgan'.  Expert witness for Free Morgan Foundation in Netherlands Court, against Netherlands Government. |

> ## ➤ ADDITIONAL RELEVANT ACTIVITIES & EXPERIENCE

**International.**
I have worked and lived extensively overseas (on all seven continents) and visited over 70 countries.  I have worked in tropical areas during all seasons of the year and in the summer seasons of the extreme climates of Antarctica (as well as the sub-Antarctic islands) and the High Arctic.  I have driven boats of various sizes, in all oceans of the world.  Please request separate CV for more details.

**Publishing & Media.**
I have published scientific peer-reviewed papers as well as in 'popular' style format magazines (e.g., BBC Wildlife) and in book format (autobiography, children's books).  I have worked with film crews to produce Public-Service-Announcements, documentaries, TV series episodes and segments for a wide range of TV shows.  My photographs have been published in a wide range of media from magazines such as National Geographic to posters for education.  My videos have been used in documentaries & TV shows around the world.  Please request separate CV for more details.

**Tourism & Educational Courses.**
With over 20 years experience in the ecotourism industry, designing and implementing tours, I have been responsible for a wide variety of projects including private and bespoke guiding, small ship eco-cruising and larger scale popular cruises around the world.  Generally these trips are conducted with a strong focus on cetacean and wildlife eco-tours.  I have formulated and conducted various workshops and educational courses such as the 'Wild Whale Workshop' and 'Orca Camp' for educating the public.  Please request separate CV for more details.

➢ **NON-PROFIT ORGANISATIONS**

I have founded or co-founded a number of NGO's (non-profit / non-Governmental organisations) to facilitate the dissemination of information, education and scientific findings to the public. Additionally, within some of the NGO's, there has been a focus on the conservation, welfare and rescue of cetaceans.

| Organisation | Role | Founded | Tenure |
|---|---|---|---|
| **Orca Research Trust (New Zealand)**<br>Non-profit organisation to facilitate research on orca<br>Mission Statement: *"To protect orca & their habitat, through conservation, education & scientific research."*<br>www.orcaresearch.org | Founder,<br>Director,<br>Principal Scientist | 1998 | 16 years |
| **Adopt an Orca (USA) (501 (c)3 status in USA)**<br>Adopt an Orca (New Zealand) (later merged with Orca Research Trust, New Zealand) | Founder | 1998 | 16 years |
| **Papua New Guinea Orca Research Project (Papua New Guinea)**<br>Establishing orca research in Papua New Guinea. | Founder,<br>Director,<br>Principal Scientist | 2000 | 14 years |
| **Punta Norte Orca Research (Argentina)**<br>Mission Statement: *"We are a non profit international organisation based on the Peninsula Valdés, Chubut, Argentina. Our mission is to scientifically study and better understand the unique population of orca in this area, including their distribution and foraging techniques. We seek to educate the public about these animals and their delicate environment."*<br>www.pnor.org | Co-founder,<br>Director,<br>Principal Scientist | 2004 | 10 years |
| **Orca Research & Education Centre (New Zealand)**<br>To facilitate the Orca Research Trust, host students and researchers and promote collaboration at a National and International level.<br>www.orcaresearch.org | Director,<br>Principal Scientist,<br>Facility Manager | 2008 | 7 years |
| **Whale Rescue (New Zealand)**<br>Mission Statement: *"Our specialised crew will respond to whales and dolphins in need of help, as quickly as possible and in a professional manner, whilst consulting with stakeholders."*<br>www.Whale-Rescue.org | Co-founder,<br>Scientific Advisor | 2010 | 4 years |
| **Free Morgan Foundation (Netherlands)**<br>Working towards rehabilitation of a captive orca named Morgan and addressing issues of cetaceans in captivity<br>www.freemorgan.org | Co-founder,<br>Director,<br>Scientific Advisor | 2010 | 4 years |
| **World Cetacean Alliance (International)**<br>Mission Statement: *"By working together, the organizations and individuals of the World Cetacean Alliance aim to conserve and protect cetaceans and their habitats in all of the world's oceans, seas and rivers. We acknowledge that cetaceans have the right to live free and in the wild."*<br>www.worldcetaceanalliance.org | Co-founding member,<br>Global Council<br>Co-chair (2015) | 2013 | 2 years |

3

➤ **EXPERIENCE IN CETACEAN RESCUE/REHABILITATION/HUSBANDRY**

1992 - present    Attended and coordinated more than 30 rescues of stranded whales and dolphins (in events involving up to 150 animals and over 200 personnel).

1998 – present    Instructor (and previous committee member) for Project Jonah, the largest whale and dolphin stranding rescue organisation in the world.  Co-founder, Coordinator and Scientific Advisor of Whale Rescue, a "S.W.A.T."-like team of experienced cetacean rescuers.

Aug 2001,
Sept 2002    Assisted the Keiko Reintroduction Team with longest 'at-sea' program for Keiko the orca (star of the *Free Willy* movie).  Tasks at sea included food preparation and cleaning, behavioural observations and video recording, satellite tracking and observation of Keiko's interactions with wild killer whales.

Sept 2011    Assisted the 'Into the Blue' Born Free Foundation Reintroduction Team with reintroduction program for Tom & Misha (two bottlenose dolphins, removed from a backyard swimming pool).  Tasks included food preparation and cleaning, behavioural observations and video recording, monitoring endoscopies and moving of dolphins within a seapen to alternative location.

2010- present    Conducted investigations of various captive cetacean facilities and produced reports regarding the conditions therein, primarily regarding orca.  The focus has been on the lack of species-specific environmental enrichment and the stereotypic behaviours that manifest themselves as a result of stress from the dearth of enhancement of otherwise typically featureless tanks.  Other topics have included (aggressive) and overtly sexual interactions between captive orca, poor facility conditions (e.g., space requirements for such a wide-ranging species).  Documentation of poor dental condition of orca has been conducted.

2010- present    Prepared, consulted on or reviewed rehabilitation and release plans for captive cetaceans in preparation of their release (or long-term retirement/movement to a sanctuary).  Attended various international workshops with a focus on this.

2012- present    Qualified for (and participated in) Large Whale Disentanglement rescues.

➤ **ADDITIONAL SKILLS & EXPERIENCE**

➢ Completed 52 000 sea miles via:  Asia, Indian Ocean, Europe, Caribbean & Pacific on 17 m (57 ft) yacht during 4 ½ year world circumnavigation.

➢ PADI Diving Instructor, including specialty courses (note; no longer diving).

➢ Topside & underwater photographer and videographer.

➢ Qualified Skipper; Commercial Launch Masters ticket (qualified to captain any vessel up to 100 tons) and Surf Life Saving Inflatable Rescue Boat, operators ticket.

➢ Consultant, researcher and presenter for documentaries and TV.

➢ Spent years at sea aboard ships in remote locations, for research, diving and eco-tourism.

➢ **SCIENTIFIC PUBLICATIONS**
**(NOTE: chronological, then alphabetical)**
(see www.orcaresearch.org   for copies)

Morin, P.A., Parsons, K.M., Archer, F.I., Ávila-Arcos, M.C., Barrett-Lennard, L.G., Dalla Rosa, L., Duchêne, S., Durban, J.W., Ellis, G., Ferguson, S.H., Ford, J.K., Ford, M., Garilao, C., Gilbert, M.T.P., Kaschner, K., Matkin, C.O., Petersen, S.D., Robertson, K.M., **Visser**, I.N., Wade, P.R., Ho, S.Y.W., Foote, A.D., (2015). Geographical and temporal dynamics of a global radiation and diversification in the killer whale. Molecular Ecology.

Dwyer, S.L., Tezanos-Pinto, G., **Visser**, I.N., Pawley, M. D. M., Meissner, A. M., Berghan, J.,  Stockin, K,A. (2014). Overlooking a potential hotspot at Great Barrier Island for the nationally endangered bottlenose dolphin of New Zealand. Endangered Species Research. 25:97-114.

Zaeschmar, J., **Visser**, I. N., Fertl, D., Dwyer, S., Meissner, A. M., Halliday, J., Berghan, J, Donnelly, D., Stockin, K. A. (2014). Occurrence of false killer whales (*Pseudorca crassidens*) and their association with common bottlenose dolphins (*Tursiops truncatus*) off northeastern New Zealand.  *Marine Mammal Science, 30*(2) 594-608. doi:10.1111/mms.12065

Hupman, K., **Visser**, I. N., Martinez, E, Stockin, K. A. (2014).  Using platforms of opportunity to determine the occurrence and group characteristics of orca (*Orcinus orca*) in the Hauraki Gulf, New Zealand.  New Zealand Journal of Marine and Freshwater Research.  49 (1) DOI: 10.1080/00288330.2014.980278

Dwyer, S. L., & **Visser**, I. N. (2011). Cookie cutter shark (*Isistius* sp.) bites on cetaceans, with particular reference to killer whales (orca) (*Orcinus orca*). Aquatic Mammals, 37(2), 111-138. doi: 10.1578/AM.37.2.2011.111

**Visser**, I. N., Zaeschmar, J., Halliday, J., Abraham, A., Ball, P., Bradley, R., et al. (2010). First Record of Predation on False Killer Whales (*Pseudorca crassidens*) by Killer Whales (*Orcinus orca*). Aquatic Mammals, 36(2), 195-204. doi: 10.1578/AM.36.2.2010.195

**Visser**, I. N., Smith, T. G., Bullock, I. D., Green, G., Carlsson, O. G. L., Imberti, S. (2008). Antarctic Peninsula killer whales (*Orcinus orca*) hunt seals and a penguin on floating ice. *Marine Mammal Science, 24*(1), 225-234. doi: DOI: 10.1111/j.1748-7692.2007.00163.x

**Visser**, I. N., Drennan, M. P., White, R. W., MacLean, S. F., Lagerstrom, L. C., & Francis, J. M. (2008). Antarctic fur seals (*Arctocephalus gazella*) observed predating Adélie (*Pygoscelis adeliae*) and chinstrap penguins (*P. antarctica*), Antarctic Peninsula. *Aquatic Mammals, 34*(2), 193-1999. doi:10.1578/AM.34.2.2008.193

Sorisio, S. L., de Maddalena, A., & **Visser**, I. N. (2006). Interaction between killer whales (*Orcinus orca*) and hammerhead sharks (*Sphyrna sp*.) in Galápagos waters. *Latin American Journal of Aquatic Mammals, 5*(1), 69-71.

Stockin, K. A., & **Visser**, I. N. (2005). Anomalously pigmented common dolphins (*Delphinus* sp.) off Northern New Zealand. *Aquatic Mammals, 31*(1), 43-51.

**Visser**, I. N. (2005). First observations of feeding on thresher (*Alopias vulpinus*) and hammerhead (*Sphyrna zygaena*) sharks by killer whales (*Orcinus orca*) which specialise on elasmobranchs as prey. *Aquatic Mammals, 31*(1), 83-88.  doi: 10.1578/AM.31.1.2005.83

**Visser**, I. N., Fertl, D., & Pusser, L. T. (2004). Melanistic southern right-whale dolphins (*Lissodelphis peronii*) off Kaikoura, New Zealand, with records of other anomalously all-black cetaceans *New Zealand Journal of Marine and Freshwater Research, 38*(5), 833-836.

**Visser**, I. N., & Bonaccorso, F. J. (2003).  New observations and a review of killer whale (*Orcinus orca*) sightings in Papua New Guinea waters.  *Aquatic Mammals. 29*, 150-172.

**Visser**, I. N. (2000).  Killer whale (*Orcinus orca*) interactions with longlines fisheries in New Zealand waters.  *Aquatic Mammals.* 26, (3), 241-252.

**Visser**, I. N. (2000). Orca (*Orcinus orca*) in New Zealand waters.  Ph. D. Dissertation.  Pp 194. University of Auckland, Auckland.

**Visser**, I. N., Fertl, D., Berghan, J., & van Meurs, R. (2000).  Killer whale (*Orcinus orca*) predation on a shortfin mako shark (*Isurus oxyrinchus*), in New Zealand waters.  *Aquatic Mammals.* 26, (3), 229-231.

**Visser**, I. N., & Fertl, D. C. (2000).  Stranding, resighting and boat strike of a killer whale (*Orcinus orca*) off New Zealand.  *Aquatic Mammals*. 26, (3), 232-240.

**Visser**, I. N., & Mäkeläinen, P. (2000).  Variation in eye patch shape of killer whales (*Orcinus orca*) in New Zealand waters.  *Marine Mammal Science*. 16, (2), 459-469.

Berghan, J., & **Visser**, I. N. (2000).  Vertebral column malformations in New Zealand delphinids with a review of cases world-wide.  *Aquatic Mammals*. 26, (1), 17-25.

Duignan, P. J., Hunter, J. E. B., **Visser**, I. N., Jones, G. W., & Nutman, A. (2000).  Stingray spines: A potential cause of killer whale mortality in New Zealand.  *Aquatic Mammals*. 26, (2), 143-147.

**Visser**, I. N. (1999).  Antarctic orca in New Zealand?  *New Zealand Journal of Marine and Freshwater Research*. 33, (3), 515-520.

**Visser**, I. N. (1999).  Benthic foraging on stingrays by killer whales (*Orcinus orca*) in New Zealand waters.  *Marine Mammal Science*. 15, (1), 220-227.

**Visser**, I. N. (1999).  Propeller scars and known migration of two orca (*Orcinus orca*) in New Zealand waters.  *New Zealand Journal of Marine and Freshwater Research*. 33, (4), 635-642.

**Visser**, I. N. (1999).  A summary of interactions between orca (*Orcinus orca*) and other cetaceans in New Zealand waters.  *New Zealand Journal of Natural Science*. 24, 101-112.

**Visser**, I. N. (1998).  Prolific body scars and collapsing dorsal fins on killer whales in New Zealand waters.  *Aquatic Mammals*. 24, (2), 71-81.

Constantine, R., **Visser**, I., Buurman, D., Buurman, R., & McFadden, B. (1998).  Killer whale (*Orcinus orca*) predation on dusky dolphins (*Lagenorhynchus obscurus*) in Kaikoura, New Zealand.  *Marine Mammal Science*. 14, (2), 324-330.

Schneider, K., Baird, R. W., Dawson, S., **Visser**, I., & Childerhouse, S. (1998).  Reactions of bottlenose dolphins to tagging attempts using a remotely-deployed suction-cup tag.  *Marine Mammal Science*. 14, (2), 316-324.


➢  **SCIENTIFIC CONFERENCE PRESENTATIONS & PUBLICATIONS**
   **(NOTE: chronological, then alphabetical)**


**Visser**, I. N. (2015) 'Rescuing' Cetaceans: Compassionate conservation or just linking aquaria's corporate coffers? Compassionate Conservation Conference. Vancouver.  29-31 August, 2015.

Eisert, R. Lauriano, G., Panigada, S., Ovsyanikova, E.N., **Visser**, I.N., Ensor, P.H., Currey, R.J.C., Sharp, B.R. Pinkerton, M.H. (2015)  Activity, seasonal site fidelity, and movements of Type-C killer whales between the Ross Sea, Antarctica and New Zealand.  Report # WG-EMM 15/52.  Prepared for Commission for the Conservation of Antarctic Marine Living Resources.  Available from https://www.ccamlr.org/en/wg-emm-15/52.
Clemens, S.E., Dwyer, S. L., **Visser**, I.N., Mayorga, F., Stockin, K. A., (2013). A review of blue whales (*Balaenoptera musculus*) in the Hauraki Gulf, New Zealand. The 20thBiennial Conference on the Biology of Marine Mammals, Dunedin, New Zealand.  9-13 December 2013.

Wilson, S, Oliphant-Stewart, R, Wakefield, J, **Visser**, I N, Fordyce, E, White, S, Slooten, E (2015) Skull ontogeny in respect to sexual dimorphism in the orca (*Orcinus orca*); a case study of nine individuals from one stranding. Conference Proceedings of the Society for Marine Mammalogists.  San Francisco, CA 12-19 Dec, 2015.

Dwyer, S. L., **Visser**, I.N., Tezanos-Pinto, G., Meissner, A. M., Berghan, J., Stockin, K.A., (2013). Overlooking an important habitat within the known home range of a nationally endangered species: The case of bottlenose dolphins at Great Barrier Island, New Zealand. The 20thBiennial Conference on the Biology of Marine Mammals, Dunedin, New Zealand. 9-13 December 2013.

**Visser**, I. N. (2013).  Long-term survival of stranded & rescued New Zealand orca (*Orcinus orca*).  Poster presented at the 20th Biennial Conference on the Biology of Marine Mammals.  Society for Marine Mammalogy.  Dunedin, New Zealand.  9-13 December 2013.

Zaeschmar, J. R., **Visser**, I. N., Dagmar, F., Dwyer, S. L., Meissner, A.M., Halliday, .J, Berghan, J., Donnelly, D. and Stockin K.A. (2013). False killer whales (*Pseudorca crassidens*) and their association with common bottlenose dolphins (*Tursiops truncatus*) off north-eastern New Zealand. The 20thBiennial Conference on the Biology of Marine Mammals, Dunedin, New Zealand. 9-13 December 2013.

Dwyer, S. L., Stockin, K.A., **Visser**, I. N., Clement, D., Peters, C., (2012). The importance of Great Barrier Island waters for Nationally Endangered New Zealand bottlenose dolphins (*Tursiops truncatus*). The 4th joint AMSA-NZMSS conference, Hobart, Australia. 1-5 July 2012.

Rankmore, K., **Visser**, I.N., Martinez, E., Stockin, K.A. (2011). Factors affecting the occurrence and demographics of killer whales (*Orcinus orca*) in the Hauraki Gulf, New Zealand. *Proceedings of the 25th Annual Conference of the European Cetacean Society, Cadiz, Spain*.  21-23 March 2011.

**Visser**, I. N. (2007).  Killer whales in Papua New Guinea waters (SC/59/SM20).  59th Annual meeting of the International Whaling Commission Scientific Committee. International Whaling Commission, Anchorage, Alaska. 28-31 May 2007.

**Visser**, I. N. (2007).  Killer whales in New Zealand waters: Status and distribution with comments on foraging (SC/59/SM19).  59th Annual meeting of the International Whaling Commission Scientific Committee. International Whaling Commission, Anchorage, Alaska.  28-31 May 2007.

**Visser**, I. N., Berghan, J. and Norton, K. (2007).  Killer whales of Antarctica; Details gathered via eco-tourism (SC/59/SM21).  59th Annual meeting of the International Whaling Commission Scientific Committee. International Whaling Commission, Anchorage, Alaska. 28-31 May 2007.

**Visser**, I. N., and Hardie, T. M. (2007).  Close encounters of the killer kind.  Unique deployment prospects with New Zealand killer whales.  Animal Borne Imaging Symposium.  National Geographic Society, Washington D.C., United States of America.  10-13 October 2007.

Stockin, K. A., & **Visser**, I. N. (2005). *A summary of anomalously pigmented common dolphins (Delphinus sp) off Northern New Zealand.* Paper presented at the 19th Annual Conference of the European Cetacean Society, La Rochelle, France. 2-7 April 2005

**Visser**, I. N. (2002). *Preliminary cetacean survey in Kimbe Bay, New Britain, Papua New Guinea.* Paper presented at the SEAMAM II.  Second international conference on the marine mammals of Southeast Asia, Dumaguete City, Philippines, July 22-23, 2002.

**Visser**, I. N. (2002). *First photo-identification matches for Papua New Guinea killer whales.* Paper presented at the Fourth International Orca Symposium, Noirt, France. 23 - 28 September 2002.

**Visser**, I. N. (2002). *Pigmentation as an indicative feature for populations of killer whales.* Paper presented at the Fourth International Orca Symposium, September 23 - 28, 2002, Niort, France.  23 - 28 September, 2002.

Berghan, J., & **Visser**, I. N. (2001). *Antarctic Killer Whale Identification Catalogue.* Paper presented at the 14th Biennial Conference on the Biology of Marine Mammals,  Page 22. Vancouver, Canada.  28 November – 3 December, 2001.

**Visser**, I. N. (2001). *Foraging behaviour and diet of (Orcinus orca) in New Zealand waters.* Paper presented at the Abstracts of the 14th Biennial Conference on the Biology of Marine Mammals, Vancouver, British Columbia, Canada. 28 November – 3 December, 2001.

**Visser**, I. N., & Fertl, D. (2000). *Stranding of a New Zealand killer whale (Orcinus orca) and information on post-stranding sightings, including a probable boat strike of the individual.* Paper presented at the Proceedings of the fourteenth annual conference of the European cetacean society, Cork, Ireland, 2-5 April 2000.

**Visser**, I. N. (1998). *Killer whales (Orcinus orca) benthic foraging on rays in New Zealand waters.* Paper presented at the World Marine Mammal Science Conference (Society for Marine Mammalogy & European Cetacean Society), Monaco, 20-24 January 1998.


➢   **SCIENTIFIC REPORTS (NOTE: chronological, then alphabetical)**

**Visser**, I. N., (2013).  Assessment of proposal "Proyecto Kshamenk".  Confidential Unpublished report. p33. Commissioned by and submitted to Argentinean Government.  April 2013.

**Visser**, I. N., (2012).  Report on the physical & behavioural status of Morgan, the wild-born orca held in captivity at Loro Parque, Tenerife, Spain.  (Unpublished Report for the Free Morgan Foundation, as supporting evidence in a court case). Available from www.freemorgan.org

**Visser**, I. N., & Hardie, T. M. (2011). *"Morgan" the orca can and should be rehabilitated.  With additional notes on why a transfer to another 'captive orca facility' is inappropriate and release is preferred.* (Unpublished Report for the Orca Coalition as supporting evidence in a court case). Tutukaka, New Zealand: Orca Research Trust.

**Visser**, I. N. (2010).  Statement regarding the safety of interacting with killer whales (*O. orca*), with regards to the death of Dawn Brancheau at SeaWorld.  Confidential statement ccommissioned by and submitted to OSHA, USA Government.  June 2010.

**Visser**, I. N. (2003). *Kimbe Bay Second Marine Mammal Rapid Ecological Assessment (REA) April 2003* (Unpublished Report). Auckland: Unpublished Survey Report for The Nature Conservancy, C/o South Pacific Office
P.O. Box 65-506, Mairangi Bay, Auckland, New Zealand.

**Visser**, I. N. (2002). *Kimbe Bay Preliminary Cetacean Survey Report*: Unpublished report submitted to Walindi Plantation Resort and Mahonia na Dari Conservation and Research Centre, P.O. Box 4, Kimbe, West New Britain, Papua New Guinea.


➢   **POPULAR STYLE PUBLICATIONS**

| | |
|---|---|
| 2004 | Autobiography:  *Swimming with Orca; My life with New Zealand's killer whales.* Penguin Publishers, Auckland. |
| 2001 | Children's educational book (8-12 year olds) about orca, including text and photographs. *I love killer whales*. Wendy Pye Publishing Ltd, Auckland. |
| 2001 | Children's educational book (5-8 year olds), about orca, including text and photographs. *The Orca*. Reeds Children's Books, Auckland. |
| Various dates | Numerous popular articles for children's and adult magazines, including school magazines, dive magazines and nature magazines (see www.orcaresearch.org for examples). |
| Various dates | Numerous popular style articles for newspapers (see www.orcaresearch.org for examples). |
| Various dates | Photographs have appeared in National Geographic, BBC Wildlife, Ranger Rick, Taptoe, DiveLog, and various other magazines and books. (see www.orcaresearch.org for examples). |
| Various dates | Photographs for educational book (8-12 year olds) about whale strandings. |

➤ **EDUCATIONAL RECORD**

1992 - 2000   Auckland University (New Zealand)
              PhD (Environmental & Marine Science).  Thesis; Orca (*Orcinus orca*) in New Zealand waters

1990 - 1992   Auckland University (New Zealand)
              Masters of Science (Zoology). Thesis; Growth Rates of Commercial Oysters

1987 - 1990   Massey University (New Zealand)
              Bachelor of Science (Zoology) & 1st Year Veterinary Science

Pre 1987      Completed High School with University Entrance level gained
              (Correspondence School, New Zealand)

9