Exhibit J

From:        newsmanager
Date:        February 09, 2015 6:45:52 PM (-05)
To:          Sarah McCluskey
Subject:     **Join our 'Love Letters for Lolita' movement! ♥**

Attachments:



## ACTION ALERT

Hi Sarah,

Last week, we asked Action Team members to leave comments on the Miami Seaquarium Facebook page (if you don't receive our Action Team e-mails, be sure to sign up for the Action Team today!) urging the facility to **#FreeLolita**, the solitary orca held captive there. *Within 24 hours, the Miami Seaquarium temporarily suspended its Facebook page!* **Let's keep the love and support for Lolita going! Please join PETA's "Love Letters for Lolita" campaign.**



Let's rally together and let the Miami Seaquarium know that we love Lolita, who has been alone for decades, and that we're not giving up!

**Check out PETA's Facebook event for more details!**

For Lolita,



Tiffany Rose
Senior Action Team Coordinator
People for the Ethical Treatment of Animals
TiffanyR@peta.org
Add PETA on Facebook, YouTube, and Twitter.

Click to **update your e-mail preferences** or to **unsubscribe**.
Please do not respond to this e-mail. Instead, **click here** to contact PETA.
This e-mail was sent by PETA, 501 Front St., Norfolk, VA 23510 USA.

PETA023849

From:       newsmanager
Date:       October 09, 2015 12:51:08 AM (-04)
To:         Brittany Hultstrom
Subject:    **PETA E-News: Seventh Generation Can't Take the Heat**

Attachments:



## FEATURED



### Keep Pushing Seventh Generation

This week, we told you about Seventh Generation's promotion of legislation
that would increase the amount of animal testing in the United States, and
you took action. More than 23,000 people took action, and it was so
successful that Seventh Generation has actually blocked our e-mails. That's
why we are asking you to share this message on Facebook and Twitter so
that we can keep pushing Seventh Generation.

**SHARE ON FACEBOOK**

### Help 'SNIP' Animal Overpopulation!



CONFIDENTIAL                                                                PETA023875



Since the inception of PETA's low- and no-cost spay-neuter program in 2001, our mobile clinics have spayed or neutered more than 105,500 dogs and cats—more than 6,200 of them so far this year alone (and the number climbs each day)—preventing the births of countless unwanted animals. Our fleet of mobile clinics—"SNIP" (Spay or Neuter Immediately, Please)—is on the road almost every day, rain or shine, hot or cold, venturing into low-income and sorely underserved rural areas. We need your help to provide this unique program with the resources that it needs in order to help even more dogs, cats, and other animals. Will you become a hero for animals and donate today?

**I WANT TO BE A HERO**

### Tricked Into Buying 'Humane Meat'?



As people learn how factory farming hurts animals and begin to demand changes, meat producers are making improvements—*to their labels*. Are you one of the many people who feel tricked by "humane meat" labels? PETA would like to hear how you feel you were misled. Please e-mail us your story.

**TELL US ABOUT IT**

### Who Will Be peta2's Sexiest Vegetarian?



Once a year, peta2 nominates some of the sexiest musicians, actors, athletes, and other celebs for the coveted title of peta2's Sexiest Vegetarian Celebrity!

PETA023876

This year, we have even more names to add to the list—such as Ariana Grande, Real Friends vocalist Dan Lambton, Ellen Page, Atlas Genius, Ellie Goulding, and Mark Hoppus. Check them all out now.

**SEE THE NOMINEES**

## Urge the D.C.-Area Metro to Stop Using Glue Traps



Glue traps—trays filled with sticky, unrelenting goo designed to ensnare rats and mice—are some of the most dreadful products on the market. Victims can rip themselves to pieces while struggling to escape. They succumb to stress, shock, dehydration, asphyxiation, or blood loss—and death can take days. "Nontarget" wildlife such as squirrels, chipmunks, and even birds can fall prey to these vile devices, too. That is why we are asking the Washington Metropolitan Area Transit Authority (WMATA) in Washington, D.C., to eliminate the use of glue traps.

**TAKE ACTION**

## Lolita the Orca in Captivity for 44 Years


© Terrell C. Newby, Ph.D.

Today is the anniversary of the capture of Lolita, the last survivor from the largest wild-orca round-up in history. She was only about 4 years old when she was torn from her family and ocean home. She has spent the past 44 years in the tiniest orca tank in the United States. With your help, we can continue to push for her release.

**SPREAD THE WORD**

# URGENT ACTION NEEDED

CONFIDENTIAL

PETA023877

- Urge Honolulu Not to Host Cruel Animal Circuses
- Ask Minnesota Vikings to Be Kind to Birds
- Abused Elephants Forced to Perform in Canada Need Your Help

## THE ANIMAL LOVERS' SHOPPING LIST









Drink Coffee,
Save Animals,
and Sleep
Tumbler

LTBF Trucker Hat

PETA Mission
Statement Shirt

Kale Yeah Tank

       

Please do not respond to this e-mail. Instead, **click here** to contact PETA.
Click to **update your e-mail preferences** or to **unsubscribe**.
This e-mail was sent by PETA, 501 Front St., Norfolk, VA 23510 USA.

| | |
|---|---|
| From: | newsmanager |
| Date: | October 09, 2015 12:51:23 AM (-04) |
| To: | Brittany Hultstrom |
| Subject: | **PETA E-News: Seventh Generation Can't Take the Heat** |

Attachments:



## FEATURED



### Keep Pushing Seventh Generation

This week, we told you about Seventh Generation's promotion of legislation that would increase the amount of animal testing in the United States, and you took action. More than 23,000 people took action, and it was so successful that Seventh Generation has actually blocked our e-mails. That's why we are asking you to share this message on Facebook and Twitter so that we can keep pushing Seventh Generation.

**SHARE ON FACEBOOK**

### Help 'SNIP' Animal Overpopulation!



CONFIDENTIAL

PETA023879



Since the inception of PETA's low- and no-cost spay-neuter program in 2001, our mobile clinics have spayed or neutered more than 105,500 dogs and cats— more than 6,200 of them so far this year alone (and the number climbs each day)—preventing the births of countless unwanted animals. Our fleet of mobile clinics—"SNIP" (Spay or Neuter Immediately, Please)—is on the road almost every day, rain or shine, hot or cold, venturing into low-income and sorely underserved rural areas. We need your help to provide this unique program with the resources that it needs in order to help even more dogs, cats, and other animals. Will you become a hero for animals and donate today?

**I WANT TO BE A HERO**

### Tricked Into Buying 'Humane Meat'?



As people learn how factory farming hurts animals and begin to demand changes, meat producers are making improvements—*to their labels*. Are you one of the many people who feel tricked by "humane meat" labels? PETA would like to hear how you feel you were misled. Please e-mail us your story.

**TELL US ABOUT IT**

### Who Will Be peta2's Sexiest Vegetarian?



Once a year, peta2 nominates some of the sexiest musicians, actors, athletes, and other celebs for the coveted title of peta2's Sexiest Vegetarian Celebrity!

CONFIDENTIAL

This year, we have even more names to add to the list—such as Ariana Grande, Real Friends vocalist Dan Lambton, Ellen Page, Atlas Genius, Ellie Goulding, and Mark Hoppus. Check them all out now.

**SEE THE NOMINEES**

## Urge the D.C.-Area Metro to Stop Using Glue Traps



Glue traps—trays filled with sticky, unrelenting goo designed to ensnare rats and mice—are some of the most dreadful products on the market. Victims can rip themselves to pieces while struggling to escape. They succumb to stress, shock, dehydration, asphyxiation, or blood loss—and death can take days. "Nontarget" wildlife such as squirrels, chipmunks, and even birds can fall prey to these vile devices, too. That is why we are asking the Washington Metropolitan Area Transit Authority (WMATA) in Washington, D.C., to eliminate the use of glue traps.

**TAKE ACTION**

## Lolita the Orca in Captivity for 44 Years



Today is the anniversary of the capture of Lolita, the last survivor from the largest wild-orca round-up in history. She was only about 4 years old when she was torn from her family and ocean home. She has spent the past 44 years in the tiniest orca tank in the United States. With your help, we can continue to push for her release.

**SPREAD THE WORD**

# URGENT ACTION NEEDED

CONFIDENTIAL

PETA023881

- Urge Honolulu Not to Host Cruel Animal Circuses
- Ask Minnesota Vikings to Be Kind to Birds
- Abused Elephants Forced to Perform in Canada Need Your Help

# THE ANIMAL LOVERS' SHOPPING LIST



Drink Coffee,
Save Animals,
and Sleep
Tumbler



LTBF Trucker Hat



PETA Mission
Statement Shirt



Kale Yeah Tank

       

Please do not respond to this e-mail. Instead, **click here** to contact PETA.
Click to **update your e-mail preferences** or to **unsubscribe**.
This e-mail was sent by PETA, 501 Front St., Norfolk, VA 23510 USA.

| From: | newsmanager |
|---|---|
| Date: | October 09, 2015 12:52:37 AM (-04) |
| To: | Brittany Hultstrom |
| Subject: | **PETA Plans Lawsuit to Free Lolita!** |

Attachments:

 

TWEET   LIKE   +1 THIS                    DONATE NOW

## FEATURED



### Speak Up for Lolita, the World's Loneliest Orca

Nearly half a century ago, Lolita, who is now protected under the Endangered Species Act, was taken from her family in the wild. Lolita is imprisoned at the Miami Seaquarium in the smallest orca tank in the U.S., and she hasn't seen another orca in more than 35 years. Check out the video of Lolita and add your name to the list of people who want to see her free.

**HELP US REACH 100,000 SIGNATURES**

### Students Dance With Cat Corpses: Tell Oklahoma School to Stop Dissection!





PETA has obtained a disturbing video filmed at an Oklahoma City high school depicting students in lab coats playfully dancing with dead cats. The video was posted on social media, and the teacher was even tagged in the post. Urge the school to investigate the matter and to switch to non-animal teaching methods.

**ACT NOW**

### Top 8 Worst Circuses



Ringling Bros. and Barnum & Bailey Circus may have earned the title of "Worst Circus in the U.S.," but there are many other circuses that also abuse, neglect, and even kill animals. Get the full list here so you can be sure to avoid ALL cruelty under the big top.

**WHICH CIRCUSES SHOULD YOU AVOID?**

### The Power Is in the Palm of Your Hand



Helping animals has never been easier—you can do it from the palm of your hand! Join over 400,000 people who are already receiving texts from PETA and taking action for animals right from their phones. Sign up for PETA Mobile today.

**BECOME AN ACTIVIST ON THE GO!**

PETA023884

## Bob Barker's Message to Congress: Stop Baby-Monkey Experiments



As Congress deliberates on the National Institutes of Health's (NIH) budget bill for next year, every Congress member received a video message from television icon Bob Barker calling for an end to NIH's hugely expensive, much-criticized, insupportable, and deeply cruel maternal-deprivation experiments on infant monkeys. Watch the video here, then send your own message to Congress to speak up for baby monkeys.

**WATCH THE VIDEO AND TAKE ACTION**

## Domino's, We Want Vegan Pizza!



The demand for vegan foods has never been higher. In response, major chains such as IKEA, Subway, Chipotle, and White Castle have added vegan items to their menus and over 30 pizza chains in the U.S. now offer vegan cheese. Please sign the petition asking Domino's to carry vegan cheese and vegan meat.

**SIGN THE PETITION**

## Meet Animals Rescued Through Our Investigations



CONFIDENTIAL
PETA023885



From revealing painful and deadly laboratory experiments on animals to documenting the horrors that the meat and dairy industries try desperately to hide, PETA investigations are exposing cruelty and saving animals from lives of misery and abuse. Visit PETA.org and see the faces of some of the many animals rescued through PETA investigations.

**MEET THE ANIMALS!**

### 17 Photos That Bust Animal Rights Myths



All kids love the circus, all chefs serve meat, and everyone dines on turkey at Thanksgiving, right? Wrong! And these people all have something to say about it.

**CAN YOU RELATE?**

### Proud Canadian Celebs Blast Canada's Seal Slaughter



What do Ryan Reynolds, Pamela Anderson, and Sarah McLachlan have in common? Compassion for seals. Find out what these celebs have to say about Canada's seal slaughter, and learn how you can help seals, too!

**SPEAK UP FOR SEALS**

## URGENT ACTION NEEDED

- USDA Still Failing Birds After 13 Years
- Urge Hotel Chain to End Fish Rentals

PETA023886

● Help End the Military's War on Animals
● Tell AAA to Stop Promoting SeaWorld

# THE ANIMAL LOVERS' SHOPPING LIST



**Be Loud for Animals Unisex Tank Top**



**Vegans Have Heart Necklace**



**Drink Lattes, Save Animals, and Take Naps Unisex T-Shirt**



**Everyone Poops Dog Waste Bag Dispenser**

       

Please do not respond to this e-mail. Instead, **click here** to contact PETA.
Click to **update your e-mail preferences** or to **unsubscribe**.
This e-mail was sent by PETA, 501 Front St., Norfolk, VA 23510 USA.

PETA023887

From:       newsmanager

Date:       May 15, 2015 3:46:04 PM (-04)

To:         Elizabeth O'Mara

Subject:    **PETA Plans Lawsuit to Free Lolita!**

Attachments:

 

## FEATURED



### Speak Up for Lolita, the World's Loneliest Orca

Nearly half a century ago, Lolita, who is now protected under the Endangered Species Act, was taken from her family in the wild. Lolita is imprisoned at the Miami Seaquarium in the smallest orca tank in the U.S., and she hasn't seen another orca in more than 35 years. Check out the video of Lolita and add your name to the list of people who want to see her free.

**HELP US REACH 100,000 SIGNATURES**

### Students Dance With Cat Corpses: Tell Oklahoma School to Stop Dissection!





PETA has obtained a disturbing video filmed at an Oklahoma City high school depicting students in lab coats playfully dancing with dead cats. The video was posted on social media, and the teacher was even tagged in the post. Urge the school to investigate the matter and to switch to non-animal teaching methods.

**ACT NOW**

### Top 8 Worst Circuses



Ringling Bros. and Barnum & Bailey Circus may have earned the title of "Worst Circus in the U.S.," but there are many other circuses that also abuse, neglect, and even kill animals. Get the full list here so you can be sure to avoid ALL cruelty under the big top.

**WHICH CIRCUSES SHOULD YOU AVOID?**

### The Power Is in the Palm of Your Hand



Helping animals has never been easier—you can do it from the palm of your hand! Join over 400,000 people who are already receiving texts from PETA and taking action for animals right from their phones. Sign up for PETA Mobile today.

**BECOME AN ACTIVIST ON THE GO!**

PETA023957

## Bob Barker's Message to Congress: Stop Baby-Monkey Experiments



As Congress deliberates on the National Institutes of Health's (NIH) budget bill for next year, every Congress member received a video message from television icon Bob Barker calling for an end to NIH's hugely expensive, much-criticized, insupportable, and deeply cruel maternal-deprivation experiments on infant monkeys. Watch the video here, then send your own message to Congress to speak up for baby monkeys.

**WATCH THE VIDEO AND TAKE ACTION**

## Domino's, We Want Vegan Pizza!



The demand for vegan foods has never been higher. In response, major chains such as IKEA, Subway, Chipotle, and White Castle have added vegan items to their menus and over 30 pizza chains in the U.S. now offer vegan cheese. Please sign the petition asking Domino's to carry vegan cheese and vegan meat.

**SIGN THE PETITION**

## Meet Animals Rescued Through Our Investigations





From revealing painful and deadly laboratory experiments on animals to documenting the horrors that the meat and dairy industries try desperately to hide, PETA investigations are exposing cruelty and saving animals from lives of misery and abuse. Visit PETA.org and see the faces of some of the many animals rescued through PETA investigations.

**MEET THE ANIMALS!**

### 17 Photos That Bust Animal Rights Myths



All kids love the circus, all chefs serve meat, and everyone dines on turkey at Thanksgiving, right? Wrong! And these people all have something to say about it.

**CAN YOU RELATE?**

### Proud Canadian Celebs Blast Canada's Seal Slaughter



What do Ryan Reynolds, Pamela Anderson, and Sarah McLachlan have in common? Compassion for seals. Find out what these celebs have to say about Canada's seal slaughter, and learn how you can help seals, too!

**SPEAK UP FOR SEALS**

## URGENT ACTION NEEDED

- USDA Still Failing Birds After 13 Years
- Urge Hotel Chain to End Fish Rentals

PETA023959

● Help End the Military's War on Animals
● Tell AAA to Stop Promoting SeaWorld

## THE ANIMAL LOVERS' SHOPPING LIST









Be Loud for
Animals Unisex
Tank Top

Vegans Have
Heart Necklace

Drink Lattes,
Save Animals,
and Take Naps
Unisex T-Shirt

Everyone Poops
Dog Waste Bag
Dispenser



Please do not respond to this e-mail. Instead, **click here** to contact PETA.
Click to **update your e-mail preferences** or to **unsubscribe**.
This e-mail was sent by PETA, 501 Front St., Norfolk, VA 23510 USA.

PETA023960

| From: | newsmanager |
|---|---|
| Date: | May 29, 2015 6:55:22 PM (-04) |
| To: | Elizabeth O'Mara |
| Subject: | **A Tragedy for Bulls AND People** |

Attachments:

 

🐦 TWEET  📘 LIKE  🟥 +1 THIS                    DONATE NOW

## FEATURED



### Watch: At Least Three People Seriously Injured at Bullfight

Thousands of bulls are slaughtered in bullrings around the world each year. Bullfighting is not just a cruel and fatal "sport" for bulls—it can also cause serious injuries to the people who enter the ring. Watch the video that reveals the tragedies that can happen in the ring, and share widely to show others why bullfighting must stop now.

**WATCH AND SHARE THE VIDEO**

### TAKE ACTION: Help the World's Loneliest Orca





Lolita has been held captive at the Miami Seaquarium for nearly half a century, and she hasn't seen another orca in more than 35 years. **Will you add your name to our petition demanding that Lolita be set free?**

**HELP US REACH 100,000 SIGNATURES!**

## Who Will Be On the Cover of Our Next Calendar?



Time's running out! You have until midnight this Sunday to help choose whether Sunder the elephant, Rubin the cat, or Gopal the donkey will grace the cover of next year's PETA "Rescued" calendar. Don't wait—cast your vote right now!

**CAST YOUR VOTE**

## Progress! Dannon Works to End Dehorning of Calves



After talks with PETA, yogurt giant Dannon voiced support for the breeding of naturally hornless cattle, paving the way for the end of dehorning in its supply chain! You can help stop dehorning by urging other dairy purveyors, such as California Pizza Kitchen, to require their suppliers to stop mutilating cows.

**SPEAK UP FOR COWS**

## 9 Yelp Reviews SeaWorld Doesn't Want You to See





We all know that PETA isn't too crazy about SeaWorld, but we aren't alone. Members of the public have taken to Yelp to share their views on the treatment of animals at SeaWorld.

**WHAT DID EVERYONE SAY?**

### Pamela Anderson Screams: Meat and Dairy Farms Drain Half the Nation's Water



Pamela Anderson knows that we've all heard the staggering headlines and stats regarding the amount of water wasted by animal agriculture. And in a new PETA ad, she bares all and shares with you the simple solution to our water woes.

**HAVE YOU SEEN IT YET?**

## URGENT ACTION NEEDED

- Urge Congress to Take Action for Baby Monkeys (U.S. Residents Only)
- Stop Animal Fighting Experiments at Northeastern University
- Speak Up for Animals Used for Cosmetics Testing (U.S. Residents Only)
- Tell Gap, Inc.'s INTERMIX to Stop Selling Fur

## THE ANIMAL LOVERS' SHOPPING LIST








**All Hearts Be Free T-Shirt**

**PETA x M4D3 Limited Edition Espadrille**

**PETA Mission Statement Unisex Tank Top**

**Bite a Breeder Unisex Tank Top**

       

Please do not respond to this e-mail. Instead, **click here** to contact PETA.
Click to **update your e-mail preferences** or to **unsubscribe**.
This e-mail was sent by PETA, 501 Front St., Norfolk, VA 23510 USA.

CONFIDENTIAL

| From: | newsmanager |
|---|---|
| Date: | February 04, 2015 3:48:30 PM (-05) |
| To: | Sarah McCluskey |
| Subject: | **5 Ways to Show Your Love for Animals This Month!** |

Attachments:





Hi Sarah,

February is here, and that means long weekends and **celebrating love**! We've got some great actions for you to take to let your love for animals really rule. Let's jump right into it:

# ✓ What Are Your Taxes Funding?

CONFIDENTIAL

PETA024414



Abuse suffered by animals used for food made the front page of *The New York Times* in January, and the story couldn't be more appalling. This exposé shocked even the most informed animal rights activists. Join us in demanding that the U.S. Department of Agriculture stop these sadistic experiments, which are paid for with our tax dollars!

## ✓ A Valentine's Day Treat!



**Valentine's Day is coming up, and we've got the cutest darn tags for you to attach to gifts you may be giving.** These guys are so adorable that, if you're like me, you'll be making cookies and giving flowers to everyone just so you can use them! I think I'll even print some as stickers and put them on my outgoing mail. Check 'em out. I bet you'll love them, too.

## ✓ For the Love of Lolita!

PETA024415



Speaking of love, an orca named Lolita has been held prisoner at the Miami Seaquarium for 44 years. Lolita has not had any contact with another orca since 1980 and lives in a pool that is so small, it even violates the minimal regulations set forth by the Animal Welfare Act. **Please pop on over to Miami's Seaquarium Facebook page and comment on their most recent post with "It's time to #FreeLolita".**

## ✔ What Would You Do?



Isn't it shocking that some people still wear fur? What would you do if you saw someone wearing it? Would you ignore a fur-wearer or scream "Fur hag!" in the person's face? Tempting as that may be, **check out "Confronting a Fur Wearer" for tried and true tips that make the most impact if you do run into someone wearing fur**. And be sure to watch the video! It's harmless, I promise.

## ✓ Check Out the New TeachKind!



Here's some exciting news for the new year: **TeachKind, PETA's Humane-Education Division, has a brand-new look and all sorts of new and revamped resources for kind teachers!** We want humane education to be easy and effective for all teachers, so check out the new features we have to offer (and please share this with any teachers in your life!)

Enjoy this final full month of winter. The next time we meet up, we'll be marching on into spring. Get it? March-ing? :)

For all animals,

Tiffany Rose
Senior Action Team Coordinator
People for the Ethical Treatment of Animals
TiffanyR@peta.org
Add PETA on Facebook, YouTube, and Twitter.

Click to **update your e-mail preferences** or to **unsubscribe**.
Please do not respond to this e-mail. Instead, **click here** to contact PETA.
This e-mail was sent by PETA, 501 Front St., Norfolk, VA 23510 USA.

CONFIDENTIAL