UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-22692-UU

PEOPLE FOR THE
ETHICAL TREATMENT OF
ANIMALS, INC., *et al*,

    Plaintiffs,

v.

MIAMI SEAQUARIUM and
FESTIVAL FUN PARKS, LLC,
d/b/a PALACE ENTRAINMENT,

    Defendant.
_____/

## **FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order on Summary Judgment (D.E. 203), it is

ORDERED AND ADJUDGED that a Final Judgment is hereby entered against Plaintiffs People for the Ethical Treatment of Animals, Animal Legal Fund, Orca Network, and Howard Garrett and in favor of Defendant Miami Seaquarium and Festival Fun Parks, LLC, d/b/a Palace Entertainment with respect to the claims in the Complaint. (D.E. 1). The Court retains jurisdiction to assess costs.

DONE AND ORDERED in Chambers at Miami, Florida, this _2d_ day of June, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record