# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 26, 2018

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 16-14814-EE   ; 16-15022 -EE
Case Style: People for the Ethical Treatme, et al v. Miami Seaquarium, et al
District Court Docket No: 1:15-cv-22692-UU

The Clerk's Office has been directed to recall the mandate as it was issued prematurely.  There is still a petition for rehearing en banc pending before the Court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson, EE/bmc
Phone #: (404) 335-6173

MDT-3 Letter to DC Recalling Mandate